|  | PERIOD TO DATE | | YEAR TO DATE | |
|---|---|---|---|---|
|  | ACTUAL | PERCENT | ACTUAL | PERCENT |
| **REVENUE** | | | | |
| MISCELLANEOUS DONATIONS | $8,000.00 | 41.3 % | 8,000.00 | 15.4 |
| SPAY/NEUTER DONATIONS | 98.70 | .5 | 827.73 | 1.6 |
| THRIFT SHOP REVENUE - ES | 5,972.20 | 30.8 | 16,655.85 | 32.0 |
| THRIFT SHOP REVENUE - MO | 2,992.68 | 15.4 | 7,594.88 | 14.6 |
| MISCELLANEOUS DONATIONS JARS | 15.00 | .1 | 15.00 | .0 |
| ADOPTIONS REVENUE | 1,633.25 | 8.4 | 12,880.80 | 24.7 |
| COLLECTION CANS REVENUE | 50.44 | .3 | 50.44 | .1 |
| ADMISSIONS REVENUE | 618.05 | 3.2 | 4,933.38 | 9.5 |
| MEMBERSHIPS REVENUE | .00 | .0 | 675.00 | 1.3 |
| MISCELLANEOUS REVENUE SHELTER | .00 | .0 | 461.00 | .9 |
| TOTAL REVENUE | 19,380.32 | 100.0 | 52,094.08 | 100.0 |
| GROSS PROFIT | 19,380.32 | 100.0 | 52,094.08 | 100.0 |
| **OPERATING EXPENSES** | | | | |
| ACCOUNTING & LEGAL - MGT | 1,175.75 | 6.1 | 1,175.75 | 2.3 |
| ADVERTISING - SHELTER | .00 | .0 | 50.00 | .1 |
| BANK CHARGES - MANAGEMENT | 10.49 | .1 | 30.13 | .1 |
| CONTRACTED SERVICES-SHELTER | 1,039.50 | 5.4 | 2,731.25 | 5.2 |
| INSURANCE - MANAGEMENT | 260.82 | 1.3 | 260.82 | .5 |
| INSURANCE-SHELTER | 1,376.78 | 7.1 | 1,931.78 | 3.7 |
| INSURANCE - THIRFT SHOP | .00 | .0 | 555.00 | 1.1 |
| MAINTENANCE & REPAIRS-SHELTER | 119.55 | .6 | 562.08 | 1.1 |
| MAINTENANCE & REPAIRS-THRIFT | 46.32 | .2 | 293.40 | .6 |
| OFFICE EXPENSE - MANAGEMENT | .00 | .0 | 53.25 | .1 |
| PENDING EXP'S @ 10/01/05 | .00 | .0 | 35,415.42 | 68.0 |
| POSTAGE & FREIGHT - MANAGEMENT | .00 | .0 | 463.35 | .9 |
| PRINTING - MANAGEMENT | 55.11 | .3 | 55.11 | .1 |
| RENT/LEASE -THRIFT SHOP ES | .00 | .0 | 308.54 | .6 |
| RENT/LEASE THRIFT STORE MO | 700.00 | 3.6 | 2,800.00 | 5.4 |
| SALARIES - SHELTER | 7,650.72 | 39.5 | 18,842.02 | 36.2 |
| SUPPLIES-OPERATING-SHELTER | .00 | .0 | 855.94 | 1.6 |
| SUPPLIES-VET-SHELTER | 1,050.45 | 5.4 | 1,746.01 | 3.4 |
| TAXES-PAYROLL-SHELTER | 921.89 | 4.8 | 2,270.53 | 4.4 |
| TELEPHONE - SHELTER | 196.81 | 1.0 | 530.38 | 1.0 |
| TELEPHONE - THRIFT SHOP | 52.02 | .3 | 52.02 | .1 |
| TELEPHONE - THRIFT SHOP MO | .00 | .0 | 633.69 | 1.2 |
| UTILITIES - SHELTER | 2,024.42 | 10.4 | 4,491.12 | 8.6 |
| UTILITIES - THRIFT SHOP | 325.22 | 1.7 | 932.75 | 1.8 |
| UTILITIES - THRIFT SHOP MO | .00 | .0 | 212.87 | .4 |
| SPAY-NEUTER | 5.00 | .0 | 5.00 | .0 |
| VET SERVICES-OTHER-SHELTER | 5,280.94 | 27.2 | 8,352.16 | 16.0 |
| TOTAL OPERATING EXPENSES | 22,291.79 | 115.0 | 85,610.37 | 164.3 |
| NET INCOME FROM OPERATIONS | (2,911.47) | (15.0) | (33,516.29) | (64.3) |
| EARNINGS BEFORE INCOME TAX | (2,911.47) | (15.0) | (33,516.29) | (64.3) |

SEE ACCOUNTANT'S COMPILATION REPORT

GOOD SHEPHERD HUMANE SOCIETY
INCOME STATEMENT

| | PERIOD TO DATE | | YEAR TO DATE | |
| --- | --- | --- | --- | --- |
| | ACTUAL | PERCENT | ACTUAL | PERCENT |
| INCOME TAXES: | | | | |
| INCOME TAXES | | | | |
| NET INCOME (LOSS) | $(2,911.47) | (15.0)% | (33,516.29) | (64.3) |

SEE ACCOUNTANT'S COMPILATION REPORT

GOOD SHEPHERD HUMANE SOCIETY
STATEMENT OF OPERATIONS
FOR THE 9 PERIODS ENDED JANUARY 31, 2006

| | PERIOD TO DATE | | YEAR TO DATE | |
|---|---|---|---|---|
| | ACTUAL | PERCENT | ACTUAL | PERCENT |
| REVENUE | | | | |
| MISCELLANEOUS DONATIONS | $8,000.00 | 99.2 % | 8,000.00 | 91.5 |
| MISCELLANEOUS DONATIONS JARS | 15.00 | .2 | 15.00 | .2 |
| COLLECTION CANS REVENUE | 50.44 | .6 | 50.44 | .6 |
| MEMBERSHIPS REVENUE | .00 | .0 | 675.00 | 7.7 |
| TOTAL REVENUE | 8,065.44 | 100.0 | 8,740.44 | 100.0 |
| GROSS PROFIT | 8,065.44 | 100.0 | 8,740.44 | 100.0 |
| OPERATING EXPENSES | | | | |
| ACCOUNTING & LEGAL - MGT | 1,175.75 | 14.6 | 1,175.75 | 13.5 |
| BANK CHARGES - MANAGEMENT | 10.49 | .1 | 30.13 | .3 |
| INSURANCE - MANAGEMENT | 260.82 | 3.2 | 260.82 | 3.0 |
| OFFICE EXPENSE - MANAGEMENT | .00 | .0 | 53.25 | .6 |
| PENDING EXP'S @ 10/01/05 | .00 | .0 | 35,415.42 | 405.2 |
| POSTAGE & FREIGHT - MANAGEMENT | .00 | .0 | 463.35 | 5.3 |
| PRINTING - MANAGEMENT | 55.11 | .7 | 55.11 | .6 |
| TOTAL OPERATING EXPENSES | 1,502.17 | 18.6 | 37,453.83 | 428.5 |
| NET INCOME FROM OPERATIONS | 6,563.27 | 81.4 | (28,713.39) | (328.5) |
| EARNINGS BEFORE INCOME TAX | 6,563.27 | 81.4 | (28,713.39) | (328.5) |
| NET INCOME (LOSS) | $6,563.27 | 81.4 % | (28,713.39) | (328.5) |

GOOD SHEPHERD HUMANE SOCIETY
STATEMENT OF OPERATIONS
FOR THE 9 PERIODS ENDED JANUARY 31, 2006

| | PERIOD TO DATE | | YEAR TO DATE | |
|---|---|---|---|---|
| | ACTUAL | PERCENT | ACTUAL | PERCENT |
| REVENUE | | | | |
| SPAY/NEUTER DONATIONS | $98.70 | 4.2 % | 827.73 | 4.3 |
| ADOPTIONS REVENUE | 1,633.25 | 69.5 | 12,880.80 | 67.4 |
| ADMISSIONS REVENUE | 618.05 | 26.3 | 4,933.38 | 25.8 |
| MISCELLANEOUS REVENUE SHELTER | .00 | .0 | 461.00 | 2.4 |
| TOTAL REVENUE | 2,350.00 | 100.0 | 19,102.91 | 100.0 |
| GROSS PROFIT | 2,350.00 | 100.0 | 19,102.91 | 100.0 |
| OPERATING EXPENSES | | | | |
| ADVERTISING - SHELTER | .00 | .0 | 50.00 | .3 |
| CONTRACTED SERVICES-SHELTER | 1,039.50 | 44.2 | 2,731.25 | 14.3 |
| INSURANCE-SHELTER | 1,376.78 | 58.6 | 1,931.78 | 10.1 |
| MAINTENANCE & REPAIRS-SHELTER | 119.55 | 5.1 | 562.08 | 2.9 |
| SALARIES - SHELTER | 7,650.72 | 325.6 | 18,842.02 | 98.6 |
| SUPPLIES-OPERATING-SHELTER | .00 | .0 | 855.94 | 4.5 |
| SUPPLIES-VET-SHELTER | 1,050.45 | 44.7 | 1,746.01 | 9.1 |
| TAXES-PAYROLL-SHELTER | 921.89 | 39.2 | 2,270.53 | 11.9 |
| TELEPHONE - SHELTER | 196.81 | 8.4 | 530.38 | 2.8 |
| UTILITIES - SHELTER | 2,024.42 | 86.1 | 4,491.12 | 23.5 |
| SPAY-NEUTER | 5.00 | .2 | 5.00 | .0 |
| VET SERVICES-OTHER-SHELTER | 5,280.94 | 224.7 | 8,352.16 | 43.7 |
| TOTAL OPERATING EXPENSES | 19,666.06 | 836.9 | 42,368.27 | 221.8 |
| NET INCOME FROM OPERATIONS | (17,316.06) | (736.9) | (23,265.36) | (121.8) |
| EARNINGS BEFORE INCOME TAX | (17,316.06) | (736.9) | (23,265.36) | (121.8) |
| NET INCOME (LOSS) | $(17,316.06) | (736.9)% | (23,265.36) | (121.8) |

SEE ACCOUNTANT'S COMPILATION REPORT

GOOD SHEPHERD HUMANE SOCIETY
STATEMENT OF OPERATIONS
FOR THE 9 PERIODS ENDED JANUARY 31, 2006

| | PERIOD TO DATE ACTUAL | PERCENT | YEAR TO DATE ACTUAL | PERCENT |
|---|---|---|---|---|
| REVENUE | | | | |
| THRIFT SHOP REVENUE - ES | $5,972.20 | 100.0 % | 16,655.85 | 100.0 |
| TOTAL REVENUE | 5,972.20 | 100.0 | 16,655.85 | 100.0 |
| GROSS PROFIT | 5,972.20 | 100.0 | 16,655.85 | 100.0 |
| OPERATING EXPENSES | | | | |
| INSURANCE - THIRFT SHOP | .00 | .0 | 555.00 | 3.3 |
| MAINTENANCE & REPAIRS-THRIFT | 46.32 | .8 | 293.40 | 1.8 |
| RENT/LEASE -THRIFT SHOP ES | .00 | .0 | 308.54 | 1.9 |
| TELEPHONE - THRIFT SHOP | 52.02 | .9 | 52.02 | .3 |
| UTILITIES - THRIFT SHOP | 325.22 | 5.4 | 932.75 | 5.6 |
| TOTAL OPERATING EXPENSES | 423.56 | 7.1 | 2,141.71 | 12.9 |
| NET INCOME FROM OPERATIONS | 5,548.64 | 92.9 | 14,514.14 | 87.1 |
| EARNINGS BEFORE INCOME TAX | 5,548.64 | 92.9 | 14,514.14 | 87.1 |
| NET INCOME (LOSS) | $5,548.64 | 92.9 % | 14,514.14 | 87.1 |

SEE ACCOUNTANT'S COMPILATION REPORT

GOOD SHEPHERD HUMANE SOCIETY
STATEMENT OF OPERATIONS
FOR THE 9 PERIODS ENDED JANUARY 31, 2006

| | PERIOD TO DATE | | YEAR TO DATE | |
|---|---|---|---|---|
| | ACTUAL | PERCENT | ACTUAL | PERCENT |
| REVENUE | | | | |
| THRIFT SHOP REVENUE - MO | $2,992.68 | 100.0 % | 7,594.88 | 100.0 |
| TOTAL REVENUE | 2,992.68 | 100.0 | 7,594.88 | 100.0 |
| GROSS PROFIT | 2,992.68 | 100.0 | 7,594.88 | 100.0 |
| OPERATING EXPENSES | | | | |
| RENT/LEASE THRIFT STORE MO | 700.00 | 23.4 | 2,800.00 | 36.9 |
| TELEPHONE - THRIFT SHOP MO | .00 | .0 | 633.69 | 8.3 |
| UTILITIES - THRIFT SHOP MO | .00 | .0 | 212.87 | 2.8 |
| TOTAL OPERATING EXPENSES | 700.00 | 23.4 | 3,646.56 | 48.0 |
| NET INCOME FROM OPERATIONS | 2,292.68 | 76.6 | 3,948.32 | 52.0 |
| EARNINGS BEFORE INCOME TAX | 2,292.68 | 76.6 | 3,948.32 | 52.0 |
| NET INCOME (LOSS) | $2,292.68 | 76.6 % | 3,948.32 | 52.0 |

SEE ACCOUNTANT'S COMPILATION REPORT