## ASSETS

RRENT ASSETS

| | |
|---|---|
| CASH ON HAND | $50.00 |
| PETTY CASH SHELTER | 75.00 |
| CASH-IN BANK - CHECKING 1179** | 14,713.54 |
| ARVEST P/R ACCT 8507 | 35,673.00 |
| ARVEST - 70116 SPECIAL ACCT | 3,520.25 |
| BES BANK ACCT 212415 ** | 460.89 |
| BES BANK ACCT 216663 ** | 498.00 |
| GSHS CHAITABLE ENDOWMENT | 50,000.00 |

TOTAL CURRENT ASSETS                                    104,99

XED ASSETS

| | |
|---|---|
| PREPAID INSURANCE | 4,430.71 |

TOTAL FIXED ASSETS                                        4,43

OPERTY AND EQUIPMENT

| | |
|---|---|
| BLDG - W. VAN BUREN | 86,672.50 |
| MINI BARN | 2,060.00 |
| EQUIPMENT & MACHINERY | 9,081.15 |
| EQUIPMENT & MACHINERY-SHELTER | 14,136.69 |
| COMPUTER EQUIPMENT - SHELTER | 2,052.50 |
| COMPUTER SOFTWARE - SHELTER | 995.00 |
| WASHING MACHINE - SHELTER | 743.99 |
| FURNITURE & FIXTURES-THRIFT | 4,378.77 |
| SEPTIC SYSTEM - SHELTER | 4,540.68 |
| VEHICLES | 4,475.00 |
| CAPITAL IMPROVEMENTS | 37,318.82 |
| IMPROVEMENTS - THRIFT SHOP | 6,363.55 |

TOTAL PROPERTY AND EQUIPMENT                            172,81

HER ASSETS

| | |
|---|---|
| PROPERTY-HWY 62 EAST | 151,692.11 |
| LAND - W. VAN BUREN | 50,000.00 |

TOTAL OTHER ASSETS                                      201,69

TOTAL ASSETS                                          $483,93

GOOD SHEPHERD ANIMAL SOCIETY
INCOME STATEMENT
FOR THE 10 PERIODS ENDED FEBRUARY 28, 2007

| | PERIOD TO DATE | | YEAR TO DATE | |
| | ACTUAL | PERCENT | ACTUAL | PERC |
|---|---|---|---|---|
| **REVENUE** | | | | |
| MISC DONATIONS | $1,940.95 | 13.2 % | 20,432.84 | 10 |
| THRIFT SHOP REVENUES | 8,714.03 | 59.4 | 110,351.38 | 57 |
| ARK COMMUNITY FOUNDATION REV | .00 | .0 | (2,938.00) | 1 |
| MISCELLANEOUS DONATIONS JARS | 250.01 | 1.7 | 4,906.61 | 2 |
| ADOPTIONS REVENUE | 1,590.00 | 10.8 | 15,481.00 | 8 |
| ADOPTIONS EMPLOYEE | .00 | .0 | 210.00 | |
| COLLECTION CANS REVENUE | 16.56 | .1 | 264.16 | |
| E-BAY SALES - THRIFT SHOP | .00 | .0 | 98.91 | |
| FOSTERING PROGRAMS | 200.00 | 1.4 | 800.00 | |
| SPECIAL FUND RAISING REVENUE | .00 | .0 | 1,087.30 | |
| ADMISSIONS REVENUE SHELTER | 613.00 | 4.2 | 6,566.50 | 3 |
| STYLE SHOW REVENUE | .00 | .0 | 16,115.82 | 8 |
| CLAIMED BY OWNER REVENUE | 25.00 | .2 | 260.00 | |
| LEGAL DEFENSE DONATIONS | .00 | .0 | 3,090.25 | 1 |
| MEMBERSHIPS REVENUE | 50.00 | .3 | 2,790.00 | 1 |
| USE OF CREMATORY REVENUE | 274.00 | 1.9 | 3,432.00 | 1 |
| MICRO CHIP REVENUE SHELTER | .00 | .0 | 100.00 | |
| MISCELLANEOUS REVENUE | .00 | .0 | 309.71 | |
| MEMORIAL DONATIONS-SHELTER | .00 | .0 | 355.50 | |
| PEN SPONSOR DONATION - SHELTER | 1,000.00 | 6.8 | 1,000.00 | |
| RETURNED CHECKS | .00 | .0 | (17.00) | |
| CREDIT CARD FEES | (6.73) | .0 | (137.83) | ( |
| TOTAL REVENUE | 14,666.82 | 100.0 | 190,435.15 | 100 |
| **COST OF SALES** | | | | |
| FOSTERING PROGRAM EXP | 200.00 | 1.4 | 800.00 | |
| STYLE SHOW EXP | .00 | .0 | 106.53 | |
| COST OF SALES - T-SHIRTS | .00 | .0 | 186.00 | |
| TOTAL COST OF SALES | 200.00 | 1.4 | 1,092.53 | |
| GROSS PROFIT | 14,466.82 | 98.6 | 189,342.62 | 99 |
| **OPERATING EXPENSES** | | | | |
| ACCOUNTING & LEGAL | 623.84 | 4.3 | 6,988.37 | 3 |
| ADVERTIZING | 526.48 | 3.6 | 586.18 | |
| EMPLOYEE TRANSPORTATION | 51.94 | .4 | 722.67 | |
| BANK CHARGES | 5.95 | .0 | 66.17 | |
| CONTRACTED SERVICES | 195.00 | 1.3 | 1,097.50 | |
| DUMPSTER | 263.89 | 1.8 | 2,859.73 | 1 |
| FOOD EXPENSE - SHELTER | 924.00 | 6.3 | 5,966.23 | 3 |
| FUND RAISING EXP.- STYLE SHOW | .00 | .0 | 1,388.21 | |
| INSURANCE | 472.36 | 3.2 | 3,025.33 | 1 |
| LICENSES & PERMITS | .00 | .0 | 520.00 | |
| MAINTENANCE AND REPAIRS | 1,222.18 | 8.3 | 13,744.61 | 7 |
| MICRO CHIP ENROLLMENT-SHELTER | .00 | .0 | 131.25 | |

SEE ACCOUNTANT'S COMPILATION REPORT

GOOD SHEPHERD HUMANE SOCIETY
INCOME STATEMENT
FOR THE 10 PERIODS ENDED FEBRUARY 28, 2007

| | PERIOD TO DATE | | YEAR TO DATE | |
|---|---|---|---|---|
| | ACTUAL | PERCENT | ACTUAL | PERCEN |
| OPERATING EXPENSES | (Continued) | | | |
| OFFICE EXPENSE | $86.76 | .6 % | 851.75 | .4 |
| PENDING EXP'S @ 10/01/05 | .00 | .0 | 5,866.83 | 3.1 |
| PENALTIES NON DEDUCTIBLE | .00 | .0 | 254.50 | .1 |
| POSTAGE & FREIGHT | 15.60 | .1 | 66.56 | .0 |
| PRINTING EXP | .00 | .0 | 101.70 | .1 |
| RENT/LEASE OF PROPERTY | 700.00 | 4.8 | 7,020.00 | 3.7 |
| SALARIES | 6,425.47 | 43.8 | 58,903.34 | 30.9 |
| SUPPLIES | 1,471.28 | 10.0 | 6,802.09 | 3.6 |
| SUPPLIES-VET-SHELTER | 374.90 | 2.6 | 1,736.08 | .9 |
| TAXES PAYROLL | 542.95 | 3.7 | 5,619.16 | 3.0 |
| TAXES-PROPERTY-MANAGEMENT | .00 | .0 | (18.46) | .0 |
| TELEPHONE | 177.79 | 1.2 | 2,093.06 | 1.1 |
| UTILITIES | 1,593.91 | 10.9 | 11,138.92 | 5.8 |
| SPAY-NEUTER | .00 | .0 | 95.00 | .0 |
| VET SERVICES-S/N CERTIF-SHELTR | 235.83 | 1.6 | 588.55 | .3 |
| VET SERVICES-S/N-SHELTER ANIML | .00 | .0 | 156.23 | .1 |
| VET SERVICES-OTHER-SHELTER | 4,038.87 | 27.5 | 11,823.30 | 6.2 |
| TOTAL OPERATING EXPENSES | 19,949.00 | 136.0 | 150,194.86 | 78.9 |
| NET INCOME FROM OPERATIONS | (5,482.18) | (37.4) | 39,147.76 | 20.6 |
| EARNINGS BEFORE INCOME TAX | (5,482.18) | (37.4) | 39,147.76 | 20.6 |
| NET INCOME (LOSS) | $(5,482.18) | (37.4)% | 39,147.76 | 20.6 |

GOOD SHEPHERD HUMANE SOCIETY
STATEMENT OF OPERATIONS
FOR THE 10 PERIODS ENDED FEBRUARY 28, 2007

| | PERIOD TO DATE ACTUAL | PERCENT | YEAR TO DATE ACTUAL | PERCEN |
|---|---|---|---|---|
| REVENUE | | | | |
| MISC DONATIONS | $649.95 | 56.0 % | 19,141.84 | 44.9 |
| ARK COMMUNITY FOUNDATION REV | .00 | .0 | 2,938.00 | 6.9 |
| MISCELLANEOUS DONATIONS JARS | 250.01 | 21.6 | 4,906.61 | 11.5 |
| COLLECTION CANS REVENUE | 16.56 | 1.4 | 264.16 | .6 |
| FOSTERING PROGRAMS | 200.00 | 17.2 | 200.00 | .5 |
| SPECIAL FUND RAISING REVENUE | .00 | .0 | 1,087.30 | 2.5 |
| STYLE SHOW REVENUE | .00 | .0 | 8,230.07 | 19.3 |
| LEGAL DEFENSE DONATIONS | .00 | .0 | 3,090.25 | 7.2 |
| MEMBERSHIPS REVENUE | 50.00 | 4.3 | 2,790.00 | 6.5 |
| MISCELLANEOUS REVENUE | .00 | .0 | 175.56 | .4 |
| RETURNED CHECKS | .00 | .0 | (17.00) | .0 |
| CREDIT CARD FEES- MANAGEMENT | (6.73) | (.6) | (137.83) | (.3 |
| TOTAL REVENUE | 1,159.79 | 100.0 | 42,668.96 | 100.0 |
| COST OF SALES | | | | |
| COST OF SALES - T- SHIRTS | .00 | .0 | 186.00 | .4 |
| TOTAL COST OF SALES | .00 | .0 | 186.00 | .4 |
| GROSS PROFIT | 1,159.79 | 100.0 | 42,482.96 | 99.6 |
| OPERATING EXPENSES | | | | |
| ACCOUNTING & LEGAL - MGT | 623.84 | 53.8 | 6,988.37 | 16.4 |
| BANK CHARGES - MANAGEMENT | 5.95 | .5 | 66.17 | .2 |
| FUND RAISING EXP.- STYLE SHOW | .00 | .0 | 1,388.21 | 3.3 |
| INSURANCE - MANAGEMENT | 255.23 | 22.0 | 1,548.19 | 3.6 |
| LICENSES & PERMITS -MANAGEMENT | .00 | .0 | 250.00 | .6 |
| OFFICE EXPENSE - MANAGEMENT | .00 | .0 | 117.59 | .3 |
| PENDING EXP'S @ 10/01/05 | .00 | .0 | 5,866.83 | 13.7 |
| PENALTIES NON DEDUCTIBLE | .00 | .0 | 254.50 | .6 |
| PRINTING - MANAGEMENT | .00 | .0 | 101.70 | .2 |
| RENT/LEASE OF PROPERTY - MANAG | .00 | .0 | 20.00 | .0 |
| SUPPLIES - MANAGEMENT | .00 | .0 | 109.59 | .3 |
| TAXES-PROPERTY-MANAGEMENT | .00 | .0 | (18.46) | .0 |
| TOTAL OPERATING EXPENSES | 885.02 | 76.3 | 16,692.69 | 39.1 |
| NET INCOME FROM OPERATIONS | 274.77 | 23.7 | 25,790.27 | 60.4 |
| EARNINGS BEFORE INCOME TAX | 274.77 | 23.7 | 25,790.27 | 60.4 |
| NET INCOME (LOSS) | $274.77 | 23.7 % | 25,790.27 | 60.4 |

GOOD SHEPHERD HUMANE SOCIETY
STATEMENT OF OPERATIONS
FOR THE 10 PERIODS ENDED FEBRUARY 28, 2007

| | PERIOD TO DATE | | YEAR TO DATE | |
|---|---|---|---|---|
| | ACTUAL | PERCENT | ACTUAL | PE |
| **REVENUE** | | | | |
| SPAY/NEUTER DONATIONS | $291.00 | 7.7 % | 291.00 | |
| ADOPTIONS REVENUE | 1,590.00 | 41.9 | 15,481.00 | 5 |
| ADOPTIONS EMPLOYEE | .00 | .0 | 210.00 | |
| L. WINTERS FOSTERING PROGRAM | .00 | .0 | 600.00 | |
| ADMISSIONS REVENUE SHELTER | 613.00 | 16.2 | 6,566.50 | 2 |
| CLAIMED BY OWNER REVENUE | 25.00 | .7 | 260.00 | |
| USE OF CREMATORY REVENUE | 274.00 | 7.2 | 3,432.00 | 1 |
| MICRO CHIP REVENUE SHELTER | .00 | .0 | 100.00 | |
| MISCELLANEOUS REVENUE SHELTER | .00 | .0 | 134.15 | |
| MEMORIAL DONATIONS-SHELTER | .00 | .0 | 355.50 | |
| PEN SPONSOR DONATION - SHELTER | 1,000.00 | 26.4 | 1,000.00 | |
| TOTAL REVENUE | 3,793.00 | 100.0 | 28,430.15 | 10 |
| **COST OF SALES** | | | | |
| L. WINTERS FOSTERING EXP | 200.00 | 5.3 | 800.00 | |
| TOTAL COST OF SALES | 200.00 | 5.3 | 800.00 | |
| GROSS PROFIT | 3,593.00 | 94.7 | 27,630.15 | 9 |
| **OPERATING EXPENSES** | | | | |
| ADVERTISING - SHELTER | 213.98 | 5.6 | 273.68 | |
| EMPLOYEE TRANSPORTATION-SHELTR | 51.94 | 1.4 | 702.67 | |
| CONTRACTED SERVICES-SHELTER | 195.00 | 5.1 | 947.50 | |
| DUMPSTER - SHELTER | 80.55 | 2.1 | 927.15 | |
| FOOD EXPENSE - SHELTER | 924.00 | 24.4 | 5,966.23 | 2 |
| INSURANCE-SHELTER | 217.13 | 5.7 | 1,477.14 | |
| LICENSES & PERMITS - SHELTER | .00 | .0 | 270.00 | |
| MAINTENANCE & REPAIRS-SHELTER | 1,050.13 | 27.7 | 10,525.62 | 3 |
| MICRO CHIP ENROLLMENT-SHELTER | .00 | .0 | 131.25 | |
| OFFICE EXPENSE - SHELTER | 86.76 | 2.3 | 689.76 | |
| POSTAGE & FREIGHT-SHELTER | 15.60 | .4 | 66.56 | |
| SALARIES - SHELTER | 6,425.47 | 169.4 | 58,903.34 | 20 |
| SUPPLIES-OPERATING-SHELTER | 880.77 | 23.2 | 5,278.75 | 1 |
| SUPPLIES-VET-SHELTER | 374.90 | 9.9 | 1,736.08 | |
| TAXES-PAYROLL-SHELTER | 542.95 | 14.3 | 5,619.16 | 1 |
| TELEPHONE - SHELTER | 71.67 | 1.9 | 1,063.23 | |
| UTILITIES - SHELTER | 970.72 | 25.6 | 5,829.14 | 2 |
| SPAY-NEUTER | .00 | .0 | 95.00 | |
| VET SERVICES-S/N CERTIF-SHELTR | 235.83 | 6.2 | 588.55 | |
| VET SERVICES-S/N-SHELTER ANIML | .00 | .0 | 156.23 | |
| VET SERVICES-OTHER-SHELTER | 4,038.87 | 106.5 | 11,823.30 | 4 |
| TOTAL OPERATING EXPENSES | 16,376.27 | 431.7 | 113,070.34 | 39 |
| NET INCOME FROM OPERATIONS | (12,783.27) | (337.0) | (85,440.19) | (30 |

SEE ACCOUNTANTS' COMPILATION REPORT

212  Doc#: 9  Filed: 04/30/07  Entered: 04/30/07 12:41:33  F

GOOD SHEPHERD HUMANE SOCIETY
STATEMENT OF OPERATIONS
FOR THE 10 PERIODS ENDED FEBRUARY 28, 2007

| | PERIOD TO DATE | | YEAR TO DATE | |
|---|---|---|---|---|
| | ACTUAL | PERCENT | ACTUAL | PE |
| EARNINGS BEFORE INCOME TAX | $(12,783.27) | (337.0)% | (85,440.19) | (3( |
| NET INCOME (LOSS) | $(12,783.27) | (337.0)% | (85,440.19) | (3( |

SEE ACCOUNTANT'S COMPILATION REPORT

| | PERIOD TO DATE | | | YEAR TO DATE | |
| | ACTUAL | PERCENT | | ACTUAL | PER |
|---|---|---|---|---|---|
| **EVENUE** | | | | | |
| THRIFT SHOP REVENUE - ES | $6,565.58 ✓ | 100.0 % | | 79,023.43 | 9 |
| E-BAY SALES - THIRFT SHOP | .00 | .0 | | 98.91 | |
| STYLESHOW REV - THIRFT SHOP | .00 | .0 | | 7,885.75 | |
| TOTAL REVENUE | 6,565.58 | 100.0 | | 87,008.09 | 10 |
| **OST OF SALES** | | | | | |
| STYLE SHOW EXP | .00 | .0 | | 106.53 | |
| TOTAL COST OF SALES | .00 | .0 | | 106.53 | |
| GROSS PROFIT | 6,565.58 | 100.0 | | 86,901.56 | 9 |
| **PERATING EXPENSES** | | | | | |
| ADVERTISING - THRIFT SHOP | 65.00 | 1.0 | | 65.00 | |
| TRANSPORTATION - DOGGIE SHOP | .00 | .0 | | 20.00 | |
| CONTRACTED SERVICES-THRIFT SHP | .00 | .0 | | 150.00 | |
| DUMPSTER - DOGGIE SHOP | .00 | .0 | | 111.00 | |
| MAINTENANCE & REPAIRS-THRIFT | 172.05 | 2.6 | | 3,218.99 | |
| OFFICE EXPENSE - THRIFT SHOP | .00 | .0 | | 44.40 | |
| SUPPLIES-THRIFT SHOP | 10.07 | .2 | | 642.84 | |
| TELEPHONE - THRIFT SHOP | 58.17 | .9 | | 553.50 | |
| UTILITIES - THRIFT SHOP | 478.80 | 7.3 | | 3,937.27 | |
| TOTAL OPERATING EXPENSES | 784.09 | 11.9 | | 8,743.00 | 1 |
| NET INCOME FROM OPERATIONS | 5,781.49 | 88.1 | | 78,158.56 | 8 |
| EARNINGS BEFORE INCOME TAX | 5,781.49 | 88.1 | | 78,158.56 | 8 |
| NET INCOME (LOSS) | $5,781.49 | 88.1 % | | 78,158.56 | 8 |

GOOD SHEPHERD HUMANE SOCIETY
STATEMENT OF OPERATIONS
FOR THE 10 PERIODS ENDED FEBRUARY 28, 2007

|  | PERIOD TO DATE | | YEAR TO DATE | |
|---|---|---|---|---|
|  | ACTUAL | PERCENT | ACTUAL | PERC |
| EVENUE |  |  |  |  |
| MISC DONATIONS - MO STORE | $1,000.00 | 31.8 % | 1,000.00 | 3 |
| THRIFT SHOP REVENUE - MO | 2,148.45 | 68.2 | 31,327.95 | 96 |
| TOTAL REVENUE | 3,148.45 | 100.0 | 32,327.95 | 100 |
| GROSS PROFIT | 3,148.45 | 100.0 | 32,327.95 | 100 |
| PERATING EXPENSES |  |  |  |  |
| ADVERTISING - MISSOURI STORE | 247.50 | 7.9 | 247.50 |  |
| DUMPSTER - THRIFT SHOP MO | 183.34 | 5.8 | 1,821.58 | 5 |
| RENT/LEASE - THRIFT SHOP MO | 700.00 | 22.2 | 7,000.00 | 21 |
| SUPPLIES - THRIFT SHOP MO | 580.44 | 18.4 | 770.91 | 2 |
| TELEPHONE - THRIFT SHOP MO | 47.95 | 1.5 | 476.33 | 1 |
| UTILITIES - THRIFT SHOP MO | 144.39 | 4.6 | 1,372.51 | 4 |
| TOTAL OPERATING EXPENSES | 1,903.62 | 60.5 | 11,688.83 | 36 |
| NET INCOME FROM OPERATIONS | 1,244.83 | 39.5 | 20,639.12 | 63 |
| EARNINGS BEFORE INCOME TAX | 1,244.83 | 39.5 | 20,639.12 | 63 |
| NET INCOME (LOSS) | $1,244.83 | 39.5 % | 20,639.12 | 63 |

SEE ACCOUNTANTS COMPILATION REPORT