GOOD SHEPHERD HUMANE SOCIETY
INCOME STATEMENT

| | PERIOD TO DATE | | YEAR TO DATE | |
|---|---|---|---|---|
| | ACTUAL | PERCENT | ACTUAL | PERCENT |
| **REVENUE** | | | | |
| MISCELLANEOUS DONATIONS | $236.00 | 2.1 % | 8,236.00 | 13.0 |
| SPAY/NEUTER DONATIONS | 200.00 | 1.8 | 1,027.73 | 1.6 |
| THRIFT SHOP REVENUE - ES | 5,566.90 | 49.6 | 22,222.75 | 35.1 |
| THRIFT SHOP REVENUE - MO | 2,120.56 | 18.9 | 9,715.44 | 15.3 |
| MISCELLANEOUS DONATIONS JARS | 620.70 | 5.5 | 635.70 | 1.0 |
| MISC DONATIONS JARS - SHELTER | 50.09 | .4 | 50.09 | .1 |
| ADOPTIONS REVENUE | 1,927.50 | 17.2 | 14,808.30 | 23.4 |
| COLLECTION CANS REVENUE | .00 | .0 | 50.44 | .1 |
| ADMISSIONS REVENUE | 318.86 | 2.8 | 5,252.24 | 8.3 |
| MEMBERSHIPS REVENUE | .00 | .0 | 675.00 | 1.1 |
| USE OF CREMATORY REVENUE | 116.50 | 1.0 | 116.50 | .2 |
| MISCELLANEOUS REVENUE SHELTER | 50.00 | .4 | 511.00 | .8 |
| MEMORIAL DONATIONS-SHELTER | 20.00 | .2 | 20.00 | .0 |
| TOTAL REVENUE | 11,227.11 | 100.0 | 63,321.19 | 100.0 |
| GROSS PROFIT | 11,227.11 | 100.0 | 63,321.19 | 100.0 |
| **OPERATING EXPENSES** | | | | |
| ACCOUNTING & LEGAL - MGT | 412.30 | 3.7 | 1,588.05 | 2.5 |
| ADVERTISING - SHELTER | .00 | .0 | 50.00 | .1 |
| EMPLOYEE TRANSPORTATION-SHELTR | 50.02 | .4 | 50.02 | .1 |
| BANK CHARGES - MANAGEMENT | 10.47 | .1 | 40.60 | .1 |
| CONTRACTED SERVICES-SHELTER | 406.65 | 3.6 | 3,137.90 | 5.0 |
| FOOD EXPENSE - SHELTER | 51.32 | .5 | 51.32 | .1 |
| INSURANCE - MANAGEMENT | 260.82 | 2.3 | 521.64 | .8 |
| INSURANCE-SHELTER | .00 | .0 | 1,931.78 | 3.1 |
| INSURANCE - THIRFT SHOP | .00 | .0 | 555.00 | .9 |
| MAINTENANCE & REPAIRS-SHELTER | 237.74 | 2.1 | 799.82 | 1.3 |
| MAINTENANCE & REPAIRS-THRIFT | 90.46 | .8 | 383.86 | .6 |
| MICRO CHIP ENROLLMENT-SHELTER | 62.50 | .6 | 62.50 | .1 |
| OFFICE EXPENSE - MANAGEMENT | 129.80 | 1.2 | 183.05 | .3 |
| OFFICE EXPENSE - SHELTER | 46.83 | .4 | 46.83 | .1 |
| PENDING EXP'S @ 10/01/05 | (193.18) | (1.7) | 35,222.24 | 55.6 |
| POSTAGE & FREIGHT - MANAGEMENT | .00 | .0 | 463.35 | .7 |
| PRINTING - MANAGEMENT | .00 | .0 | 55.11 | .1 |
| RENT/LEASE -THRIFT SHOP ES | 101.18 | .9 | 409.72 | .6 |
| RENT/LEASE THRIFT STORE MO | 700.00 | 6.2 | 3,500.00 | 5.5 |
| SALARIES - SHELTER | 7,176.49 | 63.9 | 26,018.51 | 41.1 |
| SUPPLIES - MANAGEMENT | 10.00 | .1 | 10.00 | .0 |
| SUPPLIES-OPERATING-SHELTER | 1,075.28 | 9.6 | 1,931.22 | 3.0 |
| SUPPLIES-VET-SHELTER | .00 | .0 | 1,746.01 | 2.8 |
| TAXES-PAYROLL-SHELTER | 728.36 | 6.5 | 2,998.89 | 4.7 |
| TELEPHONE - SHELTER | 264.57 | 2.4 | 794.95 | 1.3 |
| TELEPHONE - THRIFT SHOP | 45.53 | .4 | 97.55 | .2 |
| TELEPHONE - THRIFT SHOP MO | 137.33 | 1.2 | 771.02 | 1.2 |
| UTILITIES - SHELTER | 1,157.64 | 10.3 | 5,648.76 | 8.9 |
| UTILITIES - THRIFT SHOP | 283.86 | 2.5 | 1,216.61 | 1.9 |
| UTILITIES - THRIFT SHOP MO | .00 | .0 | 212.87 | .3 |

SEE ACCOUNTANT'S COMPILATION REPORT

GOOD SHEPHERD HUMANE SOCIETY
INCOME STATEMENT

|  | PERIOD TO DATE | | YEAR TO DATE | |
|---|---|---|---|---|
|  | ACTUAL | PERCENT | ACTUAL | PERCENT |
| OPERATING EXPENSES | (Continued) | | | |
| SPAY-NEUTER | $25.00 | .2 % | 30.00 | .0 |
| VET SERVICES-OTHER-SHELTER | .00 | .0 | 8,352.16 | 13.2 |
| TOTAL OPERATING EXPENSES | 13,270.97 | 118.2 | 98,881.34 | 156.2 |
| NET INCOME FROM OPERATIONS | (2,043.86) | (18.2) | (35,560.15) | (56.2) |
| EARNINGS BEFORE INCOME TAX | (2,043.86) | (18.2) | (35,560.15) | (56.2) |
| NET INCOME (LOSS) | $(2,043.86) | (18.2)% | (35,560.15) | (56.2) |

SEE ACCOUNTANT'S COMPILATION REPORT

| | PERIOD TO DATE | | YEAR TO DATE | |
|---|---|---|---|---|
| | ACTUAL | PERCENT | ACTUAL | PERCENT |
| REVENUE | | | | |
| MISCELLANEOUS DONATIONS | $236.00 | 27.5 % | 8,236.00 | 85.8 |
| MISCELLANEOUS DONATIONS JARS | 620.70 | 72.5 | 635.70 | 6.6 |
| COLLECTION CANS REVENUE | .00 | .0 | 50.44 | .5 |
| MEMBERSHIPS REVENUE | .00 | .0 | 675.00 | 7.0 |
| TOTAL REVENUE | 856.70 | 100.0 | 9,597.14 | 100.0 |
| GROSS PROFIT | 856.70 | 100.0 | 9,597.14 | 100.0 |
| OPERATING EXPENSES | | | | |
| ACCOUNTING & LEGAL - MGT | 412.30 | 48.1 | 1,588.05 | 16.5 |
| BANK CHARGES - MANAGEMENT | 10.47 | 1.2 | 40.60 | .4 |
| INSURANCE - MANAGEMENT | 260.82 | 30.4 | 521.64 | 5.4 |
| OFFICE EXPENSE - MANAGEMENT | 129.80 | 15.2 | 183.05 | 1.9 |
| PENDING EXP'S @ 10/01/05 | (193.18) | (22.5) | 35,222.24 | 367.0 |
| POSTAGE & FREIGHT - MANAGEMENT | .00 | .0 | 463.35 | 4.8 |
| PRINTING - MANAGEMENT | .00 | .0 | 55.11 | .6 |
| SUPPLIES - MANAGEMENT | 10.00 | 1.2 | 10.00 | .1 |
| TOTAL OPERATING EXPENSES | 630.21 | 73.6 | 38,084.04 | 396.8 |
| NET INCOME FROM OPERATIONS | 226.49 | 26.4 | (28,486.90) | (296.8) |
| EARNINGS BEFORE INCOME TAX | 226.49 | 26.4 | (28,486.90) | (296.8) |
| NET INCOME (LOSS) | $226.49 | 26.4 % | (28,486.90) | (296.8) |

SEE ACCOUNTANT'S COMPILATION REPORT

|  | PERIOD TO DATE ACTUAL | PERCENT | YEAR TO DATE ACTUAL | PERCENT |
|---|---|---|---|---|
| REVENUE |  |  |  |  |
| THRIFT SHOP REVENUE - ES | $5,566.90 | 100.0 % | 22,222.75 | 100.0 |
| TOTAL REVENUE | 5,566.90 | 100.0 | 22,222.75 | 100.0 |
| GROSS PROFIT | 5,566.90 | 100.0 | 22,222.75 | 100.0 |
| OPERATING EXPENSES |  |  |  |  |
| INSURANCE - THIRFT SHOP | .00 | .0 | 555.00 | 2.5 |
| MAINTENANCE & REPAIRS-THRIFT | 90.46 | 1.6 | 383.86 | 1.7 |
| RENT/LEASE -THRIFT SHOP ES | 101.18 | 1.8 | 409.72 | 1.8 |
| TELEPHONE - THRIFT SHOP | 45.53 | .8 | 97.55 | .4 |
| UTILITIES - THRIFT SHOP | 283.86 | 5.1 | 1,216.61 | 5.5 |
| TOTAL OPERATING EXPENSES | 521.03 | 9.4 | 2,662.74 | 12.0 |
| NET INCOME FROM OPERATIONS | 5,045.87 | 90.6 | 19,560.01 | 88.0 |
| EARNINGS BEFORE INCOME TAX | 5,045.87 | 90.6 | 19,560.01 | 88.0 |
| NET INCOME (LOSS) | $5,045.87 | 90.6 % | 19,560.01 | 88.0 |

SEE ACCOUNTANT'S COMPILATION REPORT

GOOD SHEPHERD HUMANE SOCIETY
STATEMENT OF OPERATIONS
FOR THE 10 PERIODS ENDED FEBRUARY 28, 2006

|  | PERIOD TO DATE | | YEAR TO DATE | |
|---|---|---|---|---|
|  | ACTUAL | PERCENT | ACTUAL | PERCENT |
| REVENUE | | | | |
| THRIFT SHOP REVENUE - MO | $2,120.56 | 100.0 % | 9,715.44 | 100.0 |
| TOTAL REVENUE | 2,120.56 | 100.0 | 9,715.44 | 100.0 |
| GROSS PROFIT | 2,120.56 | 100.0 | 9,715.44 | 100.0 |
| OPERATING EXPENSES | | | | |
| RENT/LEASE THRIFT STORE MO | 700.00 | 33.0 | 3,500.00 | 36.0 |
| TELEPHONE - THRIFT SHOP MO | 137.33 | 6.5 | 771.02 | 7.9 |
| UTILITIES - THRIFT SHOP MO | .00 | .0 | 212.87 | 2.2 |
| TOTAL OPERATING EXPENSES | 837.33 | 39.5 | 4,483.89 | 46.2 |
| NET INCOME FROM OPERATIONS | 1,283.23 | 60.5 | 5,231.55 | 53.8 |
| EARNINGS BEFORE INCOME TAX | 1,283.23 | 60.5 | 5,231.55 | 53.8 |
| NET INCOME (LOSS) | $1,283.23 | 60.5 % | 5,231.55 | 53.8 |

SEE ACCOUNTANT'S COMPILATION REPORT