ASSETS

URRENT ASSETS

| | | |
|---|---|---|
| CASH ON HAND | $50.00 | |
| PETTY CASH SHELTER | 75.00 | |
| CASH-IN BANK - CHECKING 1179** | 14,713.54 | |
| ARVEST P/R ACCT 8507 | 37,594.20 | |
| ARVEST - 70116 SPECIAL ACCT | 3,520.25 | |
| BES BANK ACCT 212415 ** | 460.89 | |
| BES BANK ACCT 216663 ** | 498.00 | |
| TOTAL CURRENT ASSETS | | 56,911.88 |

IXED ASSETS

| | | |
|---|---|---|
| PREPAID INSURANCE | 3,958.31 | |
| TOTAL FIXED ASSETS | | 3,958.31 |

ROPERTY AND EQUIPMENT

| | | |
|---|---|---|
| BLDG - W. VAN BUREN | 86,672.50 | |
| MINI BARN | 2,060.00 | |
| EQUIPMENT & MACHINERY | 9,081.15 | |
| EQUIPMENT & MACHINERY-SHELTER | 14,136.69 | |
| COMPUTER EQUIPMENT - SHELTER | 2,052.50 | |
| COMPUTER SOFTWARE - SHELTER | 995.00 | |
| WASHING MACHINE - SHELTER | 743.99 | |
| FURNITURE & FIXTURES-THRIFT | 4,378.77 | |
| SEPTIC SYSTEM - SHELTER | 4,540.68 | |
| VEHICLES | 4,475.00 | |
| CAPITAL IMPROVEMENTS | 37,318.82 | |
| IMPROVEMENTS - THRIFT SHOP | 6,363.55 | |
| TOTAL PROPERTY AND EQUIPMENT | | 172,818.65 |

THER ASSETS

| | | |
|---|---|---|
| PROPERTY-HWY 62 EAST | 151,692.11 | |
| LAND - W. VAN BUREN | 50,000.00 | |
| TOTAL OTHER ASSETS | | 201,692.11 |
| TOTAL ASSETS | | $435,380.95 |

## LIABILITIES AND EQUITY

### URRENT LIABILITIES

| | | |
|---|---:|---:|
| ACCOUNTS PAYABLE-TRADE | $671.61 | |
| FICA WITHHELD & PAYABLE | 649.44 | |
| FIT WITHHELD | 292.26 | |
| STATE TAX WITHHELD | 107.99 | |
| UNEMPLOYMENT TAXES ACCRUED | 145.28 | |
| TOTAL CURRENT LIABILITIES | | 1,866.5 |
| TOTAL LIABILITIES | | 1,866.5 |

### QUITY

| | | |
|---|---:|---:|
| UNRESTRICTED NET ASSETS | 10,911.42 | |
| RETAINED EARNINGS-CURRENT YEAR | 48,092.19 | |
| RESTRICTED NET ASSETS | 374,510.76 | |
| TOTAL EQUITY | | 433,514.3 |
| TOTAL LIABILITIES AND EQUITY | | $435,380.9 |

SEE ACCOUNTANT'S COMPILATION REPORT

GOOD SHEPHERD HUMANE SOCIETY
INCOME STATEMENT
FOR THE 11 PERIODS ENDED MARCH 31, 2007

| | PERIOD TO DATE | | YEAR TO DATE | |
|---|---|---|---|---|
| | ACTUAL | PERCENT | ACTUAL | PERCENT |
| **REVENUE** | | | | |
| MISC DONATIONS | $1,770.00 | 10.1 % | 22,202.84 | 10.7 |
| THRIFT SHOP REVENUES | 12,575.08 | 71.6 | 122,926.46 | 59.1 |
| ARK COMMUNITY FOUNDATION REV | .00 | .0 | 2,938.00 | 1.4 |
| MISCELLANEOUS DONATIONS JARS | 191.08 | 1.1 | 5,097.69 | 2.5 |
| ADOPTIONS REVENUE | 1,493.50 | 8.5 | 16,974.50 | 8.2 |
| ADOPTIONS EMPLOYEE | .00 | .0 | 210.00 | .1 |
| COLLECTION CANS REVENUE | .00 | .0 | 264.16 | .1 |
| E-BAY SALES - THIRFT SHOP | .00 | .0 | 98.91 | .0 |
| FOSTERING PROGRAMS | 200.00 | 1.1 | 1,000.00 | .5 |
| SPECIAL FUND RAISING REVENUE | 100.00 | .6 | 1,187.30 | .6 |
| ADMISSIONS REVENUE *SHELTER* | 299.25 | 1.7 | 6,865.75 | 3.3 |
| STYLE SHOW REVENUE | .00 | .0 | 16,115.82 | 7.7 |
| CLAIMED BY OWNER REVENUE | 20.00 | .1 | 280.00 | .1 |
| LEGAL DEFENSE DONATIONS | .00 | .0 | 3,090.25 | 1.5 |
| MEMBERSHIPS REVENUE | 5.00 | .0 | 2,795.00 | 1.3 |
| USE OF CREMATORY REVENUE | 301.45 | 1.7 | 3,733.45 | 1.8 |
| MICRO CHIP REVENUE SHELTER | 20.00 | .1 | 120.00 | .1 |
| MISCELLANEOUS REVENUE | .00 | .0 | 309.71 | .1 |
| MEMORIAL DONATIONS-SHELTER | .00 | .0 | 355.50 | .2 |
| PEN SPONSOR DONATION - SHELTER | 600.00 | 3.4 | 1,600.00 | .8 |
| RETURNED CHECKS | .00 | .0 | (17.00) | .0 |
| CREDIT CARD FEES | (24.28) | (.1) | (162.11) | (.1) |
| TOTAL REVENUE | 17,551.08 | 100.0 | 207,986.23 | 100.0 |
| **COST OF SALES** | | | | |
| FOSTERING PROGRAM EXP | 200.00 | 1.1 | 1,000.00 | .5 |
| STYLE SHOW EXP | .00 | .0 | 106.53 | .1 |
| COST OF SALES - T-SHIRTS | .00 | .0 | 186.00 | .1 |
| TOTAL COST OF SALES | 200.00 | 1.1 | 1,292.53 | .6 |
| GROSS PROFIT | 17,351.08 | 98.9 | 206,693.70 | 99.4 |
| **OPERATING EXPENSES** | | | | |
| ACCOUNTING & LEGAL | 508.39 | 2.9 | 7,496.76 | 3.6 |
| ADVERTIZING | 94.70 | .5 | 680.88 | .3 |
| EMPLOYEE TRANSPORTATION | 78.80 | .4 | 801.47 | .4 |
| BANK CHARGES | 15.95 | .1 | 82.12 | .0 |
| CONTRACTED SERVICES | 115.50 | .7 | 1,213.00 | .6 |
| DUMPSTER | 459.46 | 2.6 | 3,319.19 | 1.6 |
| FOOD EXPENSE - SHELTER | 218.80 | 1.2 | 6,185.03 | 3.0 |
| FUND RAISING EXP.- STYLE SHOW | .00 | .0 | 1,388.21 | .7 |
| INSURANCE | 472.40 | 2.7 | 3,497.73 | 1.7 |
| LICENSES & PERMITS | .00 | .0 | 520.00 | .3 |
| MAINTENANCE AND REPAIRS | 2,417.83 | 13.8 | 16,162.44 | 7.8 |
| MICRO CHIP EXP-SHELTER | .00 | .0 | 131.25 | .1 |

SEE ACCOUNTANT'S COMPILATION REPORT

GOOD SHEPHERD HUMANE SOCIETY
INCOME STATEMENT
FOR THE 11 PERIODS ENDED MARCH 31, 2007

|  | PERIOD TO DATE | | YEAR TO DATE | |
| --- | --- | --- | --- | --- |
|  | ACTUAL | PERCENT | ACTUAL | PERCENT |
| PERATING EXPENSES | (Continued) | | | |
| OFFICE EXPENSE | $15.05 | .1 % | 866.80 | .4 |
| PENDING EXP'S @ 10/01/05 | (5,866.83) | (33.4) | .00 | .0 |
| PENALTIES NON DEDUCTIBLE | .00 | .0 | 254.50 | .1 |
| POSTAGE & FREIGHT | .00 | .0 | 66.56 | .0 |
| PRINTING EXP | .00 | .0 | 101.70 | .0 |
| RENT/LEASE OF PROPERTY | 736.00 | 4.2 | 7,756.00 | 3.7 |
| SALARIES | 4,244.56 | 24.2 | 63,147.90 | 30.4 |
| SUPPLIES | 660.45 | 3.8 | 7,462.54 | 3.6 |
| SUPPLIES-VET-SHELTER | 808.42 | 4.6 | 2,544.50 | 1.2 |
| TAXES PAYROLL | 358.68 | 2.0 | 5,977.84 | 2.9 |
| TAXES-PROPERTY-MANAGEMENT | .00 | .0 | (18.46) | .0 |
| TELEPHONE | 179.50 | 1.0 | 2,272.56 | 1.1 |
| UTILITIES | 1,518.99 | 8.7 | 12,657.91 | 6.1 |
| SPAY-NEUTER | 1,285.00 | 7.3 | 1,380.00 | .7 |
| VET SERVICES-S/N CERTIF-SHELTR | .00 | .0 | 588.55 | .3 |
| VET SERVICES-S/N-SHELTER ANIML | .00 | .0 | 156.23 | .1 |
| VET SERVICES-OTHER-SHELTER | 85.00 | .5 | 11,908.30 | 5.7 |
| TOTAL OPERATING EXPENSES | 8,406.65 | 47.9 | 158,601.51 | 76.3 |
| NET INCOME FROM OPERATIONS | 8,944.43 | 51.0 | 48,092.19 | 23.1 |
| EARNINGS BEFORE INCOME TAX | 8,944.43 | 51.0 | 48,092.19 | 23.1 |
| NET INCOME (LOSS) | $8,944.43 | 51.0 % | 48,092.19 | 23.1 |

SEE ACCOUNTANT'S COMPILATION REPORT

|  | PERIOD TO DATE | | YEAR TO DATE | |
|  | ACTUAL | PERCENT | ACTUAL | PERCENT |
|---|---|---|---|---|
| **REVENUE** | | | | |
| MISC DONATIONS | $1,730.00 | 86.4 % | 20,871.84 | 46.9 |
| ARK COMMUNITY FOUNDATION REV | .00 | .0 | 2,938.00 | 6.6 |
| MISCELLANEOUS DONATIONS JARS | 191.08 | 9.5 | 5,097.69 | 11.5 |
| COLLECTION CANS REVENUE | .00 | .0 | 264.16 | .6 |
| SPECIAL FUND RAISING REVENUE | 100.00 | 5.0 | 1,187.30 | 2.7 |
| STYLE SHOW REVENUE | .00 | .0 | 8,230.07 | 18.5 |
| LEGAL DEFENSE DONATIONS | .00 | .0 | 3,090.25 | 6.9 |
| MEMBERSHIPS REVENUE | 5.00 | .2 | 2,795.00 | 6.3 |
| MISCELLANEOUS REVENUE | .00 | .0 | 175.56 | .4 |
| RETURNED CHECKS | .00 | .0 | (17.00) | .0 |
| CREDIT CARD FEES- MANAGEMENT | (24.28) | (1.2) | (162.11) | (.4) |
| TOTAL REVENUE | 2,001.80 | 100.0 | 44,470.76 | 100.0 |
| **COST OF SALES** | | | | |
| COST OF SALES - T- SHIRTS | .00 | .0 | 186.00 | .4 |
| TOTAL COST OF SALES | .00 | .0 | 186.00 | .4 |
| GROSS PROFIT | 2,001.80 | 100.0 | 44,284.76 | 99.6 |
| **OPERATING EXPENSES** | | | | |
| ACCOUNTING & LEGAL - MGT | 508.39 | 25.4 | 7,496.76 | 16.9 |
| BANK CHARGES - MANAGEMENT | 15.95 | .8 | 82.12 | .2 |
| FUND RAISING EXP.- STYLE SHOW | .00 | .0 | 1,388.21 | 3.1 |
| INSURANCE - MANAGEMENT | 255.23 | 12.8 | 1,803.42 | 4.1 |
| LICENSES & PERMITS -MANAGEMENT | .00 | .0 | 250.00 | .6 |
| OFFICE EXPENSE - MANAGEMENT | .00 | .0 | 117.59 | .3 |
| PENDING EXP'S @ 10/01/05 | (5,866.83) | (293.1) | .00 | .0 |
| PENALTIES NON DEDUCTIBLE | .00 | .0 | 254.50 | .6 |
| PRINTING - MANAGEMENT | .00 | .0 | 101.70 | .2 |
| RENT/LEASE OF PROPERTY - MANAG | 36.00 | 1.8 | 56.00 | .1 |
| SUPPLIES - MANAGEMENT | .00 | .0 | 109.59 | .2 |
| TAXES-PROPERTY-MANAGEMENT | .00 | .0 | (18.46) | .0 |
| TOTAL OPERATING EXPENSES | (5,051.26) | (252.3) | 11,641.43 | 26.2 |
| NET INCOME FROM OPERATIONS | 7,053.06 | 352.3 | 32,643.33 | 73.4 |
| EARNINGS BEFORE INCOME TAX | 7,053.06 | 352.3 | 32,643.33 | 73.4 |
| NET INCOME (LOSS) | $7,053.06 | 352.3 % | 32,643.33 | 73.4 |

SEE ACCOUNTANT'S COMPILATION REPORT

| | PERIOD TO DATE | | YEAR TO DATE | |
| --- | --- | --- | --- | --- |
| | ACTUAL | PERCENT | ACTUAL | PERCENT |
| REVENUE | | | | |
| SPAY/NEUTER DONATIONS | $40.00 | 1.3 % | 331.00 | 1.0 |
| ADOPTIONS REVENUE | 1,493.50 | 50.2 | 16,974.50 | 53.7 |
| ADOPTIONS EMPLOYEE | .00 | .0 | 210.00 | .7 |
| L. WINTERS FOSTERING PROGRAM | 200.00 | 6.7 | 1,000.00 | 3.2 |
| ADMISSIONS REVENUE SHELTER | 299.25 | 10.1 | 6,865.75 | 21.7 |
| CLAIMED BY OWNER REVENUE | 20.00 | .7 | 280.00 | .9 |
| USE OF CREMATORY REVENUE | 301.45 | 10.1 | 3,733.45 | 11.8 |
| MICRO CHIP REVENUE SHELTER | 20.00 | .7 | 120.00 | .4 |
| MISCELLANEOUS REVENUE SHELTER | .00 | .0 | 134.15 | .4 |
| MEMORIAL DONATIONS-SHELTER | .00 | .0 | 355.50 | 1.1 |
| PEN SPONSOR DONATION - SHELTER | 600.00 | 20.2 | 1,600.00 | 5.1 |
| TOTAL REVENUE | 2,974.20 | 100.0 | 31,604.35 | 100.0 |
| COST OF SALES | | | | |
| L. WINTERS FOSTERING EXP | 200.00 | 6.7 | 1,000.00 | 3.2 |
| TOTAL COST OF SALES | 200.00 | 6.7 | 1,000.00 | 3.2 |
| GROSS PROFIT | 2,774.20 | 93.3 | 30,604.35 | 96.8 |
| OPERATING EXPENSES | | | | |
| ADVERTISING - SHELTER | .00 | .0 | 273.68 | .9 |
| EMPLOYEE TRANSPORTATION-SHELTR | 78.80 | 2.6 | 781.47 | 2.5 |
| CONTRACTED SERVICES-SHELTER | 115.50 | 3.9 | 1,063.00 | 3.4 |
| DUMPSTER - SHELTER | 94.52 | 3.2 | 1,021.67 | 3.2 |
| FOOD EXPENSE - SHELTER | 218.80 | 7.4 | 6,185.03 | 19.6 |
| INSURANCE-SHELTER | 217.17 | 7.3 | 1,694.31 | 5.4 |
| LICENSES & PERMITS - SHELTER | .00 | .0 | 270.00 | .9 |
| MAINTENANCE & REPAIRS-SHELTER | 1,100.09 | 37.0 | 11,625.71 | 36.8 |
| MICRO CHIP EXP-SHELTER | .00 | .0 | 131.25 | .4 |
| OFFICE EXPENSE - SHELTER | 15.05 | .5 | 704.81 | 2.2 |
| POSTAGE & FREIGHT-SHELTER | .00 | .0 | 66.56 | .2 |
| SALARIES - SHELTER | 4,244.56 | 142.7 | 63,147.90 | 199.8 |
| SUPPLIES-OPERATING-SHELTER | 485.90 | 16.3 | 5,764.65 | 18.2 |
| SUPPLIES-VET-SHELTER | 808.42 | 27.2 | 2,544.50 | 8.1 |
| TAXES-PAYROLL-SHELTER | 358.68 | 12.1 | 5,977.84 | 18.9 |
| TELEPHONE - SHELTER | 72.36 | 2.4 | 1,135.59 | 3.6 |
| UTILITIES - SHELTER | 828.28 | 27.8 | 6,657.42 | 21.1 |
| SPAY-NEUTER | 1,285.00 | 43.2 | 1,380.00 | 4.4 |
| VET SERVICES-S/N CERTIF-SHELTR | .00 | .0 | 588.55 | 1.9 |
| VET SERVICES-S/N-SHELTER ANIML | .00 | .0 | 156.23 | .5 |
| VET SERVICES-OTHER-SHELTER | 85.00 | 2.9 | 11,908.30 | 37.7 |
| TOTAL OPERATING EXPENSES | 10,008.13 | 336.5 | 123,078.47 | 389.4 |
| NET INCOME FROM OPERATIONS | (7,233.93) | (243.2) | (92,474.12) | (292.6) |

GOOD SHEPHERD HUMANE SOCIETY
STATEMENT OF OPERATIONS
FOR THE 11 PERIODS ENDED MARCH 31, 2007

|  | PERIOD TO DATE | | YEAR TO DATE | |
|---|---|---|---|---|
|  | ACTUAL | PERCENT | ACTUAL | PERCENT |
| EARNINGS BEFORE INCOME TAX | $(7,233.93) | (243.2)% | (92,474.12) | (292.6) |
| NET INCOME (LOSS) | $(7,233.93) | (243.2)% | (92,474.12) | (292.6) |

SEE ACCOUNTANTS' COMPILATION REPORT

GOOD SHEPHERD HUMANE SOCIETY
STATEMENT OF OPERATIONS
FOR THE 11 PERIODS ENDED MARCH 31, 2007

| | PERIOD TO DATE | | YEAR TO DATE | |
|---|---|---|---|---|
| | ACTUAL | PERCENT | ACTUAL | PERCENT |
| REVENUE | | | | |
| THRIFT SHOP REVENUE – ES | $7,870.42 | 100.0 % | 86,893.85 | 91.6 |
| E-BAY SALES – THIRFT SHOP | .00 | .0 | 98.91 | .1 |
| STYLESHOW REV – THIRFT SHOP | .00 | .0 | 7,885.75 | 8.3 |
| TOTAL REVENUE | 7,870.42 | 100.0 | 94,878.51 | 100.0 |
| COST OF SALES | | | | |
| STYLE SHOW EXP | .00 | .0 | 106.53 | .1 |
| TOTAL COST OF SALES | .00 | .0 | 106.53 | .1 |
| GROSS PROFIT | 7,870.42 | 100.0 | 94,771.98 | 99.9 |
| OPERATING EXPENSES | | | | |
| ADVERTISING – THRIFT SHOP | .00 | .0 | 65.00 | .1 |
| TRANSPORTATION – DOGGIE SHOP | .00 | .0 | 20.00 | .0 |
| CONTRACTED SERVICES-THRIFT SHP | .00 | .0 | 150.00 | .2 |
| DUMPSTER – DOGGIE SHOP | .00 | .0 | 111.00 | .1 |
| MAINTENANCE & REPAIRS-THRIFT | .00 | .0 | 3,218.99 | 3.4 |
| OFFICE EXPENSE – THRIFT SHOP | .00 | .0 | 44.40 | .0 |
| SUPPLIES-THRIFT SHOP | .00 | .0 | 642.84 | .7 |
| TELEPHONE – THRIFT SHOP | 59.35 | .8 | 612.85 | .6 |
| UTILITIES – THRIFT SHOP | 425.08 | 5.4 | 4,362.35 | 4.6 |
| TOTAL OPERATING EXPENSES | 484.43 | 6.2 | 9,227.43 | 9.7 |
| NET INCOME FROM OPERATIONS | 7,385.99 | 93.8 | 85,544.55 | 90.2 |
| EARNINGS BEFORE INCOME TAX | 7,385.99 | 93.8 | 85,544.55 | 90.2 |
| NET INCOME (LOSS) | $7,385.99 | 93.8 % | 85,544.55 | 90.2 |

GOOD SHEPHERD HUMANE SOCIETY
STATEMENT OF OPERATIONS
FOR THE 11 PERIODS ENDED MARCH 31, 2007

|  | PERIOD TO DATE | | YEAR TO DATE | |
|---|---|---|---|---|
|  | ACTUAL | PERCENT | ACTUAL | PERCENT |
| REVENUE | | | | |
| MISC DONATIONS - MO STORE | $.00 | .0 % | 1,000.00 | 2.7 |
| THRIFT SHOP REVENUE - MO | 4,704.66 | 100.0 | 36,032.61 | 97.3 |
| TOTAL REVENUE | 4,704.66 | 100.0 | 37,032.61 | 100.0 |
| GROSS PROFIT | 4,704.66 | 100.0 | 37,032.61 | 100.0 |
| OPERATING EXPENSES | | | | |
| ADVERTISING - MISSOURI STORE | 94.70 | 2.0 | 342.20 | .9 |
| DUMPSTER - THRIFT SHOP MO | 364.94 | 7.8 | 2,186.52 | 5.9 |
| MAINTENANCE & REPAIRS - MO | 1,317.74 | 28.0 | 1,317.74 | 3.6 |
| RENT/LEASE - THRIFT SHOP MO | 700.00 | 14.9 | 7,700.00 | 20.8 |
| SUPPLIES - THRIFT SHOP MO | 174.55 | 3.7 | 945.46 | 2.6 |
| TELEPHONE - THRIFT SHOP MO | 47.79 | 1.0 | 524.12 | 1.4 |
| UTILITIES - THRIFT SHOP MO | 265.63 | 5.6 | 1,638.14 | 4.4 |
| TOTAL OPERATING EXPENSES | 2,965.35 | 63.0 | 14,654.18 | 39.6 |
| NET INCOME FROM OPERATIONS | 1,739.31 | 37.0 | 22,378.43 | 60.4 |
| EARNINGS BEFORE INCOME TAX | 1,739.31 | 37.0 | 22,378.43 | 60.4 |
| NET INCOME (LOSS) | $1,739.31 | 37.0 % | 22,378.43 | 60.4 |

SEE ACCOUNTANT'S COMPILATION REPORT