## COVER SHEET FOR MONTHLY OPERATING REPORTS

**CASE NAME:** The Good Shepherd Humane Society, Inc.

**CASE NUMBER:** 3:07-bk-71212-B

Debtor hereby submits the attached MONTHLY OPERATING REPORT

for the month of ___Apr- May___, __2007__.

CASE NAME: The Good Shepherd Humane Society, Inc.  
CASE NUMBER: 3:07-bk-71212-B

MONTHLY OPERATING REPORTS  
COMPARATIVE BALANCE SHEETS

FORM OPR-1A

3:07-bk-71212 Doc#: 26 Filed: 06/30/07 Entered: 06/30/07 14:14:23 Page 2 of 35

| ASSETS | PETITION DATE 4/24/2007 | MONTH ENDING 5/31/2007 | MONTH ENDING 6/30/2007 | MONTH ENDING 7/31/2007 | MONTH ENDING 8/31/2007 | MONTH ENDING 10/31/2007 | MONTH ENDING 11/30/2007 |
|---|---|---|---|---|---|---|---|
| **CURRENT ASSETS** | | | | | | | |
| Cash | 49,119 | 64,954 | 0 | 0 | 0 | | |
| Accounts Receivable, Net (Sched. A) | 0 | NONE | 0 | 0 | 0 | 0 | 0 |
| Inventory, At Lower Of Cost Or Market | 0 | 0 | 0 | | | | |
| Prepaid Expenses | 3,486 | 3,139 | 0 | 0 | 0 | | |
| Other | 0 | 0 | 0 | 0 | 0 | | |
| | | | | | | | |
| Total Current Assets | 52,605 | 68,093 | 0 | 0 | 0 | 0 | 0 |
| | | | | | | | |
| **PROPERTY, PLANT & EQUIPMENT (Sched. B)** | 173,607 | 173,607 | 0 | 0 | 0 | 0 | 0 |
| Less Accumulated Depreciation | 0 | 0 | 0 | 0 | 0 | | |
| Net Property | 173,607 | 173,607 | 0 | 0 | 0 | 0 | 0 |
| | | | | | | | |
| **OTHER ASSETS (Describe)** | 201,692 | 201,692 | 0 | 0 | 0 | | |
| | | | | | | | |
| Total Other Assets | 201,692 | 201,692 | 0 | 0 | 0 | 0 | 0 |
| | | | | | | | |
| **TOTAL ASSETS** | 427,904 | 443,392 | 0 | 0 | 0 | 0 | 0 |

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOLLOWING OPERATING REPORTS, CONSISTING OF 33 PAGES, 34 with cover, 35 with certificate of service ARE TRUE AND CORRECT.

Date submitted 6/30/07          Signed _John H. Reeve_          JOHN H. REEVE  
(Printed name of signatory)

CASE NAME: The Good Shepherd Humane Society, Inc.  MONTHLY OPERATING REPORTS
CASE NUMBER: 3:07-bk-71212-B  COMPARATIVE BALANCE SHEETS

3:07-bk-71212  Doc#: 26  Filed: 06/30/07  Entered: 06/30/07 14:14:23  Page 3 of 35

| LIABILITIES & STOCKHOLDERS' EQUITY | PETITION DATE 4/24/2007 | MONTH ENDING 5/31/2007 | MONTH ENDING 6/30/2007 | MONTH ENDING 7/31/2007 | MONTH ENDING 8/31/2007 | MONTH ENDING 10/31/2007 | MONTH ENDING 11/30/2007 |
|---|---|---|---|---|---|---|---|
| **LIABILITIES** | | | | | | | |
| Post Petition Liabilities (Sched. C) | 1,415 | 3,016 | 0 | 0 | 0 | 0 | 0 |
| | | | | | | | |
| Pre Petition Liabilities | | | | | | | |
| Notes Payable - Secured | 0 | 0 | 0 | 0 | 0 | | |
| Priority Debt | 0 | 0 | 0 | 0 | 0 | | |
| Unsecured Debt | 0 | 0 | 0 | 0 | 0 | | |
| Other | 0 | 0 | 0 | 0 | 0 | | |
| | | | | | | | |
| Total Pre Petition Liabilities | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | | | | | | |
| Total Liabilities | 1,415 | 3,016 | 0 | 0 | 0 | 0 | 0 |
| | | | | | | | |
| **EQUITY** | | | | | | | |
| | | | | | | | |
| Unrestricted net assets | 10,123 | 56,857 | 0 | 0 | 0 | | |
| Restricted net assets | 375,299 | 375,299 | 0 | 0 | 0 | | |
| Retained Earnings | | | | | | | |
| Through Filing Date | 41,400 | 41,400 | 0 | 0 | 0 | | |
| Post Filing Date | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | | | | | | |
| Total Stockholders' Equity | 426,822 | 473,555 | 0 | 0 | 0 | 0 | 0 |
| | | | | | | | |
| TOTAL LIABILITIES & STOCKHOLDERS' EQU | 428,237 | 476,571 | 0 | 0 | 0 | 0 | 0 |

CASE NAME: The Good Shepherd Humane Society, Inc.
CASE NUMBER: 3:07-bk-71212-B

STATEMENT OF INCOME (LOSS)

3:07-bk-71212 Doc#: 26 Filed: 06/30/07 Entered: 06/30/07 14:14:23 Page 4 of 35

| | MONTH ENDING 05/31/07 | MONTH ENDING 06/30/07 | MONTH ENDING 07/31/07 | MONTH ENDING 08/31/07 | MONTH ENDING 10/31/07 | MONTH ENDING 11/30/07 | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| GROSS SALES (INCOME) | 29,643 | 0 | 0 | 0 | | | 29,643 |
| COST OF GOODS SOLD | | | | | | | |
| Cost of Revenues | 6,290 | 0 | 0 | 0 | | | 6,290 |
| Labor - Direct | 0 | 0 | 0 | 0 | | | 0 |
| Manufacturing Overhead | | 0 | 0 | 0 | | | 0 |
| Total Cost of Goods Sold | 6,290 | 0 | 0 | 0 | 0 | 0 | 6,290 |
| GROSS PROFIT | 23,353 | 0 | 0 | 0 | 0 | 0 | 23,353 |
| OPERATING EXPENSES | | | | | | | |
| Selling & Marketing | 45 | 0 | 0 | | | | 45 |
| Executive & Mgmt. Salaries | 0 | 0 | 0 | 0 | | | 0 |
| Office & Other Salaries | 5,752 | 0 | | | | | 5,752 |
| Rent | 736 | 0 | 0 | 0 | | | 736 |
| Other (Attach Schedule) | 2,259 | 0 | 0 | | | | 2,259 |
| Total Operating Expenses | 8,792 | 0 | 0 | 0 | 0 | 0 | 8,792 |
| OTHER EXPENSES | | | | | | | |
| Quarterly Fees | 0 | | | | | | 0 |
| Depreciation | 0 | | | | | | 0 |
| Interest | 0 | | | | | | 0 |
| Attorney's Fees | 0 | | 0 | | | | 0 |
| Other Professional Fees | 0 | | | | | | 0 |
| Total Other Expenses | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Expenses | 8,792 | 0 | 0 | 0 | 0 | 0 | 8,792 |
| NET INCOME (LOSS) | 14,561 | 0 | 0 | 0 | 0 | 0 | 14,561 |

| | MONTH ENDING 5/31/2007 | MONTH ENDING 6/30/2007 | MONTH ENDING 7/31/2007 | MONTH ENDING 8/31/2007 | MONTH ENDING 10/31/2007 | MONTH ENDING 11/30/2007 | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| **CASH DIFFERENCE** | | | | | | | |
| Current Ending Cash Balance | 64,954 | 0 | 0 | 0 | 0 | 0 | 64,954 |
| Less Ending Prior Month Balance | 49,119 | 0 | 0 | 0 | 0 | 0 | 49,119 |
| NET CASH INCREASE(DECREASE) | 15,835 | 0 | 0 | 0 | 0 | 0 | 15,835 |
| | | | | | | | |
| **SOURCES OF CASH** | | | | | | | |
| Income (Loss) From Operations | 13,888 | 0 | 0 | 0 | 0 | 0 | 13,888 |
| Add: Non-cash items (Depr. & Amort.) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Cash Generated From Operations | 13,888 | 0 | 0 | 0 | 0 | 0 | 13,888 |
| Add: Decrease in Assets | | | | | | | |
| Accounts Receivable | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Inventory | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Prepaid Expenses | 347 | 0 | 0 | 0 | 0 | 0 | 347 |
| Property, Plant & Equipment | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Other Current Assets | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Other Assets | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Increase in Liabilities: | | | | | | | |
| Post Petition Liabilities | 1,601 | 0 | 0 | 0 | 0 | 0 | 1,601 |
| Pre Petition Liabilities | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| TOTAL SOURCES OF CASH | 15,835 | 0 | 0 | 0 | 0 | 0 | 15,835 |
| **USE OF CASH** | | | | | | | |
| Subtract: Increase in Assets | | | | | | | |
| Accounts Receivable | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Inventory | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Prepaid Expenses | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Property, Plant & Equipment | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Other Current Assets | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Other Assets | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Decrease in Liabilities: | | | | | | | |
| Post Petition Liabilities | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Pre Petition Liabilities | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| TOTAL USE OF CASH | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| NET CASH INCREASE (DECREASE) | 15,835 | 0 | 0 | 0 | 0 | 0 | 15,835 |

3:07-bk-71212  Doc#: 26  Filed: 06/30/07  Entered: 06/30/07 14:14:23  Page 5 of 35

CASE NAME: The Good Shepherd Humane Society, Inc.
CASE NUMBER: 3:07-bk-71212-B          SCHEDULE OF ACCOUNTS RECEIVABLE AGING          SCHEDULE A

3:07-bk-71212   Doc#: 26   Filed: 06/30/07   Entered: 06/30/07 14:14:23   Page 6 of 35

Date of Filing:__4/24/07_____

   % of Total

Month:__05/07_____

   % of Total

Month:_____

   % of Total

Month:_____

   % of Total

Month:_____

   % of Total

Month:_____

   % of Total

Month:_____

   % of Total

| TOTAL ACCOUNTS RECEIVABLE | 0-30 DAYS | 31-60 DAYS | 61-90 DAYS | 91-120 DAYS | OVER 120 DAYS |
|---|---|---|---|---|---|
| NONE | NONE | NONE | NONE | NONE | NONE |
| 100% | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! |
| NONE | NONE | NONE | NONE | NONE | NONE |
| 100% | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! |
|  |  |  |  |  |  |
| 100% | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! |
|  |  |  |  |  |  |
| 100% | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! |
|  |  |  |  |  |  |
| 100% | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! |
|  |  |  |  |  |  |
| 100% | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! |
|  |  |  |  |  |  |
| 100% | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! |

CASE NAME: The Good Shepherd Humane Society, Inc.   SCHEDULE OF FIXED ASSETS   SCHEDULE B
CASE NUMBER: 3:07-bk-71212-B

3:07-bk-71212   Doc#: 26   Filed: 06/30/07   Entered: 06/30/07 14:14:23   Page 7 of 35

| | MONTH 5/31/2007 | MONTH 6/30/2007 | MONTH 7/31/2007 | MONTH 8/31/2007 | MONTH 10/31/2007 | MONTH 11/30/2007 |
|---|---|---|---|---|---|---|
| **FIXED ASSETS:** | | | | | | |
| Buildings | 241,213 | | | | | |
| Land | 50,000 | | | | | |
| Improvements | 42,834 | | | | | |
| Office Furniture | 4,379 | | | | | |
| Office Equipment | 28,607 | | | | | |
| Computer Equipment | 3,048 | | | | | |
| Shop Machinery | 744 | | | | | |
| Shop Equipment | | | | | | |
| Automobiles | | | | | | |
| Vans | 4,475 | | | | | |
| Trucks | | | | | | |
| Trailers | | | | | | |
| Heavy Equipment | | | | | | |
| Other Vehicles | | | | | | |
| Major Tools | | | | | | |
| Boat & Airplane | | | | | | |
| Warehouse Equipment | | | | | | |
| Other_____ | | | | | | |
| **TOTAL FIXED ASSETS** | 375,298 | 0 | 0 | 0 | 0 | 0 |

3:07-bk-71212   Doc#: 26   Filed: 06/30/07   Entered: 06/30/07 14:14:23   Page 8 of 35

| | MONTH 5/31/2007 | MONTH 6/30/2007 | MONTH 7/31/2007 | MONTH 8/31/2007 | MONTH 10/31/2007 | MONTH 11/30/2007 |
|---|---|---|---|---|---|---|
| TRADE ACCOUNTS PAYABLE | 1,536 | | | | | |
| | | | | | | |
| TAXES PAYABLE: | | | | | | |
| Federal Payroll Taxes | 1,226 | | | | | |
| State Payroll Taxes | 254 | | | | | |
| State Sales Taxes | 0 | | | | | |
| Local Payroll Taxes | 0 | | | | | |
| Real Estate & Pers. Prop. Taxes | | | | | | |
| Other_____ | | | | | | |
| | | | | | | |
| TOTAL TAXES PAYABLE | 1,480 | 0 | 0 | 0 | 0 | 0 |
| | | | | | | |
| OTHER LIABILITIES: | | | | | | |
| Post Petition Secured Debt | 0 | | | | | |
| Accrued Interest Payable | 0 | | | | | |
| Other Accrued Liabilities | 0 | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| TOTAL OTHER LIABILITIES | 0 | 0 | 0 | 0 | 0 | 0 |
| TOTAL POST PETITION DEBT | 3,016 | 0 | 0 | 0 | 0 | 0 |

CASE  NAME: The Good Shepherd Humane Society, Inc.　　(revised 3-94)
CASE  NUMBER: 3:07-bk-71212-B　　Schedule D
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page 1 of 2

## SUMMARY  OF  SIGNIFICANT  ITEMS
Month of    May 2007

### 1.  Insurance Coverage

|  | Carrier/<br>agent<br>Name | Amount<br>of<br>Coverage | Policy<br>Expiration<br>Date | Premium<br>Paid thru<br>Date |
|---|---|---|---|---|
| Workers' Compensation | UNITED INSR AGENCY | STATUTORY | 2/1/2008 | 1/31/2008 |
| General Liability | JACKSON INSR AGENCY | 100,000 | 11/8/2007 | 11/8/2007 |
| Excess Liability |  |  |  |  |
| Fire & Extended Coverage |  |  |  |  |
| Vehicle Liability | SHELTER INSUR | 50,000 | 6/30/2007 | 6/30/2007 |
| Vehicle Collision |  |  |  |  |
| Theft |  |  |  |  |
| Other(specify) |  |  |  |  |

### 2.  Statement of Payments of Secured Creditors
　　(list all payments made to secured creditors during the month & the purpose
　　for such payment, i.e. Court ordered adequate protection cash collateral payments)

| Payee | Description | Amount Paid<br>this Month | Total Paid<br>Post petition |
|---|---|---|---|
| NONE |  |  |  |
|  |  |  |  |
|  |  |  |  |

### 3.  Tax Payments Made This Month (Not Accruals) (attach copies of tax receipts or checks)

|  | Date<br>Paid | Amount<br>Paid | Post Petition Taxes<br>Unpaid(agrees to Sch. C) |
|---|---|---|---|
| Federal Payroll W/H Taxes | NONE |  |  |
| Federal Payroll W/H Taxes | NONE |  |  |
| Federal Payroll W/H Taxes | NONE |  |  |
| Federal Payroll W/H Taxes | NONE |  | 1,226 |
| Fed. Unemployment Taxes | NONE |  |  |
| State Payroll W/H Taxes | NONE |  | 140 |
| State Unemployment Taxes | NONE |  | 114 |
| State Sales & Use Taxes | NONE |  |  |
| Property Taxes | NONE |  |  |
| Other | NONE |  |  |

CASE NAME: The Good Shepherd Humane Society, Inc.
CASE NUMBER: 3:07-bk-71212-B

Revised 10-96
Schedule D
Page 2 of 3

## SUMMARY OF SIGNIFICANT ITEMS
Month of May 2007

### 4. Compensation Payments Made This Month (Not Accruals)
(List all payments made to owners of proprietorships; partners of partnerships; officers, directors and shareholders of corporations)

| Name | Amount | Date of Court Order Authorizing Payment |
|------|--------|------------------------------------------|
| NONE | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

### 5. Payments Made This Month To Professionals (Not Accruals)

| Professional | Amount | Date of Court Order Authorizing Payment |
|--------------|--------|------------------------------------------|
| Attorney(s) | | |
| Accountant(s) | | |
| Management Co.(s) | | |
| Appraiser(s) | | |
| Other (specify) | | |
| | | |

### 6. Record of Disbursement and Payment of Quarterly Fees

| Period Ending | *Total Disbursements | Quarterly Totals | Quarterly Fee ** | Date Paid | Amount Paid | Check Number |
|---------------|----------------------|------------------|------------------|-----------|-------------|--------------|
| January | $ | | | | | |
| February | $ | | | | | |
| March | $ | $0.00 | 250 | | $ | |
| April | $ | | | | | |
| May | $13,762.01 | | | | | |
| June | $ | $13,762.01 | 250 | | $ | |
| July | $ | | | | | |
| August | $ | | | | | |
| September | $ | $0.00 | 250 | | $ | |
| October | $ | | | | | |
| November | $ | | | | | |

CASE NAME: The Good Shepherd Humane Society, Inc.          Revised 10-96
CASE NUMBER: 3:07-bk-71212-B                                Schedule D
                                                           Page 2 of 2

## SUMMARY OF SIGNIFICANT ITEMS
### Month of May 2007

| December | $ | $0.00 | 250 | | $ | |
|----------|---|-------|-----|--|---|--|

\* Each month list the total money spent for all purposes. At the end of the quarter, add the monthly totals. This is the amount used to compute the quarterly fee due the U.S. Trustee, from the table below.

\*\*Effective 10-01-96  [$-0- to $14,999.99 = $250.00]......[$15,000 to $74,999.99 = $500.00]......[$75,000 to $149,999.99 = $750.00]......[$150,000 to $224,999.99 = $1,250.00]......[$225,000 to $299,999.99 = $1,500.00]......[$300,000 to $999,999.99 = $3,750.00]......[$1,000,000 to $1,999,999.99 = $5,000.00]......[$2,000,000 to $2,999,999.99 = $7,500.00]......$3,000,000 to $4,999,999.99 = $8,000.00]......[$5,000,000 or more = $10,000.00]

CASE  NAME: The Good Shepherd Humane Society, Inc.
CASE  NUMBER: 3:07-bk-71212-B

Page 1 of 1

## SCHEDULE OF OTHER EXPENSES

|  | MONTH ENDING 05/31/07 | MONTH ENDING 06/30/07 | MONTH ENDING 07/31/07 | MONTH ENDING 08/31/07 | MONTH ENDING 10/31/07 | MONTH ENDING 11/30/07 |
|---|---|---|---|---|---|---|
| Payroll Taxes | 486 | | | | | |
| Office Exp's | 1,073 | | | | | |
| Telephone | 0 | | | | | |
| Insurance | 472 | | | | | |
| Maintenance | 900 | | | | | |
| Total Other Expenses | 2,932 | 0 | 0 | 0 | 0 | 0 |

```
Run Date: 06/12/07            GOOD SHEPHERD HUMANE SOCIETY          Page: 1
B/R Date: 05/31/07          BANK RECONCILIATION REGISTER        Time: 02:25 PM
                                  AS OF: 05/31/07
```

BANK CODE: E  ARVEST PAYROLL ACCT 8507        The Good Shepherd Humane Society, Inc.
                                                       3:07bk-71212-B
DEPOSITS AND ADJUSTMENTS:

| DATE | TYP | REFERENCE | COMMENT | DEBITS | CREDITS | CLR |
|------|-----|-----------|---------|-------:|--------:|-----|
| 04/30/07 | DEP | DEP O/S | ES THRIFT O/S | | 3,924.95 | Y |
| 04/30/07 | DEP | DEP O/S | MO THRIFT O/S | | 815.20 | Y |
| 04/30/07 | DEP | DEP O/S | MEMBERSHIP O/S | | 620.00 | Y |
| 04/30/07 | DEP | DEP O/S | SPAY/NEUTER O/S | | 100.00 | Y |
| 04/30/07 | DEP | DEP O/S | CANS O/S | | 72.00 | Y |
| 04/30/07 | DEP | DEP O/S | MISC O/S | | 45.00 | Y |
| 04/30/07 | DEP | DEP O/S | SALES TAX REFUND | | 36.24 | Y |
| 05/01/07 | ADJ | BS | BA INTERNET BANKING | 10.00 | | Y |
| 05/03/07 | ADJ | DEBIT CARD | FOOD | 354.48 | | Y |
| 05/03/07 | ADJ | DEBIT CARD | SUPPLIES | 48.23 | | Y |
| 05/03/07 | ADJ | DEBIT CARD | SALES TAX | 36.24 | | Y |
| 05/05/07 | DEP | CC DEP | CC DEP ADOPT | | 120.00 | Y |
| 05/07/07 | DEP | DEP | DONATIONS | | 130.00 | Y |
| 05/07/07 | DEP | DEP | ADOPTIONS | | 640.00 | Y |
| 05/07/07 | DEP | DEP | MICRO CHIPS | | 10.00 | Y |
| 05/07/07 | DEP | DEP | SURRENDER | | 315.00 | Y |
| 05/07/07 | DEP | DEP | CREMATIONS | | 70.00 | Y |
| 05/07/07 | DEP | DEP | RE-CLAIM | | 25.00 | Y |
| 05/07/07 | DEP | DEP | JARS | | 73.00 | Y |
| 05/08/07 | ADJ | NSFCHK | NSF CHK DOGGIE SHOP | 55.00 | | Y |
| 05/08/07 | DEP | DEP | FOSTERCARE | | 200.00 | Y |
| 05/09/07 | ADJ | BS | ONLINE BILL PAY | 5.95 | | Y |
| 05/11/07 | DEP | DEP | MO DEP | | 920.00 | Y |
| 05/15/07 | ADJ | BS | SBC DISCOUNT | 31.68 | | Y |
| 05/30/07 | DEP | CC DEP | CC DEP ADOPT | | 60.00 | Y |
| 05/30/07 | DEP | DEP | MO DEP | | 2,236.45 | Y |
| 05/31/07 | DEP | DEP'S | DS | | 879.50 | Y |
| 05/31/07 | DEP | DEP'S | MO STORE | | 1,094.00 | Y |
| 05/31/07 | DEP | DEP'S | E-BAY | | 20.00 | Y |
| 05/31/07 | DEP | DEP'S | MEMBERS | | 200.00 | Y |
| 05/31/07 | DEP | DEP'S | DONATIONS | | 469.15 | Y |
| 05/31/07 | DEP | DEP'S | JAR $ | | 35.06 | Y |

```
                    TOTAL OF 32 POSTINGS:        541.58      13,110.55
```

CHECKS:

| CHECK NUMBER | DATE | SRC | REFERENCE | PAYEE NAME | AMOUNT | CLR |
|--------------|------|-----|-----------|------------|-------:|-----|
| 000810 | 04/16/07 | PR | 02ROBIE | ROBIE, J. | 194.28 | N |
| 000832 | 04/23/07 | AP | 000002130 | D.F.A. | 190.60 | Y |
| 000839 | 05/04/07 | AP | 00AR WEST | AR WESTERN GAS COMPANY | 244.18 | Y |
| 000840 | 05/04/07 | AP | 00JPCREA | PAM & JOHN STILWELL | 700.00 | Y |
| 000841 | 05/04/07 | AP | 00SWEPCO | SOUTHWESTERN ELECTRIC POWER | 228.95 | Y |
| 000842 | 05/04/07 | AP | 00WINTERS | LINDA WINTERS | 200.00 | Y |
| 000843 | 05/07/07 | PR | 02EM | EMMONS, L. | 631.48 | Y |
| 000844 | 05/07/07 | PR | 02FINK | FINK, R. | 514.18 | Y |
| 000845 | 05/07/07 | PR | 02RENOE | RENOE, L. | 435.53 | Y |
| 000846 | 05/07/07 | PR | 02SCHN | SCHNEIDER, K. | 269.24 | Y |
| 000847 | 05/07/07 | PR | 02WIL | WILKES, J. | 35.55 | Y |
| 000848 | 05/07/07 | PR | 02WOR | WORLEY, L. | 434.86 | Y |

Run Date: 07/06/12   Doc#: 26   Filed 06/30/07   Entered 06/30/07 14:14:23   Page 14 of 35

B/R Date: 05/31/07                     BANK RECONCILIATION REGISTER                     Time: 02:25 PM
                                              AS OF: 05/31/07

BANK CODE: E  ARVEST PAYROLL ACCT 8507                    The Good Shepherd Humane Society, Inc.
                                                                    3:07bk-71212-B
CHECKS:

| CHECK NUMBER | DATE | SRC | REFERENCE | PAYEE NAME | AMOUNT | CLR |
|---|---|---|---|---|---|---|
| 000849 | 05/07/07 | AP | 00ALLIED | ALLIED WASTE SERVICES #394 | 183.64 | Y |
| 000850 | 05/07/07 | AP | 00CCSOLID | CARROLL COUNTY SOLID WASTE | 94.52 | Y |
| 000851 | 05/07/07 | AP | 00CECCSH | CARROLL ELECTRIC COOP CORP | 319.04 | Y |
| 000852 | 05/07/07 | AP | 00DOMAINR | DOMAIN REGISTRY | 30.00 | Y |
| 000853 | 05/07/07 | AP | 00ES WATE | ES WATER & SEWER | 144.15 | Y |
| 000854 | 05/07/07 | AP | 00JESTER | RILEY JESTER | 50.00 | Y |
| 000855 | 05/07/07 | AP | 00LAURENE | LAUREN EMMONS | 402.63 | Y |
| 000856 | 05/07/07 | AP | 00LOVELY | LOVELY COUNTY CITIZEN | 30.00 | Y |
| 000857 | 05/07/07 | AP | 00MCCUNE | McCUNE ANIMAL HOSPITAL | 53.65 | Y |
| 000858 | 05/07/07 | AP | 00SMOORE | SARAH MOORE | 631.01 | Y |
| 000859 | 05/07/07 | AP | 00NEAL | GORDEN NEAL | 85.00 | Y |
| 000860 | 05/08/07 | AP | 00ISPLU | ISLAND PLUMBING | 83.00 | Y |
| 001172 | 05/10/07 | GJ | | TO BANK OF ES | 30,000.00 | Y |

                      TOTAL OF 25 CHECKS:                          36,185.49

          RECONCILIATION SUMMARY FOR BANK E AS OF 05/31/07:

               G/L CASH ACCOUNT NUMBER.................  1041-000

               BANK STATEMENT BALANCE...................      9,029.80
               PLUS 0 DEPOSITS IN TRANSIT TOTALING.....           .00
               LESS 0 ADJUSTMENTS TOTALING.............           .00
               LESS 1 CHECKS OUTSTANDING TOTALING......        194.28
                                                          ---------------
               ADJUSTED BANK BALANCE...................      8,835.52

               CALCULATED BOOK BALANCE.................      8,835.52
               OUT OF BALANCE BY.......................           .00

ARVEST  Member FDIC
www.arvest.com

The Good Shepherd Humane Society, Inc.
3:07bk-71212-B

ARVEST BANK
P O BOX 638
BERRYVILLE AR    72616

Page    1

24-hour Account
Information: (800) 430-7237

Statement Date:    5-31-07

Account No:    10548507

Customer Service: (877) 864-8606
(870) 423-2575

002    191    100

Enclosures:    45

EARN TRAVEL, SHOPPING AND DINING REWARDS BY USING
YOUR ARVEST DEBIT CARD.  VISIT ARVESTREWARDS.COM

*****************AUTO**3-DIGIT 726
30160 0.9440 AT 0.334    94 1 299

GOOD SHEPHERD HUMANE SOCIETY INC
C/O WORDEN & WORDEN CPA
SPECIAL FUND
105 W VAN BUREN
EUREKA SPRINGS  AR 72632-3650

*1041*

E

********************    BUSINESS CHECKING    ********************
1054 850 7                                                    100

| | | |
|---|---|---|
| Balance Last Statement | 4-30-07 | 32,452.04 |
| +Deposits/Credits | 23 | 13,110.55 |
| -Withdrawals/Debits | 29 | 36,532.79 |
| -Service Charge | | .00 |
| Balance This Statement | | 9,029.80 |

********************* DEPOSITS POSTED ***************************

| Deposit | Date |
|---|---|
| 5577.15 | 5-03 |
| 163.50 | 5-03 |
| 36.24 | 5-04 |
| 20.00 | 5-04 |
| 323.50 | 5-04 |
| 169.00 | 5-04 |
| 387.00 | 5-07 |
| 930.50 | 5-07 |
| 640.00 | 5-07 |
| 35.06 | 5-07 |
| 29.15 | 5-07 |
| 73.00 | 5-07 |
| 25.00 | 5-07 |
| 70.00 | 5-07 |
| 315.00 | 5-07 |
| 10.00 | 5-07 |
| 640.00 | 5-07 |
| 130.00 | 5-07 |
| 200.00 | 5-08 |
| 920.00 | 5-11 |
| 2236.45 | 5-30 |

******************** ELECTRONIC ACTIVITY *************************

| Date | Tracer | Description | Amount |
|---|---|---|---|
| 5-01 | 3980 | Business Internet Banking | 10.00- |
| 5-03 | 700000182820 | 0035011 POS PIN PUR FROM CHK SAMSCLUB #4969 BENTONVILLE, AR | 438.95- |
| 5-04 | 124000000001172 | NDC             VI/MC DEPS | 60.00 |
| 5-04 | 180 | GOOD SHEPHERD HUMANE S Deposited Item Returned | 55.00- |
| 5-07 | 127000000000661 | NDC             VI/MC DEPS | 120.00 |



The Good Shepherd Humane Society, Inc.
3:07bk-71212-B

Page    2

Statement Date:    5-31-07

Account No:    10548507

GOOD SHEPHERD HUMANE SOCIETY INC

| | | | |
|---|---|---|---|
| | | GOOD SHEPHERD HUMANE S | |
| 5-10 | 10450 | ONLINE BILL PAYMENT FEE | 5.95- |
| 5-15 | 127000000002472 | SBC DISCOUNT     VS MC DISC | 31.68- |
| | | GOOD SHEPHERD HUMANE S | |

```
*************************** CHECKS PAID ***************************
       Check No.   Date       Amount    Check No.   Date       Amount
             832   5-02       190.60           850   5-14        94.52
             839*  5-09       244.18           851   5-09       319.04
             840   5-15       700.00           852   5-23        30.00
             841   5-10       228.95           853   5-14       144.15
             842   5-15       200.00           854   5-08        50.00
             843   5-10       631.48           855   5-07       402.63
             844   5-08       514.18           856   5-09        30.00
             845   5-10       435.53           857   5-17        53.65
             846   5-11       269.24           858   5-09       631.01
             847   5-14        35.55           859   5-08        85.00
             848   5-07       434.86           860   5-15        83.00
             849   5-14       183.64          1172*  5-10     30000.00

*********************** DAILY BALANCE SUMMARY ***********************
     Date       Balance     Date       Balance     Date       Balance
     4-30     32452.04      5-01     32442.04      5-02     32251.44
     5-03     37553.14      5-04     38493.88      5-07     40674.10
     5-08     40224.92      5-09     39000.69      5-10      7698.78
     5-11      8349.54      5-14      7891.68      5-15      6877.00
     5-17      6823.35      5-23      6793.35      5-30      9029.80
```



Deposit $73.00 Date 5/7/2007

Deposit $130.00 Date 5/7/2007

Deposit $315.00 Date 5/7/2007

Deposit $640.00 Date 5/7/2007

Deposit $640.00 Date 5/7/2007

Deposit $930.50 Date 5/7/2007

Deposit $200.00 Date 5/8/2007

Deposit $920.00 Date 5/11/2007

Deposit $2,236.45 Date 5/30/2007

Check 832 Amount $190.60 Date 5/2/2007

Check 839 Amount $244.18 Date 5/30/2007

Check 840 Amount $700.00 Date 5/16/2007

Account  10548507  Page 5 of 6  The Good Shepherd Humane Society, Inc.
Date  5-31-07  3:07bk-71212-B

Check 841 Amount $228.95 Date 5/10/2007

Check 842 Amount $200.00 Date 5/15/2007

Check 843 Amount $631.48 Date 5/10/2007

Check 844 Amount $514.18 Date 5/8/2007

Check 845 Amount $435.53 Date 5/10/2007

Check 846 Amount $269.24 Date 5/11/2007

Check 847 Amount $35.55 Date 5/14/2007

Check 848 Amount $434.86 Date 5/7/2007

Check 849 Amount $183.64 Date 5/14/2007

Check 850 Amount $94.52 Date 5/14/2007

Check 852 Amount $30.00 Date 5/23/2007

Account   10548507   Page 6 of 6   The Good Shepherd Humane Society, Inc.

Date   5-31-07   3:07bk-71212-B

Check 853 Amount $144.15 Date 5/14/2007

Check 854 Amount $50.00 Date 5/8/2007

Check 855 Amount $402.63 Date 5/7/2007

Check 856 Amount $30.00 Date 5/9/2007

Check 857 Amount $53.65 Date 5/17/2007

Check 858 Amount $631.01 Date 5/9/2007

Check 859 Amount $85.00 Date 5/8/2007

Check 860 Amount $83.00 Date 5/15/2007

Check 1172 Amount $30,000.00 Date 5/10/2007

Account   10548507   Page 3 of 6   The Good Shepherd Humane Society, Inc.
Date      5-31-07                              3:07bk-71212-B

Deposit $163.50 Date 5/3/2007

Deposit $5,577.15 Date 5/3/2007

Deposit $20.00 Date 5/4/2007

Deposit $36.24 Date 5/4/2007

Deposit $169.00 Date 5/4/2007

Deposit $323.50 Date 5/4/2007

Deposit $387.00 Date 5/4/2007

Deposit $10.00 Date 5/7/2007

Deposit $25.00 Date 5/7/2007

Deposit $29.15 Date 5/7/2007

Deposit $35.06 Date 5/7/2007

Deposit $70.00 Date 5/7/2007

```
Run Date: 06/12/07          GOOD SHEPHERD HUMANE SOCIETY          Page: 1
B/R Date: 05/31/07          BANK RECONCILIATION REGISTER          Time: 02:31 PM
                               AS OF: 05/31/07
```

BANK CODE: G  BANK OF ES, GENERAL ACCT

The Good Shepherd Humane Society, Inc.
3:07bk-71212-B

DEPOSITS AND ADJUSTMENTS:

| DATE | TYP | REFERENCE | COMMENT | DEBITS | CREDITS | CLR |
|---|---|---|---|---|---|---|
| 05/31/06 | ADJ | BS | LAMBRIAR | 84.22 | | Y |
| 05/09/07 | DEP | DEPOSIT | | | 25,000.00 | Y |
| 05/14/07 | ADJ | BS | DELUXE CHECKS | 234.12 | | Y |
| 05/21/07 | DEP | DEP | FUNDRAISER RABIES/M | | 809.00 | Y |
| 05/21/07 | DEP | DEP | MICROCHIP | | 50.00 | Y |
| 05/21/07 | DEP | DEP | MEMBERSHIP | | 80.00 | Y |
| 05/21/07 | DEP | DEP | ANIMAL SPONSOR | | 85.00 | Y |
| 05/21/07 | DEP | DEP | CANS | | 68.25 | Y |
| 05/21/07 | DEP | DEP | ADOPTIONS | | 614.00 | Y |
| 05/21/07 | DEP | DEP | SURRENDERS | | 370.00 | Y |
| 05/21/07 | DEP | DEP | CREMATIONS | | 509.93 | Y |
| 05/21/07 | DEP | DEP | DONATIONS | | 120.00 | Y |
| 05/25/07 | ADJ | BS | LAMBRIAR | 249.62 | | Y |
| 05/25/07 | DEP | DEP | T-SHIRT | | 10.00 | Y |
| 05/25/07 | DEP | DEP | ANIMAL SPONSOR | | 250.00 | Y |
| 05/25/07 | DEP | DEP | PEN SPONSOR | | 600.00 | Y |
| 05/25/07 | DEP | DEP | DONATIONS O/S | | 750.00 | Y |
| 05/26/07 | DEP | DEP | CANS | | 20.25 | Y |
| 05/29/07 | ADJ | bs | SAMSCLUB | 455.76 | | Y |
| 05/30/07 | ADJ | BS | DELUXE CHECKS | 41.25 | | Y |
| 05/31/07 | DEP | DEP | DONATIONS O/S PARTI | | 55.00 | N |
| 05/31/07 | DEP | DEP | ADOPTIONS O/S PARTI | | 800.00 | N |
| 05/31/07 | DEP | MC DEP | ADOPTIONS MC O/S | | 20.00 | N |
| 05/31/07 | DEP | DEP | CREMATIONS O/S | | 112.00 | N |
| 05/31/07 | DEP | DEP | SURRENDERS O/S | | 90.00 | N |
| 05/31/07 | DEP | DEP | MICROCHIP O/S | | 20.00 | N |
| 05/31/07 | DEP | DEP | RE-CLAIM O/S | | 25.00 | N |
| 05/31/07 | DEP | DEP | MEMBERSHIP O/S | | 40.00 | N |
| 05/31/07 | DEP | DEP | DS | | 7,217.33 | Y |
| 05/31/07 | DEP | DEP | E-BAY | | 237.50 | Y |
| 05/31/07 | DEP | DEP | MEMBERSHIPS | | 1,105.00 | Y |
| 05/31/07 | DEP | DEP | DONATIONS | | 1,793.00 | Y |
| 05/31/07 | DEP | DEP | JAR $ | | 537.05 | Y |
| 05/31/07 | DEP | DEP | NSF CHK | | 45.00 | Y |
| 05/31/07 | DEP | DEPOSIT | | | 1,307.84 | Y |
| | | | TOTAL OF 35 POSTINGS: | 1,064.97 | 42,741.15 | |

CHECKS:

| CHECK NUMBER | DATE | SRC | REFERENCE | PAYEE NAME | AMOUNT | CLR |
|---|---|---|---|---|---|---|
| 005001 | 05/21/07 | AP | 00ANIMAL | ANIMAL HOSPITAL OF E.S. | 5.00 | Y |
| 005002 | 05/21/07 | AP | 00BERRYVI | BERRYVILLE VET CLINIC | 343.07 | Y |
| 005003 | 05/21/07 | AP | 00EMMONS | LAUREN EMMONS | 252.69 | Y |
| 005004 | 05/21/07 | AP | 00MULLER | DR. JOHN MULLER, DVM | 1,660.00 | Y |
| 005005 | 05/21/07 | PR | 02EM | EMMONS, L. | 691.36 | Y |
| 005006 | 05/21/07 | PR | 02FINK | FINK, R. | 531.37 | Y |
| 005007 | 05/21/07 | PR | 02RENOE | RENOE, L. | 479.75 | Y |
| 005008 | 05/21/07 | PR | 02SCHN | SCHNEIDER, K. | 355.33 | Y |
| 005009 | 05/21/07 | PR | 02WIL | WILKES, J. | 93.49 | Y |

```
Run Date: 06/12/07              GOOD SHEPHERD HUMANE SOCIETY            Page: 2
B/R Date: 05/31/07           BANK RECONCILIATION REGISTER              Time: 02:31 PM
                                    AS OF: 05/31/07
```

BANK CODE: G  BANK OF ES, GENERAL ACCT            The Good Shepherd Humane Society, Inc.
                                                              3:07bk-71212-B

CHECKS:

| CHECK NUMBER | DATE | SRC | REFERENCE | PAYEE NAME | AMOUNT | CLR |
|---|---|---|---|---|---|---|
| 005010 | 05/21/07 | PR | 02WOR | WORLEY, L. | 354.25 | Y |
| 005011 | 05/30/07 | AP | 00A T & T | A T & T | 61.42 | N |
| 005012 | 05/30/07 | AP | 00AT&T | A T & T | 70.84 | N |
| 005013 | 05/30/07 | AP | 00CECC | CARROLL ELECTRIC COOP CORP | 100.91 | N |
| 005014 | 05/30/07 | AP | 00CENTURY | CENTURYTEL | 46.25 | N |
| 005015 | 05/30/07 | AP | 00KELLP | PAUL KELLY | 600.00 | N |
| 005016 | 05/30/07 | AP | 00POSTMAS | POSTMASTER | 36.00 | N |
| 005017 | 05/30/07 | AP | 00WORDEN | WORDEN & WORDEN | 673.12 | N |

```
                    TOTAL OF 17 CHECKS:                    6,354.85
```

RECONCILIATION SUMMARY FOR BANK G AS OF 05/31/07:

```
        G/L CASH ACCOUNT NUMBER.................    1043-000

        BANK STATEMENT BALANCE..................    35,747.87
        PLUS 8 DEPOSITS IN TRANSIT TOTALING.....     1,162.00
        LESS 0 ADJUSTMENTS TOTALING.............          .00
        LESS 7 CHECKS OUTSTANDING TOTALING......     1,588.54
                                                   -------------
        ADJUSTED BANK BALANCE...................    35,321.33

        CALCULATED BOOK BALANCE.................    35,321.33
        OUT OF BALANCE BY.......................          .00
```

# BANK of EUREKA SPRINGS

## The Leader in Financial Services since 1912

P.O. Box 309 • Eureka Springs, AR  72632
(479) 253-Bank(2265) • e-mail hometown@bankeureka.com
BankLink (479) 253-8899 • e-BankLink www.bankeureka.com

The Good Shepherd Humane Society, Inc.
3:07bk-71212-B

Good Shepherd Humane Society, Inc
General Account
c/o Worden & Worden
105 W Van Buren
Eureka Springs AR 72632

| | |
|---|---|
| Account Number: | 219485 |
| Statement Date: | 5/31/07 |
| Page Number: | 1 |
| Items: | 67 |

Tax deadline is nearing!!
Spring into an IRA invested at
Bank of Eureka Springs.

NON PROFIT ORG

| | | | |
|---|---|---|---|
| Previous Balance on | 5/09/07 | $ | .00 |
| 57 Deposits and Other Additions (Credits) | | + | 41,579.15 |
| 15 Checks and Other Charges | (Debits) | − | 5,831.28 |
| Current Balance on | 5/31/07 | $ | 35,747.87 |

### Checking Account Transactions

| | | |
|---|---|---|
| 5/09/07 | REGULAR DEPOSIT | 25,000.00 + |
| 5/10/07 | REGULAR DEPOSIT | 292.50 + |
| 5/10/07 | REGULAR DEPOSIT | 280.50 + |
| 5/10/07 | REGULAR DEPOSIT | 407.00 + |
| 5/10/07 | REGULAR DEPOSIT | 223.50 + |
| 5/10/07 | REGULAR DEPOSIT | 206.75 + |
| 5/10/07 | REGULAR DEPOSIT | 354.00 + |
| 5/11/07 | REGULAR DEPOSIT | 210.75 + |
| 5/11/07 | REGULAR DEPOSIT | 45.00 + |
| 5/11/07 | REGULAR DEPOSIT | 23.08 + |
| 5/11/07 | REGULAR DEPOSIT | 10.53 + |
| 5/11/07 | REGULAR DEPOSIT | 10.15 + |
| 5/11/07 | REGULAR DEPOSIT | 2.63 + |
| 5/14/07 | REGULAR DEPOSIT | 14.00 + |
| 5/14/07 | REGULAR DEPOSIT | 156.38 + |
| 5/14/07 | REGULAR DEPOSIT | 139.00 + |
| 5/14/07 | REGULAR DEPOSIT | 290.00 + |
| 5/14/07 | AUTOMATIC DEBIT DELUXE BUS SYS BUS PRODS | 234.12 − |
| 5/16/07 | REGULAR DEPOSIT | 370.25 + |
| 5/16/07 | REGULAR DEPOSIT | 276.25 + |
| 5/16/07 | REGULAR DEPOSIT | 228.50 + |
| 5/18/07 | REGULAR DEPOSIT | 809.00 + |
| 5/18/07 | REGULAR DEPOSIT | 85.00 + |
| 5/18/07 | REGULAR DEPOSIT | 80.00 + |
| 5/18/07 | REGULAR DEPOSIT | 509.93 + |
| 5/18/07 | REGULAR DEPOSIT | 50.00 + |
| 5/18/07 | REGULAR DEPOSIT | 370.00 + |

Continued On Next Page...


**BANK of EUREKA SPRINGS**

The Good Shepherd Humane Society, Inc.
3:07bk-71212-B

Good Shepherd Humane Society, Inc
General Account
c/o Worden & Worden
105 W Van Buren
Eureka Springs AR 72632

Account Number:     219485
Statement Date:     5/31/07
Page Number:           2
Items:              67

| Date | Description | | | | Amount |
|---|---|---|---|---|---|
| 5/18/07 | REGULAR DEPOSIT | | | | 68.25 + |
| 5/18/07 | REGULAR DEPOSIT | | | | 120.00 + |
| 5/18/07 | REGULAR DEPOSIT | | | | 614.00 + |
| 5/22/07 | REGULAR DEPOSIT | | | | 34.21 + |
| 5/23/07 | REGULAR DEPOSIT | | | | 430.50 + |
| 5/23/07 | REGULAR DEPOSIT | | | | 456.75 + |
| 5/23/07 | REGULAR DEPOSIT | | | | 327.25 + |
| 5/23/07 | REGULAR DEPOSIT | | | | 348.00 + |
| 5/23/07 | REGULAR DEPOSIT | | | | 189.00 + |
| 5/23/07 | REGULAR DEPOSIT | | | | 670.00 + |
| 5/23/07 | REGULAR DEPOSIT | | | | 40.00 + |
| 5/23/07 | REGULAR DEPOSIT | | | | 189.50 + |
| 5/23/07 | REGULAR DEPOSIT | | | | 399.75 + |
| 5/25/07 | REGULAR DEPOSIT | | | | 20.25 + |
| 5/25/07 | REGULAR DEPOSIT | | | | 690.00 + |
| 5/25/07 | POINT OF SALE D | LAMBRIAR ANIMAL HEALTH | 402-729-3044 | NE | 49.62 - |
| 5/25/07 | REGULAR DEPOSIT | | | | 10.00 + |
| 5/25/07 | REGULAR DEPOSIT | | | | 750.00 + |
| 5/25/07 | REGULAR DEPOSIT | | | | 250.00 + |
| 5/29/07 | REGULAR DEPOSIT | | | | 1,554.00 + |
| 5/29/07 | POINT OF SALE D | SAMSCLUB #4969 | BENTONVILLE | AR | 455.76 - |
| 5/29/07 | REGULAR DEPOSIT | | | | 165.00 + |
| 5/30/07 | AUTOMATIC DEBIT | DELUXE CHECK CHECK/ACC. | | | 41.25 - |
| 5/31/07 | REGULAR DEPOSIT | | | | 40.00 + |
| 5/31/07 | REGULAR DEPOSIT | | | | 31.41 + |
| 5/31/07 | REGULAR DEPOSIT | | | | 1,360.10 + |
| 5/31/07 | REGULAR DEPOSIT | | | | 202.40 + |
| 5/31/07 | REGULAR DEPOSIT | | | | .08 + |
| 5/31/07 | REGULAR DEPOSIT | | | | 237.50 + |
| 5/31/07 | REGULAR DEPOSIT | | | | 668.50 + |
| 5/31/07 | REGULAR DEPOSIT | | | | 405.00 + |
| 5/31/07 | POINT OF SALE D | LAMBRIAR ANIMAL HEALTH | 402-729-3044 | NE | 84.22 - |
| 5/31/07 | REGULAR DEPOSIT | | | | 271.00 + |
| 5/31/07 | REGULAR DEPOSIT | | | | 300.00 + |
| 5/31/07 | REGULAR DEPOSIT | | | | 382.00 + |

| Check # | Date Paid | Amount | Check # | Date Paid | Amount |
|---|---|---|---|---|---|
| 5001 | 5/23/07 | 5.00 | 5004 | 5/23/07 | 1,660.00 |
| 5002 | 5/25/07 | 343.07 | 5005 | 5/23/07 | 691.36 |
| 5003 | 5/21/07 | 252.69 | 5006 | 5/22/07 | 531.37 |

Continued On Next Page...

**BANK of EUREKA SPRINGS**

The Good Shepherd Humane Society, Inc.
3:07bk-71212-B

Date: 5/31/2007 Page 4 of 9
Primary Account: 219485

Amount $25,000.00 Date 5/9/2007

Amount $292.50 Date 5/10/2007

Amount $68.25 Date 5/18/2007

Amount $120.00 Date 5/18/2007

Amount $614.00 Date 5/18/2007

Amount $34.21 Date 5/22/2007

Amount $430.50 Date 5/23/2007

Amount $456.75 Date 5/23/2007

Amount $327.25 Date 5/23/2007

Amount $348.00 Date 5/23/2007

Amount $189.00 Date 5/23/2007

Amount $670.00 Date 5/23/2007



The Good Shepherd Humane Society, Inc.
3:07bk-71212-B

Date: 5/31/2007  Page 5 of 9
Primary Account: 219485

Amount $40.00 Date 5/23/2007

Amount $189.50 Date 5/23/2007

Amount $399.75 Date 5/23/2007

Amount $20.25 Date 5/25/2007

Amount $600.00 Date 5/25/2007

Amount $10.00 Date 5/25/2007

Amount $750.00 Date 5/25/2007

Amount $250.00 Date 5/25/2007

Amount $1,554.00 Date 5/29/2007

Amount $165.00 Date 5/29/2007

Amount $40.00 Date 5/31/2007

Amount $31.41 Date 5/31/2007



The Good Shepherd Humane Society, Inc.
3:07bk-71212-B

Date: 5/31/2007  Page 6 of 9
Primary Account: 219485

Amount $1,360.10 Date 5/31/2007

Amount $202.40 Date 5/31/2007

Amount $0.08 Date 5/31/2007

Amount $237.50 Date 5/31/2007

Amount $668.50 Date 5/31/2007

Amount $405.00 Date 5/31/2007

Amount $271.00 Date 5/31/2007

Amount $300.00 Date 5/31/2007

Amount $382.00 Date 5/31/2007

Amount $280.50 Date 5/10/2007

Amount $407.00 Date 5/10/2007

Amount $223.50 Date 5/10/2007



Amount $206.75 Date 5/10/2007

Amount $354.00 Date 5/10/2007

Amount $210.75 Date 5/11/2007

Amount $45.00 Date 5/11/2007

Amount $23.08 Date 5/11/2007

Amount $10.53 Date 5/11/2007

Amount $10.15 Date 5/11/2007

Amount $2.63 Date 5/11/2007

Amount $14.00 Date 5/14/2007

Amount $156.38 Date 5/14/2007

Amount $139.00 Date 5/14/2007

Amount $290.00 Date 5/14/2007


**BANK of EUREKA SPRINGS**

The Good Shepherd Humane Society, Inc.
3:07bk-71212-B

Date: 5/31/2007  Page 8 of 9
Primary Account: 219485

Amount $370.25 Date 5/16/2007

Amount $276.25 Date 5/16/2007

Amount $228.50 Date 5/16/2007

Amount $809.00 Date 5/18/2007

Amount $85.00 Date 5/18/2007

Amount $80.00 Date 5/18/2007

Amount $509.93 Date 5/18/2007

Amount $50.00 Date 5/18/2007

Amount $370.00 Date 5/18/2007

Check 5001 Amount $5.00 Date 5/23/2007

Check 5002 Amount $343.07 Date 5/25/2007

Check 5003 Amount $252.69 Date 5/21/2007



The Good Shepherd Humane Society, Inc.
3:07bk-71212-B

Date: 5/31/2007 Page 9 of 9
Primary Account: 219485

Check 5004 Amount $1,660.00 Date 5/23/2007

Check 5005 Amount $691.36 Date 5/23/2007

Check 5006 Amount $531.37 Date 5/22/2007

Check 5007 Amount $479.75 Date 5/29/2007

Check 5008 Amount $355.33 Date 5/29/2007

Check 5009 Amount $93.49 Date 5/31/2007

Check 5010 Amount $354.25 Date 5/23/2007

3:07-bk-71212   Doc#: 26   Filed: 06/30/07   Entered: 06/30/07 14:14:23   Page 31 of 35

```
Run Date: 06/07/07            GOOD SHEPHERD HUMANE SOCIETY            Page: 1
B/R Date: 05/31/07            BANK RECONCILIATION REGISTER            Time: 04:11 PM
                                  AS OF: 05/31/07
```

BANK CODE: T  BANK OF ES, TAX ACCOUNT

                                        The Good Shepherd Humane Society, Inc.
DF  SITS AND ADJUSTMENTS:                        3:07bk-71212-B

```
  DATE    TYP REFERENCE  COMMENT                   DEBITS        CREDITS    CLR

05/09/07 DEP DEPOSIT                                             5,000.00    Y
                                               _____  _____
                TOTAL OF 1 POSTING:                    .00        5,000.00
```

RECONCILIATION SUMMARY FOR BANK T AS OF 05/31/07:

```
          G/L CASH ACCOUNT NUMBER.................  1044-000

          BANK STATEMENT BALANCE...................     5,000.00
          PLUS 0 DEPOSITS IN TRANSIT TOTALING.....          .00
          LESS 0 ADJUSTMENTS TOTALING.............          .00
          LESS 0 CHECKS OUTSTANDING TOTALING......          .00
                                                   _____
          ADJUSTED BANK BALANCE...................     5,000.00

          CALCULATED BOOK BALANCE.................     5,000.00
          OUT OF BALANCE BY.......................          .00
```

# The Leader in Financial Services since 1912

**BANK of EUREKA SPRINGS**

P.O. Box 309 • Eureka Springs, AR  72632
(479) 253-Bank(2265) • e-mail hometown@bankeureka.com
BankLink (479) 253-8899 • e-BankLink www.bankeureka.com

The Good Shepherd Humane Society, Inc.
3:07bk-71212-B

Good Shepherd Humane Society Inc
Tax Account
c/o Worden & Worden
105 W Van Buren
Eureka Springs AR 72632

*1044*

| | |
|---|---|
| Account Number: | 219477 |
| Statement Date: | 5/31/07 |
| Page Number: | 1 |
| Items: | 1 |

Tax deadline is nearing!!
Spring into an IRA invested at
Bank of Eureka Springs.

NON PROFIT ORG
Previous Balance on      5/09/07                                                    $              .00
   1 Deposits and Other Additions (Credits)                            +        5,000.00
                                                                                  ----------------
Current Balance on      5/31/07                                           $        5,000.00

-----------------------------------------------------------------------------
### Checking Account Transactions

5/09/07 REGULAR DEPOSIT                                                         5,000.00 +

**BANK of EUREKA SPRINGS**

Date: 5/31/2007  Page 2 of 2
Primary Account: 219477



Amount $5,000.00 Date 5/9/2007

Run Date: 06/01/07    GOOD SHEPHERD HUMANE SOCIETY    Page: 1
B/R Date: 05/31/07      BANK RECONCILIATION REGISTER    Time: 04:41 PM
AS OF: 05/31/07

BANK CODE: F ARVEST SPECIAL ACCT 70116

CHECKS:

The Good Shepherd Humane Society, Inc.
3:07bk-71212-B

| CHECK NUMBER | DATE | SRC | REFERENCE | PAYEE NAME | AMOUNT | CLR |
|---|---|---|---|---|---|---|
| 000000 | 05/31/07 | GJ | | TRANSFER TO GENERAL ACCT | 1,307.84 | Y |
| | | | | TOTAL OF 1 CHECK: | 1,307.84 | |

RECONCILIATION SUMMARY FOR BANK F AS OF 05/31/07:

G/L CASH ACCOUNT NUMBER................. 1042-000

BANK STATEMENT BALANCE.................... .00
PLUS 0 DEPOSITS IN TRANSIT TOTALING..... .00
LESS 0 ADJUSTMENTS TOTALING............. .00
LESS 0 CHECKS OUTSTANDING TOTALING...... .00

ADJUSTED BANK BALANCE.................... .00

CALCULATED BOOK BALANCE.................. .00
OUT OF BALANCE BY........................ .00

**ARVEST**  Member FDIC
www.arvest.com

The Good Shepherd Humane Society. Inc.
3:07bk-71212-B

ARVEST BANK
P O BOX 271
EUREKA SPRINGS AR 72632

Page    1

24-hour Account
Information: (800) 430-7237

Statement Date:    5-31-07

Account No:    10670116

Customer Service: (877) 864-8606
(479) 253-8275

002    171    100

Enclosures:    1

EARN TRAVEL, SHOPPING AND DINING REWARDS BY USING
YOUR ARVEST DEBIT CARD.  VISIT ARVESTREWARDS.COM

***************AUTO**3-DIGIT 726
30161 0.6140 AT 0.334    94 1 300
Illoilodldllooilloohdolloilloolololloolltoolololtoolll
GOOD SHEPHERD HUMANE SOCIETY INC
C/O WORDEN & WORDEN CPA
SPECIAL FUND
105 W VAN BUREN
EUREKA SPRINGS   AR 72632-3650

******************** BUSINESS CHECKING ********************
1067 011 6                                                    100

| | | |
|---|---|---|
| Balance Last Statement | 4-30-07 | 1,307.84 |
| +Deposits/Credits | | .00 |
| -Withdrawals/Debits | 1 | 1,307.84 |
| -Service Charge | | .00 |
| Balance This Statement | | .00 |

*********************** CHECKS PAID ***************************

| Check No. | Date | Amount | Check No. | Date | Amount |
|---|---|---|---|---|---|
| * | 5-31 | 1307.84 | | | |

********************** DAILY BALANCE SUMMARY **********************

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 4-30 | 1307.84 | 5-31 | | | |

**Account  10670116    Page 2 of 2**
**Date     5-31-07**



DEBIT ADVICE OF CHARGE

ARVEST   5/3/07    * 10670116

$  130784

Check 0 Amount $1,307.84 Date 5/31/2007

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF ARKANSAS

In Re:   The Good Shepherd Humane Society, Inc.          Case No.   3:07-bk-71212-B
                                                        Chapter 11

Certificate of Service

I, Rachel A. Runnels, do hereby certify that I have electronically filed a true and correct copy of the first monthly report of the Debtor-in-Possession upon all parties this 30th day of June, 2007,

/s/ Rachel A. Runnels