# COVER SHEET FOR MONTHLY OPERATING REPORTS

CASE NAME:_ The Good Shepherd Humane Society, Inc.

CASE NUMBER: 3:07-bk-71212-B

Debtor hereby submits the attached MONTHLY OPERATING REPORT

for the month of ___June___ , _2007_ .

| ASSETS | PETITION DATE 4/24/2007 | MONTH ENDING 5/31/2007 | MONTH ENDING 6/30/2007 | MONTH ENDING 7/31/2007 | MONTH ENDING 8/31/2007 | MONTH ENDING 10/31/2007 | MONTH ENDING 11/30/2007 |
|---|---|---|---|---|---|---|---|
| **CURRENT ASSETS** | | | | | | | |
| Cash | 49,119 | 64,954 | 64,444 | 0 | 0 | | |
| Accounts Receivable, Net (Sched. A) | 0 | 0 | 0 | 0 | 0 | | |
| Inventory, At Lower Of Cost Or Market | 0 | 0 | 0 | | | 0 | 0 |
| Prepaid Expenses | 3,486 | 3,139 | 2,551 | 0 | 0 | | |
| Other | 0 | 0 | 0 | 0 | 0 | | |
| Total Current Assets | 52,605 | 68,093 | 66,995 | 0 | 0 | 0 | 0 |
| **PROPERTY, PLANT & EQUIPMENT (Sched. B)** | 173,607 | 173,607 | 173,607 | 0 | 0 | 0 | 0 |
| Less Accumulated Depreciation | 0 | 0 | 0 | 0 | 0 | | |
| Net Property | 173,607 | 173,607 | 173,607 | 0 | 0 | 0 | 0 |
| **OTHER ASSETS (Describe)** | 201,692 | 201,692 | 201,692 | 0 | 0 | | |
| Total Other Assets | 201,692 | 201,692 | 201,692 | 0 | 0 | 0 | 0 |
| **TOTAL ASSETS** | 427,904 | 443,392 | 442,293 | 0 | 0 | 0 | 0 |

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOLLOWING OPERATING REPORTS, CONSISTING OF 36 PAGES ARE TRUE AND CORRECT.

Date submitted _____7/20/07_____        Signed_____ /s/ John H. Reeve        John H. Reeve
                                                                                    (Printed name of signatory)

3:07-bk-71212   Doc#: 32   Filed: 07/20/07   Entered: 07/20/07 10:34:02   Page 2 of 38

3:07-bk-71212 Doc#: 32 Filed: 07/20/07 Entered: 07/20/07 10:34:02 Page 3 of 38

CASE NAME: The Good Shepherd Humane Society, Inc.  
CASE NUMBER: 3:07-bk-71212-B

MONTHLY OPERATING REPORTS  
COMPARATIVE BALANCE SHEETS

| LIABILITIES & STOCKHOLDERS' EQUITY | PETITION DATE 4/24/2007 | MONTH ENDING 5/31/2007 | MONTH ENDING 6/30/2007 | MONTH ENDING 7/31/2007 | MONTH ENDING 8/31/2007 | MONTH ENDING 10/31/2007 | MONTH ENDING 11/30/2007 |
|---|---|---|---|---|---|---|---|
| **LIABILITIES** | | | | | | | |
| Post Petition Liabilities (Sched. C) | 1,415 | 3,016 | 4,834 | 0 | 0 | 0 | 0 |
| Pre Petition Liabilities | | | | | | | |
| Notes Payable – Secured | 0 | 0 | 0 | 0 | 0 | | |
| Priority Debt | 0 | 0 | 0 | 0 | 0 | | |
| Unsecured Debt | 0 | 0 | 0 | 0 | 0 | | |
| Other | 0 | 0 | 0 | 0 | 0 | | |
| Total Pre Petition Liabilities | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Liabilities | 1,415 | 3,016 | 4,834 | 0 | 0 | 0 | 0 |
| **EQUITY** | | | | | | | |
| Unrestricted net assets | 9,790 | 15,457 | 15,457 | 0 | 0 | | |
| Restricted net assets | 375,299 | 375,299 | 375,299 | 0 | 0 | | |
| Retained Earnings | | | | | | | |
| Through Filing Date | 41,400 | 41,400 | 41,400 | 0 | 0 | | |
| Post Filing Date | 0 | 8,221 | 5,303 | 0 | 0 | 0 | 0 |
| Total Stockholders' Equity | 426,489 | 440,377 | 437,459 | 0 | 0 | 0 | 0 |
| TOTAL LIABILITIES & STOCKHOLDERS' EQU | 427,904 | 443,392 | 442,293 | 0 | 0 | 0 | 0 |

CASE NAME: The Good Shepherd Humane Society, Inc.
CASE NUMBER: 3:07-bk-71212-B

FORM OPR-2

STATEMENT OF INCOME (LOSS)

3:07-bk-71212   Doc#: 32   Filed: 07/20/07   Entered: 07/20/07 10:34:02   Page 4 of 38

| | MONTH ENDING 5/31/2007 | MONTH ENDING 6/30/2007 | MONTH ENDING 7/31/2007 | MONTH ENDING 8/31/2007 | MONTH ENDING 10/31/2007 | MONTH ENDING 11/30/2007 | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| GROSS SALES (INCOME) | 29,643 | 16,013 | 0 | 0 | | | 45,657 |
| COST OF GOODS SOLD | | | | | | | |
| Cost of Revenues | 5,617 | 5,983 | 0 | 0 | | | 11,600 |
| Labor - Direct | 0 | 0 | 0 | 0 | | | 0 |
| Manufacturing Overhead | | 0 | 0 | 0 | | | 0 |
| Total Cost of Goods Sold | 5,617 | 5,983 | 0 | 0 | 0 | 0 | 11,600 |
| GROSS PROFIT | 24,026 | 10,031 | 0 | 0 | 0 | 0 | 34,057 |
| OPERATING EXPENSES | | | | | | | |
| Selling & Marketing | 45 | 0 | 0 | | | | 45 |
| Executive & Mgmt. Salaries | 0 | 0 | 0 | 0 | | | 0 |
| Office & Other Salaries | 5,752 | 8,184 | | | | | 13,937 |
| Rent | 736 | 700 | 0 | 0 | | | 1,436 |
| Other (Attach Schedule) | 2,932 | 4,063 | 0 | | | | 6,995 |
| Total Operating Expenses | 9,465 | 12,948 | 0 | 0 | 0 | 0 | 22,413 |
| OTHER EXPENSES | | | | | | | |
| Quarterly Fees | 0 | 0 | | | | | 0 |
| Depreciation | 0 | 0 | | | | | 0 |
| Interest | 0 | 0 | | | | | 0 |
| Attorney's Fees | 0 | 0 | 0 | | | | 0 |
| Other Professional Fees | 0 | 0 | | | | | 0 |
| Total Other Expenses | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Expenses | 9,465 | 12,948 | 0 | 0 | 0 | 0 | 22,413 |
| NET INCOME (LOSS) | 14,561 | (2,917) | 0 | 0 | 0 | 0 | 11,644 |

CASE NAME: The Good Shepherd Humane Society, Inc.

CASE NUMBER: 3:07-bk-71212-B

STATEMENT OF SOURCE AND USE OF CASH

FORM OPR-3

3:07-bk-71212 Doc#: 32 Filed: 07/20/07 Entered: 07/20/07 10:34:02 Page 5 of 38

| | MONTH ENDING 5/31/2007 | MONTH ENDING 6/30/2007 | MONTH ENDING 7/31/2007 | MONTH ENDING 8/31/2007 | MONTH ENDING 10/31/2007 | MONTH ENDING 11/30/2007 | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| **CASH DIFFERENCE** | | | | | | | |
| Current Ending Cash Balance | 64,954 | 64,444 | 0 | 0 | 0 | 0 | 129,398 |
| Less Ending Prior Month Balance | 49,119 | 64,954 | 0 | 0 | 0 | 0 | 114,073 |
| NET CASH INCREASE(DECREASE) | 15,835 | (510) | 0 | 0 | 0 | 0 | 15,325 |
| **SOURCES OF CASH** | | | | | | | |
| Income (Loss) From Operations | 14,561 | (2,917) | 0 | 0 | 0 | 0 | 11,644 |
| Add: Non-cash items (Depr. & Amort.) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Cash Generated From Operations | 14,561 | (2,917) | 0 | 0 | 0 | 0 | 11,644 |
| Add: Decrease in Assets | | | | | | | |
| Accounts Receivable | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Inventory | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Prepaid Expenses | 347 | 588 | 0 | 0 | 0 | 0 | 935 |
| Property, Plant & Equipment | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Other Current Assets | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Other Assets | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Increase in Liabilities: | | | | | | | |
| Post Petition Liabilities | 1,601 | 1,818 | 0 | 0 | 0 | 0 | 3,419 |
| Pre Petition Liabilities | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| TOTAL SOURCES OF CASH | 16,508 | (510) | 0 | 0 | 0 | 0 | 15,998 |
| **USE OF CASH** | | | | | | | |
| Subtract: Increase in Assets | | | | | | | |
| Accounts Receivable | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Inventory | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Prepaid Expenses | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Property, Plant & Equipment | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Other Current Assets | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Other Assets | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Decrease in Liabilities: | | | | | | | |
| Post Petition Liabilities | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Pre Petition Liabilities | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| TOTAL USE OF CASH | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| NET CASH INCREASE (DECREASE) | 16,508 | (510) | 0 | 0 | 0 | 0 | 15,998 |

3:07-bk-71212   Doc#: 32   Filed: 07/20/07   Entered: 07/20/07 10:34:02   Page 6 of 38

CASE NAME: The Good Shepherd Humane Society, Inc.
CASE NUMBER: 3:07-bk-71212-B

SCHEDULE OF ACCOUNTS RECEIVABLE AGING

SCHEDULE A

Date of Filing:__4/24/07_____
    % of Total

Month:__05/07_____
    % of Total

Month:__06/07_____
    % of Total

Month:_____
    % of Total

Month:_____
    % of Total

Month:_____
    % of Total

Month:_____
    % of Total

| TOTAL ACCOUNTS RECEIVABLE | 0-30 DAYS | 31-60 DAYS | 61-90 DAYS | 91-120 DAYS | OVER 120 DAYS |
|---|---|---|---|---|---|
| NONE | NONE | NONE | NONE | NONE | NONE |
| 100% | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! |
| NONE | NONE | NONE | NONE | NONE | NONE |
| 100% | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! |
| NONE | NONE | NONE | NONE | NONE | NONE |
| 100% | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! |
| | | | | | |
| 100% | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! |
| | | | | | |
| 100% | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! |
| | | | | | |
| 100% | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! |
| | | | | | |
| 100% | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! |

3:07-bk-71212  Doc#: 32  Filed: 07/20/07  Entered: 07/20/07 10:34:02  Page 7 of 38

| | MONTH 5/31/2007 | MONTH 6/30/2007 | MONTH 7/31/2007 | MONTH 8/31/2007 | MONTH 10/31/2007 | MONTH 11/30/2007 |
|---|---|---|---|---|---|---|
| **FIXED ASSETS:** | | | | | | |
| Buildings | 241,213 | 241,213 | | | | |
| Land | 50,000 | 50,000 | | | | |
| Improvements | 42,834 | 42,834 | | | | |
| Office Furniture | 4,379 | 4,379 | | | | |
| Office Equipment | 28,607 | 28,607 | | | | |
| Computer Equipment | 3,048 | 3,048 | | | | |
| Shop Machinery | 744 | 744 | | | | |
| Shop Equipment | | | | | | |
| Automobiles | | | | | | |
| Vans | 4,475 | 4,475 | | | | |
| Trucks | | | | | | |
| Trailers | | | | | | |
| Heavy Equipment | | | | | | |
| Other Vehicles | | | | | | |
| Major Tools | | | | | | |
| Boat & Airplane | | | | | | |
| Warehouse Equipment | | | | | | |
| Other_____ | | | | | | |
| **TOTAL FIXED ASSETS** | 375,298 | 375,298 | 0 | 0 | 0 | 0 |

| | MONTH 5/31/2007 | MONTH 6/30/2007 | MONTH 7/31/2007 | MONTH 8/31/2007 | MONTH 10/31/2007 | MONTH 11/30/2007 |
|---|---|---|---|---|---|---|
| TRADE ACCOUNTS PAYABLE | 1,536 | 2,713 | | | | |
| **TAXES PAYABLE:** | | | | | | |
| Federal Payroll Taxes | 1,226 | 1,743 | | | | |
| State Payroll Taxes | 254 | 378 | | | | |
| State Sales Taxes | 0 | 0 | | | | |
| Local Payroll Taxes | 0 | 0 | | | | |
| Real Estate & Pers. Prop. Taxes | 0 | 0 | | | | |
| Other_____ | 0 | 0 | | | | |
| TOTAL TAXES PAYABLE | 1,480 | 2,121 | 0 | 0 | 0 | 0 |
| **OTHER LIABILITIES:** | | | | | | |
| Post Petition Secured Debt | 0 | 0 | | | | |
| Accrued Interest Payable | 0 | 0 | | | | |
| Other Accrued Liabilities | 0 | 0 | | | | |
| TOTAL OTHER LIABILITIES | 0 | 0 | 0 | 0 | 0 | 0 |
| TOTAL POST PETITION DEBT | 3,016 | 4,834 | 0 | 0 | 0 | 0 |

3:07-bk-71212    Doc#: 32    Filed: 07/20/07    Entered: 07/20/07 10:34:02    Page 8 of 38

CASE NAME: The Good Shepherd Humane Society, Inc.
CASE NUMBER: 3:07-bk-71212-B

(revised 3-94)
Schedule D
Page 1 of 2

## SUMMARY OF SIGNIFICANT ITEMS
Month of   June 2007

### 1. Insurance Coverage

| | Carrier/ agent Name | Amount of Coverage | Policy Expiration Date | Premium Paid thru Date |
|---|---|---|---|---|
| Workers' Compensation | UNITED INSR AGENCY | STATUTORY | 2/1/2008 | 1/31/2008 |
| General Liability | JACKSON INSR AGENCY | 100,000 | 11/8/2007 | 11/8/2007 |
| Excess Liability | | | | |
| Fire & Extended Coverage | | | | |
| Vehicle Liability | SHELTER INSUR | 50,000 | 6/30/2007 | 6/30/2007 |
| Vehicle Collision | | | | |
| Theft | | | | |
| Other(specify) | | | | |

### 2. Statement of Payments of Secured Creditors
(list all payments made to secured creditors during the month & the purpose for such payment, i.e. Court ordered adequate protection cash collateral payments)

| Payee | Description | Amount Paid this Month | Total Paid Post petition |
|---|---|---|---|
| NONE | | | |
| | | | |
| | | | |

### 3. Tax Payments Made This Month (Not Accruals) (attach copies of tax receipts or checks)

| | Date Paid | Amount Paid | Post Petition Taxes Unpaid(agrees to Sch. C) |
|---|---|---|---|
| Federal Payroll W/H Taxes | NONE | | |
| Federal Payroll W/H Taxes | NONE | | |
| Federal Payroll W/H Taxes | 6/15/2007 | 1,226 | |
| Federal Payroll W/H Taxes | NONE | | 1,743 |
| Fed. Unemployment Taxes | NONE | | 0 |
| State Payroll W/H Taxes | 6/15/2007 | 140 | 203 |
| State Unemployment Taxes | NONE | | 175 |
| State Sales & Use Taxes | NONE | | |
| Property Taxes | NONE | | |
| Other | NONE | | |

CASE NAME: The Good Shepherd Humane Society, Inc.
CASE NUMBER: 3:07-bk-71212-B

Revised 10-96
Schedule D
Page 2 of 2

## SUMMARY OF SIGNIFICANT ITEMS
Month of June 2007

### 4. Compensation Payments Made This Month (Not Accruals)
(List all payments made to owners of proprietorships; partners of partnerships; officers, directors and shareholders of corporations)

| Name | Amount | Date of Court Order Authorizing Payment |
|---|---|---|
| NONE | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

### 5. Payments Made This Month To Professionals (Not Accruals)

| Professional | Amount | Date of Court Order Authorizing Payment |
|---|---|---|
| Attorney(s) | | |
| Accountant(s) | | |
| Management Co.(s) | | |
| Appraiser(s) | | |
| Other (specify) | | |
| | | |

### 6. Record of Disbursement and Payment of Quarterly Fees

| Period Ending | *Total Disbursements | Quarterly Totals | Quarterly Fee ** | Date Paid | Amount Paid | Check Number |
|---|---|---|---|---|---|---|
| January | $ | | | | | |
| February | $ | | | | | |
| March | $ | $0.00 | 0.00 | | $ | |
| April | $ | | | | | |
| May | $13,762.01 | | | | | |
| June | $16,758.52 | $30,520.53 | 500.00 | | $ | |
| July | $ | | | | | |
| August | $ | | | | | |
| September | $ | $0.00 | #REF! | | $ | |
| October | $ | | | | | |
| November | $ | | | | | |

| December | $ | $0.00 | #REF! | | $ | |
|---|---|---|---|---|---|---|

* Each month list the total money spent for all purposes. At the end of the quarter, add the monthly totals. This is the amount used to compute the quarterly fee due the U.S. Trustee, from the table below.

**Effective 10-01-96 [$-0- to $14,999.99 = $250.00]......[$15,000 to $74,999.99 = $500.00]......[$75,000 to $149,999.99 = $750.00]......[$150,000 to $224,999.99 = $1,250.00]......[$225,000 to $299,999.99 = $1,500.00]......[$300,000 to $999,999.99 = $3,750.00]......[$1,000,000 to $1,999,999.99 = $5,000.00]......[$2,000,000 to $2,999,999.99 = $7,500.00]......$3,000,000 to $4,999,999.99 = $8,000.00]......[$5,000,000 or more = $10,000.00]

A
CASE NAME: The Good Shepherd Humane Society, Inc.
CASE NUMBER: 3:07-bk-71212-B

Page 1 of 1

## SCHEDULE OF OTHER EXPENSES

|  | MONTH ENDING 5/31/2007 | MONTH ENDING 6/30/2007 | MONTH ENDING 7/31/2007 | MONTH ENDING 8/31/2007 | MONTH ENDING 10/31/2007 | MONTH ENDING ######## |
|---|---|---|---|---|---|---|
| Payroll Taxes | 486 | 687 | | | | |
| Office Exp's | 1,073 | 1,013 | | | | |
| Telephone | 0 | 176 | | | | |
| Insurance | 472 | 687 | | | | |
| Maintenance | 900 | 1,500 | | | | |
| Total Other Expenses | 2,932 | 4,063 | 0 | 0 | 0 | 0 |

```
Run Date: 07/12/07                GOOD SHEPHERD HUMANE SOCIETY              Page: 1
B/R Date: 06/30/07                BANK RECONCILIATION REGISTER              Time: 01:41 PM
                                         AS OF: 06/30/07
                                                       The Good Shepherd Humane Society, Inc.
BANK CODE: E   ARVEST PAYROLL ACCT 8507                     3:07bk-71212-B

DEPOSITS AND ADJUSTMENTS:                                         10/25

   DATE    TYP REFERENCE   COMMENT              DEBITS         CREDITS    CLR

06/01/07 ADJ BS       INTERNET BANKING          10.00                     Y
06/01/07 ADJ BS       BANK CHRGS                 5.95                     Y
06/15/07 ADJ BS       CC FEE                     6.68                     Y
06/22/07 ADJ BS       CLOSE ACCT             9,007.17                     Y
06/30/07 ADJ VOID CHECK CHECK 810                              194.28     Y
                                          ---------------   ------------
            TOTAL OF 5 POSTINGS:            9,029.80             194.28

CHECKS:

CHECK
NUMBER    DATE   SRC REFERENCE   PAYEE NAME                    AMOUNT     CLR

000810 04/16/07 PR 02ROBIE    ROBIE, J.                        194.28     Y
                                                           ------------
                   TOTAL OF 1 CHECK:                            194.28

      RECONCILIATION SUMMARY FOR BANK E AS OF 06/30/07:

            G/L CASH ACCOUNT NUMBER................  1041-000

            BANK STATEMENT BALANCE....................       .00
            PLUS 0 DEPOSITS IN TRANSIT TOTALING.....        .00
            LESS 0 ADJUSTMENTS TOTALING.............        .00
            LESS 0 CHECKS OUTSTANDING TOTALING......        .00
                                                     ------------
            ADJUSTED BANK BALANCE.....................       .00

            CALCULATED BOOK BALANCE..................        .00
            OUT OF BALANCE BY........................        .00
```

**ARVEST**  Member FDIC  www.arvest.com

ARVEST BANK
P O BOX 638
BERRYVILLE AR        72616

24-hour Account
   Information: (800) 430-7237

Customer Service: (877) 864-8606
                  (870) 423-2575

The Good Shepherd Humane Society, Inc.
3:07bk-71212-B

Page    1

Statement Date:      6-30-07

Account No:         10548507

002    191    100

Enclosures:              1

EARN TRAVEL, SHOPPING AND DINING REWARDS BY USING
YOUR ARVEST DEBIT CARD.  VISIT ARVESTREWARDS.COM

*****************AUTO**3-DIGIT 726
16782 0.7180 AT 0.334        82 1 148

GOOD SHEPHERD HUMANE SOCIETY INC
C/O WORDEN & WORDEN CPA
SPECIAL FUND
105 W VAN BUREN
EUREKA SPRINGS   AR 72632-3650



```
********************        BUSINESS CHECKING        ********************
            1054 850 7                                          100

            Balance Last Statement    5-31-07            9,029.80
            +Deposits/Credits                                 .00
            -Withdrawals/Debits           4              9,029.80
            -Service Charge                                   .00
            Balance This Statement                           .00

***********************  DESCRIPTIVE TRANSACTIONS  ***********************
  Date    Tracer              Description                      Amount
  6-22    7000000362072       CLOSING TRS DR                9,007.17-

***********************  ELECTRONIC ACTIVITY  ***********************
  Date    Tracer              Description                      Amount
  6-01            4080        Business Internet Banking       10.00-
  6-11           12160        ONLINE BILL PAYMENT FEE          5.95-
  6-15    155000000002494     SBC DISCOUNT    VS MC DISC       6.68-
                              GOOD SHEPHERD HUMANE S

***********************  DAILY  BALANCE  SUMMARY  ***********************
   Date      Balance    Date      Balance    Date      Balance
   5-31      9029.80    6-01      9019.80    6-11      9013.85
   6-15      9007.17    6-22
```

End of Statement

**Account** 10548507   Page 2 of 2

**Date** 6-30-07

The Good Shepherd Humane Society, Inc.
3:07bk-71212-B

DEBIT ADVICE OF CHARGE

ARVEST
DARR   620 07   wipinske   *   10548507

Good Shepherd Humane Society   $   9007.17

Check 0 Amount $9,007.17 Date 6/22/2007



```
Run Date: 07/11/07              GOOD SHEPHERD HUMANE SOCIETY         Page: 1
B/R Date: 06/30/07              BANK RECONCILIATION REGISTER         Time: 02:49 PM
                                    AS OF: 06/30/07
```

BANK CODE: T  BANK OF ES, TAX ACCOUNT            The Good Shepherd Humane Society, Inc.
                                                          3:07bk-71212-B

CH⁻ KS:

```
CHECK
NUMBER   DATE  SRC REFERENCE   PAYEE NAME                          AMOUNT    CLR

003001 06/04/07 AP 000002120   IRS                                1,226.21   Y
003002 06/04/07 AP 000002130   D.F.A.                               139.79   Y
                                                                  ------------
                   TOTAL OF 2 CHECKS:                             1,366.00
```

RECONCILIATION SUMMARY FOR BANK T AS OF 06/30/07:

```
                    G/L CASH ACCOUNT NUMBER................  1044-000

                    BANK STATEMENT BALANCE..................  3,634.00
                    PLUS 0 DEPOSITS IN TRANSIT TOTALING.....       .00
                    LESS 0 ADJUSTMENTS TOTALING.............       .00
                    LESS 0 CHECKS OUTSTANDING TOTALING......       .00
                                                              ------------
                    ADJUSTED BANK BALANCE...................  3,634.00

                    CALCULATED BOOK BALANCE.................  3,634.00
                    OUT OF BALANCE BY.......................       .00
```



# The Leader in Financial Services since 1912

P.O. Box 309 • Eureka Springs, AR  72632
(479) 253-Bank(2265) • e-mail hometown@bankeureka.com
BankLink (479) 253-8899 • e-BankLink www.bankeureka.com

The Good Shepherd Humane Society, Inc.
3:07bk-71212-B

Good Shepherd Humane Society Inc
Tax Account
c/o Worden & Worden
105 W Van Buren
Eureka Springs AR 72632

| | |
|---|---|
| Account Number: | 219477 |
| Statement Date: | 6/30/07 |
| Page Number: | 1 |
| Items: | 2 |

Simplify Money Management
With a Business Debit Card
Apply today!

NON PROFIT ORG          #:0021-947-7

| | | | |
|---|---|---|---|
| Previous Balance on | 5/31/07 | $ | 5,000.00 |
| 2 Checks and Other Charges | (Debits) | – | 1,366.00 |
| Current Balance on | 6/30/07 | $ | 3,634.00 |

## Checking Account Transactions

| Check # | Date Paid | Amount | Check # | Date Paid | Amount |
|---|---|---|---|---|---|
| 3001 | 6/18/07 | 1,226.21 | 3002 | 6/26/07 | 139.79 |

## DAILY BALANCE SUMMARY

| -Balance | Date- | -Balance | Date- | -Balance | Date- | -Balance | Date- |
|---|---|---|---|---|---|---|---|
| 5,000.00 | 5/31 | 3,773.79 | 6/18 | 3,634.00 | 6/26 | | |

MEMBER FDIC          PLEASE EXAMINE AT ONCE. IF NO ERROR IS REPORTED IN THIRTY DAYS THE ACCOUNT WILL BE CONSIDERED CORRECT.



The Good Shepherd Humane Society, Inc.
3:07bk-71212-B

Date: 6/30/2007  Page 2 of 2
Primary Account: 219477

| | 3001 |
|---|---|
| Good Shepherd Humane Society, Inc. | 003001 |
| *ONE THOUSAND TWO HUNDRED TWENTY SIX DOLLARS AND 21 CENTS | |
| DATE 06/04/07 | AMOUNT ******1,226.21* |
| PAY TO THE ORDER OF   IRS | |
| 0002120 | |

Check 3001 Amount $1,226.21 Date 6/18/2007

| | 3002 |
|---|---|
| Good Shepherd Humane Society, Inc. | 003002 |
| *ONE HUNDRED THIRTY NINE DOLLARS AND 79 CENTS | |
| DATE 06/04/07 | AMOUNT ********139.79* |
| PAY TO THE ORDER OF   D.F.A. | |
| 0002130 | |

Check 3002 Amount $139.79 Date 6/26/2007

```
Run Date: 07/11/07              GOOD SHEPHERD HUMANE SOCIETY          Page: 1
B/R Date: 06/30/07             BANK RECONCILIATION REGISTER          Time: 04:38 PM
                                    AS OF: 06/30/07
```

BANK CODE: G  BANK OF ES, GENERAL ACCT            The Good Shepherd Humane Society, Inc.
                                                        3:07bk-71212-B

DEPOSITS AND ADJUSTMENTS:

| DATE | TYP | REFERENCE | COMMENT | DEBITS | CREDITS | CLR |
|------|-----|-----------|---------|-------:|--------:|-----|
| 05/31/07 | DEP | DEP | DONATIONS O/S PARTI | | 55.00 | Y |
| 05/31/07 | DEP | DEP | ADOPTIONS O/S PARTI | | 800.00 | Y |
| 05/31/07 | DEP | MC DEP | ADOPTIONS MC O/S | | 20.00 | Y |
| 05/31/07 | DEP | DEP | CREMATIONS O/S | | 112.00 | Y |
| 05/31/07 | DEP | DEP | SURRENDERS O/S | | 90.00 | Y |
| 05/31/07 | DEP | DEP | MICROCHIP O/S | | 20.00 | Y |
| 05/31/07 | DEP | DEP | RE-CLAIM O/S | | 25.00 | Y |
| 05/31/07 | DEP | DEP | MEMBERSHIP O/S | | 40.00 | Y |
| 06/01/07 | ADJ | BS | PETEDGE | 216.30 | | Y |
| 06/01/07 | ADJ | BS | PETEDGE | 52.99 | | Y |
| 06/04/07 | DEP | DEP | DONATIONS PARTIAL | | 55.22 | Y |
| 06/04/07 | DEP | DEP | ADOPTIONS PARTIAL | | 125.00 | Y |
| 06/04/07 | DEP | DEP | JAR MONEY | | 128.00 | Y |
| 06/04/07 | DEP | DEP | CANS MONEY | | 36.00 | Y |
| 06/04/07 | DEP | DEP | FOSTERCARE WINTERS | | 200.00 | Y |
| 06/04/07 | ADJ | BS | BANK CHRG | 5.00 | | Y |
| 06/04/07 | ADJ | BS | RETURNED CHK | 6.00 | | Y |
| 06/04/07 | DEP | CC DEP'S | CC DEP | | 37.50 | Y |
| 06/06/07 | ADJ | BS | LAMBRIAR | 418.00 | | Y |
| 06/08/07 | ADJ | BS | E PLUMBING | 53.72 | | Y |
| 06/11/07 | DEP | DEP | GATE REIMBURSEMENT | | 53.00 | Y |
| 06/11/07 | DEP | DEP | DONATION | | 45.00 | Y |
| 06/11/07 | DEP | DEP | CREMATIONS | | 120.00 | Y |
| 06/11/07 | DEP | DEP | SURRENDERS | | 190.00 | Y |
| 06/11/07 | DEP | DEP | MICROCHIP | | 20.00 | Y |
| 06/11/07 | DEP | DEP | ADOPTIONS | | 500.00 | Y |
| 06/11/07 | ADJ | BS | HARTS | 220.50 | | Y |
| 06/12/07 | DEP | CC DEP'S | CC DEP | | 169.00 | Y |
| 06/13/07 | DEP | dep | QUILT RAFFLE | | 890.00 | Y |
| 06/13/07 | DEP | VISA | ADOPTION | | 25.00 | Y |
| 06/13/07 | DEP | VISA | SURRENDERS | | 20.00 | Y |
| 06/15/07 | ADJ | BS | HOME DEPOT | 29.94 | | Y |
| 06/15/07 | ADJ | BS | HOME DEPOT | 72.46 | | Y |
| 06/15/07 | DEP | CC DEP'S | CC DEP | | 59.00 | Y |
| 06/19/07 | DEP | VISA | SURRENDER | | 20.00 | Y |
| 06/19/07 | DEP | VISA | ADOPTIONS | | 100.00 | Y |
| 06/20/07 | ADJ | BS | SAM'S CLUB | 79.20 | | Y |
| 06/20/07 | DEP | VISA | ADOPTIONS | | 65.00 | Y |
| 06/21/07 | DEP | DEP | ADOPTION VISA | | 45.00 | Y |
| 06/21/07 | DEP | DEP | PEN SPONSOR | | 600.00 | Y |
| 06/21/07 | DEP | VISA | ADOPTION | | 60.00 | Y |
| 06/21/07 | DEP | CC DEP'S | CC DEP | | 16.00 | Y |
| 06/22/07 | DEP | VISA | ADOPTION | | 25.00 | Y |
| 06/22/07 | ADJ | BS | LAMBRIAR | 353.41 | | Y |
| 06/22/07 | DEP | CC DEP'S | CC DEP | | 25.00 | Y |
| 06/22/07 | DEP | DEPOSIT | TRANSFER FROM OLD A | | 9,007.17 | Y |
| 06/25/07 | ADJ | void chk | WORDEN INV 1963 CHK | | 927.65 | Y |
| 06/25/07 | DEP | dep | DONATIONS | | 166.75 | Y |
| 06/25/07 | DEP | DEP | PEN SPONSOR | | 600.00 | Y |
| 06/25/07 | DEP | DEP | CANS | | 34.30 | Y |
| 06/25/07 | DEP | DEP | MICROCHIPS | | 28.00 | Y |

```
Run Date: 07/11/07         GOOD SHEPHERD HUMANE SOCIETY        Page: 2
B/R Date: 06/30/07         BANK RECONCILIATION REGISTER        Time: 04:38 PM
                                AS OF: 06/30/07
```

BANK CODE: G   BANK OF ES, GENERAL ACCT

The Good Shepherd Humane Society, Inc.
3:07bk-71212-B

DEPOSITS AND ADJUSTMENTS:

| DATE | TYP | REFERENCE | COMMENT | DEBITS | CREDITS | CLR |
|------|-----|-----------|---------|--------|---------|-----|
| 06/25/07 | DEP | DEP | CREMATIONS | | 70.00 | Y |
| 06/25/07 | DEP | DEP | JARS | | 75.00 | Y |
| 06/25/07 | DEP | DEP | SURRENDERS | | 220.00 | Y |
| 06/25/07 | DEP | DEP | ADOPTIONS | | 355.00 | Y |
| 06/25/07 | ADJ | BS | HARTS | 220.50 | | Y |
| 06/25/07 | DEP | CC DEP'S | CC DEP | | 21.50 | Y |
| 06/26/07 | DEP | CC DEP'S | CC DEP | | 115.00 | Y |
| 06/28/07 | ADJ | NSF CHK | RETURNED CHECK | 28.00 | | Y |
| 06/28/07 | ADJ | NSF CHK | BANK CHRG | 5.00 | | Y |
| 06/28/07 | DEP | CC DEP'S | CC DEP | | 55.00 | Y |
| 06/29/07 | ADJ | BS | SQUIRRELSTORE | 150.95 | | Y |
| 06/29/07 | ADJ | BS | LAMBRIAR | 473.83 | | Y |
| 06/30/07 | DEP | DEP | SURRENDERS O/S | | 170.00 | N |
| 06/30/07 | DEP | DEP | ADOPTIONS O/S | | 430.00 | N |
| 06/30/07 | DEP | DEP | CREMATIONS O/S | | 75.00 | N |
| 06/30/07 | DEP | VISA DEP | VISA O/S ADOPTIONS | | 135.00 | N |
| 06/30/07 | DEP | VISA DEP | ADOPTIONS O/S VISA | | 25.00 | N |
| 06/30/07 | DEP | DEP'S | DOGGIE SHOP | | 6,006.70 | Y |
| 06/30/07 | DEP | DEP'S | MO STORE | | 3,601.15 | Y |
| 06/30/07 | DEP | DEP'S | MEMBERSHIPS | | 125.00 | Y |
| 06/30/07 | DEP | DEP'S | JARS | | 96.80 | Y |
| 06/30/07 | ADJ | DEP CC | DEP CORRECTION | | 20.00 | Y |

```
                    TOTAL OF 73 POSTINGS:     2,385.80      27,150.74
```

CHECKS:

| CHECK NUMBER | DATE | SRC | REFERENCE | PAYEE NAME | AMOUNT | CLR |
|--------------|------|-----|-----------|------------|--------|-----|
| 005011 | 05/30/07 | AP | 00A T & T | A T & T | 61.42 | Y |
| 005012 | 05/30/07 | AP | 00AT&T | A T & T | 70.84 | Y |
| 005013 | 05/30/07 | AP | 00CECC | CARROLL ELECTRIC COOP CORP | 100.91 | Y |
| 005014 | 05/30/07 | AP | 00CENTURY | CENTURYTEL | 46.25 | Y |
| 005015 | 05/30/07 | AP | 00KELLP | PAUL KELLY | 600.00 | Y |
| 005016 | 05/30/07 | AP | 00POSTMAS | POSTMASTER | 36.00 | Y |
| 005017 | 05/30/07 | AP | 00WORDEN | WORDEN & WORDEN | 673.12 | Y |
| 005018 | 06/04/07 | PR | 02EM | EMMONS, L. | 836.01 | Y |
| 005019 | 06/04/07 | PR | 02FINK | FINK, R. | 546.36 | Y |
| 005020 | 06/04/07 | PR | 02RENOE | RENOE, L. | 549.53 | Y |
| 005021 | 06/04/07 | PR | 02SCHN | SCHNEIDER, K. | 299.20 | Y |
| 005022 | 06/04/07 | PR | 02WIL | WILKES, J. | 117.74 | Y |
| 005023 | 06/04/07 | PR | 02WOR | WORLEY, L. | 500.94 | Y |
| 005024 | 06/04/07 | AP | | | ** VOID ** | Y |
| 005025 | 06/04/07 | AP | 00ADVANCE | ADVANCE PEST CONTROL | 35.00 | Y |
| 005026 | 06/04/07 | AP | 00AR WEST | AR WESTERN GAS COMPANY | 181.32 | Y |
| 005027 | 06/04/07 | AP | 00BRASWEL | BRASWELL PRINTING | 58.50 | Y |
| 005028 | 06/04/07 | AP | 00EMMONS | LAUREN EMMONS | 297.87 | Y |
| 005029 | 06/04/07 | AP | 00JPCREA | PAM & JOHN STILWELL | 700.00 | Y |
| 005030 | 06/04/07 | AP | 00LEWKE | DORIS LEWKE | 25.00 | Y |
| 005031 | 06/04/07 | AP | 00THEFAM | THE FAMILY PET VET HOSPITAL | 82.50 | Y |
| 005032 | 06/04/07 | AP | 00WINTERS | LINDA WINTERS | 200.00 | Y |

```
Run Date: 07/11/07              GOOD SHEPHERD HUMANE SOCIETY          Page: 3
B/R Date: 06/30/07              BANK RECONCILIATION REGISTER          Time: 04:38 PM
                                   AS OF: 06/30/07
```

BANK CODE: G  BANK OF ES, GENERAL ACCT              The Good Shepherd Humane Society, Inc.
                                                              3:07bk-71212-B

CHECKS:

| CHECK NUMBER | DATE | SRC | REFERENCE | PAYEE NAME | AMOUNT | CLR |
|---|---|---|---|---|---|---|
| 005033 | 06/11/07 | AP | 00ALLIED | ALLIED WASTE SERVICES #394 | 185.76 | Y |
| 005034 | 06/11/07 | AP | 00CCSOLID | CARROLL COUNTY SOLID WASTE | 80.55 | Y |
| 005035 | 06/11/07 | AP | 00CECCSH | CARROLL ELECTRIC COOP CORP | 343.81 | Y |
| 005036 | 06/11/07 | AP | 00ES WATE | ES WATER & SEWER | 144.15 | Y |
| 005037 | 06/11/07 | AP | 00JESTER | RILEY JESTER | 50.00 | N |
| 005038 | 06/11/07 | AP | 00LOVELY | LOVELY COUNTY CITIZEN | 15.00 | Y |
| 005039 | 06/11/07 | AP | 00SMOORE | SARAH MOORE | 324.29 | Y |
| 005040 | 06/11/07 | PR | 02EM | EMMONS, L. | 391.66 | Y |
| 005041 | 06/11/07 | PR | 02FINK | FINK, R. | 270.01 | Y |
| 005042 | 06/11/07 | PR | 02RENOE | RENOE, L. | 254.16 | Y |
| 005043 | 06/11/07 | PR | 02SCHN | SCHNEIDER, K. | 110.21 | Y |
| 005044 | 06/11/07 | PR | 02WIL | WILKES, J. | 94.96 | N |
| 005045 | 06/11/07 | PR | 02WOR | WORLEY, L. | 265.44 | Y |
| 005046 | 06/11/07 | AP | 00EMMONS | LAUREN EMMONS | 300.47 | Y |
| 005047 | 06/11/07 | AP | 00KELLP | PAUL KELLY | 1,200.00 | Y |
| 005048 | 06/11/07 | AP | 00MULLER | DR. JOHN MULLER, DVM | 742.50 | Y |
| 005049 | 06/25/07 | AP | 00A T & T | A T & T | 61.49 | N |
| 005050 | 06/25/07 | AP | 00AT&T | A T & T | 66.94 | N |
| 005051 | 06/25/07 | AP | 00CECC | CARROLL ELECTRIC COOP CORP | 107.51 | Y |
| 005052 | 06/25/07 | AP | 00EMMONS | LAUREN EMMONS | 336.06 | Y |
| 005053 | 06/25/07 | AP | 00FIRST | FIRSTCOMP | 115.00 | Y |
| 005054 | 06/25/07 | AP | 00FIRST | FIRSTCOMP | 100.00 | Y |
| 005055 | 06/25/07 | AP | 00SHELTER | SHELTER INSURANCE COMPANIES | 242.36 | N |
| 005056 | 06/25/07 | AP | 00WORDEN | WORDEN & WORDEN | 927.65 | Y |
| 005057 | 06/25/07 | PR | 02EM | EMMONS, L. | 751.36 | N |
| 005058 | 06/25/07 | PR | 02FINK | FINK, R. | 482.13 | Y |
| 005059 | 06/25/07 | PR | 02RENOE | RENOE, L. | 551.53 | N |
| 005060 | 06/25/07 | PR | 02SCHN | SCHNEIDER, K. | 340.65 | N |
| 005061 | 06/25/07 | PR | 02WOR | WORLEY, L. | 502.50 | Y |
| 005062 | 06/28/07 | AP | 00ALPHA | ALPHA ELECTRIC, INC. | 84.62 | N |
| 005063 | 06/28/07 | AP | 00ANIMAL | ANIMAL HOSPITAL OF E.S. | 39.00 | N |

```
              TOTAL OF 53 CHECKS:                    15,500.28

    RECONCILIATION SUMMARY FOR BANK G AS OF 06/30/07:

        G/L CASH ACCOUNT NUMBER..................  1043-000

        BANK STATEMENT BALANCE...................  46,460.44
        PLUS 5 DEPOSITS IN TRANSIT TOTALING......     835.00
        LESS 0 ADJUSTMENTS TOTALING..............         .00
        LESS 10 CHECKS OUTSTANDING TOTALING......   2,282.91

        ADJUSTED BANK BALANCE....................  45,012.53

        CALCULATED BOOK BALANCE..................  45,012.53
        OUT OF BALANCE BY........................         .00
```



# BANK of EUREKA SPRINGS

## The Leader in Financial Services since 1912

P.O. Box 309 • Eureka Springs, AR  72632
(479) 253-Bank(2265) • e-mail hometown@bankeureka.com
BankLink (479) 253-8899 • c-BankLink www.bankeureka.com

The Good Shepherd Humane Society, Inc.
3:07bk-71212-B

```
Good Shepherd Humane Society, Inc         G        Account Number:   219485
General Account                                    Statement Date:   6/30/07
c/o Worden & Worden                                Page Number:           1
105 W Van Buren                                     Items:               97
Eureka Springs AR 72632

                                        /043
```

Simplify Money Management
With a Business Debit Card
Apply today!

```
        NON PROFIT ORG        #:0021-948-5    CO
Previous Balance on     5/31/07                             $      35,747.87
72 Deposits and Other Additions  (Credits)    CR           +      25,388.09
57 Checks and Other Charges      (Debits)                  -      14,675.52
                                              CA           -------------------
Current Balance on      6/30/07                            $      46,460.44
```

------------------------------------------------------------------------

### Checking Account Transactions

```
6/01/07  POINT OF SALE D PETEDGE                                       216.30 -
6/01/07  POINT OF SALE D PETEDGE             800-638-5754    MA         52.99 -
6/04/07  REGULAR DEPOSIT                      800-638-5754    MA         25.00 +
6/04/07  REGULAR DEPOSIT                                                40.00 +
6/04/07  DIRECT DEPOSIT PAI DEP                                         37.50 +
6/04/07  REGULAR DEPOSIT                                                90.00 +
6/04/07  REGULAR DEPOSIT                                               200.00 +
6/04/07  REGULAR DEPOSIT                                               925.00 +
6/04/07  RETURNED CHECK Rick Sage/NSF CHRGD BACK                         6.00 -
6/04/07  REGULAR DEPOSIT                                               130.22 +
6/04/07  REGULAR DEPOSIT                                               112.00 +
6/04/07  REGULAR DEPOSIT                                               128.00 +
6/04/07  CHARGE BACK FEE CHG BK FEE                                     20.00 +
6/04/07  REGULAR DEPOSIT                                                 5.00 -
6/05/07  DIRECT DEPOSIT PAI DEP                                         36.00 +
6/06/07  DIRECT DEPOSIT PAI DEP                                         20.00 +
6/06/07  POINT OF SALE D LAMBRIAR ANIMAL HEALTH   402-729-3044   NE     45.00 +
6/08/07  POINT OF SALE D EUREKA PLUMBING AND ELECT  EUREKA SPRING  AR  418.00 -
6/11/07  REGULAR DEPOSIT                                                53.72 -
6/11/07  REGULAR DEPOSIT                                               500.00 +
6/11/07  POINT OF SALE D HART'S FAMILY CENT SBQ   EUREKA SPRING   AR   277.50 +
6/11/07  REGULAR DEPOSIT                                               220.50 -
6/11/07  REGULAR DEPOSIT                                               441.50 +
6/11/07  REGULAR DEPOSIT                                               600.00 +
6/11/07  REGULAR DEPOSIT                                               717.50 +
6/11/07  REGULAR DEPOSIT                                               349.50 +
                                                                        45.00 +
                                              Continued On Next Page...
```

MEMBER   PLEASE EXAMINE AT ONCE. IF NO ERROR IS REPORTED IN THIRTY DAYS THE ACCOUNT WILL BE CONSIDERED CORRECT.



The Good Shepherd Humane Society, Inc.
3:07bk-71212-B

Good Shepherd Humane Society, Inc
General Account
c/o Worden & Worden
105 W Van Buren
Eureka Springs AR 72632

| | |
|---|---|
| Account Number: | 219485 |
| Statement Date: | 6/30/07 |
| Page Number: | 2 |
| Items: | 97 |

| | | | | |
|---|---|---|---|---|
| 6/11/07 | REGULAR DEPOSIT | | | 307.25 + |
| 6/11/07 | REGULAR DEPOSIT | | | 20.00 + |
| 6/11/07 | REGULAR DEPOSIT | | | 286.00 + |
| 6/11/07 | REGULAR DEPOSIT | | | 190.00 + |
| 6/11/07 | REGULAR DEPOSIT | | | 120.00 + |
| 6/11/07 | REGULAR DEPOSIT | | | 290.00 + |
| 6/11/07 | REGULAR DEPOSIT | | | 53.00 + |
| 6/12/07 | DIRECT DEPOSIT   PAI DEP | | | 293.50 + |
| 6/13/07 | REGULAR DEPOSIT | | | 169.00 + |
| 6/13/07 | REGULAR DEPOSIT | | | 439.00 + |
| 6/13/07 | DIRECT DEPOSIT   PAI DEP | | | 890.00 + |
| 6/13/07 | REGULAR DEPOSIT | | | 45.00 + |
| 6/13/07 | REGULAR DEPOSIT | | | 1,037.00 + |
| 6/15/07 | POINT OF SALE D THE HOME DEPOT #1409 | HARRISON | AR | 57.65 + |
| 6/15/07 | DIRECT DEPOSIT   PAI DEP | | | 72.46 - |
| 6/15/07 | POINT OF SALE D THE HOME DEPOT #1409 | HARRISON | AR | 59.00 + |
| 6/19/07 | DIRECT DEPOSIT   PAI DEP | | | 29.94 - |
| 6/19/07 | DIRECT DEPOSIT   PAI DEP | | | 20.00 + |
| 6/20/07 | DIRECT DEPOSIT   PAI DEP | | | 100.00 + |
| 6/20/07 | POINT OF SALE D SAM'S CLUB | BENTONVILLE | AR | 65.00 + |
| 6/21/07 | REGULAR DEPOSIT | | | 79.20 - |
| 6/21/07 | REGULAR DEPOSIT | | | 269.00 + |
| 6/21/07 | DIRECT DEPOSIT   PAI DEP | | | 288.50 + |
| 6/21/07 | REGULAR DEPOSIT | | | 41.00 + |
| 6/21/07 | REGULAR DEPOSIT | | | 237.45 + |
| 6/21/07 | REGULAR DEPOSIT | | | 39.15 + |
| 6/21/07 | REGULAR DEPOSIT | | | 714.35 + |
| 6/21/07 | REGULAR DEPOSIT | | | 20.00 + |
| 6/21/07 | REGULAR DEPOSIT | | | 6.00 + |
| 6/21/07 | REGULAR DEPOSIT | | | 366.50 + |
| 6/21/07 | DIRECT DEPOSIT   PAI DEP | | | 286.50 + |
| 6/21/07 | REGULAR DEPOSIT | | | 60.00 + |
| 6/21/07 | REGULAR DEPOSIT | | | 282.00 + |
| 6/21/07 | REGULAR DEPOSIT | | | 309.50 + |
| 6/21/07 | REGULAR DEPOSIT | | | 40.00 + |
| 6/21/07 | REGULAR DEPOSIT | | | 303.00 + |
| 6/21/07 | REGULAR DEPOSIT | | | 195.25 + |
| 6/21/07 | REGULAR DEPOSIT | | | 199.75 + |
| 6/22/07 | POINT OF SALE D LAMBRIAR ANIMAL HEALTH | 402-7293044 | NE | 300.50 + |
| | | | | 353.41 - |

Add 16⁰⁰ 25⁰⁰

Continued On Next Page...



**BANK of EUREKA SPRINGS**

The Good Shepherd Humane Society, Inc.
3:07bk-71212-B

Good Shepherd Humane Society, Inc
General Account
c/o Worden & Worden
105 W Van Buren
Eureka Springs AR 72632

Account Number:      219485
Statement Date:      6/30/07
Page Number:            3
Items:                 97

65.00 = Membership From E
manual 9007.17

| Date | Description | | | | Amount |
|---|---|---|---|---|---|
| 6/22/07 | DIRECT DEPOSIT | PAI DEP | | | 25.00 + |
| 6/22/07 | REGULAR DEPOSIT 9983 | | | | 9,072.17 + |
| 6/25/07 | DIRECT DEPOSIT | PAI DEP | | | 21.50 + |
| 6/25/07 | POINT OF SALE D HART'S FAMILY CENT SBQ | | EUREKA SPRING | AR | 220.50 - |
| 6/25/07 | REGULAR DEPOSIT | | | | 600.00 + |
| 6/25/07 | REGULAR DEPOSIT | | | | 220.00 + |
| 6/25/07 | REGULAR DEPOSIT | | | | 166.75 + |
| 6/25/07 | REGULAR DEPOSIT | | | | 34.30 + |
| 6/25/07 | REGULAR DEPOSIT | | | | 355.00 + |
| 6/25/07 | REGULAR DEPOSIT | | | | 28.00 + |
| 6/25/07 | REGULAR DEPOSIT | | | | 75.00 + |
| 6/26/07 | DIRECT DEPOSIT | PAI DEP | | | 70.00 + |
| 6/28/07 | DIRECT DEPOSIT | PAI DEP | | | 115.00 + Adoptions |
| 6/28/07 | DIRECT DEPOSIT | PAI DEP | | | 30.00 + |
| 6/29/07 | REGULAR DEPOSIT | | | | 25.00 + |
| 6/29/07 | CHARGE BACK FEE CHG BK FEE | | | | 10.00 + |
| 6/29/07 | POINT OF SALE D LAMBRIAR ANIMAL HEALTH | | 402-7293044 | NE | 5.00 - |
| 6/29/07 | POINT OF SALE D SQUIRREL STORE | | ALABASTER | AL | 473.83 - |
| 6/29/07 | RETURNED CHECK Terrye Barlow/Uncoll. Fun CHRGD BACK | | | | 150.95 - |
| 6/29/07 | REGULAR DEPOSIT | | | | 28.00 - |
| | | | | | 1,400.80 + |

| Check # | Date Paid | Amount | | Check # | Date Paid | Amount |
|---|---|---|---|---|---|---|
| 5011 | 6/06/07 | 61.42 | | 5029 | 6/19/07 | 700.00 |
| 5012 | 6/11/07 | 70.84 | | 5030 | 6/19/07 | 25.00 |
| 5013 | 6/05/07 | 100.91 | | 5031 | 6/11/07 | 82.50 |
| 5014 | 6/11/07 | 46.25 | | 5032 | 6/06/07 | 200.00 |
| 5015 | 6/07/07 | 600.00 | | 5033 | 6/19/07 | 185.76 |
| 5016 | 6/06/07 | 36.00 | | 5034 | 6/15/07 | 80.55 |
| 5017 | 6/01/07 | 673.12 | | 5035 | 6/22/07 | 343.81 |
| 5018 | 6/04/07 | 836.01 | | 5036 | 6/15/07 | 144.15 |
| 5019 | 6/05/07 | 546.36 | | 5038* | 6/13/07 | 15.00 |
| 5020 | 6/08/07 | 549.53 | | 5039 | 6/14/07 | 324.29 |
| 5021 | 6/11/07 | 299.20 | | 5040 | 6/20/07 | 391.66 |
| 5022 | 6/06/07 | 117.74 | | 5041 | 6/13/07 | 270.01 |
| 5023 | 6/05/07 | 500.94 | | 5042 | 6/27/07 | 254.16 |
| 5025* | 6/13/07 | 35.00 | | 5043 | 6/25/07 | 110.21 |
| 5026 | 6/13/07 | 181.32 | | 5045* | 6/18/07 | 265.44 |
| 5027 | 6/06/07 | 58.50 | | 5046 | 6/11/07 | 300.47 |
| 5028 | 6/04/07 | 297.87 | | 5047 | 6/13/07 | 1,200.00 |

Continued On Next Page...



The Good Shepherd Humane Society, Inc.
3:07bk-71212-B

Good Shepherd Humane Society, Inc
General Account
c/o Worden & Worden
105 W Van Buren
Eureka Springs AR 72632

Account Number:   219485
Statement Date:   6/30/07
Page Number:        4
Items:             97

| Check # | Date Paid | Amount | Check # | Date Paid | Amount |
|---------|-----------|--------|---------|-----------|--------|
| 5048 | 6/12/07 | 742.50 | 5054 | 6/29/07 | 100.00 |
| 5051* | 6/27/07 | 107.51 | 5058* | 6/26/07 | 482.13 |
| 5052 | 6/25/07 | 336.06 | 5061* | 6/26/07 | 502.50 |
| 5053 | 6/29/07 | 115.00 | | | |

### DAILY BALANCE SUMMARY

| -Balance | Date- | -Balance | Date- | -Balance | Date- | -Balance | Date- |
|----------|-------|----------|-------|----------|-------|----------|-------|
| 35,747.87 | 5/31 | 32,226.18 | 6/08 | 35,033.16 | 6/18 | 46,229.09 | 6/26 |
| 34,805.46 | 6/01 | 35,697.17 | 6/11 | 34,242.40 | 6/19 | 45,867.42 | 6/27 |
| 35,404.30 | 6/04 | 35,123.67 | 6/12 | 33,836.54 | 6/20 | 45,922.42 | 6/28 |
| 34,276.09 | 6/05 | 35,890.99 | 6/13 | 37,794.99 | 6/21 | 46,460.44 | 6/29 |
| 33,429.43 | 6/06 | 35,566.70 | 6/14 | 46,194.94 | 6/22 | | |
| 32,829.43 | 6/07 | 35,298.60 | 6/15 | 47,098.72 | 6/25 | | |

**BANK of EUREKA SPRINGS**



Amount $600.00 Date 6/25/2007



Amount $220.00 Date 6/25/2007



Amount $166.75 Date 6/25/2007



Amount $34.30 Date 6/25/2007



Amount $355.00 Date 6/25/2007



Amount $28.00 Date 6/25/2007



Amount $75.00 Date 6/25/2007



Amount $70.00 Date 6/25/2007



Amount $10.00 Date 6/29/2007

Amount $1,400.80 Date 6/29/2007

Amount $25.00 Date 6/4/2007



Amount $40.00 Date 6/4/2007



**BANK of EUREKA SPRINGS**

The Good Shepherd Humane Society, Inc.
3:07bk-71212-B

Date: 6/30/2007  Page 6 of 13
Primary Account: 219485

Amount $890.00 Date 6/13/2007

Amount $1,037.00 Date 6/13/2007

Amount $57.65 Date 6/13/2007

Amount $269.00 Date 6/21/2007

Amount $288.50 Date 6/21/2007

Amount $237.45 Date 6/21/2007

Amount $39.15 Date 6/21/2007

Amount $714.35 Date 6/21/2007

Amount $20.00 Date 6/21/2007

**customer deposit correction**

Date 6/21/2007     Account Number: 219485     Prepared By: dcsane

Approved By

Good Shepherd Humane Society, Inc
c/o Worden & Worden
General Account
105 W Van Buren
Eureka Springs AR 72632

Sequence 10-2-223-1

The Checking deposit presented in the amount of 1282.00 was adjusted
$6.00 was added to your account. The new total is $288.00

Reason: Addition/Subtraction Error

Amount $6.00 Date 6/21/2007

Amount $366.50 Date 6/21/2007

Amount $286.50 Date 6/21/2007



The Good Shepherd Humane Society, Inc.
3:07bk-71212-B

Date: 6/30/2007  Page 7 of 13
Primary Account: 219485



Amount $282.00 Date 6/21/2007



Amount $309.50 Date 6/21/2007



Amount $40.00 Date 6/21/2007



Amount $303.00 Date 6/21/2007



Amount $195.25 Date 6/21/2007



Amount $199.75 Date 6/21/2007



Amount $300.50 Date 6/21/2007



Amount $90.00 Date 6/4/2007



Amount $200.00 Date 6/4/2007



Amount $925.00 Date 6/4/2007



Amount $130.22 Date 6/4/2007



Amount $112.00 Date 6/4/2007



The Good Shepherd Humane Society, Inc.
3:07bk-71212-B

Date: 6/30/2007  Page 8 of 13
Primary Account: 219485

Amount $128.00 Date 6/4/2007

Amount $20.00 Date 6/4/2007

Amount $36.00 Date 6/4/2007

Amount $500.00 Date 6/11/2007

Amount $277.50 Date 6/11/2007

Amount $441.50 Date 6/11/2007

Amount $600.00 Date 6/11/2007

Amount $717.50 Date 6/11/2007

Amount $349.50 Date 6/11/2007

Amount $45.00 Date 6/11/2007

Amount $307.25 Date 6/11/2007

Amount $20.00 Date 6/11/2007



The Good Shepherd Humane Society, Inc.
3:07bk-71212-B

Date: 6/30/2007  Page 9 of 13
Primary Account: 219485

Amount $286.00 Date 6/11/2007

Amount $190.00 Date 6/11/2007

Amount $120.00 Date 6/11/2007

Amount $290.00 Date 6/11/2007

Amount $53.00 Date 6/11/2007

Amount $293.50 Date 6/11/2007

Amount $439.00 Date 6/13/2007

Check 5011 Amount $61.42 Date 6/6/2007

Check 5012 Amount $70.84 Date 6/11/2007

Check 5013 Amount $100.91 Date 6/5/2007

Check 5014 Amount $46.25 Date 6/11/2007

Check 5015 Amount $600.00 Date 6/7/2007



**BANK OF EUREKA SPRINGS**

The Good Shepherd Humane Society, Inc.
3:07bk-71212-B

Date: 6/30/2007  Page 10 of 13
Primary Account: 219485

Check 5016 Amount $36.00 Date 6/6/2007

Check 5017 Amount $673.12 Date 6/1/2007

Check 5018 Amount $836.01 Date 6/4/2007

Check 5019 Amount $546.36 Date 6/5/2007

Check 5020 Amount $549.53 Date 6/8/2007

Check 5021 Amount $299.20 Date 6/11/2007

Check 5022 Amount $117.74 Date 6/6/2007

Check 5023 Amount $500.94 Date 6/5/2007

Check 5025 Amount $35.00 Date 6/13/2007

Check 5026 Amount $181.32 Date 6/13/2007

Check 5027 Amount $58.50 Date 6/6/2007

Check 5028 Amount $297.87 Date 6/4/2007



The Good Shepherd Humane Society, Inc.
3:07bk-71212-B

Date: 6/30/2007  Page 11 of 13
Primary Account: 219485

Check 5029 Amount $700.00 Date 6/19/2007

Check 5030 Amount $25.00 Date 6/19/2007

Check 5031 Amount $82.50 Date 6/11/2007

Check 5032 Amount $200.00 Date 6/6/2007

Check 5033 Amount $185.76 Date 6/19/2007

Check 5034 Amount $80.55 Date 6/15/2007

Check 5035 Amount $343.81 Date 6/22/2007

Check 5036 Amount $144.15 Date 6/15/2007

Check 5038 Amount $15.00 Date 6/13/2007

Check 5039 Amount $324.29 Date 6/14/2007

Check 5040 Amount $391.66 Date 6/20/2007

Check 5041 Amount $270.01 Date 6/13/2007



The Good Shepherd Humane Society, Inc.
3:07bk-71212-B

Date: 6/30/2007  Page 12 of 13
Primary Account: 219485

Check 5042 Amount $254.16 Date 6/27/2007

Check 5043 Amount $110.21 Date 6/25/2007

Check 5045 Amount $265.44 Date 6/18/2007

Check 5046 Amount $300.47 Date 6/11/2007

Check 5047 Amount $1,200.00 Date 6/13/2007

Check 5048 Amount $742.50 Date 6/12/2007

Check 5051 Amount $107.51 Date 6/27/2007

Check 5052 Amount $336.06 Date 6/25/2007

Check 5053 Amount $115.00 Date 6/29/2007

Check 5054 Amount $100.00 Date 6/29/2007

Check 5058 Amount $482.13 Date 6/26/2007

Check 5061 Amount $502.50 Date 6/26/2007



The Good Shepherd Humane Society, Inc.
3:07bk-71212-B

Date: 6/30/2007 Page 13 of 13
Primary Account: 219485

Amount $9,072.17 Date 6/22/2007

The Good Shepherd Humane Society, Inc.
3:07bk-71212-B

# Community First Bank
## Eureka Branch
### 479.253.0500

Station ES02    Teller 0013    Seq# 0022
06/15/2007                     11:07:31 AM

Federal Tax Deposit

EIN #:                         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
Name:
Good Shepherd Humane Society
Tax Type:                              941
Quarter:                                 2

Amounts Received:
  Checks In:                      1,226.21

Grand Total:                      1,226.21


All items credited subject to payment.

CFB Mastercard
What a card! What a rate!
Now at a low fixed 8.99% APR!

Monthly Wage Withholding Report

The Good Shepherd Humane Society, Inc.
3:07bk-71212-B

I declare under penalties of perjury that I have examined this return and to the best of my knowledge and belief, it is a true, correc

Signature _____     Date _____

Federal Employer Identification Number     Period Covered     Due Date

71-0458910     MAY 2007     JUN 15 2007

| FOR OFFICE USE ONLY | | |
| A | B | REF ID |
| | | |

Tax Withheld  $ ___139.79___
Include Cents (ex. 1,234,567.89)

Tax Paid  $ ___139.79___
Include Cents (ex. 1,234,567.89)

Name of Corporation: Good Shepherd Humane Society

Attn:

Address: PO Box 527

City, State, Zip: Berryville, AR 72616

1.8110000000000000000000000000000000

---

Mark the "X" in this box only if there is a change to Employer Identification Number or Name.

See instructions on page 1.

BANK NAME/
DATE STAMP

/ 2 2 6 2 1

EIN 71-0458910 252504

GOOD SHEPHERD HUMANE SOCIETY
PO BOX 285
EUREKA SPRINGS AR 72632-0285

| 941 | 945 | 1st Quarter |
| 990-G | 1120 | 2nd Quarter |
| 943 | 990-T | 3rd Quarter |
| 720 | 990-PF | 4th Quarter |
| CT-1 | 1042 | |
| 940 | | 62 |

FOR BANK USE IN MICR ENCODING

18 6   Telephone number ( )

Federal Tax Deposit Coupon
Form 8109 (Rev. 12-2000)

A/P Date: 06/04/07

GOOD SHEPHERD HUMANE SOCIETY
ACCOUNTS PAYABLE CHECK REGISTER  The Good Shepherd Humane Society, Inc.
REGISTER NO: CD-0093                    3:07bk-71212-B
BANK CODE: T = BANK OF ES, TAX ACCOUNT

| CHECK NUMBER | CHECK DATE | VENDOR/ INVOICE NO | INVOICE DATE | INVOICE AMOUNT | DISCOUNT APPLIED | PAYMENT AMOUNT |
|---|---|---|---|---|---|---|
| 003001 | 06/04/07 | 0002120 IRS 05/07 | 06/04/07 | 1,226.21 | CHECK ENTRY NO: 001 .00 | 1,226.21 |
| 003002 | 06/04/07 | 0002130 D.F.A. 05/07 | 06/04/07 | 139.79 | CHECK ENTRY NO: 001 .00 | 139.79 |
| | | REPORT TOTAL: | | 1,366.00 | .00 | 1,366.00 |

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF ARKANSAS

In Re:  The Good Shepherd Humane Society, Inc.      Case No. 3:07-bk-71212-B

Certificate of Service

I, Rachel A. Runnels, do hereby certify that I have electronically filed a true and correct copy of the second monthly report of the Debtor-In-Possession upon all parties this 20th day of July, 2007.

/s/  Rachel A. Runnels