## COVER SHEET FOR MONTHLY OPERATING REPORTS

CASE NAME:  The Good Shepherd Humane Society, Inc.

CASE NUMBER:  3:07-bk-71212-B

Debtor hereby submits the attached MONTHLY OPERATING REPORT

for the month of ___September___ , _2007_.

CASE NUMBER: 3:07-bk-71212-B

COMPARATIVE BALANCE SHEETS

| ASSETS | PETITION DATE 4/24/2007 | MONTH ENDING 5/31/2007 | MONTH ENDING 6/30/2007 | MONTH ENDING 7/31/2007 | MONTH ENDING 8/31/2007 | MONTH ENDING 9/30/2007 | MONTH ENDING 10/31/2007 |
|---|---|---|---|---|---|---|---|
| **CURRENT ASSETS** | | | | | | | |
| Cash | 49,119 | 64,954 | 64,444 | 64,407 | 58,736 | 52,745 | |
| Accounts Receivable, Net (Sched. A) | 0 | 0 | 0 | 0 | 0 | NONE | |
| Inventory, At Lower Of Cost Or Market | 0 | 0 | 0 | 0 | 0 | | 0 |
| Prepaid Expenses | 3,486 | 3,139 | 2,551 | 2,069 | 1,596 | 1,124 | |
| Other | 0 | 0 | 0 | 0 | 0 | 0 | |
| | | | | | | | |
| Total Current Assets | 52,605 | 68,093 | 66,995 | 66,475 | 60,332 | 53,869 | 0 |
| | | | | | | | |
| **PROPERTY, PLANT & EQUIPMENT (Sched. B)** | 173,607 | 173,607 | 173,607 | 175,227 | 179,572 | 181,645 | 0 |
| Less Accumulated Depreciation | 0 | 0 | 0 | 0 | 0 | | |
| Net Property | 173,607 | 173,607 | 173,607 | 175,227 | 179,572 | 181,645 | 0 |
| | | | | | | | |
| **OTHER ASSETS (Describe)** | 201,692 | 201,692 | 201,692 | 201,692 | 201,692 | 201,692 | |
| | | | | | | | |
| Total Other Assets | 201,692 | 201,692 | 201,692 | 201,692 | 201,692 | 201,692 | 0 |
| | | | | | | | |
| **TOTAL ASSETS** | 427,904 | 443,392 | 442,293 | 443,394 | 441,596 | 437,207 | 0 |

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOLLOWING OPERATING REPORTS, CONSISTING OF 30 PAGES ARE TRUE AND CORRECT.

Date submitted  10-29-2007        Signed _____

F. Owen Kendrick
(Printed name of signatory)

CASE NAME: The Good Shepherd Humane Society, Inc.        MONTHLY OPERATING REPORTS

3:07-bk-71212  Doc#: 43  Filed: 10/29/07  Entered: 10/29/07 08:30:15  Page 2 of 31

| LIABILITIES & STOCKHOLDERS' EQUITY | PETITION DATE 4/24/2007 | MONTH ENDING 5/31/2007 | MONTH ENDING 6/30/2007 | MONTH ENDING 7/31/2007 | MONTH ENDING 8/31/2007 | MONTH ENDING 9/30/2007 | MONTH ENDING 10/31/2007 |
|---|---|---|---|---|---|---|---|
| **LIABILITIES** | | | | | | | |
| Post Petition Liabilities (Sched. C) | 1,415 | 3,016 | 4,834 | 6,103 | 6,627 | 7,980 | 0 |
| | | | | | | | |
| Pre Petition Liabilities | | | | | | | |
| Notes Payable - Secured | 0 | 0 | 0 | 0 | 0 | 0 | |
| Priority Debt | 0 | 0 | 0 | 0 | 0 | 0 | |
| Unsecured Debt | 0 | 0 | 0 | 0 | 0 | 0 | |
| Other | 0 | 0 | 0 | 0 | 0 | 0 | |
| | | | | | | | |
| Total Pre Petition Liabilities | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | | | | | | |
| Total Liabilities | 1,415 | 3,016 | 4,834 | 6,103 | 6,627 | 7,980 | 0 |
| | | | | | | | |
| **EQUITY** | | | | | | | |
| | | | | | | | |
| Unrestricted net assets | 9,790 | 15,457 | 15,457 | 13,836 | 9,492 | 6,513 | |
| Restricted net assets | 375,299 | 375,299 | 375,299 | 376,919 | 381,264 | 383,337 | |
| Retained Earnings | | | | | | | |
| Through Filing Date | 41,400 | 41,400 | 41,400 | 41,400 | 41,400 | 41,400 | |
| Post Filing Date | 0 | 8,221 | 5,303 | 5,136 | 2,813 | (2,024) | 0 |
| | | | | | | | |
| Total Stockholders' Equity | 426,489 | 440,377 | 437,459 | 437,291 | 434,969 | 429,226 | 0 |
| | | | | | | | |
| TOTAL LIABILITIES & STOCKHOLDERS' EQUI | 427,904 | 443,392 | 442,293 | 443,394 | 441,596 | 437,207 | 0 |

CASE NAME: The Good Shepherd Humane Society, Inc.
CASE NUMBER: 3:07-bk-71212-B

STATEMENT OF INCOME (LOSS)

FORM OPR-2

3:07-bk-71212  Doc#: 43  Filed: 10/29/07  Entered: 10/29/07 08:30:15  Page 4 of 31

| | MONTH ENDING 5/31/2007 | MONTH ENDING 6/30/2007 | MONTH ENDING 7/31/2007 | MONTH ENDING 8/31/2007 | MONTH ENDING 9/30/2007 | MONTH ENDING 10/31/2007 | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| GROSS SALES (INCOME) | 29,643 | 16,013 | 19,853 | 19,538 | 15,721 | | 100,769 |
| | | | | | | | |
| COST OF GOODS SOLD | | | | | | | |
| Cost of Revenues | 5,617 | 5,983 | 7,578 | 9,215 | 8,394 | | 36,786 |
| Labor - Direct | 0 | 0 | 0 | 0 | 0 | | 0 |
| Manufacturing Overhead | | 0 | 0 | 0 | 0 | | 0 |
| | | | | | | | |
| Total Cost of Goods Sold | 5,617 | 5,983 | 7,578 | 9,215 | 8,394 | 0 | 36,786 |
| | | | | | | | |
| GROSS PROFIT | 24,026 | 10,031 | 12,276 | 10,323 | 7,328 | 0 | 63,983 |
| | | | | | | | |
| OPERATING EXPENSES | | | | | | | |
| Selling & Marketing | 45 | 0 | 97 | 376 | 67 | | 585 |
| Executive & Mgmt. Salaries | 0 | 0 | 0 | 0 | 0 | | 0 |
| Office & Other Salaries | 5,752 | 8,184 | 6,838 | 7,737 | 8,537 | | 37,049 |
| Rent | 736 | 700 | 700 | 700 | 700 | | 3,536 |
| Other (Attach Schedule) | 2,932 | 4,063 | 3,484 | 3,526 | 2,616 | | 16,622 |
| | | | | | | | |
| Total Operating Expenses | 9,465 | 12,948 | 11,119 | 12,339 | 11,920 | 0 | 57,792 |
| | | | | | | | |
| OTHER EXPENSES | | | | | | | |
| Quarterly Fees | 0 | 0 | 500 | 0 | 0 | | 500 |
| Depreciation | 0 | 0 | 0 | 0 | 0 | | 0 |
| Interest | 0 | 0 | 0 | 0 | 0 | | 0 |
| Attorney's Fees | 0 | 0 | 0 | 0 | 0 | | 0 |
| Other Professional Fees | 0 | 0 | 824 | 307 | 244 | | 1,376 |
| | | | | | | | |
| Total Other Expenses | 0 | 0 | 1,324 | 307 | 244 | 0 | 1,876 |
| | | | | | | | |
| Total Expenses | 9,465 | 12,948 | 12,443 | 12,646 | 12,165 | 0 | 59,667 |
| | | | | | | | |
| NET INCOME (LOSS) | 14,561 | (2,917) | (168) | (2,323) | (4,837) | 0 | 4,316 |

CASE NAME: The Good Shepherd Humane Society, Inc.  STATEMENT OF SOURCE AND USE OF CASH  FORM OPR-3
CASE NUMBER: 3:07-bk-71212-B

| | MONTH ENDING 5/31/2007 | MONTH ENDING 6/30/2007 | MONTH ENDING 7/31/2007 | MONTH ENDING 8/31/2007 | MONTH ENDING 9/30/2007 | MONTH ENDING 10/31/2007 | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| **CASH DIFFERENCE** | | | | | | | |
| Current Ending Cash Balance | 64,954 | 64,444 | 64,407 | 58,736 | 52,745 | 0 | 305,286 |
| Less Ending Prior Month Balance | 49,119 | 64,954 | 64,444 | 64,407 | 58,736 | 0 | 301,660 |
| NET CASH INCREASE(DECREASE) | 15,835 | (510) | (37) | (5,671) | (5,990) | 0 | 3,626 |
| **SOURCES OF CASH** | | | | | | | |
| Income (Loss) From Operations | 14,561 | (2,917) | (168) | (2,323) | (4,837) | 0 | 4,316 |
| Add: Non-cash items (Depr. & Amort.) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Cash Generated From Operations | 14,561 | (2,917) | (168) | (2,323) | (4,837) | 0 | 4,316 |
| Add: Decrease in Assets | | | | | | | |
| Accounts Receivable | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Inventory | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Prepaid Expenses | 347 | 588 | 482 | 472 | 472 | 0 | 2,362 |
| Property, Plant & Equipment | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Other Current Assets | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Other Assets | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Increase in Liabilities: | | | | | | | |
| Post Petition Liabilities | 1,601 | 1,818 | 1,269 | 524 | 1,353 | 0 | 6,565 |
| Pre Petition Liabilities | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| TOTAL SOURCES OF CASH | 16,508 | (510) | 1,583 | (1,326) | (3,011) | 0 | 13,243 |
| **USE OF CASH** | | | | | | | |
| Subtract: Increase in Assets | | | | | | | |
| Accounts Receivable | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Inventory | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Prepaid Expenses | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Property, Plant & Equipment | 0 | 0 | 1,620 | 4,345 | 2,074 | 0 | 8,038 |
| Other Current Assets | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Other Assets | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Decrease in Liabilities: | | | | | | | |
| Post Petition Liabilities | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Pre Petition Liabilities | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| TOTAL USE OF CASH | 0 | 0 | 1,620 | 4,345 | 2,074 | 0 | 8,038 |
| NET CASH INCREASE (DECREASE) | 16,508 | (510) | (37) | (5,671) | (5,085) | 0 | 5,205 |

3:07-bk-71212  Doc#: 43  Filed: 10/29/07  Entered: 10/29/07 08:30:15  Page 5 of 31

Date of Filing:___4/24/07_____
    % of Total

Month:___05/07_____
    % of Total

Month:___06/07_____
    % of Total

Month:___07/07_____
    % of Total

Month:___08/07_____
    % of Total

Month:___09/07_____
    % of Total

Month:_____
    % of Total

| TOTAL ACCOUNTS RECEIVABLE | 0-30 DAYS | 31-60 DAYS | 61-90 DAYS | 91-120 DAYS | OVER 120 DAYS |
|---|---|---|---|---|---|
| NONE | NONE | NONE | NONE | NONE | NONE |
| 100% | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! |
| NONE | NONE | NONE | NONE | NONE | NONE |
| 100% | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! |
| NONE | NONE | NONE | NONE | NONE | NONE |
| 100% | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! |
| NONE | NONE | NONE | NONE | NONE | NONE |
| 100% | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! |
| NONE | NONE | NONE | NONE | NONE | NONE |
| 100% | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! |
| NONE | NONE | NONE | NONE | NONE | NONE |
| 100% | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! |
| | | | | | |
| 100% | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! |

CASE NAME: The Good Shepherd Humane Society, Inc.  SCHEDULE OF FIXED ASSETS  SCHEDULE B
CASE NUMBER: 3:07-bk-71212-B

| FIXED ASSETS: | MONTH 5/31/2007 | MONTH 6/30/2007 | MONTH 7/31/2007 | MONTH 8/31/2007 | MONTH 9/30/2007 | MONTH 10/31/2007 |
|---|---|---|---|---|---|---|
| Buildings | 241,213 | 241,213 | 242,408 | 244,978 | 246,351 | |
| Land | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | |
| Improvements | 42,834 | 42,834 | 43,259 | 45,034 | 45,734 | |
| Office Furniture | 4,379 | 4,379 | 4,379 | 4,379 | 4,379 | |
| Office Equipment | 28,607 | 28,607 | 28,607 | 28,607 | 28,607 | |
| Computer Equipment | 3,048 | 3,048 | 3,048 | 3,048 | 3,048 | |
| Shop Machinery | 744 | 744 | 744 | 744 | 744 | |
| Shop Equipment | | | | | | |
| Automobiles | | | | | | |
| Vans | 4,475 | 4,475 | 4,475 | 4,475 | 4,475 | |
| Trucks | | | | | | |
| Trailers | | | | | | |
| Heavy Equipment | | | | | | |
| Other Vehicles | | | | | | |
| Major Tools | | | | | | |
| Boat & Airplane | | | | | | |
| Warehouse Equipment | | | | | | |
| Other_____ | | | | | | |
| | | | | | | |
| | | | | | | |
| TOTAL FIXED ASSETS | 375,298 | 375,298 | 376,919 | 381,264 | 383,337 | 0 |

3:07-bk-71212  Doc#: 43  Filed: 10/29/07  Entered: 10/29/07 08:30:15  Page 7 of 31

| | MONTH 5/31/2007 | MONTH 6/30/2007 | MONTH 7/31/2007 | MONTH 8/31/2007 | MONTH 9/30/2007 | MONTH 10/31/2007 |
|---|---|---|---|---|---|---|
| TRADE ACCOUNTS PAYABLE | 1,536 | 2,713 | 4,376 | 4,573 | 5,723 | |
| | | | | | | |
| TAXES PAYABLE: | | | | | | |
| Federal Payroll Taxes | 1,226 | 1,743 | 1,502 | 1,763 | 1,915 | |
| State Payroll Taxes | 254 | 378 | 225 | 292 | 343 | |
| State Sales Taxes | 0 | 0 | 0 | | 0 | |
| Local Payroll Taxes | 0 | 0 | 0 | | 0 | |
| Real Estate & Pers. Prop. Taxes | 0 | 0 | 0 | | 0 | |
| Other_____ | 0 | 0 | 0 | | 0 | |
| | | | | | | |
| TOTAL TAXES PAYABLE | 1,480 | 2,121 | 1,727 | 2,055 | 2,257 | 0 |
| | | | | | | |
| OTHER LIABILITIES: | | | | | | |
| Post Petition Secured Debt | 0 | 0 | 0 | 0 | 0 | |
| Accrued Interest Payable | 0 | 0 | 0 | 0 | 0 | |
| Other Accrued Liabilities | 0 | 0 | 0 | 0 | 0 | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| TOTAL OTHER LIABILITIES | 0 | 0 | 0 | 0 | 0 | 0 |
| | | | | | | |
| TOTAL POST PETITION DEBT | 3,016 | 4,834 | 6,103 | 6,627 | 7,980 | 0 |

3:07-bk-71212  Doc#: 43  Filed: 10/29/07  Entered: 10/29/07 08:30:15  Page 8 of 31

CASE  NAME: The Good Shepherd Humane Society, Inc.      (revised 3-94)
CASE  NUMBER: 3:07-bk-71212-B                           Schedule D
                                                        Page 1 of 2

## SUMMARY  OF  SIGNIFICANT  ITEMS
Month of    September 2007

### 1.  Insurance Coverage

|  | Carrier/ agent Name | Amount of Coverage | Policy Expiration Date | Premium Paid thru Date |
|---|---|---|---|---|
| Workers' Compensation | UNITED INSR AGENCY | STATUTORY | 2/1/2008 | 1/31/2008 |
| General Liability | JACKSON INSR AGENCY | 100,000 | 11/8/2007 | 11/8/2007 |
| Excess Liability |  |  |  |  |
| Fire & Extended Coverage |  |  |  |  |
| Vehicle Liability | SHELTER INSUR | 50,000 | 12/31/2007 | 12/31/2007 |
| Vehicle Collision |  |  |  |  |
| Theft |  |  |  |  |
| Other(specify) |  |  |  |  |

### 2.  Statement of Payments of Secured Creditors
(list all payments made to secured creditors during the month & the purpose
for such payment, i.e. Court ordered adequate protection cash collateral payments)

| Payee | Description | Amount Paid this Month | Total Paid Post petition |
|---|---|---|---|
| NONE |  |  |  |
|  |  |  |  |
|  |  |  |  |

### 3. Tax Payments Made This Month (Not Accruals) (attach copies of tax receipts or checks)

|  | Date Paid | Amount Paid | Post Petition Taxes Unpaid(agrees to Sch. C) |
|---|---|---|---|
| Federal Payroll W/H Taxes | NONE |  |  |
| Federal Payroll W/H Taxes | NONE |  |  |
| Federal Payroll W/H Taxes | 9/15/2007 | 1,763 |  |
| Federal Payroll W/H Taxes | NONE |  | 1,915 |
| Fed. Unemployment Taxes | NONE |  | 0 |
| State Payroll W/H Taxes | 9/15/2007 | 212 | 219 |
| State Unemployment Taxes |  |  | 124 |
| State Sales & Use Taxes | NONE |  |  |
| Property Taxes | NONE |  |  |
| Other | NONE |  |  |

The Good Shepherd Humane Society, Inc.
3:07bk-71212-B

| AR941M | | State of Arkansas | | | 2007 | | 1811 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | Monthly Wage Withholding Report | | | | | |

I declare under penalties of perjury that I have examined this return and to the best of my knowledge and belief, it is a true, correct and complete return.

Signature _____  Date _____  Phone _____

Federal Employer Identification Number
| 71-0458910 |

Period Covered | AUG 2007 |

Due Date | Sept 15, 2007 |

FOR OFFICE USE ONLY
A | B | REF ID

Tax Withhe'd  $ ___212.26___
Include Cents (ex. 1,234,567.89)

Tax Paid  $ ___212.26___
Include Cents (ex. 1,234,567.89)

Name of Corporation : Good Shepherd Humane Society
Attn :
Address : PO Box 527
City, State, Zip : Berryville, AR  72616

18110000000000000000000000000000000

Mark the "X" in this box only if there is a change to Employer Identification Number (EIN) or Name.

See instructions on page 1.

BANK NAME/ DATE STAMP

1 76255

EIN  71-0458910  252504

GOOD SHEPHERD HUMANE SOCIETY
PO BOX 285
EUREKA SPRINGS AR  72632-0285

| 941 | 945 | 1st Quarter |
| --- | --- | --- |
| 990-C | 1120 | 2nd Quarter |
| 943 | 990-T | 3rd Quarter |
| 720 | 990-PF | 4th Quarter |
| CT-1 | 1042 | |
| 940 | | 62 |

18 6  Telephone number ( )

FOR BANK USE IN MICR ENCODING

Federal Tax Deposit Coupon
Form 8109 (Rev. 12-2000)

The Good Shepherd Humane Society, Inc.
3:07bk-71212-B

3009

**Good Shepherd Humane Society, Inc.**
Debtor-In-Possession, Case No. 3:07-Bk-71212
Tax Account
P.O. Box 527
Berryville, AR 72616

BANK OF EUREKA SPRINGS
EUREKA SPRINGS, AR 72632
81-472-829

003009

*TWO HUNDRED TWELVE DOLLARS AND 26 CENTS

| DATE | AMOUNT |
|---|---|
| 09/04/07 | *******212.26* |

PAY TO THE ORDER OF   D.F.A.

0002130

⑈003009⑈ ⑆082904726⑆ 0021⑈947⑈7⑈

---

3008

**Good Shepherd Humane Society, Inc.**
Debtor-In-Possession, Case No. 3:07-Bk-71212
Tax Account
P.O. Box 527
Berryville, AR 72616

BANK OF EUREKA SPRINGS
EUREKA SPRINGS, AR 72632
81-472-829

003008

*ONE THOUSAND SEVEN HUNDRED SIXTY TWO DOLLARS AND 55 CENTS

| DATE | AMOUNT |
|---|---|
| 09/04/07 | *****1,762.55* |

PAY TO THE ORDER OF   IRS

0002120

⑈003008⑈ ⑆082904726⑆ 0021⑈947⑈7⑈

```
Run Date: 10/05/07          GOOD SHEPHERD HUMANE SOCIETY          Page: 1
B/R Date: 09/30/07          BANK RECONCILIATION REGISTER          Time: 10:26 AM
                                   AS OF: 09/30/07
```

BANK CODE: T  BANK OF ES, TAX ACCOUNT              The Good Shepherd Humane Society, Inc.
                                                            3:07bk-71212-B

CHECKS:

| CHECK NUMBER | DATE | SRC | REFERENCE | PAYEE NAME | AMOUNT | CLR |
|---|---|---|---|---|---|---|
| 003008 | 09/04/07 | AP | 000002120 | IRS | 1,762.55 | Y |
| 003009 | 09/04/07 | AP | 000002130 | D.F.A. | 212.26 | Y |

```
                          TOTAL OF 2 CHECKS:               1,974.81
```

RECONCILIATION SUMMARY FOR BANK T AS OF 09/30/07:

```
          G/L CASH ACCOUNT NUMBER.................   1044-000

          BANK STATEMENT BALANCE...................       352.13
          PLUS 0 DEPOSITS IN TRANSIT TOTALING.....           .00
          LESS 0 ADJUSTMENTS TOTALING.............           .00
          LESS 0 CHECKS OUTSTANDING TOTALING......           .00
                                                     -------------
          ADJUSTED BANK BALANCE...................        352.13

          CALCULATED BOOK BALANCE.................        352.13
          OUT OF BALANCE BY.......................           .00
```



# The Leader in Financial Services since 1912

P.O. Box 309 • Eureka Springs, AR  72632
(479) 253-Bank(2265) • e-mail hometown@bankeureka.com
BankLink (479) 253-8899 • e-BankLink www.bankeureka.com

The Good Shepherd Humane Society, Inc.
3:07bk-71212-B

```
Good Shepherd Humane Society Inc          Account Number:      219477
Tax Account                               Statement Date:     9/30/07
c/o Worden & Worden                         Page Number:            1
105 W Van Buren                                   Items:            2
Eureka Springs AR 72632
```

```
              Everytime you use your debit card between
          7/1 and 9/30/07 you'll automatically be entered for
          a chance to win a $500 iPod and other great prizes!

        NON PROFIT ORG        #:0021-947-7
Previous Balance on     8/31/07                              $      2,326.94
  2 Checks and Other Charges      (Debits)                   -      1,974.81
                                                                -------------
Current Balance on      9/30/07                              $        352.13
```

---

### Checking Account Transactions

| Check # | Date Paid | Amount   | Check # | Date Paid | Amount |
|---------|-----------|----------|---------|-----------|--------|
| 3008    | 9/18/07   | 1,762.55 | 3009    | 9/26/07   | 212.26 |

---

### DAILY BALANCE SUMMARY

| -Balance Date- | -Balance Date- | -Balance Date- | -Balance Date- |
|----------------|----------------|----------------|----------------|
| 2,326.94  8/31 | 564.39  9/18   | 352.13  9/26   |                |

---

MEMBER FDIC      PLEASE EXAMINE AT ONCE. IF NO ERROR IS REPORTED IN THIRTY DAYS THE ACCOUNT WILL BE CONSIDERED CORRECT.



The Good Shepherd Humane Society, Inc.
3:07bk-71212-B

Date: 9/30/2007 Page 2 of 2
Primary Account: 219477

Check 3008 Amount $1,762.55 Date 9/18/2007

Check 3009 Amount $212.26 Date 9/26/2007

Run Date: 10/02/07  GOOD SHEPHERD HUMANE SOCIETY  Page: 1
B/R Date: 09/30/07  BANK RECONCILIATION REGISTER  Time: 03:10 PM
AS OF: 09/30/07

BANK CODE: G  BANK OF ES, GENERAL ACCT       The Good Shepherd Humane Society, Inc.
                                                    3:07bk-71212-B

DEPOSITS AND ADJUSTMENTS:

| DATE | TYP | REFERENCE | COMMENT | DEBITS | CREDITS | CLR |
|------|-----|-----------|---------|-------:|--------:|-----|
| 08/31/07 | DEP | DEP'S O/S | DONATIONS O/S | | 75.00 | Y |
| 08/31/07 | DEP | DEP'S O/S | ADOPTIONS O/S | | 373.00 | Y |
| 08/31/07 | DEP | DEP'S O/S | SURRENDERS O/S | | 125.00 | Y |
| 08/31/07 | DEP | DEP'S O/S | CANS O/S | | 10.20 | Y |
| 09/04/07 | ADJ | BS | LAMBRIAR | 394.37 | | Y |
| 09/05/07 | ADJ | BS | PAI SETTLEMENT | 40.66 | | Y |
| 09/07/07 | ADJ | BS | WALMART | 86.38 | | Y |
| 09/13/07 | ADJ | BS | SAM'S | 26.25 | | Y |
| 09/13/07 | ADJ | BS | LAMBRIAR | 249.95 | | Y |
| 09/13/07 | ADJ | BS | WALMART | 12.94 | | Y |
| 09/13/07 | ADJ | BS | WALMART | 88.58 | | Y |
| 09/13/07 | ADJ | BS | HARTS | 239.79 | | Y |
| 09/13/07 | ADJ | BS | SAM'S | 164.83 | | Y |
| 09/17/07 | ADJ | BS | LAMBRIAR | 46.66 | | Y |
| 09/17/07 | ADJ | BS | WALMART | 75.59 | | Y |
| 09/17/07 | ADJ | BS | WALMART | 1.94 | | Y |
| 09/17/07 | ADJ | BS | WALMART | 54.82 | | Y |
| 09/17/07 | ADJ | BS | DEP CORRECTION | 6.00 | | Y |
| 09/19/07 | ADJ | BS | LAMBRIAR | 47.00 | | Y |
| 09/19/07 | ADJ | BS | PETSMART | 32.97 | | Y |
| 09/20/07 | ADJ | BS | LAMBRIAR | 378.10 | | Y |
| 09/21/07 | ADJ | BS | WALMART | 36.91 | | Y |
| 09/24/07 | ADJ | BS | LAMBRIAR | 92.81 | | Y |
| 09/25/07 | ADJ | BS | HARTS | 24.14 | | Y |
| 09/27/07 | ADJ | BS | BEST BUY | 125.46 | | Y |
| 09/28/07 | ADJ | BS | QUICK TRIP | 40.00 | | Y |
| 09/30/07 | DEP | DEP'S | DOGGIE SHOP | | 5,282.36 | Y |
| 09/30/07 | DEP | DEP'S | MO STORE | | 2,786.75 | Y |
| 09/30/07 | DEP | DEP'S | E-BAY | | 10.00 | Y |
| 09/30/07 | DEP | DEP'S | ADOPTONS | | 1,221.50 | Y |
| 09/30/07 | DEP | DEP'S | SURRENDERS | | 335.00 | Y |
| 09/30/07 | DEP | DEP'S | DONATIONS | | 503.00 | Y |
| 09/30/07 | DEP | DEP'S | JARS | | 421.64 | Y |
| 09/30/07 | DEP | DEP'S | ADS | | 590.00 | Y |
| 09/30/07 | DEP | DEP'S | VOIERS | | 1,000.00 | Y |
| 09/30/07 | DEP | DEP'S | CREMATIONS | | 40.00 | Y |
| 09/30/07 | DEP | DEP'S | SPAY ASSISTANCE | | 1,250.00 | Y |
| 09/30/07 | DEP | DEP'S | SPAY NEUTER VOUCHER | | 400.00 | Y |
| 09/30/07 | DEP | DEP'S | MICROCHIP | | 18.00 | Y |
| 09/30/07 | DEP | DEP'S | STYLE SHOW | | 350.00 | Y |
| 09/30/07 | DEP | DEP'S O/S | ADOPTIONS O/S | | 282.50 | N |
| 09/30/07 | DEP | DEP'S O/S | SURRENDERS O/S | | 365.00 | N |
| 09/30/07 | DEP | DEP CC | CC ADOPTIONS O/S | | 60.00 | N |
| 09/30/07 | DEP | DEP | DONATIONS O/S | | 444.00 | N |
| 09/30/07 | DEP | DEP | SURRENDERS O/S | | 90.00 | N |
| 09/30/07 | DEP | DEP | CREMATION O/S | | 10.00 | N |
| 09/30/07 | DEP | DEP | MICROCHIPS O/S | | 8.00 | N |
| 09/30/07 | DEP | DEP | ANIMAL SPONSOR O/S | | 90.00 | N |
| 09/30/07 | DEP | DEP | DONATIONS O/S | | 210.00 | N |

```
Run Date: 10/02/07          GOOD SHEPHERD HUMANE SOCIETY          Page: 2
B/R Date: 09/30/07          BANK RECONCILIATION REGISTER          Time: 03:10 PM
                               AS OF: 09/30/07
```

BANK CODE: G  BANK OF ES, GENERAL ACCT

The Good Shepherd Humane Society, Inc.
3:07bk-71212-B

```
                  TOTAL OF 49 POSTINGS:          2,266.15          16,350.95
```

CHECKS:

| CHECK NUMBER | DATE | SRC | REFERENCE | PAYEE NAME | AMOUNT | CLR |
|---|---|---|---|---|---|---|
| 005037 | 06/11/07 | AP | 00JESTER | RILEY JESTER | 50.00 | Y |
| 005126 | 08/06/07 | PR | 02WOR | WORLEY, L. | 127.21 | N |
| 005143 | 08/10/07 | AP | 00SMOORE | SARAH MOORE | 93.90 | Y |
| 005160 | 08/20/07 | AP | 00RENO | LINDA RENO | 360.00 | Y |
| 005163 | 08/20/07 | AP | 00ZELENY | REBECCA ZELENY | 25.00 | Y |
| 005164 | 08/29/07 | AP | 00A T & T | A T & T | 63.10 | Y |
| 005165 | 08/29/07 | AP | 00ADVANCE | ADVANCE PEST CONTROL | 35.00 | Y |
| 005166 | 08/29/07 | AP | 00AT&T | A T & T | 75.34 | Y |
| 005167 | 08/29/07 | AP | 00CECC | CARROLL ELECTRIC COOP CORP | 168.53 | Y |
| 005168 | 08/29/07 | AP | 00CENTURY | CENTURYTEL | 47.33 | Y |
| 005169 | 09/04/07 | AP | 00JPCREA | PAM & JOHN STILWELL | 700.00 | Y |
| 005170 | 09/04/07 | AP | 00MCCUNE | McCUNE ANIMAL HOSPITAL | 15.00 | Y |
| 005171 | 09/04/07 | AP | 00SWEPCO | SOUTHWESTERN ELECTRIC POWER | 152.51 | Y |
| 005172 | 09/04/07 | AP | 00WINTERS | LINDA WINTERS | 200.00 | Y |
| 005173 | 09/04/07 | AP | 00AR WEST | AR WESTERN GAS COMPANY | 121.16 | Y |
| 005174 | 09/04/07 | AP | 00BACON | PATRICIA ANNIS | 25.00 | Y |
| 005175 | 09/04/07 | AP | 00EDWARDS | GARY EDWARDS | 25.00 | Y |
| 005176 | 09/04/07 | AP | 00EMMONS | LAUREN EMMONS | 74.70 | Y |
| 005177 | 09/04/07 | AP | 00HART | PATRICIA HENDRICKS | 25.00 | Y |
| 005178 | 09/04/07 | AP | 00MULLER | DR. JOHN MULLER, DVM | 3,157.50 | Y |
| 005179 | 09/04/07 | AP | 00POSTMAS | POSTMASTER | 68.00 | Y |
| 005180 | 09/04/07 | PR | 02EM | EMMONS, L. | 751.36 | Y |
| 005181 | 09/04/07 | PR | 02FINK | FINK, R. | 502.96 | Y |
| 005182 | 09/04/07 | PR | 02RENOE | RENOE, L. | 494.87 | Y |
| 005183 | 09/04/07 | PR | 02SCHN | SCHNEIDER, K. | 343.60 | Y |
| 005184 | 09/04/07 | PR | 02THOM | THOMAS, M. | 400.89 | Y |
| 005185 | 09/04/07 | PR | 02WILL | WILLIAMS, C. | 439.62 | Y |
| 005186 | 09/04/07 | PR | 03EHR | EHRLICH, L. | 631.39 | Y |
| 005187 | 09/11/07 | AP | 00ALLIED | ALLIED WASTE SERVICES #394 | 187.59 | Y |
| 005188 | 09/11/07 | AP | 00CARROLL | CARROLL ELECTRIC COOP CORP | 534.74 | Y |
| 005189 | 09/11/07 | AP | 00CCSOLID | CARROLL COUNTY SOLID WASTE | 80.55 | Y |
| 005190 | 09/11/07 | AP | 00ES WATE | ES WATER & SEWER | 188.51 | Y |
| 005191 | 09/11/07 | AP | 00WORDEN | WORDEN & WORDEN | 547.67 | Y |
| 005192 | 09/13/07 | AP | 00HFIRE | HARRISON FIRE EXTINGUISHER CO | 16.00 | N |
| 005193 | 09/13/07 | AP | 00NW ARKA | NW ARKANSAS DEMOCRAT-GAZETTE | 66.67 | Y |
| 005194 | 09/13/07 | AP | 00WINTERS | LINDA WINTERS | 800.00 | Y |
| 005195 | 09/17/07 | PR | 02EM | EMMONS, L. | 751.36 | Y |
| 005196 | 09/17/07 | PR | 02FINK | FINK, R. | 482.13 | Y |
| 005197 | 09/17/07 | PR | 02RENOE | RENOE, L. | 447.07 | Y |
| 005198 | 09/17/07 | PR | 02SCHN | SCHNEIDER, K. | 360.31 | Y |
| 005199 | 09/17/07 | PR | 02THOM | THOMAS, M. | 388.97 | Y |
| 005200 | 09/17/07 | PR | 02WILL | WILLIAMS, C. | 431.45 | Y |
| 005201 | 09/17/07 | PR | 03EHR | EHRLICH, L. | 675.49 | Y |
| 005202 | 09/17/07 | AP | 00BERRYVI | BERRYVILLE VET CLINIC | 507.62 | Y |
| 005203 | 09/17/07 | AP | 00EMMONS | LAUREN EMMONS | 189.45 | Y |
| 005204 | 09/17/07 | AP | 00THEFAM | THE FAMILY PET VET HOSPITAL | 65.00 | Y |
| 005205 | 09/27/07 | AP | 00ADVANCE | ADVANCE PEST CONTROL | 35.00 | N |
| 005206 | 09/27/07 | AP | 00HILL | HILL COUNTRY HARDWARE INC | 222.03 | N |

```
Run Date: 10/02/07            GOOD SHEPHERD HUMANE SOCIETY          Page: 3
B/R Date: 09/30/07            BANK RECONCILIATION REGISTER          Time: 03:10 PM
                                  AS OF: 09/30/07
```

BANK CODE: G  BANK OF ES, GENERAL ACCT        The Good Shepherd Humane Society, Inc.
                                                       3:07bk-71212-B

CHECKS:

| CHECK NUMBER | DATE | SRC | REFERENCE | PAYEE NAME | AMOUNT | CLR |
|---|---|---|---|---|---|---|
| 005207 | 09/27/07 | AP | 00TRADERS | TRADERS FIELD INC. | 1,373.50 | N |
| 005208 | 09/27/07 | AP | 00WRMC | WRMC CLINIC BILLING | 132.00 | N |
| 005215 | 09/27/07 | AP | 00UST | UNITED STATES TREASURY | 905.55 | N |

```
              TOTAL OF 51 CHECKS:                        18,562.63
```

RECONCILIATION SUMMARY FOR BANK G AS OF 09/30/07:

```
          G/L CASH ACCOUNT NUMBER.................   1043-000

          BANK STATEMENT BALANCE...................   37,847.60
          PLUS 9 DEPOSITS IN TRANSIT TOTALING.....    1,559.50
          LESS 0 ADJUSTMENTS TOTALING.............         .00
          LESS 7 CHECKS OUTSTANDING TOTALING......    2,811.29
                                                    --------------
          ADJUSTED BANK BALANCE...................   36,595.81

          CALCULATED BOOK BALANCE.................   36,595.81
          OUT OF BALANCE BY.......................         .00
```



# The Leader in Financial Services since 1912

P.O. Box 309 • Eureka Springs, AR  72632
(479) 253-Bank(2265) • e-mail hometown@bankeureka.com
BankLink (479) 253-8899 • e-BankLink www.bankeureka.com

The Good Shepherd Humane Society, Inc.
3:07bk-71212-B

| | |
|---|---|
| Good Shepherd Humane Society, Inc<br>General Account<br>c/o Worden & Worden<br>105 W Van Buren<br>Eureka Springs AR 72632 | Account Number:    219485<br>Statement Date:    9/30/07<br>Page Number:          1<br>Items:              101 |

Everytime you use your debit card between
7/1 and 9/30/07 you'll automatically be entered for
a chance to win a $500 iPod and other great prizes!

```
        NON PROFIT ORG        #:0021-948-5
Previous Balance on     8/31/07                          $     41,073.64
 68 Deposits and Other Additions (Credits)              +     14,791.45
 63 Checks and Other Charges       (Debits)             -     18,017.49
                                                        ----------------
Current Balance on      9/30/07                          $     37,847.60
```

----------------------------------------------------------------------------

## Checking Account Transactions

```
9/04/07 REGULAR DEPOSIT                                                    25.00 +
9/04/07 POINT OF SALE D LAMBRIAR ANIMAL HEALTH      402-7293044    NE     394.37 -
9/04/07 REGULAR DEPOSIT                                                   241.00 +
9/04/07 REGULAR DEPOSIT                                                    10.20 +
9/04/07 REGULAR DEPOSIT                                                   225.00 +
9/04/07 REGULAR DEPOSIT                                                   571.00 +
9/04/07 REGULAR DEPOSIT                                                   250.50 +
9/04/07 REGULAR DEPOSIT                                                    75.00 +
9/05/07 DIRECT DEPOSIT  PAI DEP                                            60.00 +
9/05/07 DIRECT DEPOSIT  PAI DEP                                            60.00 +
9/05/07 DIRECT DEPOSIT  PAI DEP                                            60.35 +
9/05/07 AUTOMATIC DEBIT PAI SETTLEMENT                                     40.66 -
9/06/07 REGULAR DEPOSIT                                                    42.24 +
9/06/07 REGULAR DEPOSIT                                                   224.75 +
9/06/07 REGULAR DEPOSIT                                                   180.00 +
9/06/07 REGULAR DEPOSIT                                                   176.00 +
9/06/07 REGULAR DEPOSIT                                                 1,000.00 +
9/06/07 REGULAR DEPOSIT                                                   243.05 +
9/06/07 DIRECT DEPOSIT  PAI DEP                                            60.00 +
9/06/07 REGULAR DEPOSIT                                                    33.81 +
9/07/07 DIRECT DEPOSIT  PAI DEP                                           113.90 +
9/07/07 POINT OF SALE D WAL-MART #0076          BERRYVILLE        AR       86.38 -
9/07/07 DIRECT DEPOSIT  PAI DEP                                            37.50 +
9/10/07 REGULAR DEPOSIT 9975                                              100.61 +
9/11/07 DIRECT DEPOSIT  PAI DEP                                            50.00 +
9/12/07 REGULAR DEPOSIT                                                     5.00 +
9/12/07 REGULAR DEPOSIT                                                    18.00 +
```

Continued On Next Page...

MEMBER FDIC    PLEASE EXAMINE AT ONCE. IF NO ERROR IS REPORTED IN THIRTY DAYS THE ACCOUNT WILL BE CONSIDERED CORRECT.



Good Shepherd Humane Society, Inc
General Account
c/o Worden & Worden
105 W Van Buren
Eureka Springs AR 72632

| | |
|---|---|
| Account Number: | 219485 |
| Statement Date: | 9/30/07 |
| Page Number: | 2 |
| Items: | 101 |

| Date | Description | | | | Amount |
|---|---|---|---|---|---|
| 9/12/07 | REGULAR DEPOSIT | | | | 310.25 + |
| 9/12/07 | REGULAR DEPOSIT | | | | 740.75 + |
| 9/12/07 | REGULAR DEPOSIT | | | | 350.00 + |
| 9/13/07 | POINT OF SALE D SAMS | WAX | BENTONVILLE | AR | 26.25 - |
| 9/13/07 | POINT OF SALE D LAMBRIAR ANIMAL HEALTH | | 402-7293044 | NE | 249.95 - |
| 9/13/07 | POINT OF SALE D WAL-MART SUPER CENTER | | BERRYVILLE | AR | 101.52 - |
| 9/13/07 | POINT OF SALE D HART'S FAMILY CENT SBQ | | EUREKA SPRING | AR | 239.79 - |
| 9/13/07 | POINT OF SALE D SAM'S CLUB #4969 | | BENTONVILLE | AR | 164.83 - |
| 9/17/07 | REGULAR DEPOSIT | | | | 288.75 + |
| 9/17/07 | REGULAR DEPOSIT | | | | 183.50 + |
| 9/17/07 | REGULAR DEPOSIT | | | | 85.00 + |
| 9/17/07 | REGULAR DEPOSIT | | | | 38.47 + |
| 9/17/07 | DIRECT DEPOSIT  PAI DEP | | | | 77.45 + |
| 9/17/07 | REGULAR DEPOSIT | | | | 212.67 + |
| 9/17/07 | REGULAR DEPOSIT | | | | 303.50 + |
| 9/17/07 | REGULAR DEPOSIT | | | | 235.00 + |
| 9/17/07 | REGULAR DEPOSIT | | | | 1,250.00 + |
| 9/17/07 | REGULAR DEPOSIT | | | | 646.00 + |
| 9/17/07 | REGULAR DEPOSIT | | | | 207.00 + |
| 9/17/07 | REGULAR DEPOSIT | | | | 105.00 + |
| 9/17/07 | REGULAR DEPOSIT | | | | 303.25 + |
| 9/17/07 | REGULAR DEPOSIT | | | | 307.00 + |
| 9/17/07 | REGULAR DEPOSIT | | | | 25.00 + |
| 9/17/07 | REGULAR DEPOSIT | | | | 241.25 + |
| 9/17/07 | REGULAR DEPOSIT | | | | 243.00 + |
| 9/17/07 | REGULAR DEPOSIT | | | | 40.00 + |
| 9/17/07 | REGULAR DEPOSIT | | | | 298.50 + |
| 9/17/07 | POINT OF SALE D LAMBRIAR ANIMAL HEALTH | | 402-7293044 | NE | 46.66 - |
| 9/17/07 | POINT OF SALE D WAL-MART SUPER CENTER | | BERRYVILLE | AR | 132.35 - |
| 9/17/07 | REGULAR DEPOSIT | | | | 175.00 + |
| 9/17/07 | REGULAR DEPOSIT | | | | 18.00 + |
| 9/18/07 | DIRECT DEPOSIT  PAI DEP | | | | 80.00 + |
| 9/18/07 | REGULAR DEPOSIT | | | | 400.00 + |
| 9/19/07 | POINT OF SALE D LAMBRIAR ANIMAL HEALTH | | 402-7293044 | NE | 47.00 - |
| 9/19/07 | REGULAR DEPOSIT | | | | 834.50 + |
| 9/19/07 | POINT OF SALE D PETSMART  00011197 | | FAYETTEVILLE | AR | 32.97 - |
| 9/19/07 | DIRECT DEPOSIT  PAI DEP | | | | 50.00 + |
| 9/20/07 | DIRECT DEPOSIT  PAI DEP | | | | 20.50 + |
| 9/20/07 | POINT OF SALE D LAMBRIAR ANIMAL HEALTH | | 402-7293044 | NE | 378.10 - |
| 9/21/07 | POINT OF SALE D WAL-MART SUPER CENTER | | BERRYVILLE | AR | 36.91 - |

Continued On Next Page...



The Good Shepherd Humane Society, Inc.
3:07bk-71212-B

```
Good Shepherd Humane Society, Inc         Account Number:    219485
General Account                           Statement Date:   9/30/07
c/o Worden & Worden                          Page Number:         3
105 W Van Buren                                     Items:       101
Eureka Springs AR 72632
```

```
9/24/07 POINT OF SALE D LAMBRIAR ANIMAL HEALTH   402-7293044      NE    92.81 -
9/25/07 REGULAR DEPOSIT                                                261.75 +
9/25/07 REGULAR DEPOSIT                                                115.50 +
9/25/07 REGULAR DEPOSIT                                                383.75 +
9/25/07 REGULAR DEPOSIT                                                215.00 +
9/25/07 REGULAR DEPOSIT                                                 90.00 +
9/25/07 REGULAR DEPOSIT                                                 57.45 +
9/25/07 REGULAR DEPOSIT                                                 37.00 +
9/25/07 REGULAR DEPOSIT                                                 10.00 +
9/25/07 REGULAR DEPOSIT                                                263.25 +
9/25/07 REGULAR DEPOSIT                                                 10.00 +
9/25/07 REGULAR DEPOSIT                                                136.25 +
9/25/07 REGULAR DEPOSIT                                                172.00 +
9/25/07 REGULAR DEPOSIT                                                146.00 +
9/25/07 POINT OF SALE D HART'S FAMILY CENT SBQ   EUREKA SPRING    AR    24.14 -
9/26/07 DIRECT DEPOSIT   PAI DEP                                        60.00 +
9/27/07 POINT OF SALE D BEST BUY #351            FAYETTEVILLE     AR   125.46 -
9/27/07 REGULAR DEPOSIT                                                901.25 +
9/28/07 POINT OF SALE D QT 132                   OZARK            MO    40.00 -
```

| Check # | Date Paid | Amount | Check # | Date Paid | Amount |
|---------|-----------|--------|---------|-----------|--------|
|         | 9/17/07   | 6.00   | 5178    | 9/07/07   | 3,157.50 |
| 5037    | 9/19/07   | 50.00  | 5179    | 9/19/07   | 68.00  |
| 5143*   | 9/17/07   | 93.90  | 5180    | 9/05/07   | 751.36 |
| 5160*   | 9/10/07   | 360.00 | 5181    | 9/06/07   | 502.96 |
| 5163*   | 9/18/07   | 25.00  | 5182    | 9/10/07   | 494.87 |
| 5164    | 9/07/07   | 63.10  | 5183    | 9/10/07   | 343.60 |
| 5165    | 9/05/07   | 35.00  | 5184    | 9/04/07   | 400.89 |
| 5166    | 9/07/07   | 75.34  | 5185    | 9/06/07   | 439.62 |
| 5167    | 9/04/07   | 168.53 | 5186    | 9/04/07   | 631.39 |
| 5168    | 9/07/07   | 47.33  | 5187    | 9/19/07   | 187.59 |
| 5169    | 9/17/07   | 700.00 | 5188    | 9/24/07   | 534.74 |
| 5170    | 9/21/07   | 15.00  | 5189    | 9/24/07   | 80.55  |
| 5171    | 9/17/07   | 152.51 | 5190    | 9/17/07   | 188.51 |
| 5172    | 9/21/07   | 200.00 | 5191    | 9/13/07   | 547.67 |
| 5173    | 9/17/07   | 121.16 | 5193*   | 9/21/07   | 66.67  |
| 5174    | 9/10/07   | 25.00  | 5194    | 9/19/07   | 800.00 |
| 5175    | 9/14/07   | 25.00  | 5195    | 9/17/07   | 751.36 |
| 5176    | 9/04/07   | 74.70  | 5196    | 9/20/07   | 482.13 |
| 5177    | 9/17/07   | 25.00  | 5197    | 9/26/07   | 447.07 |

Continued On Next Page...



The Good Shepherd Humane Society, Inc.
3:07bk-71212-B

```
Good Shepherd Humane Society, Inc          Account Number:      219485
General Account                            Statement Date:     9/30/07
c/o Worden & Worden                          Page Number:           4
105 W Van Buren                                    Items:         101
Eureka Springs AR 72632
```

| Check # | Date Paid | Amount | | Check # | Date Paid | Amount |
|---------|-----------|--------|---|---------|-----------|--------|
| 5198 | 9/20/07 | 360.31 | | 5202 | 9/21/07 | 507.62 |
| 5199 | 9/17/07 | 388.97 | | 5203 | 9/17/07 | 189.45 |
| 5200 | 9/18/07 | 431.45 | | 5204 | 9/24/07 | 65.00 |
| 5201 | 9/17/07 | 675.49 | | | | |

### DAILY BALANCE SUMMARY

| -Balance | Date- | -Balance | Date- | -Balance | Date- | -Balance | Date- |
|----------|-------|----------|-------|----------|-------|----------|-------|
| 41,073.64 | 8/31 | 36,770.95 | 9/10 | 38,701.92 | 9/17 | 35,625.07 | 9/24 |
| 40,801.46 | 9/04 | 36,820.95 | 9/11 | 38,725.47 | 9/18 | 37,498.88 | 9/25 |
| 40,154.79 | 9/05 | 38,244.95 | 9/12 | 38,424.41 | 9/19 | 37,111.81 | 9/26 |
| 41,172.06 | 9/06 | 36,914.94 | 9/13 | 37,224.37 | 9/20 | 37,887.60 | 9/27 |
| 37,893.81 | 9/07 | 36,889.94 | 9/14 | 36,398.17 | 9/21 | 37,847.60 | 9/28 |



**BANK of EUREKA SPRINGS**

The Good Shepherd Humane Society, Inc.
3:07bk-71212-B

Date: 9/30/2007  Page 8 of 13
Primary Account: 219485

Amount $250.50 Date 9/4/2007

Amount $75.00 Date 9/4/2007

Amount $42.24 Date 9/6/2007

Amount $224.75 Date 9/6/2007

Amount $180.00 Date 9/6/2007

Amount $176.00 Date 9/6/2007

Amount $1,000.00 Date 9/6/2007

Amount $243.05 Date 9/6/2007

Amount $33.81 Date 9/6/2007

**customer deposit correction**

Date: 3/12/2007    Account Number: 219485    Prepared By: kbook
                                              Approved By:

Good Shepherd Humane Society, Inc
c/o Worden & Worden
General Account
105 W Van Buren
Eureka Springs AR 72632

Sequence 10-1-9-1

The Checking deposit presented in the amount of $350.00 was adjusted
$5.00 was added to your account. The new total is $355.00

Reason: Misc. There was three 5.00 checks included in deposit and only 2 were listed on the deposit slip

Amount $5.00 Date 9/12/2007

Amount $18.00 Date 9/12/2007

Amount $310.25 Date 9/12/2007



The Good Shepherd Humane Society, Inc.
3:07bk-71212-B

Date: 9/30/2007  Page 5 of 13
Primary Account: 219485

Amount $25.00 Date 9/4/2007

Amount $241.00 Date 9/4/2007

Amount $235.00 Date 9/17/2007

Amount $1,250.00 Date 9/17/2007

Amount $646.00 Date 9/17/2007

Amount $207.00 Date 9/17/2007

Amount $105.00 Date 9/17/2007

Amount $303.25 Date 9/17/2007

Amount $307.00 Date 9/17/2007

Amount $25.00 Date 9/17/2007

Amount $241.25 Date 9/17/2007

Amount $243.00 Date 9/17/2007



The Good Shepherd Humane Society, Inc.
3:07bk-71212-B

Date: 9/30/2007  Page 6 of 13
Primary Account: 219485

Amount $40.00 Date 9/17/2007

Amount $298.50 Date 9/17/2007

Amount $175.00 Date 9/17/2007

Amount $18.00 Date 9/17/2007

Amount $400.00 Date 9/18/2007

Amount $834.50 Date 9/19/2007

Amount $261.75 Date 9/25/2007

Amount $115.50 Date 9/25/2007

Amount $383.75 Date 9/25/2007

Amount $215.00 Date 9/25/2007

Amount $90.00 Date 9/25/2007

Amount $57.45 Date 9/25/2007



The Good Shepherd Humane Society, Inc.
3:07bk-71212-B

Date: 9/30/2007  Page 7 of 13
Primary Account: 219485



Amount $37.00 Date 9/25/2007

### customer deposit correction

Date: 9/25/2007  Account Number: 219485  Prepared By: kbeck
Approved By:

Good Shepherd Humane Society, Inc
c/o Warden & Warden
General Account
105 W Van Buren
Eureka Springs AR 72632

Sequence 10 - 6 - 32 - 1

The Checking deposit presented in the amount of $393.75 was adjusted.
$10.00 was added to your account. The new total is $393.75

Reason: Misc. Item for 10.00 included in deposit but not listed on deposit ticket

Amount $10.00 Date 9/25/2007



Amount $263.25 Date 9/25/2007



Amount $10.00 Date 9/25/2007



Amount $136.25 Date 9/25/2007

Amount $172.00 Date 9/25/2007



Amount $146.00 Date 9/25/2007

Amount $901.25 Date 9/27/2007

### customer deposit correction

Date: 9/17/2007  Account Number: 219485  Prepared By: Admin
Approved By:

Good Shepherd Humane Society, Inc
c/o Warden & Warden
General Account
105 W Van Buren
Eureka Springs AR 72632

Sequence 10 - 14 - 425 - 1

The Checking deposit presented in the amount of $243.00 was adjusted.
$6.00 was subtracted from your account. The new total is $237.00

Reason: Misc. Check possibly taken for 16.00 instead of 10.00

Check 0 Amount $6.00 Date 9/17/2007



Amount $10.20 Date 9/4/2007

Amount $225.00 Date 9/4/2007

Amount $571.00 Date 9/4/2007



The Good Shepherd Humane Society, Inc.
3:07bk-71212-B

Date: 9/30/2007  Page 9 of 13
Primary Account: 219485

Amount $740.75 Date 9/12/2007

Amount $350.00 Date 9/12/2007

Amount $288.75 Date 9/17/2007

Amount $183.50 Date 9/17/2007

Amount $85.00 Date 9/17/2007

Amount $38.47 Date 9/17/2007

Amount $212.67 Date 9/17/2007

Amount $303.50 Date 9/17/2007

Check 5037 Amount $50.00 Date 9/19/2007

Check 5143 Amount $93.90 Date 9/17/2007

Check 5160 Amount $360.00 Date 9/10/2007

Check 5163 Amount $25.00 Date 9/18/2007



The Good Shepherd Humane Society, Inc.
3:07bk-71212-B

Date: 9/30/2007 Page 10 of 13
Primary Account: 219485

Check 5164 Amount $63.10 Date 9/7/2007

Check 5165 Amount $35.00 Date 9/5/2007

Check 5166 Amount $75.34 Date 9/7/2007

Check 5167 Amount $168.53 Date 9/4/2007

Check 5168 Amount $47.33 Date 9/7/2007

Check 5169 Amount $700.00 Date 9/17/2007

Check 5170 Amount $15.00 Date 9/21/2007

Check 5171 Amount $152.51 Date 9/17/2007

Check 5172 Amount $200.00 Date 9/21/2007

Check 5173 Amount $121.16 Date 9/17/2007

Check 5174 Amount $25.00 Date 9/10/2007

Check 5175 Amount $25.00 Date 9/14/2007



The Good Shepherd Humane Society, Inc.
3:07-bk-71212-B

Date: 9/30/2007  Page 11 of 13
Primary Account: 219485

Check 5176 Amount $74.70 Date 9/4/2007

Check 5177 Amount $25.00 Date 9/17/2007

Check 5178 Amount $3,157.50 Date 9/7/2007

Check 5179 Amount $68.00 Date 9/19/2007

Check 5180 Amount $751.36 Date 9/5/2007

Check 5181 Amount $502.96 Date 9/6/2007

Check 5182 Amount $494.87 Date 9/10/2007

Check 5183 Amount $343.60 Date 9/10/2007

Check 5184 Amount $400.89 Date 9/4/2007

Check 5185 Amount $439.62 Date 9/6/2007

Check 5186 Amount $631.39 Date 9/4/2007

Check 5187 Amount $187.59 Date 9/19/2007



**The Good Shepherd Humane Society, Inc.**
3:07bk-71212-B

Date: 9/30/2007  Page 12 of 13
Primary Account: 219485

Check 5188 Amount $534.74 Date 9/24/2007

Check 5189 Amount $80.55 Date 9/24/2007

Check 5190 Amount $188.51 Date 9/17/2007

Check 5191 Amount $547.67 Date 9/13/2007

Check 5193 Amount $66.67 Date 9/21/2007

Check 5194 Amount $800.00 Date 9/19/2007

Check 5195 Amount $751.36 Date 9/17/2007

Check 5196 Amount $482.13 Date 9/20/2007

Check 5197 Amount $447.07 Date 9/26/2007

Check 5198 Amount $360.31 Date 9/20/2007

Check 5199 Amount $388.97 Date 9/17/2007

Check 5200 Amount $431.45 Date 9/18/2007



The Good Shepherd Humane Society, Inc.
3:07bk-71212-B

Date: 9/30/2007  Page 13 of 13
Primary Account: 219485

Check 5201 Amount $675.49 Date 9/17/2007

Check 5202 Amount $507.62 Date 9/21/2007

Check 5203 Amount $189.45 Date 9/17/2007

Check 5204 Amount $65.00 Date 9/24/2007

Amount $100.61 Date 9/10/2007

GOOD SHEPHERD HUMANE SOCIETY, INC.    The Good Shepherd Humane Society, Inc.                                5261
                                              3:07bk-71212-B

| DATE | INVOICE NO | COMMENT | AMOUNT | DISCOUNT | NET AMOUNT |
|------|-----------|---------|--------|----------|------------|
| 10/15/07 | 3RD | QT2007 | 500.00 | .00 | 500.00 |

CHECK: 005261 10/15/07 US TRUSTEE PAYMENT CENTER          CHK TOTAL:        500.00

                                                                              5261

**Good Shepherd Humane Society, Inc.**
Debtor-In-Possession, Case No. 3:07-bk-71212
General Account
P.O. Box 527
Berryville, AR 72616

BANK OF EUREKA SPRINGS
EUREKA SPRINGS, AR 72632
81-472-829

005261

*FIVE HUNDRED DOLLARS AND NO CENTS

| DATE | AMOUNT |
|------|--------|
| 10/15/07 | *******500.00* |

PAY
TO THE
ORDER
OF

US TRUSTEE PAYMENT CENTER
CASE# 3:07-bk-71212-B
PO BOX 70937
CHARLOTTE          NC 28272-0937

USTRUST

⑈005261⑈ ⑈082904726⑈ 0021⑈948⑈5⑈