UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

IN RE: THE GOOD SHEPHERD
HUMANE SOCIETY, INC., Debtor

Case No. 3:07-bk-71212
(Chapter 11)

IN RE: THE GOOD SHEPHERD HUMANE
SOCIETY, INC.

    By: BANK OF EUREKA SPRINGS,
Petitioner

    JOHN REEVE, President
THE GOOD SHEPHERD HUMANE
SOCIETY, INC.,
vs.
GEORGE HARRIS, MARTY
MARTINEK, BOYD BUSH,
SHIRLEY TINKIS, CARTER REIN,
MARILYN STOCKWELL, MAGGIE
TATUM, SHARON JACOBSON, and
DAVID RUSH, PREVIOUS
MEMBERS OF THE GOOD
SHEPHERD HUMANE SOCIETY,
INC.

Adversary Proceeding No._____

## NOTICE OF REMOVAL

Petitioner, Good Shepherd Humane Society, Inc. ("Good Shepherd"), by and through

its attorneys, Wright, Lindsey & Jennings LLP, for its notice of removal, states as follows:

1.    Good Shepherd is the respondent and in a state court civil action presently

pending in the Circuit Court of Carroll County, Arkansas, bearing Case No. CV-2005-103

styled *"In re Good Shepherd Humane Society, Inc. "* (the "state court action").

2.    Copies of all pleadings filed in this state court action are attached as Exhibit "1"

and incorporated herein by reference.

730528-v1

3. This bankruptcy proceeding was filed on April 24, 2007, as a voluntary Chapter 11 case. The state court action involving Good Shepherd is property of the bankruptcy estate pursuant to 11 U.S.C. § 541(a)(1), § 541(a)(6) and § 541(a)(7).

4. Good Shepherd seeks removal of the state court action on the following grounds:

(a) The pleading by the Petitioner, Eureka Springs Bank, relates to funds owned by Good Shepherd and deposited with Petitioner. The obligations of the Petitioner to Good Shepherd are at issue in the state court action.

(b) Good Shepherd has a claim to the funds, which are part of the estate, and Good Shepherd has a breach of fiduciary claim against Third Party Defendants.

(c) The determination of the rights of the parties and the amount of their claims are core proceedings in bankruptcy pursuant to 28 U.S.C. § 157(b)(2)(A), (B), (C), (H), (L), and (O).

(d) Petitioner has no standing to pursue that matter involving Good Shepherd, as the funds are property of the bankruptcy estate and are vested in the Chapter 11 Trustee. The Chapter 11 Trustee is the true party in interest. Further, the Trustee has not authorized Good Shepherd or its counsel in the state court proceeding to pursue the cause of action on behalf of the Trustee. No order has been entered in the bankruptcy, authorizing the state court action to proceed.

(e) This Court has jurisdiction over the parties and of the claims and causes of action pending in the state court that involve the property of the bankrupt estate, as well as jurisdiction to determine the amount of any claims against the bankrupt estate. Complete relief

can be given to the parties in this controversy by the Bankruptcy Court. The Bankruptcy Court is the proper forum for adjudication of all of these issues.

5. This Court has original jurisdiction of the above-referenced state court action pursuant to 28 U.S.C. § 1334 and, therefore, the state court action may be removed to this Court pursuant to 28 U.S.C. § 1452.

6. Upon removal, this matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A), (B), (C), (H), (L), and (O).

7. Petitioner is serving this Notice of Removal on all parties to the state court action by mailing to them copies of this pleading on this date, and is further filing a copy of this notice with the Clerk of the Circuit Court of Carroll County, Arkansas, Western District, pursuant to Fed. R. Bankr. P. 9027(c).

WHEREFORE, Petitioner, Good Shepherd Humane Society, Inc., provides notice that the above-referenced state court action is removed from the Circuit Court of Carroll County, Arkansas, Western District, to this Court.

WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, Arkansas 72201-3699
Telephone: (501) 371-0808
Facsimile: (501) 376-9442
Email: ktucker@wlj.com

By _____
C/ Tad Bohannon (92089)
Kimberly Wood Tucker (83175)
Attorneys for The Good Shepherd Humane
Society, Inc.

## CERTIFICATE OF SERVICE

On this _9th_ day of _November_ , 2007, a copy of the foregoing was served

by U.S. Mail on:

Scott P. Harrison
2928 McKee Circle, Suite 121
Fayetteville, AR  72703

Ben Wulff
113 Phillips Street
Green Forest, AR  72638

Jeff Conner
3398 East Huntsville Road
Fayetteville, AR 72701

J. Christopher Harris
224 South 2nd Street
Rogers, AR 72756

Stanley V. Bond
P.O. Box 1893
Fayetteville, AR  72702-1893

Gene A. Franco
1458 Plaza Place, Suite 101
Springdale, AR  72764-5273

Rachel Runnels
121 Spring Street
Eureka Springs, AR 72632

C. Eric Vester
119 South 2nd Street
Rogers, AR 72756

Jim Hollis, Assistant United States Trustee
200 West Capitol Avenue, Suite 1200
Little Rock, AR  72201

_Kimberly W. Tucker_

Kimberly Wood Tucker

730528-v1                                    4