## SUMMONS

IN THE CIRCUIT COURT OF CARROLL COUNTY, ARKANSAS
WESTERN DISTRICT

PLAINTIFF: **BANK OF EUREKA SPRINGS**
CROSS PETITIONER: JOHN REEVE, PRESIDENT GOOD SHEPHERD HUMANE SOCIETY, INC.

VS.                                    NO. CV 2005-103

RESPONDENT:       JOHN REEVE, PRESIDENT GOOD SHEPHERD HUMANE SOCIETY, INC.

VS.

RESPONDENT:       MARTY MARTINEK, BOYD BUSH,
SHIRLEY TINKIS, CARTER REIN,
MARILYN STOCKWELL, MAGGIE TATUM,
SHARON JACOBSON AND DAVID RUSH
AS PREVIOUS BOARD MEMBERS OF
THE GOOD SHEPHERD HUMANE SOCIETY, INC



RESPONDENT'S ATTORNEY: **GERALD K. CROW**
ADDRESS:                P.O. BOX 129 BERRYVILLE, AR 72616

THE STATE OF ARKANSAS TO RESPONDENTS: MARTY MARTINEK, BOYD BUSH,
SHIRLEY TINKIS, CARTER REIN,
MARILYN STOCKWELL, MAGGIE TATUM,
SHARON JACOBSON AND DAVID RUSH
AS PREVIOUS BOARD MEMBERS OF
THE GOOD SHEPHERD HUMANE SOCIETY, INC

ADDRESS:

### NOTICE

1.  You are hereby notified that lawsuit has been filed against you; the relief asked is stated in the attached complaint;
2.  The attached complaint will be considered admitted by you and a judgment by default may be entered against you for the relief asked in the complaint unless you file a pleading and thereafter appear and present you defense. Your pleading or answer must meet the following requirements:
    a.  It must be in writing, and otherwise comply with the Arkansas Rules of Civil Procedure.
    b.  It must be filed in the court clerk's office within twenty (20) days from the day you were served with this summons.
3.  If you desire to be represented by an attorney you should immediately contact your attorney so that an answer can be filed for you within the time allowed.
4.  Additional notices: None

WITNESS MY HAND AND SEAL OF THIS COURT THIS THE
28ᵗʰ day of DECEMBER, 2005

Address of Clerk's Office:
Circuit and Chancery Clerk

Carroll County Courthouse
P.O. Box 109, Eureka Springs, AR  72632

_Ramona Wilson_
RAMONA WILSON, Clerk

_Kathryn Head_
Deputy Clerk

STATE OF ARKANSAS
COUNTY OF CARROLL

On this the _19_ day of _JANuary_ , 2006 I have duly served the within writ, by delivering a copy and stating the substance thereof, to the within named _Shirley Tinker_

SHERIFF/Process Server

Deputy Sheriff

STATE OF ARKANSAS
COUNTY OF CARROLL

Subscribed and Sworn to before me this _19_ day of _January_ , 2006.

_Debra Shiney_
Notary Public
My Commission Expires:__6-4-12__

"NOTARY SEAL"
Debra Shiney, Notary Public
Carroll County, State of Arkansas
My Commission Expires June 4, 2012.

IN THE CIRCUIT COURT OF CARROLL COUNTY, ARKANSAS
WESTERN DISTRICT
CIVIL DIVISION

IN RE: THE GOOD SHEPHERD HUMANE SOCIETY, INC.

By: THE BANK OF EUREKA SPRINGS                          PETITIONER

CIV 2005-103

JOHN REEVE, PRESIDENT
GOOD SHEPHERD HUMANE SOCIETY, INC.                      INTERVENOR
                                                         Third Party Petitioner
vs.

GEORGE HARRIS, MARTY MARTINEK, BOYD BUSH,
SHIRLEY TINKIS, CARTER REIN,
MARILYN STOCKWELL, MAGGIE TATUM,
SHARON JACOBSON AND DAVID RUSH
AS PREVIOUS BOARD MEMBERS OF
THE GOOD SHEPHERD HUMANE SOCIETY, INC.                  RESPONDENTS

## AMENDED CROSS PETITION

Comes now the respondent, John Reeve, President of the Board of Directors of the

Good Shepherd Humane Society, Inc., by and through his attorney, Gerald K. Crow, and

having moved to intervene in the above styled matter on October 10, 2005 and having

filed an Answer on October 10, 2005 pursuant to Rule 24(a) of the Arkansas Rules of

Civil Procedure now Amends the Cross Petition for the purpose of adding Mr. George

Harris as a Respondent. Mr. George Harris was a member of the Board of Directors

during the period of time cited in the Cross Petition and as a Director signed the contracts

with Mr. Boyd Bush and Mrs. Mary Rein and participated in other actions taken by the Board.

Pleading further, the Intervenor incorporates each and every allegation and statement contained in the previous pleadings filed as if stated herein word for word and as stated herein below.

1. That the Intervenor has been provided with a copy of a Mortgage, filed with the Clerk of the Circuit Court on October 3, 2005 in Mortgage Book No. 223, page 611-613, a copy of which is attached hereto as Exhibit "A".

2. That the aforesaid Mortgage is executed in favor of Boyd J.Bush as Mortgagee and recites the consideration given as Forty Thousand Dollars ($40,000.00) "evidenced by a promissory note" for the aforesaid sum.

3. That the Mortgage was executed by Marty Martinek, President of the Good Shepherd Humane Society, Inc. on October 3, 2005.

4. That the mortgage was not executed pursuant to the statutory requirements of Ark. Code Ann. §16-47-107, Acknowledgment by corporations, and the Intervenor now holds what he believes to be the corporate records which were to be maintained at the corporate offices of the Good Shepherd Humane Society, Inc. and that he has not been able to ascertain whether the above herein named former Directors authorized the President to execute a mortgage of the Corporate Property nor has he been able to ascertain when such authorization occurred.

5. That the Intervenor believes in good faith that the former Board of Directors did not meet or vote to authorize the mortgage of the property and that as a matter of law the mortgage should be declared void for failing to meet the requirements for the execution of such instruments and for failure of authority to grant such a conveyance.

6. Pleading further, the Intervenor believes in good faith that the sum of Forty Thousand Dollars ($40,000.00) was never delivered to the Treasurer of the Good Shepherd Humane Society, Inc, and that Boyd Bush, mortgagee, withheld certain sums due and owing under the terms of the mortgage without approval or authorization from the then existing Board of Directors and that the Mortgage should fail for lack of consideration.

7. That it is believed that the sum of Twenty Thousand Dollars ($20,000.00) is now held in the Bank account which is the subject of the Petition for Declaratory Judgment and that if any sum is due and owing to Boyd J. Bush it may be that sum of money and none other.

8. That the Intervenor believes in good faith that the previous Board of Directors entered into certain employment contracts with Boyd J. Bush and with Mary Rein which are attached hereto as Exhibits "B" and "C" and that said contracts purport to be for services provided by Bush and Rein as independent contractors.

9. That the herein named Respondents while acting as the Board of Directors knew, or should have known, that such contracts were in violation of existing Internal Revenue Service standards for the determination of eligibility as contract labor and that the aforesaid contracts should be held void and that any claims,

assessments penalties or actions against the Good Shepherd Humane Society, Inc. arising from those contracts should be prosecuted in the names of those persons who executed said contracts and that they should be adjudged jointly and severely liable for any and all damages arising therefrom.

10. Pleading further, this court should hold all acts taken by or on behalf of the dissolved board of directors to be void and hold the former directors individually liable for the expenditure of any funds, the loss of any property and any and all other harm, waste or destruction of any property or assets of the Good Shepherd Humane Society, Inc. including and not limited to the execution of a mortgage on the corporate real property and the aforesaid employment contracts.

11. The Intervenor further states that there is located at the Eureka Springs Post Office certain mail being held by the Postmaster for delivery to the person or persons this court adjudicates to be the Board of Directors and that the holding of this mail continues to constitute a great harm to the Corporation and that the Postmaster of the Eureka Springs Post Office should be directed to release all mail to the undersigned immediately.

12. The Intervenor/Cross Petitioner reserves the right to amend these pleadings pursuant to the Rules of Civil Procedure and to file any documentation in its possession with this court.

WHEREFORE, PREMISES CONSIDERED, THE INTERVENOR/CROSS PETITIONER PRAYS that this Court grant the motion to Amend the Cross Claim joining Mr. George Harris as a necessary party and further granting him the assets in the

control of the Bank of Eureka Springs; that the Court declare the newly elected Board the only authorized governing body of the Good Shepherd Humane Society, Inc.; that the Court direct the custodians of the mail, records, accounts and physical facilities to surrender control of those assets to the newly elected Board immediately and for any and all other relief to which they may be entitled.

Respectfully Submitted,

John Reeve,
President
Good Shepherd Humane Society, Inc.

By: _____
Gerald K. Crow
Attorney at Law
ABA 90100
203 Public Sq.
Berryville, AR 72616
(870) 423-4664
(870) 423-3733

## CERTIFICATE OF SERVICE

I certify that I have this 16th day of February, 2006 mailed a true and correct copy of the foregoing pleading to the hereinafter named attorney by depositing a true and correct copy in the U.S. Mail, adequate postage affixed thereto and addressed to:

Mr. Scott P. Harrison
The Harrison Law Firm
2928 McKee Circle, Suite 121
Fayetteville, AR 72703

Mr. Marty Martinek
484 Paradise Mtn. Rd.
Eureka Springs, AR 72632

Ms. Shirley Tinkis
575 Lakeshore Dr.
Eureka Springs, AR 72631

Mr. Carter Rein
190 Mulberry Ln
Eureka Springs, AR 72631

Mr. David Rush
3022 E. Van Buren
Suite E
Eureka Springs, AR 72632

Ms. Marilyn Sockwell
69 Venus Drive
Holiday Island, AR 72631

Mr. Boyd Bush
192 Cooper Hollow Rd
Eureka Springs, AR 72632

Gerald K. Crow

IN THE CIRCUIT COURT OF CARROLL COUNTY, ARKANSAS
WESTERN DISTRICT
CIVIL DIVISION

IN RE: THE GOOD SHEPHERD HUMANE SOCIETY, INC.

By:   THE BANK OF EUREKA SPRINGS                    PETITIONER

CIV 2005-103

JOHN REEVE, PRESIDENT
GOOD SHEPHERD HUMANE SOCIETY, INC.          INTERVENOR
                                            Third Party Petitioner

Vs.

GEORGE HARRIS, MARTY MARTINEK, BOYD BUSH,
SHIRLEY TINKIS, CARTER REIN,
MARILYN STOCKWELL, MAGGIE TATUM,
SHARON JACOBSON AND DAVID RUSH
AS PREVIOUS BOARD MEMBERS OF
THE GOOD SHEPHERD HUMANE SOCIETY, INC.       RESPONDENTS

### SEPARATE RESPONDENT, BOYD BUSH'S, ANSWER TO AMENDED CROSS PETITION

COMES NOW the Separate Respondent, Boyd Bush, by and through his undersigned attorney, and for his Answer to Amended Cross-Petition filed by Intervenor, John Reeve, President, Good Shepherd Humane Society, Inc., respectfully states as follows:

1.   Separate Respondent Bush re-asserts and re-alleges all allegations made in his original Answer to Cross Petition filed in this Court on December 22, 2005, and incorporates such herein by reference.

Page 1 of 3

2.     Separate Respondent Bush generally and specifically denies all material allegations contained in the Amended Cross Petition except where hereinafter specifically admitted.

3.     Separate Respondent Bush pleads any and all affirmative defenses available to him under Rule 8 of the Arkansas Rules of Civil Procedure.

4.     Separate Respondent Bush reserves the right to amend this Answer to include such other affirmative defenses and/or counterclaims as may be warranted upon discovery in this action.

WHEREFORE, premises considered, Separate Respondent, Boyd Bush, prays this Court to dismiss the Amended Cross Petition filed herein; that he be awarded his attorney fees and costs incurred in defending this action; and, for any and all other relief to which he may prove himself entitled.

DATED this _____ day of _____ 2006.

Respectfully submitted for the Separate Respondent, Boyd Bush,

By: _____

Gene A. Franco, ABA #94197
Attorney for Separate Respondent

LISLE LAW FIRM, P.A.
1458 Plaza Place, Suite 101
Springdale, AR   72764-5273
(479) 750-4444
(479) 751-6792 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that I have delivered a true and correct copy of the foregoing document to the attorneys of record of all parties hereto by placing same in envelopes, First Class Postage Prepaid, addressed to Hon. Gerald K. Crow, 203 Public Square, Berryville, AR  72616; and, Hon. Scott P. Harrison, 2928 McKee Circle, Suite 121, Fayetteville, AR  72703; and placing said envelopes in the U.S. Mail on this __24__ day of ___Feb___ 2006.

_____
Gene A. Franco

*Return*

## SUMMONS

IN THE CIRCUIT COURT OF CARROLL COUNTY, ARKANSAS
WESTERN DISTRICT

PLAINTIFF:             **BANK OF EUREKA SPRINGS**
CROSS PETITIONER:   **JOHN REEVE, PRESIDENT GOOD SHEPHERD HUMANE SOCIETY, INC.**

VS.                              NO. CV 2005-130

RESPONDENT:       JOHN REEVE, PRESIDENT GOOD SHEPHERD HUMANE SOCIETY, INC.

VS.

RESPONDENT:       GEORGE HARRIS, MARTY MARTINEK, BOYD BUSH,
SHIRLEY TINKIS, CARTER REIN,
MARILYN STOCKWELL, MAGGIE TATUM,
SHARON JACOBSON AND DAVID RUSH
AS PREVIOUS BOARD MEMBERS OF
THE GOOD SHEPHERD HUMANE SOCIETY, INC.

*FILED*
*MAR 31 2006*

RESPONDENT'S ATTORNEY:   **GERALD K. CROW**
ADDRESS:               P.O. BOX 129  BERRYVILLE, AR 72616

THE STATE OF ARKANSAS TO RESPONDENTS: GEORGE HARRIS, MARTY MARTINEK, BOYD BUSH,
SHIRLEY TINKIS, CARTER REIN,
MARILYN STOCKWELL, MAGGIE TATUM,
SHARON JACOBSON AND DAVID RUSH
AS PREVIOUS BOARD MEMBERS OF
THE GOOD SHEPHERD HUMANE SOCIETY, INC

ADDRESS:

### NOTICE

1.   You are hereby notified that lawsuit has been filed against you; the relief asked is stated in the attached complaint;
2.   The attached complaint will be considered admitted by you and a judgment by default may be entered against you for the relief asked in the complaint unless you file a pleading and thereafter appear and present you defense. Your pleading or answer must meet the following requirements:
     a.    It must be in writing, and otherwise comply with the Arkansas Rules of Civil Procedure.
     b.    It must be filed in the court clerk's office within **twenty (20) days** from the day you were served with this summons.
3.   If you desire to be represented by an attorney you should immediately contact your attorney so that an answer can be filed for you within the time allowed.
4.   Additional notices: None

WITNESS MY HAND AND SEAL OF THIS COURT THIS THE
17ᵗʰ day of FEBRUARY, 2006

Address of Clerk's Office:
Circuit and Chancery Clerk

Carroll County Courthouse
P.O. Box 109, Eureka Springs, AR  72632

RAMONA WILSON, Clerk

Deputy Clerk

STATE OF ARKANSAS
COUNTY OF CARROLL

On this the 20 day of March, 2005, I have duly served the within writ, by delivering a copy and stating the substance thereof, to the within named
George Harris

_____
SHERIFF/Process Server

_____
Deputy Sheriff

STATE OF ARKANSAS
COUNTY OF CARROLL

Subscribed and Sworn to before me this 20 day of March, 2005.

_____
Notary Public
My Commission Expires: January 24 2013

A. SUNSHINE ALTSTATT
Carroll County
My Commission Expires
January 24, 2013

IN THE CIRCUIT COURT OF CARROLL COUNTY, ARKANSAS
WESTERN DISTRICT
CIVIL DIVISION

IN RE: THE GOOD SHEPHERD HUMANE SOCIETY, INC.

BY: THE BANK OF EUREKA SPRINGS                          PETITONER

VS.                              NO. CIV 2005-103

GOOD SHEPHERD HUMANE SOCIETY, INC.                      INTERVENOR
John Reeve, President                                   Third Party Petitioner

Vs.
GEORGE HARRIS, MARTY MARTINEK, BOYD BUSH,
SHIRLEY TINKIS, CARTER REIN,
MARILYN STOCKWELL, MAGGIE TATUM,
SHARON JACOBSON AND DAVID RUSH
AS PREVIOUS BOARD MEMBERS OF
THE GOOD SHEPHERD HUMANE SOCIETY, INC.                   RESPONDENTS

## NOTICE OF INTERROGATORIES AND
## REQUEST FOR PRODUCTION
## PROPOUNDED BY PLAINTIFFS

For all concerned parties, you are hereby notified that on this 21st day of April

2006, I caused to be served upon  Marilyn Stockwell,  Pro Se,  herein, a set of

Interrogatories which totaled Thirty Five (35) in number.

Respectfully submitted this 21st day of April, 2006.

Good Shepherd Humane Society, Inc,
Intervenor

By
Gerald K. Crow      ABN  90100
Attorney At Law, PLC
03 Public Square
P.O. Box 129
Berryville, AR  72616
(870) 423-4664
(870) 423-3733  FAX

## IN THE CIRCUIT COURT OF CARROLL COUNTY, ARKANSAS
### WESTERN DISTRICT
### CIVIL DIVISION

IN RE:  THE GOOD SHEPHERD HUMANE SOCIETY, INC.

BY: THE BANK OF EUREKA SPRINGS                    PETITONER

VS.                                 NO. CIV 2005-103

GOOD SHEPHERD HUMANE SOCIETY, INC.                INTERVENOR
John Reeve,  President                            Third Party Petitioner

Vs.
GEORGE HARRIS, MARTY MARTINEK, BOYD BUSH,
SHIRLEY TINKIS, CARTER REIN,
MARILYN STOCKWELL, MAGGIE TATUM,
SHARON JACOBSON AND DAVID RUSH
AS PREVIOUS BOARD MEMBERS OF
THE GOOD SHEPHERD HUMANE SOCIETY, INC.           RESPONDENTS

### NOTICE OF INTERROGATORIES AND
### REQUEST FOR PRODUCTION
### PROPOUNDED BY PLAINTIFFS

For all concerned parties, you are hereby notified that on this 21st day of April

2006, I caused to be served upon  Shirley Tinkis,  Pro Se,  herein, a set of Interrogatories

which totaled Thirty Five (35) in number.

Respectfully submitted this 21st day of April, 2006.

Good Shepherd Humane Society, Inc,
Intervenor

By:

Gerald K. Crow      ABN  90100
Attorney At Law, PLC
03 Public Square
P.O. Box 129
Berryville, AR  72616
(870) 423-4664
(870) 423-3733  FAX

IN THE CIRCUIT COURT OF CARROLL COUNTY, ARKANSAS
WESTERN DISTRICT
CIVIL DIVISION

IN RE: THE GOOD SHEPHERD HUMANE SOCIETY, INC.

BY: THE BANK OF EUREKA SPRINGS                    PETITONER

VS.                            NO. CIV 2005-103

GOOD SHEPHERD HUMANE SOCIETY, INC.                INTERVENOR
John Reeve, President                             Third Party Petitioner

Vs.
GEORGE HARRIS, MARTY MARTINEK, BOYD BUSH,
SHIRLEY TINKIS, CARTER REIN,
MARILYN STOCKWELL, MAGGIE TATUM,
SHARON JACOBSON AND DAVID RUSH
AS PREVIOUS BOARD MEMBERS OF
THE GOOD SHEPHERD HUMANE SOCIETY, INC.           RESPONDENTS

## NOTICE OF INTERROGATORIES AND
## REQUEST FOR PRODUCTION
## PROPOUNDED BY PLAINTIFFS

For all concerned parties, you are hereby notified that on this 21st day of April

2006, I caused to be served upon Marty Martinek, Pro Se, herein, a set of

Interrogatories which totaled Thirty Seven (35) in number and requests for production of

documents which total Eight (8).

Respectfully submitted this 21st day of April, 2006.

Good Shepherd Humane Society, Inc,
Intervenor

By: _____
Gerald K. Crow     ABN  90100
Attorney At Law, PLC
03 Public Square
P.O. Box 129
Berryville, AR  72616
(870) 423-4664

## CERTIFICATE OF SERVICE

I, Gerald K. Crow, hereby certify that I have served a true and correct copy of the above and foregoing Notice of Interrogatories, by placing same in the U. S. Mail, postage prepaid, this 24st day of April, to:

Marty Martinek
Pro Se
484 Paradise Mtn Rd.
Eureka Springs, AR 72632

GERALD K. CROW

Notice of Second Set of Interrogatories
Carlsen vs. Clampitt
Carroll County Circuit No. CIV 2005-48

2

IN THE CIRCUIT COURT OF CARROLL COUNTY, ARKANSAS
WESTERN DISTRICT
CIVIL DIVISION

IN RE: THE GOOD SHEPHERD HUMANE SOCIETY, INC.

By: THE BANK OF EUREKA SPRINGS

PETITIONER

CIV 2005-103

JOHN REEVE, PRESIDENT
GOOD SHEPHERD HUMANE SOCIETY, INC.

INTERVENOR
Third Party Petitioner

vs.

GEORGE HARRIS, MARTY MARTINEK, BOYD BUSH,
SHIRLEY TINKIS, CARTER REIN,
MARILYN STOCKWELL, MAGGIE TATUM,
SHARON JACOBSON AND DAVID RUSH
AS PREVIOUS BOARD MEMBERS OF
THE GOOD SHEPHERD HUMANE SOCIETY, INC.

RESPONDENTS

## RETURN OF SERVICE FOR
## SHARON JACOBSEN

STATE OF ARKANSAS

COUNTY OF _Carroll_

On this the _9_ day of _AUG_____, 2006, I have duly served the within writ, NOTICE OF SETTING, by delivering a copy and stating the substance thereof, to the within named _Sharon Jacobson_

_Process Server- Signature_

_EA Rambo_
Printed Name

STATE OF ARKANSAS

COUNTY OF _CARROLL_

Subscribed and Sworn to before me this _9th_ day of _August_ , 2006.

_Debra Shiney_

Notary Public

My Commission Expires: _6-4-12_

"NOTARY SEAL"
Debra Shiney, Notary Public
Carroll County, State of Arkansas
My Commission Expires June 4, 2012



19TH JUDICIAL DISTRICT EAST

# STATE OF ARKANSAS
# CARROLL COUNTY
124 NORTH MAIN • P O DRAWER 231
BERRYVILLE, AR 72616

ALAN D. EPLEY
CIRCUIT JUDGE

TELEPHONE: (870) 423-7131
FAX: (870) 423-5824

July 14, 2006

Mr Gerald K Crow
Attorney at Law
P O Box 129
Berryville, AR 72616

Mr Marty Martinek, pro se
494 Paradise Mountain Road
Eureka Springs, AR 72632

Ms Shirley Tinkis, pro se
575 Lakeshore Drive
Eureka Springs, AR 72631

Ms. Marilyn Stockwell, pro se
69 Venus Dr.
Eureka Springs, AR 72631

Re    Good Shepherd Humane Society, Inc. v. Harris, et al
      Carroll Circuit (WD) No. CV 2005-103

## NOTICE OF SETTING

Due to a conflict on Mr Crow's calendar, the time of the hearing in the above referenced matter on the Motions to Compel on August 18, 2006, is changed to 1:30 P.M., or as soon thereafter as the docket will allow, at the Western District Courthouse in Eureka Springs, Arkansas  Please notify all necessary parties of this change.  Specifically, the Court requires the plaintiff to serve Sharon Jacobsen with notice of this hearing  Should you have a conflict with this setting, please advise as soon as possible.

Sincerely yours,

Vicki J Kell Schneider
Vicki J Kell Schneider
Trial Court Assistant

cc    Mr Gene A Franco
      Mr Scott Harrison

IN THE CIRCUIT COURT OF CARROLL COUNTY, ARKANSAS
WESTERN DISTRICT
CIVIL DIVISION

IN RE:  THE GOOD SHEPHERD HUMANE SOCIETY, INC.

BY:  THE BANK OF EUREKA SPRINGS          PETITONER

VS.                          NO. CIV 2005-103

GOOD SHEPHERD HUMANE SOCIETY, INC.          INTERVENOR
John Reeve,  President                      Third Party Petitioner

Vs.
GEORGE HARRIS, MARTY MARTINEK, BOYD BUSH,
SHIRLEY TINKIS, CARTER REIN,
MARILYN STOCKWELL, MAGGIE TATUM,
SHARON JACOBSON AND DAVID RUSH
AS PREVIOUS BOARD MEMBERS OF
THE GOOD SHEPHERD HUMANE SOCIETY, INC.          RESPONDENTS

## NOTICE OF INTERROGATORIES AND
## REQUEST FOR PRODUCTION
## PROPOUNDED BY PLAINTIFFS

For all concerned parties, you are hereby notified that on this 25th day of

April 2006, I caused to be served upon Sharon Jacobson, Pro Se, herein, a set of

Interrogatories which totaled Thirty Two (32) in number.

Respectfully submitted this 27th day of April, 2006.

Good Shepherd Humane Society, Inc,
Intervenor

By: _____

Gerald K. Crow      ABN  90100
Attorney At Law, PLC
03 Public Square
P.O. Box 129
Berryville, AR  72616
(870) 423-4664
(870) 423-3733   FAX

IN THE CIRCUIT COURT OF CARROLL COUNTY, ARKANSAS
WESTERN DISTRICT

IN RE: THE GOOD SHEPHERD HUMANE SOCIETY, INC.

By: THE BANK OF EUREKA SPRINGS          PETITIONER

CIV 2005-103

JOHN REEVE, PRESIDENT
GOOD SHEPHERD HUMANE SOCIETY, INC.     INTERVENOR
                   Third Party Petitioner

Vs.

GEORGE HARRIS, MARTY MARTINEK, BOYD BUSH,
SHIRLEY TINKIS, CARTER REIN, MARILYN STOCKWELL,
MAGGIE TATUM, SHARON JACOBSON AND DAVID RUSH,
AS PREVIOUS BOARD MEMBERS OF THE GOOD SHEPHERD
HUMANE SOCIETY, INC.           RESPONDENTS

## **MOTION TO COMPEL**

Comes now the Intervenor, John Reeve as President of The Good Shepherd Humane Society, Inc., by and through its attorney, Gerald K. Crow, Attorney At Law, PLC, and for its Motion to Compel Respondent, Sharon Jacobson to answer the submitted Interrogatories, states:

1.  That on April 25, 2006, the Good Shepherd Humane Society, Inc. propounded Interrogatories and Request for Production of Documents to Respondent, Sharon Jacobson.

2.  That as of June 2, 2006, said Interrogatories and Request for Production of Documents have not been answered.  More than thirty (30) days after service of said

Interrogatories and more than forty-five days after service of summons have passed, and the Respondent has failed and refused to provide Answers to Interrogatories.

3.     That the Intervenor is unable to send a reminder letter as the Respondent had failed to provide her mailing address on the Answer she submitted, Pro Se, pursuant to Rule 11 of the Arkansas Rules of Civil Procedure.  That the Interrogatories had to be served on her by process server.  That Interrgatory No. 32 requests respondent, Sharon Jacobson's current mailing address and telephone number.

4.     This failure and refusal is without substantial justification.


WHEREFORE, Intervenor, John Reeve as President of The Good Shepherd Humane Society, Inc., prays that an Order be entered requiring Respondent, Sharon Jacobson to answer said Interrogatories completely, and upon her failure to do so, impose the sanctions set out in Rule 37 of Arkansas Rules of Civil Procedure, and further require Respondent, Sharon Jacobson, to pay The Good Shepherd Humane Society, Inc. its expenses incurred including a reasonable attorney's fee.


Respectfully submitted,
John Reeve as President of The Good
Shepherd Humane Society, Inc., Intervenor

BY

Gerald K. Crow, ABA #90100
Attorney at Law, PLC
P.O. Box 129
Berryville, AR  72616
(870) 423-4664
(870) 423-3733 (Fax)

## CERTIFICATE OF SERVICE

I, Gerald K. Crow, Attorney for The Good Shepherd Humane Society, Inc., do hereby certify that I am unable serve a true and correct copy of the above and foregoing Motion to Compel on the Pro Se Respondent, Sharon Jacobson, as she has not provided me or the Court a current mailing address pursuant to Rule 11 of the A.R.C.P. .

Gerald K. Crow

IN THE CIRCUIT COURT OF CARROLL COUNTY, ARKANSAS
WESTERN DISTRICT

IN RE:  THE GOOD SHEPHERD HUMANE SOCIETY, INC.

By:  THE BANK OF EUREKA SPRINGS                                        PETITIONER

CIV 2005-103

JOHN REEVE, PRESIDENT
GOOD SHEPHERD HUMANE SOCIETY, INC.                        INTERVENOR
                                                                         Third Party Petitioner

Vs.

GEORGE HARRIS, MARTY MARTINEK, BOYD BUSH,
MARTY MARTINEK, CARTER REIN, MARTY MARTINEK,
MAGGIE TATUM, MARTY MARTINEK AND DAVID RUSH,
AS PREVIOUS BOARD MEMBERS OF THE GOOD SHEPHERD
HUMANE SOCIETY, INC.                                                  RESPONDENTS



## MOTION TO COMPEL

Comes now the Intervenor, John Reeve as President of The Good Shepherd Humane

Society, Inc., by and through its attorney, Gerald K. Crow, Attorney At Law, PLC, and for its

Motion to Compel Respondent, Marty Martinek to answer the submitted Interrogatories, states:

1.       That on April 21, 2006, the Good Shepherd Humane Society, Inc. propounded

Interrogatories and Request for Production of Documents to Respondent, Marty Martinek.

2.       That as of June 19, 2006, said Interrogatories and Request for Production of

Documents have not been answered.   More than thirty (30) days after service of said

Interrogatories and more than forty-five days after service of summons have passed, and the Respondent has failed and refused to provide Answers to Interrogatories.

3.      That the Intervenor sent a reminder letter to Marty Martinek on June 2, 2006, attached hereto as Exhibit "A".

4.      This failure and refusal is without substantial justification.

WHEREFORE, Intervenor, John Reeve as President of The Good Shepherd Humane Society, Inc., prays that an Order be entered requiring Respondent, Marty Martinek to answer said Interrogatories completely, and upon her failure to do so, impose the sanctions set out in Rule 37 of Arkansas Rules of Civil Procedure; and further require Respondent, Marty Martinek, to pay The Good Shepherd Humane Society, Inc. its expenses incurred including a reasonable attorney's fee.

Respectfully submitted,
John Reeve as President of The Good
Shepherd Humane Society, Inc., Intervenor

BY:_____
Gerald K. Crow, ABA #90100
Attorney at Law, PLC
P.O. Box 129
Berryville, AR  72616
(870) 423-4664
(870) 423-3733 (Fax)

## CERTIFICATE OF SERVICE

I, Gerald K. Crow, Attorney for The Good Shepherd Humane Society, Inc., do hereby certify that I have served a true and correct copy of the above and foregoing Motion to Compel on the Pro Se Respondent, Marty Martinek, postage prepaid this _19th_ day of June, 2006, to:

Marty Martinek, Pro Se
484 Paradise Mountain Road
Eureka Springs, AR  72632

Gerald K. Crow

# Gerald Kent Crow
ATTORNEY AT LAW, PLC
203 Public Sq.
P.O. Box 129
Berryville, AR  72616

Phone  (870) 423-4664
Fax       (870) 423-3733
kcrow@hbeark.com

Debra Shiney, Paralegal
Susan Wilcox, Administration

June 2, 2006

Mr. Marty Martinek
484 Paradise Mountain Road
Eureka Springs, AR  72632

RE:  The Good Shepherd Humane Society, Inc. by the Bank of Eureka
Springs, AR
Circuit Court of Carroll County (WD) CIV 2005-103

Dear Mr. Martinek:

On April 21, 2006, I propounded Interrogatories to you to be answered in the time allowed by the Arkansas Rules of Civil Procedure, which is thirty (30) days.  These answers are now past due.  If the answers are not received by this office within five (5) days of the date of this letter, I will be forced to file a Motion to Compel and seek attorney's fees.

Sincerely,

Gerald Kent Crow

GKC/ds

**EXHIBIT**

A



19TH JUDICIAL DISTRICT · EAST
## STATE OF ARKANSAS
## CARROLL COUNTY
124 NORTH MAIN · P.O. DRAWER 231
### BERRYVILLE, AR 72616

**ALAN D. EPLEY**
CIRCUIT JUDGE

TELEPHONE: (870) 423-7131
FAX: (870) 423-5824

July 12, 2006

Mr. Gerald K. Crow
Attorney at Law
P. O. Box 129
Berryville, AR 72616

Ms. Shirley Tinkis, pro se
575 Lakeshore Drive
Eureka Springs, AR 72631

Mr. Marty Martinek, pro se
494 Paradise Mountain Road
Eureka Springs, AR 72632

Ms. Marilyn Stockwell, pro se
69 Venus Dr.
Eureka Springs, AR 72631

Re:  Good Shepherd Humane Society, Inc. v. Harris, et al
Carroll Circuit (WD) No. CV 2005-103

### NOTICE OF SETTING

The above referenced matter is hereby scheduled for a hearing on the Motions to Compel on August 18, 2006, at 10:00 A.M., or as soon thereafter as the docket will allow, at the Western District Courthouse in Eureka Springs, Arkansas. Please notify all necessary parties to be present. Specifically, the Court requires the plaintiff to serve Sharon Jacobsen with notice of this hearing. Should you have a conflict with this setting, please advise as soon as possible.

Sincerely yours,

Vicki J. Kell-Schneider
Trial Court Assistant

cc.   Mr. Gene A. Franco
Mr. Scott Harrison
COURT FILE



19TH JUDICIAL DISTRICT · EAST

# STATE OF ARKANSAS
# CARROLL COUNTY
124 NORTH MAIN · P.O. DRAWER 231
BERRYVILLE, AR 72616

**ALAN D. EPLEY**
CIRCUIT JUDGE

TELEPHONE: (870) 423-7131
FAX: (870) 423-5824

July 14, 2006

Mr. Gerald K. Crow
Attorney at Law
P. O. Box 129
Berryville, AR  72616

Ms. Shirley Tinkis, pro se
575 Lakeshore Drive
Eureka Springs, AR  72631

Mr. Marty Martinek, pro se
494 Paradise Mountain Road
Eureka Springs, AR  72632

Ms. Marilyn Stockwell, pro se
69 Venus Dr.
Eureka Springs, AR  72631

Re:   Good Shepherd Humane Society, Inc. v. Harris, et al
      Carroll Circuit (WD) No. CV 2005-103

## NOTICE OF SETTING

Due to a conflict on Mr. Crow's calendar, the time of the hearing in the above referenced matter on the Motions to Compel on August 18, 2006, is changed to 1:30 P.M., or as soon thereafter as the docket will allow, at the Western District Courthouse in Eureka Springs, Arkansas. Please notify all necessary parties of this change. Specifically, the Court requires the plaintiff to serve Sharon Jacobsen with notice of this hearing. Should you have a conflict with this setting, please advise as soon as possible.

Sincerely yours,

Vicki J. Kell-Schneider
Trial Court Assistant

cc:   Mr. Gene A. Franco
      Mr. Scott Harrison

# IN THE CIRCUIT COURT OF CARROLL COUNTY, ARKANSAS
## WESTERN DISTRICT

IN RE: THE GOOD SHEPHERD HUMANE SOCIETY, INC.

By: THE BANK OF EUREKA SPRINGS
PETITIONER

CIV 2005-103

JOHN REEVE, PRESIDENT
GOOD SHEPHERD HUMANE SOCIETY, INC.
INTERVENOR<br>Third Party Petitioner

Vs.

GEORGE HARRIS, MARTY MARTINEK, BOYD BUSH,
SHIRLEY TINKIS, CARTER REIN, MARILYN STOCKWELL,
MAGGIE TATUM, SHARON JACOBSON AND DAVID RUSH,
AS PREVIOUS BOARD MEMBERS OF THE GOOD SHEPHERD
HUMANE SOCIETY, INC.
RESPONDENTS

## ENTRY OF APPEARANCE

Comes now Ben Wulff, of the Law Office of Withrow & Wulff, and enters his appearance as attorney of record as counsel for the Respondent, Shirley Tinkis, in the above-styled matter.

FILED
Ramona Wilson
AUG 08 2006
CARROLL CO.
EASTERN DISTRICT
Western

SHIRLEY TINKIS
RESPONDENT,

BY: Ben Wulff
Bar #: 2005190
113 Phillips Avenue
Green Forest, AR 72638
Phone: (870) 438-5298
Fax: (870) 438-4481

## CERTIFICATE OF SERVICE

I, Ben Wulff, hereby state that a true and correct copy of the foregoing was mailed through the U.S. Post Office with sufficient postage on this the 8th day of August, 2006, addressed to the following:

Gerald K. Crow
P.O. Box 129
Berryville, AR 72616

BEN WULFF

11/21/07 Please note that the entry
dated 8/17/06 for #CV-2005-135 on the
docket sheet is an error - this is the date
for the previous entry entitled "Separate
Third Party Def Marilyn Stockwell's Answer...

Christine Barton, Deputy Clerk



CIRCUIT JUDGE
19TH JUDICIAL DISTRICT—East
STATE OF ARKANSAS
CARROLL COUNTY
124 NORTH MAIN
P.O. DRAWER 231
BERRYVILLE, AR 72616

RECEIVED

DEC 2 7 2006

NO MAIL RECEPTACLE
RETURNED TO SENDER

Good Shepherd Humane Society, Inc.
6486 Hwy. 62 East
Eureka Springs, AR



IN THE CIRCUIT COURT OF CARROLL COUNTY, ARKANSAS
WESTERN DISTRICT
CIVIL DIVISION

IN RE:  THE GOOD SHEPHERD HUMANE SOCIETY, INC.

By: THE BANK OF EUREKA SPRINGS                                          PETITIONER

CIV 2005-103

JOHN REEVE, PRESIDENT
GOOD SHEPHERD HUMANE SOCIETY, INC.

                                                                INTERVENOR
                                                                Third Party Petitioner

vs.

GEORGE HARRIS, MARTY MARTINEK, BOYD BUSH,
SHIRLEY TINKIS, CARTER REIN,
MARILYN STOCKWELL, MAGGIE TATUM,
SHARON JACOBSON AND DAVID RUSH
AS PREVIOUS BOARD MEMBERS OF
THE GOOD SHEPHERD HUMANE SOCIETY, INC.                      RESPONDENTS

**RETURN OF SERVICE FOR**
**SHARON JACOBSEN**

STATE OF ARKANSAS

COUNTY OF _Carroll_

On this the _9_ day of _AUG_ , 2006, I have duly served the within writ, NOTICE OF SETTING, by delivering a copy and stating the substance thereof, to the within named _Sharon Jacobson_

_____
Process Server- Signature

_E. A. Rambo_
Printed Name

STATE OF ARKANSAS
COUNTY OF _CARROLL_

Subscribed and Sworn to before me this 9th day of _August_, 2006.

_Debra Shiney_
Notary Public

My Commission Expires: _6-4-12_

"NOTARY SEAL"
Debra Shiney, Notary Public
Carroll County, State of Arkansas
My Commission Expires June 4, 2012.



19TH JUDICIAL DISTRICT EAST

# STATE OF ARKANSAS
## CARROLL COUNTY
124 NORTH MAIN • P.O. DRAWER 231
### BERRYVILLE, AR 72616

ALAN D. EPLEY
CIRCUIT JUDGE

TELEPHONE: (870) 423-7131
FAX: (870) 423-5824

July 14, 2006

Mr Gerald K Crow
Attorney at Law
P O Box 129
Berryville, AR 72616

Ms Shirley Tinkis, pro se
575 Lakeshore Drive
Eureka Springs, AR 72631

Mr Marty Martinek, pro se
494 Paradise Mountain Road
Eureka Springs, AR 72632

Ms Marilyn Stockwell, pro se
69 Venus Dr
Eureka Springs, AR 72631

Re      Good Shepherd Humane Society, Inc. v. Harris, et al
        Carroll Circuit (WD) No. CV 2005-103

## NOTICE OF SETTING

Due to a conflict on Mr Crow's calendar, the time of the hearing in the above referenced matter on the Motions to Compel on August 18, 2006, is changed to 1:30 P.M., or as soon thereafter as the docket will allow, at the Western District Courthouse in Eureka Springs, Arkansas  Please notify all necessary parties of this change  Specifically, the Court requires the plaintiff to serve Sharon Jacobsen with notice of this hearing.  Should you have a conflict with this setting, please advise as soon as possible.

Sincerely yours,

Vicki J Kell Schneider
Vicki J Kell-Schneider
Trial Court Assistant

cc      Mr Gene A Franco
        Mr Scott Harrison

## IN THE CIRCUIT COURT OF CARROLL COUNTY, ARKANSAS
### WESTERN DISTRICT

IN RE: THE GOOD SHEPHERD HUMANE SOCIETY, INC.

By:   THE BANK OF EUREKA SPRINGS                                    PETITIONER

CIV 2005-103

JOHN REEVE, PRESIDENT
GOOD SHEPHERD HUMANE SOCIETY, INC.                       INTERVENOR
                                                          Third Party Petitioner

Vs.

GEORGE HARRIS, MARTY MARTINEK, BOYD BUSH,
SHIRLEY TINKIS, CARTER REIN, MARILYN STOCKWELL,
MAGGIE TATUM, SHARON JACOBSON AND DAVID RUSH,
AS PREVIOUS BOARD MEMBERS OF THE GOOD SHEPHERD
HUMANE SOCIETY, INC.                                      RESPONDENTS

FILED
Ramona Wilson
AUG 1 8 2006
CIRCUIT CLERK
CARROLL COUNTY
WESTERN DISTRICT

### MOTION FOR DISQUALIFICATION OF OPPOSING COUNSEL

Come now the respondent, **Shirley Tinkis,** by and through her attorney, Ben Wulff, do hereby object to the representation of the Intervenor by Kent Crow, attorney at law, and ask that the court disqualify him as counsel based on the following:

1. That Kent Crow is, and was at all times pertinent to this litigation, an attorney admitted to practice law in the State of Arkansas;

2. That the Rules of Professional Conduct state in Rule 3.7, that "a lawyer shall not act as advocate at a trial in which the lawyer is likely to be a necessary witness except where:

   a. the testimony relates to an uncontested issue;

   b. the testimony relates to the nature and value of legal services rendered in the case; or

c. disqualification of the lawyer would work substantial hardship on the client."

3. Kent Crow was an active member of the Board of Directors during relevant times of this litigation and is therefore a witness.

4. Kent Crow served on the Board of Directors for the Good Shepherd Humane Society during from June 2005 until August 2005 when he resigned from the Board.

5. That during the time of his service, in June 2005, the board members examined reimbursements of expenses to board and the board discussed getting a loan to help cover expenses.

6. That during the time of his service, in July 2005, the Board voted and approved trying to secure a loan of up to $35,000 to cover expenses.

7. That the recognition of the inability of the Good Shepherd to meet budget requirements and the "good faith" of the Board to find a source of funding is at the center of this piece of litigation.

8. That within minutes of his resignation, either before or after, the Board was turned down for funding at the Bank of Eureka Springs and the Board decided to look into private financing for a loan.

9. That Kent Crow then organized membership meetings and got elected to a new Board of Directors shortly thereafter. The "new" Board of Directors attempted to divest power directly from the "old" Board of Directors led by the above named Respondents using allegations of financially irresponsibility.

10. Kent Crow's participation in the events leading up to the subject matters of this litigation is indisputable.

11. That these above described actions of paragraph (3)-(10) of this motion are:

    **a.** Make Kent Crow a material witness to the events surrounding this litigation;

    **b.** That testimony does not relate to the nature and value of the legal services rendered during his representation of the Good Shepherd Humane Society; and

    **c.** Because this objection has been entered at the first hearing during this case before discovery has been completed, his disqualification would not work a substantial hardship on the client.

12. That Comment number 2 states that an "opposing party has proper objection where the combination of roles may prejudice that party's rights in the litigation," and further that "a witness is required to testify on the basis of personal knowledge while an advocate is expected to explain and comment on evidence given by others."

13. Kent Crow's testimony will not be uncontested and "regardless of who is calling the attorney as a witness, the likelihood that the attorney will testify concerning disputed facts may support disqualification." *Purtle v. McAdams*, 317 Ark. 499 (1994).

14. That Kent Crow also has been acting counsel for the Good Shepherd Humane Society since 2000, under the presidency of Dennis Cato;

15. That this representation presents a conflict of interest with respect to the rights of the Intervenors and is in conflict with Rule 1.9 of the Arkansas Rules of Professional Conduct.

16. Even though, his representation was and is pro bono, he has represented the Good Shepherd Humane Society in the following matters;

    **a.** He has represented and given advice on property that was donated and/or sold, especially for individuals who left the society properties in their estates;

    **b.** Established the Carroll County Community Trust Fund;

    c. Rewrote the bylaws of the organization starting in 2003 and ending in March of 2004;

    d. He advised Dennis Cato and Carter Rein about contract laborers in 2004;

    e. He has given advice on the interpretation of his own bylaws in May of 2005 at the annual membership meeting- he spoke for about 30 minutes on changing the bylaws and the procedures for changing them while specifically mentioning certain provisions he felt needed to be changed;

    f. He advised George Harris, Carter Rein, and Boyd Bush in February of 2005 that he would represent anyone in the society, including the current Board, in any legal matters. He reassured those three that he was neutral and that he was their attorney. He did not take any money for this representation, but that he told them he would represent them pro bono on any future matters.

17. That there is no privilege in the legal world that reaches the import of the attorney client privilege and he should not be allowed to betray the Good Shepherd Humane Society's trust by questioning them in open court.

18. Many questions in this litigation and the related litigation on the Foreclosure action center on:

    a. Whether or not the Board was duly elected- which Mr. Crow would have advised on.

    b. Whether or not the bylaws were followed in executing a mortgage and note- By-laws that Mr. Crow wrote.

    c. Whether or not the labor contracts were valid- contracts that Mr. Crow approved of.

d. Whether or not contract labor was appropriate for the Good Shepherd Humane Society- which Mr. Crow advised the Board of the Good Shepherd Humane Society on.

e. Whether or not the Board of Directors ran afoul of the law in any of their dealings- which Kent Crow was a witness to and would have had a professional duty to question when he was their attorney.

19. It would be unjust for Kent Crow to advise the Respondents as legal counsel and an elected Board member and then question them on confidential communications in an open court when they are the ones who would hold the privilege as elected members of the Good Shepherd Humane Society.

**Wherefore,** the Respondent, Shirley Tinkis, respectfully requests that Gerald Kent Crow be disqualified by this court from representing the Good Shepherd Humane Society in their intervening action in this case; that the court preserve the attorney client privilege of the Good Shepherd Humane Society and their legal counsel at the time; that the court not allow an attorney to act as an advocate and a client; and for all other just and proper relief as the court may find.

August 18, 2006

Submitted by,
**SHIRLEY TINKIS**
**RESPONDENT**

BY:

**Ben Wulff**
**Bar No: 2005190**
**113 Phillips Street**
**Green Forest, AR  72638**
**(870) 438-5298**

## CERTIFICATE OF SERVICE

I, Ben Wulff, do hereby certify that I have hand delivered a copy of this motion to Kent Crow, attorney for the intervenor, on this the 18th day of August, 2006 at the Eureka Springs Courthouse in Carroll County Arkansas.

Ben Wulff



19TH JUDICIAL DISTRICT · EAST

## STATE OF ARKANSAS
## CARROLL COUNTY
124 NORTH MAIN · P.O. DRAWER 231
BERRYVILLE, AR 72616

ALAN D. EPLEY
CIRCUIT JUDGE

TELEPHONE: (870) 423-7131
FAX: (870) 423-5824

September 5, 2006

Mr. Gerald K. Crow
Attorney at Law
P. O. Box 129
Berryville, AR  72616

Mr. Ben Wulff
Attorney at Law
113 Phillips
Green Forest, AR  72638

Re:   Good Shepherd Humane Society, Inc. v. Harris, et al
      Carroll Circuit (WD) No. CV 2005-103

### NOTICE

The above referenced matter is hereby scheduled for a hearing on the Motion for
Disqualification of Opposing Counsel on October 10, 2006, at 9:00 A.M., or as soon
thereafter as the docket will allow, at the Western District Courthouse in Eureka Springs,
Arkansas.   Please notify all necessary parties to be present at that time.  Should you have
a conflict with this setting, please advise as soon as possible.

Sincerely yours,

Vicki J. Kell-Schneider
Trial Court Assistant

cc:   Court file
      Gene Franco
      Scott Harrison

IN THE CIRCUIT COURT OF CARROLL COUNTY, ARKANSAS
WESTERN DISTRICT
CIVIL DIVISION


IN RE:  THE GOOD SHEPHERD HUMANE SOCIETY, INC.

By:  THE BANK OF EUREKA SPRINGS                    PETITIONER


CIV 2005-103


JOHN REEVE, PRESIDENT
GOOD SHEPHERD HUMANE SOCIETY, INC.                INTERVENOR
                                                  Third Party Petitioner

vs.

GEORGE HARRIS, MARTY MARTINEK, BOYD BUSH,
SHIRLEY TINKIS, CARTER REIN,
MARILYN STOCKWELL, MAGGIE TATUM,
SHARON JACOBSON AND DAVID RUSH
AS PREVIOUS BOARD MEMBERS OF
THE GOOD SHEPHERD HUMANE SOCIETY, INC.            RESPONDENTS


## ANSWER TO MOTION TO DISQUALIFY COUNCIL


Comes now the respondent, Gerald K. Crow, attorney at law, and for his Answer to the

Motion of Shirley Tinkis for the disqualification of counsel states as follows:


1.  The respondent admits paragraph number one of the Motion.

2.  The respondent states that Rule 3.7 speaks for itself.

3.  The respondent denies paragraph number 3.

4.  The respondent admits paragraph number 4.



FILED
Ramona Wilson
SEP 0 8 2006
CIRCUIT CLERK
CARROLL COUNTY
WESTERN DISTRICT

5. The allegation in paragraph number 5 is so vague that the respondent can not admit or deny the contents thereof.

6. The respondent denies the allegation contained in paragraph six.

7. The respondent denies the allegation contained in paragraph number seven.

8. The respondent has no knowledge of the allegation contained in paragraph number eight and can not admit or deny.

9. The respondent admits that he petitioned for a special meeting of the membership to vote on the removal of the board as alleged in paragraph number nine.

10. The respondent admits his participation as a Board member for the periods alleged.

11. The respondent denies that he is a material witness to this action and specifically states that his disqualification would work a hardship on the non-profit organization.

12. The respondent states that the Comments to the Rules speak for themselves.

13. The respondent states that his testimony is not necessary to the litigation.

14. The respondent specifically denies that the served as council for the Good Shepherd Humane Society. Pleading in the affirmative he states that he met once with Dennis Cato and that the characterization of his services is in error.

15. The respondent denies the allegations of paragraph number 15.

16. The respondent specifically denies the allegation of paragraph number 16(a), 16(b)16(c), 16(d), and 16(e) . The respondent admits that in February of 2005 he met with the individuals named and that he offered to assist the organization in any way that he could.

17. The respondent moves to strike the statement in paragraph number 17 for failing to state any fact which can be admitted or denied. Pleading in the affirmative the respondent states that the allegation that he has betrayed any trust is, at the best, simply not true, is without merit, that there was no attorney client privilege and that such an allegation is not well grounded in fact and represents a violation of Rule 11 of the Arkansas Rules of Civil Procedure.

18. The respondent moves to strike paragraph number 18 for failure to state any facts which can be admitted or denied.

19. The respondent denies the allegations of paragraph number 19 and pleads in the affirmative that there were no "confidential communications" between the board members and further denies that he was serving in the role of an attorney while serving on the board.

WHEREFORE, THE RESPONDENT PRAYS THE COURT DISMISS THE MOTION FOR DISQUALIFICATION.

By: _____

Gerald K. Crow
Attorney at Law
ABA 90100
203 Public Sq.
Berryville, AR 72616
(870) 423-4664
(870) 423-3733

## CERTIFICATE OF SERVICE

I certify that I have this 8TH day of September, 2006 mailed a true and correct copy of the foregoing pleading to the hereinafter named attorney by depositing a true and correct copy in the U.S. Mail, adequate postage affixed thereto and addressed to:

Mr. Scott P. Harrison
The Harrison Law Firm
2928 McKee Circle, Suite 121
Fayetteville, AR 72703

Mr. Ben Wulff
Attorney at Law
113 Pyhillips St
Green Froest, AR 72638

Mr. Gene Franco
LISLE LAW FIRM, P.A.
1458 Plaza Place, Suite 101
Springdale, AR 72764-5273

Mr. Eric Vester
MATTHEWS, CAMPBELL, RHOADS, McCLURE,
THOMPSON & FRYAUF, P.A.
119 South Second Street
Rogers, AR 72756-4525


Gerald K. Crow

IN THE CIRCUIT COURT OF CARROLL COUNTY, ARKANSAS
WESTERN DISTRICT
CIVIL DIVISION



IN RE: THE GOOD SHEPHERD HUMANE SOCIETY, INC.

By: THE BANK OF EUREKA SPRINGS            PETITIONER

CIV 2005-103

JOHN REEVE, PRESIDENT
GOOD SHEPHERD HUMANE SOCIETY, INC.       INTERVENOR
                                         Third Party Petitioner

vs.

GEORGE HARRIS, MARTY MARTINEK, BOYD BUSH,
SHIRLEY TINKIS, CARTER REIN,
MARILYN STOCKWELL, MAGGIE TATUM,
SHARON JACOBSON AND DAVID RUSH
AS PREVIOUS BOARD MEMBERS OF
THE GOOD SHEPHERD HUMANE SOCIETY, INC.      RESPONDENTS

## ANSWER TO MOTION TO DISQUALIFY COUNCIL
### AMENDED CERTIFICATE OF SERVICE

Comes now the respondent, Gerald K. Crow, attorney at law, and Amends the

Certificate of Service on his Answer to the Motion of Shirley Tinkis for the

disqualification of counsel states as follows:

I certify that I have this 8TH day of September, 2006 mailed a true and correct copy of the
foregoing pleading to the hereinafter named attorney by depositing a true and correct
copy in the U.S. Mail, adequate postage affixed thereto and addressed to:

Mr. Scott P. Harrison
The Harrison Law Firm
2928 McKee Circle, Suite 121
Fayetteville, AR 72703

Mr. Ben Wulff
Attorney at Law
113 Pyhillips St
Green Froest, AR 72638

Mr. Gene Franco
LISLE LAW FIRM, P.A.
1458 Plaza Place, Suite 101
Springdale, AR  72764-5273

Mr. Eric Vester
MATTHEWS, CAMPBELL, RHOADS, McCLURE,
THOMPSON & FRYAUF, P.A.
119 South Second Street
Rogers, AR  72756-4525


Mr. Marty Martinek
484 Paradise Mtn. Rd.
Eureka Springs, AR 72632


Mr. Carter Rein
190 Mulberry Ln
Eureka Springs, AR 72631

Mr. David Rush
3022 E. Van Buren
Suite E
Eureka Springs, AR 72632

Ms. Marilyn Stockwell
69 Venus Drive
Holiday Island, AR 72631


Gerald K. Crow



IN THE CIRCUIT COURT OF CARROLL COUNTY, ARKANSAS
WESTERN DISTRICT
CIVIL DIVISION

IN RE:  THE GOOD SHEPHERD HUMANE SOCIETY, INC.

By:  THE BANK OF EUREKA SPRINGS                    PETITIONER

CIV 2005-103

JOHN REEVE, PRESIDENT
GOOD SHEPHERD HUMANE SOCIETY, INC.                INTERVENOR
                                                  Third Party Petitioner

vs.

MARTY MARTINEK, BOYD BUSH,
SHIRLEY TINKIS, CARTER REIN,
MARILYN STOCKWELL, MAGGIE TATUM,
SHARON JACOBSON AND DAVID RUSH
AS PREVIOUS BOARD MEMBERS OF
THE GOOD SHEPHERD HUMANE SOCIETY, INC.           RESPONDENTS

## ORDER

Comes now on this, the 18th day of August, 2006 for hearing the Motion to Compel responses to interrogatories filed by the respondent, John Reeve, President of the Board of Directors of the Good Shepherd Humane Society, Inc., by and through his attorney, Gerald K. Crow.  Present before the Court is Gerald K. Crow for the petitioner, Shirley Tinkis represented by Mr. Ben Wulff, Mr. Marty Martinek pro se, Ms. Sharon Jacobso pro se and Ms. Marilyn Stockwell, pro se.

FILED
Ramona Wilson
SEP 19 2006
CIRCUIT CLERK
WESTERN DISTRICT
CARROLL COUNTY

Upon statements of council and the record the Court finds that the defendants have failed to respond to the discovery propounded pursuant to the Rules of Civil Procedure and that they are to respond within thirty days of this hearing. More specifically the Court finds as follows:

1. That Ms. Tinkis, by and through her attorney, Ben Wulff, has filed her responses with the petitioner but that such responses were filed beyond the time permitted under the Rules.

2. That Mr. Martinek has averred that the interrogatories were not served upon him; that he has been served with another copy in open court and he is granted thirty days from the date of this hearing to respond to the discovery.

3. That Ms. Stockwell has averred that the interrogatories were not served upon her and that she obtained a copy of the discovery served upon Ms. Jacobson and filed an answer to those questions; she has been serve with another copy of the discovery in open court and is granted thirty days from the date of this hearing to respond to the discovery.

4. That Ms. Jacobson has filed her responses to the discovery but that some questions posed to her contain language that is confusing or in the negative (interrogatory number 23) and that those questions shall be reworded and resubmitted by council if he desires responses; That she has submitted incomplete responses to certain questions and she shall submit complete responses to Interrogatories number 7 (requesting identification of exhibits that would be introduced at trial) Interrogatory number 22 which was non responsive

and Interrogatory number 28, which was answered "yes" in open court but which requires a compete answer as to the reasons for the affirmative response.

5. The Petitioner has requested compensation for this action and the Court shall reserve that issue until completion of the trial on the merits of this matter.

IT IS SO ORDERED

_____
Alan D. Epley
Circuit Judge

Rec'd 9/21/06

# IN THE CIRCUIT COURT OF CARROLL COUNTY, ARKANSAS
## WESTERN DISTRICT
## CIVIL DIVISION

IN RE: THE GOOD SHEPHERD HUMANE SOCIETY, INC.

By:  THE BANK OF EUREKA SPRINGS                    **PETITIONER**

### CIV 2005-103

JOHN REEVE, PRESIDENT
GOOD SHEPHERD HUMANE SOCIETY, INC.              **INTERVENOR**
                                                **Third Party Petitioner**

Vs.

MARTY MARTINEK, BOYD BUSH,
SHIRLEY TINKIS, CARTER REIN,
MARILYN STOCKWELL, MAGGIE TATUM,
SHARON JACOBSON AND DAVID RUSH
AS PREVIOUS BOARD MEMBERS OF
THE GOOD SHEPHERD HUMANE SOCIETY, INC.          **RESPONDENTS**

## RESPONDENT BOYD BUSH'S FIRST SET OF REQUESTS FOR ADMISSIONS OF FACT PROPOUNDED TO INTERVENOR/THIRD PARTY PETITIONER

COMES NOW the Separate Respondent, Boyd Bush ("Bush"), by and through his undersigned attorney, and hereby propounds to the Intervenor/Third Party Petitioner, John Reeve, President of Good Shepherd Humane Society, Inc. ("Reeve"), his First Set of Requests for Admissions of Fact to be answered fully, in writing and under oath, in the time and manner as set forth pursuant to Rule 36 of the Arkansas Rules of Civil Procedure.

**REQUEST FOR ADMISSION NO. 1:** Admit or deny that Kent Crow worked at one time or another on the Good Shepherd Humane Society's by-laws.

**REQUEST FOR ADMISSION NO. 2:** Admit or deny that Kent Crow worked at one time or another on certain amendments to the Articles of Incorporation of the Good Shepherd Humane Society.

**REQUEST FOR ADMISSION NO. 3:** Admit or deny that prior to Boyd Bush signing an Employment Contract with the Good Shepherd Humane Society, Kent Crow conducted an Audit for Good Shepherd Humane Society to assure that it would be in compliance with IRS regulations.

**REQUEST FOR ADMISSION NO. 4:** Admit or deny that a check in the amount of $20,000 from Boyd Bush to the Good Shepherd Humane Society was deposited into the Good Shepherd Humane Society's bank account on October 3, 2005.

**REQUEST FOR ADMISSION NO. 5:** Admit or deny that on or about October 3, 2005, a check made payable to the Good Shepherd Humane Society was endorsed by the President of the Good Shepherd Humane Society, Marty Martinek, and made payable from an account owned by Boyd Bush.

**REQUEST FOR ADMISSION NO. 6:** Admit or deny that on or about October 3, 2005, Marty Martinek was, at that time, the President of the Good Shepherd Humane Society.

**REQUEST FOR ADMISSION NO. 7:** Admit or deny that on September 2, 2005, a motion was made by the Board of Director Marilyn Stockwell and passed on a vote of four to one, authorizing Marty Martinek to borrow up to $35,000 from Boyd Bush.

**REQUEST FOR ADMISSION NO. 8:** Admit or deny that on September 22, 2005, at the Good Shepherd Humane Society meeting, the Board of Directors voted to change the amount to be borrowed from Boyd Bush from $35,000 to $40,000.

**REQUEST FOR ADMISSION NO. 9:** Admit or deny that on or about September 22, 2005, the Board of Directors met and approved a loan from Boyd Bush to the Good Shepherd Humane Society.

**REQUEST FOR ADMISSION NO. 10:** Admit or deny that the Good Shepherd Humane Society was a non-profit corporation that was organized under the laws of the State of Arkansas and filed with the Secretary of State on or about September 30, 1974.

DATED this _20_ day of September 2006.

Respectfully submitted for the Separate
Respondent, Boyd Bush,

By:

Gene A. Franco, ABA #94197
Attorney for Separate Respondent

LISLE LAW FIRM, P.A.
1458 Plaza Place, Suite 101
Springdale, AR   72764-5273
(479) 750-4444
(479) 751-6792 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that I have delivered a true and correct copy of the foregoing document to the attorneys of record of all parties hereto by placing same in envelopes, First Class Postage Prepaid, addressed to Mr. Gerald K. Crow, 203 Public Square, Berryville, AR  72616; Mr. Scott P. Harrison, 2928 McKee Circle, Suite 121, Fayetteville, AR  72703; and, Mr. Ben Wulff, Withrow & Wulff, LLP, 113 Phillips Street, Green Forest, AR  72638 and placing said envelopes in the U.S. Mail on this _20_ day of September 2006.

Gene A. Franco

IN THE CIRCUIT COURT OF CARROLL COUNTY, ARKANSAS
Western District

IN RE:  THE GOOD SHEPHERD HUMANE SOCIETY, INC.

By: THE BANK OF EUREKA SPRINGS                    PETITIONER

CIV 2005-103

JOHN REEVE, PRESIDENT
GOOD SHEPHERD HUMANE SOCIETY, INC.          INTERVENOR
                                                                         Third Party Petitioner

vs.

GEORGE HARRIS, MARTY MARTINEK, BOYD BUSH,
SHIRLEY TINKIS, CARTER REIN,
MARILYN STOCKWELL, MAGGIE TATUM,
SHARON JACOBSON AND DAVID RUSH
AS PREVIOUS BOARD MEMBERS OF
THE GOOD SHEPHERD HUMANE SOCIETY, INC.       RESPONDENTS

## MOTION TO WITHDRAW AS COUNSEL

Comes now Gerald K. Crow, Attorney at Law, and for his Motion to withdraw as

Counsel for the Intervenor, Good Shepherd Humane Society, Inc, in the above styled

matter does state:

1. I am the attorney of record for the Defendant, The Good Shepherd Humane

   Society, Inc. in the matter listed herein above.

2. That I have been appointed to serve as a District Court Judge for a period of two

   years beginning September 21st, 2006 and ending December 31st, 2008.

3. That I serve as a Director on the Board of the Good Shepherd Humane Society,

   Inc. and that the By-Laws of that organization defines, in part, the following

   purpose of the organization:

1

The prevention of cruelty and neglect of animals; to seek enforcement of laws which are now or may hereinafter be enacted for the protection of animals; the relief of suffering among animals and the extension of public education for the humane treatment of animals and the promotion of kindness and gentleness toward animals.

The Society shall in no way violate or interfere with the laws enacted for the protection of animals by the State of Arkansas or by Carroll County or the Cities located therein but will seek, by all lawful means, the arrest and conviction of any persons violating such laws and ordinances.

4. That Canons 1 and 2 of the Arkansas Code of Judicial Conduct require a judge to maintain the independence of the judiciary and the avoidance of any activity that would call into question the integrity of the judge or erode the public's confidence in the judiciary.

5. That the District Courts are charged with the adjudication of matters which may involve the maltreatment of animals and my continued representation of the Good Shepherd Humane Society, Inc. or service on the Board of Directors, may create a concern in the public's view of my ability to remain impartial in future matters which come before the District Court of Carroll County.

6. That this matter has not been set for trial, and therefore the Good Shepherd Humane Society, Inc., has time to employ other counsel.

7. That movant stands ready to tender to his client all papers and property to which it is entitled.

8. That there is no unearned fee or part of a fee to be refunded.

9. That the Good Shepherd Humane Society's address is 6486 Hwy 62 West, Eureka Springs, AR 72632 and its telephone number is (479) 253-9188. That the Clerk of this Court may serve future notices on the Society at the above

2

address until such time as substitute counsel is retained by the Good Shepherd

Humane Society, Inc.

WHEREFORE, PREMISES CONSIDERED, the attorney herein moves to withdraw from

this matter.

Dated: October 9, 2006

Gerald K. Crow
Attorney at Law

## CERTIFICATE OF SERVICE

This is to certify that I have this day served counsel for all parties in the foregoing matter
with a copy of this pleading by depositing same in the United States Mail and
transmitting a faxed copy properly addressed with adequate postage thereon this 9th day of
October, 2006 to:

Mr. Scott P. Harrison
The Harrison Law Firm
2928 McKee Circle, Suite 121
(479) 521-5453 Fax
Fayetteville, AR 72703

Mr. Ben Wulff
Attorney at Law
113 Phyillips St
(870) 438-4481 Fax
Green Forest, AR 72638

Mr. Gene Franco
LISLE LAW FIRM, P.A.
1458 Plaza Place, Suite 101
(479)751-6792 Fax
Springdale, AR 72764-5273

3

Mr. Eric Vester
MATTHEWS, CAMPBELL, RHOADS, McCLURE,
THOMPSON & FRYAUF, P.A.
119 South Second Street
(479) 636-8150  Fax
Rogers, AR  72756-4525


Mr. Jeff Conner
Attorney at Law
3398 E. Huntsville Rd
(479)443-8084
Fayetteville, AR 72701


Mr. Marty Martinek
484 Paradise Mtn. Rd.
Eureka Springs, AR 72632


Mr. Carter Rein
P.O. Box 3068
Eureka Springs, AR 72631

Mr. David Rush
3022 E. Van Buren
Suite E
Eureka Springs, AR 72632

Sharon Jacobson
57 Table Rock Dr.
Holiday Island, AR 72631


Gerald K. Crow

IN THE CIRCUIT COURT OF CARROLL COUNTY, ARKANSAS
Western District

IN RE:  THE GOOD SHEPHERD HUMANE SOCIETY, INC.

By: THE BANK OF EUREKA SPRINGS                         PETITIONER

CIV 2005-103

JOHN REEVE, PRESIDENT
GOOD SHEPHERD HUMANE SOCIETY, INC.         INTERVENOR
                                                                         Third Party Petitioner

vs.

GEORGE HARRIS, MARTY MARTINEK, BOYD BUSH,
SHIRLEY TINKIS, CARTER REIN,
MARILYN STOCKWELL, MAGGIE TATUM,
SHARON JACOBSON AND DAVID RUSH
AS PREVIOUS BOARD MEMBERS OF
THE GOOD SHEPHERD HUMANE SOCIETY, INC.         RESPONDENTS

## MOTION TO WITHDRAW AS COUNSEL

Comes now Gerald K. Crow, Attorney at Law, and for his Motion to withdraw as

Counsel for the Intervenor, Good Shepherd Humane Society, Inc, in the above styled

matter does state:

1. I am the attorney of record for the Defendant, The Good Shepherd Humane

   Society, Inc. in the matter listed herein above.

2. That I have been appointed to serve as a District Court Judge for a period of two

   years beginning September 21st, 2006 and ending December 31st, 2008.

3. That I serve as a Director on the Board of the Good Shepherd Humane Society,

   Inc. and that the By-Laws of that organization defines, in part, the following

   purpose of the organization:

1

The prevention of cruelty and neglect of animals; to seek enforcement of laws which are now or may hereinafter be enacted for the protection of animals; the relief of suffering among animals and the extension of public education for the humane treatment of animals and the promotion of kindness and gentleness toward animals.

The Society shall in no way violate or interfere with the laws enacted for the protection of animals by the State of Arkansas or by Carroll County or the Cities located therein but will seek, by all lawful means, the arrest and conviction of any persons violating such laws and ordinances.

4. That Canons 1 and 2 of the Arkansas Code of Judicial Conduct require a judge to maintain the independence of the judiciary and the avoidance of any activity that would call into question the integrity of the judge or erode the public's confidence in the judiciary.

5. That the District Courts are charged with the adjudication of matters which may involve the maltreatment of animals and my continued representation of the Good Shepherd Humane Society, Inc. or service on the Board of Directors, may create a concern in the public's view of my ability to remain impartial in future matters which come before the District Court of Carroll County.

6. That this matter has not been set for trial, and therefore the Good Shepherd Humane Society, Inc., has time to employ other counsel.

7. That movant stands ready to tender to his client all papers and property to which it is entitled.

8. That there is no unearned fee or part of a fee to be refunded.

9. That the Good Shepherd Humane Society's address is 6486 Hwy 62 West, Eureka Springs, AR 72632 and its telephone number is (479) 253-9188. That the Clerk of this Court may serve future notices on the Society at the above

2

address until such time as substitute counsel is retained by the Good Shepherd

Humane Society, Inc.


WHEREFORE, PREMISES CONSIDERED, the attorney herein moves to withdraw from

this matter.

Dated:  October 9, 2006

Gerald K. Crow
Attorney at Law


## CERTIFICATE OF SERVICE


This is to certify that I have this day served counsel for all parties in the foregoing matter
with a copy of this pleading by depositing same in the United States Mail and
transmitting a faxed copy properly addressed with adequate postage thereon this 9th day of
October, 2006 to:


Mr. Scott P. Harrison
The Harrison Law Firm
2928 McKee Circle, Suite 121
(479) 521-5453  Fax
Fayetteville, AR 72703

Mr. Ben Wulff
Attorney at Law
113 Phyillips St
(870) 438-4481  Fax
Green Forest, AR 72638

Mr. Gene Franco
LISLE LAW FIRM, P.A.
1458 Plaza Place, Suite 101
(479)751-6792  Fax
Springdale, AR  72764-5273

3

Mr. Eric Vester
MATTHEWS, CAMPBELL, RHOADS, McCLURE,
THOMPSON & FRYAUF, P.A.
119 South Second Street
(479) 636-8150  Fax
Rogers, AR  72756-4525


Mr. Jeff Conner
Attorney at Law
3398 E. Huntsville Rd
(479)443-8084
Fayetteville, AR 72701


Mr. Marty Martinek
484 Paradise Mtn. Rd.
Eureka Springs, AR 72632


Mr. Carter Rein
P.O. Box 3068
Eureka Springs, AR 72631

Mr. David Rush
3022 E. Van Buren
Suite E
Eureka Springs, AR 72632

Sharon Jacobson
57 Table Rock Dr.
Holiday Island, AR 72631


Gerald K. Crow

4

IN THE CIRCUIT COURT OF CARROLL COUNTY, ARKANSAS
WESTERN DISTRICT
CIVIL DIVISION

IN RE:  THE GOOD SHEPHERD HUMANE SOCIETY, INC.

By:  THE BANK OF EUREKA SPRINGS                                    PETITIONER

CIV 2005-103

JOHN REEVE, PRESIDENT
GOOD SHEPHERD HUMANE SOCIETY, INC.                                INTERVENOR
                                                                  Third Party Petitioner

vs.

GEORGE HARRIS, MARTY MARTINEK,
BOYD BUSH, SHIRLEY TINKIS, CARTER REIN,
MARILYN STOCKWELL, MAGGIE TATUM,
SHARON JACOBSON AND DAVID RUSH
AS PREVIOUS BOARD MEMBERS OF
THE GOOD SHEPHERD HUMANE SOCIETY, INC.                            RESPONDENTS

## ORDER ALLOWING WITHDRAWAL

Comes now on this $\underline{16}$ day of October 2006 for hearing in the above entitled and

numbered cause Counsel's Motion to Withdraw and upon matters presented to the Court

and statements of Counsel the Motion is hereby granted.

HON. ALAN D. EPLEY,
CIRCUIT JUDGE

W642

IN THE CIRCUIT COURT OF CARROLL COUNTY, ARKANSAS
WESTERN DISTRICT
CIVIL DIVISION


IN RE:  THE GOOD SHEPHERD HUMANE SOCIETY, INC.

By:   THE BANK OF EUREKA SPRINGS                    PETITIONER

CIV 2005-103

JOHN REEVE, PRESIDENT
GOOD SHEPHERD HUMANE SOCIETY, INC.            INTERVENOR
                                                               Third Party Petitioner

        Vs.

MARTY MARTINEK, BOYD BUSH,
SHIRLEY TINKIS, CARTER REIN,
MARILYN STOCKWELL, MAGGIE TATUM,
SHARON JACOBSON AND DAVID RUSH
AS PREVIOUS BOARD MEMBERS OF
THE GOOD SHEPHERD HUMANE SOCIETY, INC.       RESPONDENTS


## RESPONDENT BOYD BUSH'S MOTION TO COMPEL DISCOVERY UPON INTERVENOR


COMES NOW the Separate Respondent, Boyd Bush ("Bush"), by and through his

undersigned attorney, and for his Motion to Compel Discovery Upon Intervenor, John Reeve,

President, Good Shepherd Humane Society, Inc. ("GSHS"), respectfully states as follows:

1.      That this Court has jurisdiction over the parties and subject matter herein and,

that, further, venue is proper.

2.      That Bush propounded Interrogatories and Requests for Production of Documents

upon GSHS on September 20, 2006.


Page 1 of 3

3.     That GSHS responded with its answers to the discovery requests on or about October 24, 2006.

4.     That the attorney for Bush wrote to the attorney for GSHS on October 25, 2006, regarding certain deficiencies in the Answers provided by GSHS. In said letter, attorney for Bush gave GSHS until the close of business on November 3, 2006, to cure said deficiencies. A copy of said letter is attached hereto as Exhibit "A" and incorporated herein fully as if set forth word for word.

5.     That as of the date of the filing of this Motion, GSHS has not responded to cure the deficiencies in its discovery answers.

6.     Under Rule 37, the Court should order parties to answer discovery if a good-faith attempt has been made to resolve the dispute. Defense counsel has made a good-faith effort to resolve the dispute to no avail, and this Court may enter an order compelling discovery under Rule 37.

WHEREFORE, premises considered, the Separate Respondent, Boyd Bush, moves the Court for an order compelling the Intervenor, John Reeve, President, Good Shepherd Humane Society, to answer, fully, all the Interrogatories and Request for Production of Documents served on them; that Bush be awarded his attorney fees and costs incurred in bringing this Motion to Compel; and, for any and all other relief to which Bush may prove himself entitled.

DATED this _____ day of November 2006.

Respectfully submitted for the Separate
Respondent, Boyd Bush,

By:     _____
        Gene A. Franco, ABA #94197
        Attorney for Separate Respondent

LISLE LAW FIRM, P.A.
1458 Plaza Place, Suite 101
Springdale, AR   72764-5273
(479) 750-4444
(479) 751-6792 (facsimile)


## CERTIFICATE OF SERVICE


I hereby certify that I have delivered a true and correct copy of the foregoing document to the attorneys of record of all parties hereto by placing same in envelopes, First Class Postage Prepaid, addressed to the parties identified below and placing said envelopes in the U.S. Mail on this ___10___ day of November 2006.

Mr. Scott P. Harrison
2928 McKee Circle, Suite 121
Fayetteville, AR   72703

Mr. Eric Vester
    Matthews, Campbell, Rhoads, McClure,
    Thompson & Fryauf, P.A.
119 South Second Street
Rogers, AR   72756-4525

Mr. Ben Wulff
113 Phillips Street
Green Forest, AR   72638

Mr. Jeff Conner
3398 East Huntsville Road
Fayetteville, AR   72701

Ms. Sharon Jacobson
57 Table Rock Drive
Holiday Island, AR   72631

Mr. John Reeve, President
Good Shepherd Humane Society
P. O. Box 285
Eureka Springs, AR   72632

Mr. Marty Martinek
484 Paradise Mtn. Road
Eureka Springs, AR   72632

Mr. Carter Rein
P. O. Box 3068
Eureka Springs, AR   72631

Mr. David Rush
3022 E. Van Buren, Suite E
Eureka Springs, AR   72632

_____
Gene A. Franco





## LISLE LAW FIRM, P.A.

JOHN LISLE of counsel
CHRIS LISLE
DONNIE RUTLEDGE
STEVE LISLE

1158 Plaza Place, Suite 101
Springdale, AR 72764-5273
479-750-4444
Fax 479-751-6792

IAN THORNTON
JIM FLETCHER
ROBERT D. BRANDON
DOROTHY ANNE BARRY
GENE A. FRANCO
MONA J. TEAGUE
JOHN D. YOUNG

October 25, 2006

Mr. Gerald K. Crow
203 Public Square
Berryville, AR   72616

> Re:   *The Good Shepherd Humane Society, Inc. v. Harris, et al.*
> Carroll County Circuit Court No. CIV 2005-103

Dear Mr. Crow:

I have yet to be served with any Order allowing you to withdraw as the attorney on either the above case or Case No. CIV 2005-135. Therefore, I am directing this letter to you as well as to Mr. Reeve. Pursuant to the formal Rules of Civil Procedure, please let this letter serve as a Rule 37 letter in an attempt to resolve discovery disputes short of prevailing upon the Court. I have had the opportunity to review the Answers to our Admissions and Interrogatories in this case and, although I was not surprised by it, they are woefully inadequate pursuant to the Rules of Civil Procedure. I have numerous areas that I would like to bring up in this letter and I will try to be as brief as possible as to each.

First, regarding Interrogatories No. 45, 46, 47, and 48 the answer submitted is improper and needs to be redone. Your client is holding himself out as the President of the Intervenor, Good Shepherd Humane Society. Your client has, as the President of the Intervenor, filed a complaint for gross negligence against, among other individuals, my client. The whole basis for your client's attempt to take over the Good Shepherd Humane Society has always been stated in legal documents as due to the negligence of the "old Board." These Interrogatories specifically request detailed descriptions of these allegations. As the President of the party now claiming to be the Intervenor and people suing my client, he is responsible to either gather this information or get someone who can get this information and answer these Interrogatories. His answer that he did not draft the document as shown in Answer to Interrogatory No. 4 is insufficient. He is a part of this; he went to the meeting; he knows who did and he must get that information from them as requested in this Interrogatory. This, of course, applies also to the Interrogatories No. 46, 47 and 48 which interrogatories specifically select certain of the fourteen allegations made by the individuals taking over the Good Shepherd Humane Society. If Mr. Reeve wants to be the President of this Society and, as President, bring a lawsuit against my client, then he is going to have to step up and follow through with the normal rules of discovery. I request that the

Mr. Gerald K. Crow
Re: GSHS v. Harris, et al.
October 25, 2006
Page 2 of 3

Interrogatories No. 45, 46, 47 and 48 be answered in full, without objection, by Friday,
November 3. If I do not receive the answers by that date, I will file a Motion to Compel.

Regarding Interrogatory No. 4, I believe that your client needs to be more forthcoming. If you
do not have at least a partial list at this time, I request that by November 3 I am given either a
partial list, plus each and every other item of information requested as to each witness, or a
timeline from your client as to when this information will be available. I cannot wait and get this
list of witnesses two days before any potential trial on this matter. Please get this information to
me on or before November 3.

Interrogatory No. 6 is not answered pursuant to the Interrogatory. This amounts to only what the
President, Mr. Reeve, believes. The Interrogatory did not ask what Mr. Reeve believes but it
asked him to state all the facts that support his allegations and the witnesses that will testify to
the supporting facts. Please answer No. 6 in full and without objection on or before November 3
or I will be forced to file a Motion to Compel.

Interrogatory No. 11 is, again, improperly answered. As the now acting President of the Good
Shepherd Humane Society which is the Intervenor in this action, it is Mr. Reeve's duty to, if not
to provide this information, then to investigate and provide the information requested in
Interrogatory No. 11. Again, I request that this information be provided to us on or before
November 3, 2006.

Interrogatories No. 13, 18, 22 and 23 seem to indicate that some information will be forthcoming
from individuals that will be forwarded to us. Please either get us this information by November
3, or, the same as with the witness list, provide a timeline as to when we may expect to have this
information.

Your answer to Interrogatory No. 14 is improper. The Rules of Civil Procedure do not allow for
the moving party to just say anything can be inspected at a place of their choosing. I am not
asking a question that requires Mr. Reeve or anyone of the Intervenors to comb through
voluminous business records to answer them. I am asking for this information to be delivered to
us. Please supplement your responses by November 3 and provide all the documents and items
requested in Interrogatory No. 14.

Your answer to Interrogatory No. 21 is improper. The Rules of Civil Procedure do not allow for
the moving party to just say anything can be inspected at a place of their choosing. I am not
asking a question that requires Mr. Reeve or anyone of the Intervenors to comb through
voluminous business records to answer them. I am asking for this information to be delivered to
us. Please supplement your responses by November 3 and provide all the documents and items
requested in Interrogatory No. 21.

Mr. Crow, this case needs to be resolved. I have endeavored on several occasions to attempt to
work out some form of settlement that would allow your client to continue to function and let

*Mr. Gerald K. Crow*
*Re: GSHS v. Harris, et al.*
*October 25, 2006*
*Page 3 of 3*

everybody go their own way. The amount of resistance and rancor that we have received has been somewhat perplexing. The Intervenor has admitted that on or about October 3, 2005, Marty Martinek was the President of the Good Shepherd Humane Society. Of course, you know this was at the time the mortgage was entered. The defense or reason you have stated is that the said mortgage was not executed pursuant to the statutory requirements of Arkansas Code Annotated 16-47-107. In reading the statute and then looking at this Admission of your client, I believe that it is clear that Marty Martinek was, in fact, President of the Good Shepherd Humane Society. In lieu of further formal discovery or depositions, and further legal expenses to both my client and whoever will be representing the Good Shepherd Humane Society, please enlighten me as to how your clients can still maintain that the mortgage is invalid. If you have cases, specific facts, or documents that lead you to this conclusion, please send them to me immediately. I know that my discovery requests were broad enough to encompass all of these items, and any attempt to not provide them would be, of course, skirting the rules of discovery. In lieu of your client running out and hiring another lawyer and spending a bunch of money on this, I am asking you to show me why this mortgage does not need to be repaid.

If you have any question or comment on the above, please do not hesitate to contact me at your earliest convenience. I look forward to hearing from you and hope to have my concerns with the discovery addressed correctly on or before November 3 or I will be filing a Motion to Compel. If I have been unclear in any of these points, please contact me and I will try to clarify them for you.

Highest personal regards,

LISLE LAW FIRM, P.A.

Gene A. Franco
Attorney at Law

GAF/mrc
cc:     Mr. John Reeve
        Client



19TH JUDICIAL DISTRICT · EAST
# STATE OF ARKANSAS
## CARROLL COUNTY
124 NORTH MAIN · P.O. DRAWER 231
BERRYVILLE, AR 72616

ALAN D. EPLEY
CIRCUIT JUDGE

TELEPHONE: (870) 423-7131
FAX: (870) 423-5824

December 11, 2006

Mr. Gene A. Franco
Lisle Law Firm, P.A.
1458 Plaza Place, Suite 101
Springdale, AR 72764-5273

Mr. Scott P. Harrison
Attorney at Law
2928 McKee Circle, Suite 121
Fayetteville, AR 72703

Mr. Eric Vester
Matthews, Campbell, Rhoads, McClure,
Thompson & Fryauf, P.A.
119 South Second St
Rogers, AR 72756-4525

Mr. Ben Wulff
Attorney at Law
113 Phillips Street
Green Forest, AR 72638

Mr. Jeff Conner
Attorney at Law
3398 East Huntsville Road
Fayetteville, AR 72701

Mr. John Reeve, President
Good Shepherd Humane Society
P. O. Box 285
Eureka Springs, AR 72632

Mr. Marty Martinek
484 Paradise Mtn. Road
Eureka Springs, AR 72632

Mr. Carter Rein
P. O. Box 3068
Eureka Springs, AR 72631

Mr. David Rush
3022 E. Van Buren, Suite E
Eureka Springs, AR 72632

Ms. Sharon Jacobson
57 Table Rock Drive
Holiday Island, AR 72631

Good Shepherd Humane Society, Inc.
6486 Hwy. 62 East
Eureka Springs, AR 72632

Re.    John Reeve, Intervenor v. Martinek, et al
       Carroll Circuit (WD) No. CV 2005-103

## NOTICE

The above referenced matter is hereby scheduled for a hearing on the motion to compel discovery on January 29, 2007, at the Western District Courthouse in Eureka Springs, Arkansas, at 1:00 P.M., or as soon thereafter as the docket will allow. Should you have a conflict with this setting, please advise as soon as possible

Sincerely yours,

Vicki J. Kell-Schneider
Trial Court Assistant

cc:    Court file
       Mr. Gerald Kent Crow

FILED
Ramona Wilson
JAN 0 3 2007
CLERK
CARROLL COUNTY
WESTERN DISTRICT

IN THE CIRCUIT COURT OF CARROLL COUNTY, ARKANSAS
WESTERN DISTRICT
CIVIL DIVISION

IN RE: THE GOOD SHEPHERD HUMANE SOCIETY, INC.

BY: THE BANK OF EUREKA SPRINGS                          PETITIONER
        VS.                              NO. CV-2005-103

JOHN REEVE, PRESIDENT
GOOD SHEPHERD HUMANE SOCIETY, INC.                      INTERVENOR
                                                        Third Party Petitioner

        VS.
GEORGE HARRIS, MARTY MARTINEK, BOYD
BUSH, SHIRLEY TINKIS, CARTER REIN,
MARILYN STOCKWELL, MAGGIE TATUM,
SHARON JACOBSON AND DAVID RUSH
AS PREVIOUS BOARD MEMBERS OF THE
GOOD SHEPHERD HUMANE SOCIETY, INC.                      RESPONDENTS.

## APPEARANCE

Rachel A. Runnels, Attorney at Law, for her entry of appearance, states:

1.      I have been employed as counsel on behalf of Intervenor/Third Party Petitioner. I respectfully request the Clerk enter my name as attorney of record for the aforesaid party in this case.

2.      I further request that copies of all pleadings and other papers served or filed in this action be served upon me.

Respectfully submitted,

Rachel A. Runnels, Bar No. 2003044
Attorney at Law
121 Spring Street
Eureka Springs, AR 72632
(479) 253-0300 (Phone)
(479) 253-0301 (Fax)

FILED
Ramona Wilson
JAN 26 2007
CLERK
CARROLL COUNTY
WESTERN DISTRICT

## CERTIFICATE OF SERVICE

I, Rachel A. Runnels, do hereby certify that I have served/will serve a true and correct copy of the above and foregoing document on this _25th_ day of _January_ , 200 7 , by fax and/or mail delivery to the following service list:

Mr. Scott P. Harrison                    Mr. John Reeve, President
2928 McKee Circle, Suite 121             Good Shepherd Humane Society
Fayetteville, AR 72703                    P.O. Box 285
                                         Eureka Springs, AR 72632

IN THE CIRCUIT COURT OF CARROLL COUNTY, ARKANSAS
WESTERN DISTRICT
CIVIL DIVISION

IN RE:  THE GOOD SHEPHERD HUMANE SOCIETY, INC.

BY:  THE BANK OF EUREKA SPRINGS            PETITIONER
      VS.                 NO.  CV- 2005-103

JOHN REEVE, PRESIDENT
GOOD SHEPHERD HUMANE SOCIETY, INC.      INTERVENOR
                             Third Party Petitioner
      VS.
GEORGE HARRIS, MARTY MARTINEK, BOYD
BUSH, SHIRLEY TINKIS, CARTER REIN,
MARILYN STOCKWELL, MAGGIE TATUM,
SHARON JACOBSON AND DAVID RUSH
AS PREVIOUS BOARD MEMBERS OF THE
GOOD SHEPHERD HUMANE SOCIETY, INC.      RESPONDENTS.

## APPEARANCE

Rachel A. Runnels, Attorney at Law, for her entry of appearance, states:

1.    I have been employed as counsel on behalf of Intervenor/Third Party Petitioner. I respectfully request the Clerk enter my name as attorney of record for the aforesaid party in this case.

2.    I further request that copies of all pleadings and other papers served or filed in this action be served upon me.

Respectfully submitted,

_Rachel A. Runnels_

Rachel A. Runnels, Bar No. 2003044
Attorney at Law
121 Spring Street
Eureka Springs, AR 72632
(479) 253-0300 (Phone)
(479) 253-0301 (Fax)

## CERTIFICATE OF SERVICE

I, Rachel A. Runnels, do hereby certify that I have served/will serve a true and correct copy of the above and foregoing document on this _25th_ day of _January_, 200_7_, by fax and/or mail delivery to the following service list:

Mr. Scott P. Harrison          Mr. John Reeve, President
2928 McKee Circle, Suite 121    Good Shepherd Humane Society
Fayetteville, AR 72703         P.O. Box 285
                            Eureka Springs, AR 72632

Mr. Marty Martinek
484 Paradise Mtn. Rd.
Eureka Springs, AR  72632

Mr. Gene A. Franco
Lisle Law Firm, P.A.
1458 Plaza Place, Suite 101
Springdale, AR  72764-5273

Mr. Ben Wulff
113 Phillips Street
Green Forest, AR  72638

Mr. Carter Rein
P.O. Box 3068
Eureka Springs, AR  72631

Mr. Jeff Conner
3398 E. Huntsville Rd.
Fayetteville, AR  72701

Mr. David Rush
3022 E. Van Buren, Suite E
Eureka Springs, AR  72632

Mr. Sharon Jacobson
57 Table Rock Drive
Holiday Island, AR 72631

Rachel A. Runnels

IN THE CIRCUIT COURT OF CARROLL COUNTY, ARKANSAS
WESTERN DISTRICT
CIVIL DIVISION

IN RE: THE GOOD SHEPHERD HUMANE SOCIETY, INC.

BY: THE BANK OF EUREKA SPRINGS                     PETITIONER
     VS.                      NO. CV-2005-103

JOHN REEVE, PRESIDENT
GOOD SHEPHERD HUMANE SOCIETY, INC.                 INTERVENOR
                                                   Third Party Petitioner

     VS.
GEORGE HARRIS, MARTY MARTINEK, BOYD
BUSH, SHIRLEY TINKIS, CARTER REIN,
MARILYN STOCKWELL, MAGGIE TATUM,
SHARON JACOBSON AND DAVID RUSH
AS PREVIOUS BOARD MEMBERS OF THE
GOOD SHEPHERD HUMANE SOCIETY, INC.                 RESPONDENTS.

## MOTION FOR CONTINUANCE

Comes now the Intervenor/Third-Party Petitioner, by and through his and its attorney, Rachel A. Runnels, Attorney at Law, and requests a continuance of the hearing on the Motion to Compel filed by the Lisle Law Firm scheduled for 1:00 p.m. on Monday, January 29, 2007, and states as follows:

1.     An application for admission to practice in the U.S. District Court for the Eastern and Western Districts of Arkansas is in process for attorney Runnels.

2.     Should that petition be granted, it is the intention of the Good Shepherd Humane Society, Inc., to immediately file for Chapter 11 Reorganization in the bankruptcy court.

3.     Attorney Runnels has spoken with Gene Franco, attorney of the Lisle Law Firm and he has no objections to said continuance.

WHEREFORE, the Intervenor/Third-Party Petitioner pray for an order of continuance continuing the hearing on the Motion to Compel.

Respectfully submitted,

_Rachel A. Runnels_

Rachel A. Runnels, Bar No. 2003044
Attorney at Law, 121 Spring Street
Eureka Springs, AR 72632
(479) 253-0300 (Phone)
(479) 253-0301 (Fax)

FILED
Ramona Wilson
JAN 2 6 2007
CIRCUIT CLERK
CARROLL COUNTY
WESTERN DISTRICT

IN THE CIRCUIT COURT OF CARROLL COUNTY, ARKANSAS
WESTERN DISTRICT
CIVIL DIVISION

IN RE: THE GOOD SHEPHERD HUMANE SOCIETY, INC.

BY: THE BANK OF EUREKA SPRINGS   **PETITIONER**
  VS.      NO. CV-2005-103

JOHN REEVE, PRESIDENT
GOOD SHEPHERD HUMANE SOCIETY, INC.   **INTERVENOR**
             **Third Party Petitioner**

  VS.
GEORGE HARRIS, MARTY MARTINEK, BOYD
BUSH, SHIRLEY TINKIS, CARTER REIN,
MARILYN STOCKWELL, MAGGIE TATUM,
SHARON JACOBSON AND DAVID RUSH
AS PREVIOUS BOARD MEMBERS OF THE
GOOD SHEPHERD HUMANE SOCIETY, INC.   **RESPONDENTS.**

## MOTION FOR CONTINUANCE

Comes now the Intervenor/Third-Party Petitioner, by and through his and its attorney, Rachel A. Runnels, Attorney at Law, and requests a continuance of the hearing on the Motion to Compel filed by the Lisle Law Firm scheduled for 1:00 p.m. on Monday, January 29, 2007, and states as follows:

1. An application for admission to practice in the U.S. District Court for the Eastern and Western Districts of Arkansas is in process for attorney Runnels.

2. Should that petition be granted, it is the intention of the Good Shepherd Humane Society, Inc., to immediately file for Chapter 11 Reorganization in the bankruptcy court.

3. Attorney Runnels has spoken with Gene Franco, attorney of the Lisle Law Firm and he has no objections to said continuance.

WHEREFORE, the Intervenor/Third-Party Petitioner pray for an order of continuance continuing the hearing on the Motion to Compel.

Respectfully submitted,

Rachel A. Runnels, Bar No. 2003044
Attorney at Law, 121 Spring Street
Eureka Springs, AR 72632
(479) 253-0300 (Phone)
(479) 253-0301 (Fax)

## CERTIFICATE OF SERVICE

I, Rachel A. Runnels, do hereby certify that I have served/will serve a true and correct copy of the above and foregoing document on this _25ᵗʰ_ day of _January_, 200_7_, by fax and/or mail delivery to the following service list:

Mr. Scott P. Harrison
2928 McKee Circle, Suite 121
Fayetteville, AR  72703

Mr. John Reeve, President
Good Shepherd Humane Society
P.O. Box 285
Eureka Springs, AR  72632

Mr. Marty Martinek
484 Paradise Mtn. Rd.
Eureka Springs, AR  72632

Mr. Gene A. Franco
Lisle Law Firm, P.A.
1458 Plaza Place, Suite 101
Springdale, AR  72764-5273

Mr. Ben Wulff
113 Phillips Street
Green Forest, AR  72638

Mr. Carter Rein
P.O. Box 3068
Eureka Springs, AR  72631

Mr. Jeff Conner
3398 E. Huntsville Rd.
Fayetteville, AR  72701

Mr. David Rush
3022 E. Van Buren, Suite E
Eureka Springs, AR  72632

Mr. Sharon Jacobson
57 Table Rock Drive
Holiday Island, AR 72631

Rachel A. Runnels

IN THE CIRCUIT COURT OF CARROLL COUNTY, ARKANSAS
WESTERN DISTRICT
CIVIL DIVISION

IN RE: THE GOOD SHEPHERD HUMANE SOCIETY, INC.

BY: THE BANK OF EUREKA SPRINGS                    PETITIONER
        VS.                    NO. CV- 2005-103

JOHN REEVE, PRESIDENT
GOOD SHEPHERD HUMANE SOCIETY, INC.                INTERVENOR
                                                  Third Party Petitioner

        VS.
GEORGE HARRIS, MARTY MARTINEK, BOYD
BUSH, SHIRLEY TINKIS, CARTER REIN,
MARILYN STOCKWELL, MAGGIE TATUM,
SHARON JACOBSON AND DAVID RUSH
AS PREVIOUS BOARD MEMBERS OF THE
GOOD SHEPHERD HUMANE SOCIETY, INC.                RESPONDENTS.

## ORDER OF CONTINUANCE

Now on this 26 day of January, 2007, upon the Motion for

Continuance filed herein on behalf of Intervenor/Third-Party Petitioner, and there being

no objections to said continuance, this matter is hereby continued to

_____ , 2007.

_____
CIRCUIT JUDGE



FILED
Ramona Wilson
JAN 2 9 2007
CLERK
CARROLL COUNTY
WESTERN DISTRICT

COPY



19TH JUDICIAL DISTRICT - EAST
# STATE OF ARKANSAS
# CARROLL COUNTY
124 NORTH MAIN • P.O. DRAWER 231
BERRYVILLE, AR 72616

**ALAN D. EPLEY**
CIRCUIT JUDGE

TELEPHONE: (870) 423-7131
FAX: (870) 423-5824

February 8, 2007

Ms. Rachel Runnels
Attorney at Law
121 Spring Street
Eureka Springs, AR 72632

Mr Gene A. Franco
Lisle Law Firm, P.A.
1458 Plaza Place, Suite 101
Springdale, AR 72764-5273

Mr Jeff Conner
Attorney at Law
3398 East Huntsville Road
Fayetteville, AR 72701

Mr. C. Eric Vester
Matthews, Campbell, Rhoads,
 McClure, Thompson & Fryauf
119 South Second Street
Rogers, AR 72756-4525

Mr. Scott P. Harrison
Attorney at Law
2928 McKee Circle, Suite 121
Fayetteville, AR 72703

Mr. Ben Wulff
Attorney at Law
113 Phillips
Green Forest, AR 72638

Mr. J. Christopher Harris
Attorney at Law
224 South 2nd Street
Rogers, AR 72756



Re:   John Reeve, Intervenor v. Martinek, et al
      Carroll Circuit (WD) No. CV 2005-103

      Rein v. Good Shepherd Humane Society, Inc.
      Carroll Circuit (WD) No. CV 2005-134

      Bush v. Good Shepherd Humane Society, Inc.
      Carroll Circuit (WD) No. CV 2005-135

## <u>NOTICE</u>

The above referenced matters are hereby scheduled for a status hearing on May 18, 2007, at 1:30 P.M., at the Western District Courthouse in Eureka Springs, Arkansas. Please notify all necessary parties to be present at that time.

Sincerely yours,

Vicki J. Kell-Schneider
Trial Court Assistant

cc    Mr. David Rush
      Court files



19TH JUDICIAL DISTRICT · EAST

# STATE OF ARKANSAS
# CARROLL COUNTY
### 124 NORTH MAIN · P.O. DRAWER 231
### BERRYVILLE, AR 72616

**ALAN D. EPLEY**
CIRCUIT JUDGE

TELEPHONE: (870) 423-7131
FAX: (870) 423-5824

February 21, 2007

Ms. Rachel Runnels
Attorney at Law
121 Spring Street
Eureka Springs, AR 72632

Mr. Gene A. Franco
Lisle Law Firm, P.A.
1458 Plaza Place, Suite 101
Springdale, AR 72764-5273

Mr. Jeff Conner
Attorney at Law
3398 East Huntsville Road
Fayetteville, AR 72701

Mr. C. Eric Vester
Matthews, Campbell, Rhoads,
McClure, Thompson & Fryauf
119 South Second Street
Rogers, AR 72756-4525

Mr. Scott P. Harrison
Attorney at Law
2928 McKee Circle, Suite 121
Fayetteville, AR 72703

Mr. Ben Wulff
Attorney at Law
113 Phillips
Green Forest, AR 72638

Mr. J. Christopher Harris
Attorney at Law
224 South 2nd Street
Rogers, AR 72756



Re. John Reeve, Intervenor v. Martinek, et al
Carroll Circuit (WD) No. CV 2005-103

Rein v. Good Shepherd Humane Society, Inc.
Carroll Circuit (WD) No. CV 2005-134

Bush v. Good Shepherd Humane Society, Inc.
Carroll Circuit (WD) No. CV 2005-135

## NOTICE

Due to a conflict on Mr. Vester's calendar, the status hearing in the above matters previously scheduled for May 18, 2007, is continued to June 12, 2007, at 1:30 P.M., or as soon thereafter as the docket will allow, at the Western District Courthouse in Eureka Springs, Arkansas. Please notify all necessary parties of this date change

Sincerely yours,

Vicki J. Kell-Schneider
Trial Court Assistant

cc: Mr. David Rush
Court files

Western District of Arkansas - NoticeOfFiling                    Page 1 of 1

United States Bankruptcy Court
Western District of Arkansas

## CV2005-103

### Notice of Bankruptcy Case Filing



**FILED**
**Electronically**
04/24/2007
**5:04 PM**

A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 11 of the United States Bankruptcy Code, entered on 04/24/2007 at 5:04 PM and filed on 04/24/2007.

The Good Shepherd Humane Society, Inc.
124 W. Van Buren
Eureka Springs, AR 72632
Tax id: 71-0458910

The case was filed by the debtor's attorney:

**Rachel A. Runnels**
Attorney at Law
125 Spring St.
Eureka Springs, AR 72632
(479) 253-0300

The case was assigned case number 3:07-bk-71212 to Judge Richard D. Taylor.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page http://www.arb.uscourts.gov or at the Clerk's Office, U.S. Bankruptcy Court, 35 E. Mountain St., Ste. 316, Fayetteville, AR 72701.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

**Jean Rolfs**
**Clerk, U.S. Bankruptcy Court**



| PACER Service Center | | |
|---|---|---|
| Transaction Receipt | | |
| 04/25/2007 11:07:36 | | |
| PACER Login: | rr2695 | Client Code: | |
| Description: | Notice of Filing | Search Criteria: | 3:07-bk-71212 |
| Billable Pages: | 1 | Cost: | 0.08 |



19TH JUDICIAL DISTRICT - EAST

# STATE OF ARKANSAS
# CARROLL COUNTY
124 NORTH MAIN • P.O. DRAWER 231
BERRYVILLE, AR 72616

**ALAN D. EPLEY**
CIRCUIT JUDGE

TELEPHONE: (870) 423-7131
FAX: (870) 423-5824

May 15, 2007

Ms. Rachel Runnels
Attorney at Law
121 Spring Street
Eureka Springs, AR 72632

Mr. Gene A. Franco
Lisle Law Firm, P.A.
1458 Plaza Place, Suite 101
Springdale, AR 72764-5273

Mr. Jeff Conner
Attorney at Law
3398 East Huntsville Road
Fayetteville, AR 72701

Mr. C. Eric Vester
Matthews, Campbell, Rhoads,
McClure, Thompson & Fryauf
119 South Second Street
Rogers, AR 72756-4525

Mr. Scott P. Harrison
Attorney at Law
2928 McKee Circle, Suite 121
Fayetteville, AR 72703

Mr. Ben Wulff
Attorney at Law
113 Phillips
Green Forest, AR 72638

Mr J. Christopher Harris
Attorney at Law
224 South 2nd Street
Rogers, AR 72756



FILED
Ramona Wilson
MAY 1 6 2007 ►
CIRCUIT CLERK
CARROLL COUNTY
WESTERN DISTRICT

Re:   John Reeve, Intervenor v. Martinek, et al
      Carroll Circuit (WD) No. CV 2005-103

      Rein v Good Shepherd Humane Society, Inc
      Carroll Circuit (WD) No. CV 2005-134

      Bush v. Good Shepherd Humane Society, Inc.
      Carroll Circuit (WD) No. CV 2005-135

Dear Attorneys:

It is my understanding that these proceedings are suspended due to bankruptcy filing. If you disagree, please let me know. Otherwise, the status hearings scheduled for June 12, 2007, are vacated and removed from the docket.

Sincerely yours,

Vicki J. Kell-Schneider
Trial Court Assistant

cc:   Court files
      Mr. David Rush

IN THE CIRCUIT COURT OF CARROLL COUNTY, ARKANSAS
WESTERN DISTRICT
CIVIL DIVISION

IN RE:GOOD SHEPHERD HUMANE SOCIETY, INC.

By:        THE BANK OF EUREKA SPRINGS        PETITIONER

No. CV-2005-103

JOHN REEVE, PRESIDENT
GOOD SHEPHERD HUMANE
SOCIETY, INC.        INTERVENOR
Third-Party Petitioner

vs.

GEORGE HARRIS, MARTY MARTINEK,
BOYD BUSH, SHIRLEY TINKIS, CARTER
REIN, MARILYN STOCKWELL, MAGGIE
TATUM, SHARON JOCOBSON and DAVID
RUSH AS PREVIOUS BOARD MEMBERS
OF THE GOOD SHEPHERD HUMANE
SOCIETY, INC.        RESPONDENTS

## ENTRY OF APPEARANCE AND
## MOTION FOR SUBSTITUTION OF COUNSEL

Defendant Good Shepherd Humane Society, Inc. by and through one of its attorneys, Eric Berger of Wright, Lindsey & Jennings LLP, submits the following Entry of Appearance and Motion for Substitution of Counsel, and states:

1.    Good Shepherd Humane Society, Inc. ("Movant") moves the Court to have Eric Berger, WRIGHT, LINDSEY & JENNINGS LLP, substituted as its counsel for Rachel Runnels in this matter.

2.    Movant further requests that upon entry of the order substituting counsel, that Ms. Runnels be relieved of any further duties in connection with the representation of Movant.

730615-v1

3.      Eric Berger of Wright, Lindsey & Jennings LLP, hereby enters an appearance as counsel of record for Movant in this matter and certifies that he is in good standing and licensed to practice in this Court.

WHEREFORE, Good Shepherd Humane Society, Inc. prays that Eric Berger of Wright, Lindsey & Jennings LLP be substituted as counsel of record in this matter and for all other proper relief.

Respectfully submitted,

WRIGHT, LINDSEY & JENNINGS LLP
903 N. 47th Street – Suite 101
Rogers, Arkansas 72756
Email: eberger@wlj.com
Phone: (479) 986-0888
Fax: (479) 986-8932

By _____
Eric Berger (2004210)
Attorneys for Good Shepherd Humane Society, Inc.

730615-v1                                -2-

## CERTIFICATE OF SERVICE

On November 29, 2007, a copy of the foregoing was served by U.S. Mail on:

Scott P. Harrison
2928 McKee Circle, Suite 121
Fayetteville, AR 72703

Gene A. Franco
1458 Plaza Place, Suite 101
Springdale, AR 72764-5273

Ben Wulff
113 Phillips Street
Green Forest, AR 72638

Rachel Runnels
125 Spring Street
Eureka Springs, AR 72632

Jeff Conner
3398 East Huntsville Road
Fayetteville, AR 72701

C. Eric Vester
119 South 2nd Street
Rogers, AR 72756

J. Christopher Harris
224 South 2nd Street
Rogers, AR 72756

Eric Berger

730615-v1                                    - 3 -