## COVER SHEET FOR MONTHLY OPERATING REPORTS

CASE NAME:  The Good Shepherd Humane Society, Inc.

CASE NUMBER:  3:07-bk-71212-B

Debtor hereby submits the attached MONTHLY OPERATING REPORT

for the month of  February , 2008 .

CASE NAME: The Good Shepherd Humane Society, Inc.     MONTHLY OPERATING REPORTS     FORM OPR-1A
CASE NUMBER: 3:07-bk-71212-B     COMPARATIVE BALANCE SHEETS

| ASSETS | PETITION DATE 04/24/07 | MONTH ENDING 05/31/07 | MONTH ENDING 06/30/07 | MONTH ENDING 07/31/07 | MONTH ENDING 08/31/07 | MONTH ENDING 09/30/07 | MONTH ENDING 10/31/07 | MONTH ENDING 11/30/07 | MONTH ENDING 12/31/07 | MONTH ENDING 01/31/08 | MONTH ENDING 02/29/08 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **CURRENT ASSETS** | | | | | | | | | | | |
| Cash | 49,119 | 64,954 | 64,444 | 64,407 | 58,736 | 52,745 | 46,357 | 48,848 | 43,094 | 37,311 | 34,036 |
| Accounts Receivable, Net (Sched. A) | 0 | 0 | 0 | 0 | 0 | 0 | NONE | 0 | 0 | 0 | 0 |
| Inventory, At Lower Of Cost Or Market | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Prepaid Expenses | 3,486 | 3,139 | 2,551 | 2,069 | 1,596 | 1,124 | 652 | 3,505 | 3,009 | 2,512 | 3,963 |
| Other | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | |
| | | | | | | | | | | | |
| Total Current Assets | 52,605 | 68,093 | 66,995 | 66,475 | 60,332 | 53,869 | 47,009 | 52,353 | 46,103 | 39,824 | 37,999 |
| | | | | | | | | | | | |
| PROPERTY, PLANT & EQUIP (Sched. B) | 173,607 | 173,607 | 173,607 | 175,227 | 179,572 | 181,645 | 183,147 | 184,519 | 187,079 | 187,079 | 187,769 |
| Less Accumulated Depreciation | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| | | | | | | | | | | | |
| Net Property | 173,607 | 173,607 | 173,607 | 175,227 | 179,572 | 181,645 | 183,147 | 184,519 | 187,079 | 187,079 | 187,769 |
| | | | | | | | | | | | |
| OTHER ASSETS (Describe) | 201,692 | 201,692 | 201,692 | 201,692 | 201,692 | 201,692 | 201,692 | 201,692 | 201,692 | 201,692 | 201,692 |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| Total Other Assets | 201,692 | 201,692 | 201,692 | 201,692 | 201,692 | 201,692 | 201,692 | 201,692 | 201,692 | 201,692 | 201,692 |
| | | | | | | | | | | | |
| TOTAL ASSETS | 427,904 | 443,392 | 442,293 | 443,394 | 441,596 | 437,207 | 431,848 | 438,564 | 434,874 | 428,595 | 427,460 |

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOLLOWING OPERATING REPORTS, CONSISTING OF _32_ PAGES ARE TRUE AND CORRECT.

Date submitted _3-25-08_     Signed _____     _Sharon Kendrick_
(Printed name of signatory)

3:07-bk-71212  Doc#: 91  Filed: 03/25/08  Entered: 03/25/08 09:46:32  Page 2 of 32

CASE NAME: The Good Shepherd Humane Society, Inc.  
CASE NUMBER: 3:07-bk-71212-B

MONTHLY OPERATING REPORTS  
COMPARATIVE BALANCE SHEETS

FORM OPR-1A

3:07-bk-71212 Doc#: 91 Filed: 03/25/08 Entered: 03/25/08 09:46:32 Page 3 of 32

| ASSETS | PETITION DATE 04/24/07 | MONTH ENDING 05/31/07 | MONTH ENDING 06/30/07 | MONTH ENDING 07/31/07 | MONTH ENDING 08/31/07 | MONTH ENDING 09/30/07 | MONTH ENDING 10/31/07 | MONTH ENDING 11/30/07 | MONTH ENDING 12/31/07 | MONTH ENDING 01/31/08 | MONTH ENDING 02/29/08 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **CURRENT ASSETS** | | | | | | | | | | | |
| Cash | 49,119 | 64,954 | 64,444 | 64,407 | 58,736 | 52,745 | 46,357 | 48,848 | 43,094 | 37,311 | 34,036 |
| Accounts Receivable, Net (Sched. A) | 0 | 0 | 0 | 0 | 0 | 0 | NONE | 0 | 0 | 0 | 0 |
| Inventory, At Lower Of Cost Or Market | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Prepaid Expenses | 3,486 | 3,139 | 2,551 | 2,069 | 1,596 | 1,124 | 652 | 3,505 | 3,009 | 2,512 | 3,963 |
| Other | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | |
| | | | | | | | | | | | |
| Total Current Assets | 52,605 | 68,093 | 66,995 | 66,475 | 60,332 | 53,869 | 47,009 | 52,353 | 46,103 | 39,824 | 37,999 |
| | | | | | | | | | | | |
| **PROPERTY, PLANT & EQUIP (Sched. B)** | 173,607 | 173,607 | 173,607 | 175,227 | 179,572 | 181,645 | 183,147 | 184,519 | 187,079 | 187,079 | 187,769 |
| Less Accumulated Depreciation | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| | | | | | | | | | | | |
| Net Property | 173,607 | 173,607 | 173,607 | 175,227 | 179,572 | 181,645 | 183,147 | 184,519 | 187,079 | 187,079 | 187,769 |
| | | | | | | | | | | | |
| **OTHER ASSETS (Describe)** | 201,692 | 201,692 | 201,692 | 201,692 | 201,692 | 201,692 | 201,692 | 201,692 | 201,692 | 201,692 | 201,692 |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| Total Other Assets | 201,692 | 201,692 | 201,692 | 201,692 | 201,692 | 201,692 | 201,692 | 201,692 | 201,692 | 201,692 | 201,692 |
| | | | | | | | | | | | |
| **TOTAL ASSETS** | 427,904 | 443,392 | 442,293 | 443,394 | 441,596 | 437,207 | 431,848 | 438,564 | 434,874 | 428,595 | 427,460 |

CASE NAME: The Good Shepherd Humane Society, Inc.    MONTHLY OPERATING REPORTS
CASE NUMBER: 3:07-bk-71212-B    COMPARATIVE BALANCE SHEETS

| LIABILITIES & STOCKHOLDERS' EQUITY | PETITION DATE 04/24/07 | MONTH ENDING 05/31/07 | MONTH ENDING 06/30/07 | MONTH ENDING 07/31/07 | MONTH ENDING 08/31/07 | MONTH ENDING 09/30/07 | MONTH ENDING 10/31/07 | MONTH ENDING 11/30/07 | MONTH ENDING 12/31/07 | MONTH ENDING 01/31/08 | MONTH ENDING 02/29/08 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **LIABILITIES** | | | | | | | | | | | |
| Post Petition Liabilities (Sched. C) | 1,415 | 3,016 | 4,834 | 6,103 | 6,627 | 7,980 | 9,348 | 7,200 | 7,396 | 7,390 | 7,882 |
| | | | | | | | | | | | |
| Pre Petition Liabilities | | | | | | | | | | | |
| Notes Payable - Secured | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Priority Debt | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Unsecured Debt | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Other | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | | | | | | | | | | |
| Total Pre Petition Liabilities | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | | | | | | | | | | |
| Total Liabilities | 1,415 | 3,016 | 4,834 | 6,103 | 6,627 | 7,980 | 9,348 | 7,200 | 7,396 | 7,390 | 7,882 |
| | | | | | | | | | | | |
| **EQUITY** | | | | | | | | | | | |
| | | | | | | | | | | | |
| Unrestricted net assets | 9,790 | 15,457 | 15,457 | 13,836 | 9,492 | 6,513 | 5,011 | 3,639 | 1,079 | 1,079 | 389 |
| Restricted net assets | 375,299 | 375,299 | 375,299 | 376,919 | 381,264 | 383,337 | 384,839 | 386,211 | 388,771 | 388,771 | 389,461 |
| Retained Earnings | | | | | | | | | | | |
| Through Filing Date | 41,400 | 41,400 | 41,400 | 41,400 | 41,400 | 41,400 | 41,400 | 41,400 | 41,400 | 41,400 | 41,400 |
| Post Filing Date | 0 | 8,221 | 5,303 | 5,136 | 2,813 | (2,024) | (8,750) | 115 | (3,772) | (10,045) | (11,672) |
| | | | | | | | | | | | |
| Total Stockholders' Equity | 426,489 | 440,377 | 437,459 | 437,291 | 434,969 | 429,226 | 422,500 | 431,365 | 427,478 | 421,204 | 419,578 |
| | | | | | | | | | | | |
| TOTAL LIAB & STOCKHOLDERS' EQUITY | 427,904 | 443,392 | 442,293 | 443,394 | 441,596 | 437,207 | 431,848 | 438,564 | 434,874 | 428,595 | 427,460 |

CASE NAME: The Good Shepherd Humane Society, Inc.
CASE NUMBER: 3:07-bk-71212-B

FORM OPR-2

STATEMENT OF INCOME (LOSS)

| | MONTH ENDING 05/31/07 | MONTH ENDING 06/30/07 | MONTH ENDING 07/31/07 | MONTH ENDING 08/31/07 | MONTH ENDING 09/30/07 | MONTH ENDING 10/31/07 | MONTH ENDING 11/30/07 | MONTH ENDING 12/31/07 | MONTH ENDING 01/31/08 | MONTH ENDING 02/29/08 | YEAR TO DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GROSS SALES (INCOME) | 29,643 | 16,013 | 19,853 | 19,538 | 15,721 | 21,942 | 31,579 | 18,533 | 16,144 | 18,391 | 207,357 |
| | | | | | | | | | | | |
| COST OF GOODS SOLD | | | | | | | | | | | |
| Cost of Revenues | 5,617 | 5,983 | 7,578 | 9,215 | 8,394 | 10,502 | 8,874 | 9,820 | 7,317 | 7,651 | 80,950 |
| Labor - Direct | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Manufacturing Overhead | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | | | | | | | | | | |
| Total Cost of Goods Sold | 5,617 | 5,983 | 7,578 | 9,215 | 8,394 | 10,502 | 8,874 | 9,820 | 7,317 | 7,651 | 80,950 |
| | | | | | | | | | | | |
| GROSS PROFIT | 24,026 | 10,031 | 12,276 | 10,323 | 7,328 | 11,440 | 22,704 | 8,714 | 8,826 | 10,740 | 126,407 |
| | | | | | | | | | | | |
| OPERATING EXPENSES | | | | | | | | | | | |
| Selling & Marketing | 45 | 0 | 97 | 376 | 67 | 0 | 0 | 0 | 0 | 0 | 585 |
| Executive & Mgmt. Salaries | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Office & Other Salaries | 5,752 | 8,184 | 6,838 | 7,737 | 8,537 | 13,478 | 9,560 | 9,492 | 9,789 | 8,981 | 88,349 |
| Rent | 736 | 700 | 700 | 700 | 700 | 700 | 700 | 700 | 700 | 700 | 7,036 |
| Other (Attach Schedule) | 2,932 | 4,063 | 3,484 | 3,526 | 2,616 | 3,230 | 3,340 | 2,408 | 2,031 | 1,923 | 29,553 |
| | | | | | | | | | | | |
| Total Operating Expenses | 9,465 | 12,948 | 11,119 | 12,339 | 11,920 | 17,407 | 13,600 | 12,600 | 12,520 | 11,603 | 125,523 |
| | | | | | | | | | | | |
| OTHER EXPENSES | | | | | | | | | | | |
| Quarterly Fees | 0 | 0 | 500 | 0 | 0 | 500 | 0 | 0 | 750 | 0 | 1,750 |
| Depreciation | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Interest | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Attorney's Fees | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Other Professional Fees | 0 | 0 | 824 | 307 | 244 | 258 | 239 | 0 | 1,830 | 763 | 4,466 |
| | | | | | | | | | | | |
| Total Other Expenses | 0 | 0 | 1,324 | 307 | 244 | 758 | 239 | 0 | 2,580 | 763 | 6,216 |
| | | | | | | | | | | | |
| Total Expenses | 9,465 | 12,948 | 12,443 | 12,646 | 12,165 | 18,166 | 13,839 | 12,600 | 15,100 | 12,366 | 131,739 |
| | | | | | | | | | | | |
| NET INCOME (LOSS) | 14,561 | (2,917) | (168) | (2,323) | (4,837) | (6,726) | 8,865 | (3,887) | (6,274) | (1,627) | (5,332) |

3:07-bk-71212 Doc#: 91 Filed: 03/25/08 Entered: 03/25/08 09:46:32 Page 5 of 32

3:07-bk-71212  Doc#: 91  Filed: 03/25/08  Entered: 03/25/08 09:46:32  Page 6 of 32

| | MONTH ENDING 05/31/07 | MONTH ENDING 06/30/07 | MONTH ENDING 07/31/07 | MONTH ENDING 08/31/07 | MONTH ENDING 09/30/07 | MONTH ENDING 10/31/07 | MONTH ENDING 11/30/07 | MONTH ENDING 12/31/07 | MONTH ENDING 01/31/08 | MONTH ENDING 02/29/08 | YEAR TO DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **CASH DIFFERENCE** | | | | | | | | | | | |
| Current Ending Cash Balance | 64,954 | 64,444 | 64,407 | 58,736 | 52,745 | 46,357 | 48,848 | 43,094 | 37,311 | 34,036 | 480,897 |
| Less Ending Prior Month Balance | 49,119 | 64,954 | 64,444 | 64,407 | 58,736 | 52,745 | 46,357 | 48,848 | 43,094 | 37,311 | 492,705 |
| NET CASH INCREASE(DECREASE) | 15,835 | (510) | (37) | (5,671) | (5,990) | (6,388) | 2,491 | (5,754) | (5,783) | (3,275) | (11,808) |
| **SOURCES OF CASH** | | | | | | | | | | | |
| Income (Loss) From Operations | 14,561 | (2,917) | (168) | (2,323) | (4,837) | (6,726) | 8,865 | (3,887) | (6,274) | (1,627) | (3,705) |
| Add: Non-cash items (Depr. & Amort.) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Cash Generated From Operations | 14,561 | (2,917) | (168) | (2,323) | (4,837) | (6,726) | 8,865 | (3,887) | (6,274) | (1,627) | (3,705) |
| Add: Decrease in Assets | | | | | | | | | | | |
| Accounts Receivable | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Inventory | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Prepaid Expenses | 347 | 588 | 482 | 472 | 472 | 472 | 0 | 496 | 496 | 0 | 3,827 |
| Property, Plant & Equipment | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Other Current Assets | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Other Assets | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Increase in Liabilities: | | | | | | | | | | | |
| Post Petition Liabilities | 1,601 | 1,818 | 1,269 | 524 | 1,353 | 1,367 | 0 | 196 | 0 | 492 | 8,129 |
| Pre Petition Liabilities | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| TOTAL SOURCES OF CASH | 16,508 | (510) | 1,583 | (1,326) | (3,011) | (4,886) | 8,865 | (3,194) | (5,777) | (1,134) | 8,251 |
| **USE OF CASH** | | | | | | | | | | | |
| Subtract: Increase in Assets | | | | | | | | | | | |
| Accounts Receivable | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Inventory | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Prepaid Expenses | 0 | 0 | 0 | 0 | 0 | 0 | 2,853 | 0 | 0 | 1,451 | 2,853 |
| Property, Plant & Equipment | 0 | 0 | 1,620 | 4,345 | 2,074 | 1,502 | 1,372 | 2,560 | 0 | 690 | 13,472 |
| Other Current Assets | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Other Assets | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Decrease in Liabilities: | | | | | | | | | | | |
| Post Petition Liabilities | 0 | 0 | 0 | 0 | 0 | 0 | 2,148 | 0 | 6 | 0 | 2,154 |
| Pre Petition Liabilities | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| TOTAL USE OF CASH | 0 | 0 | 1,620 | 4,345 | 2,074 | 1,502 | 6,374 | 2,560 | 6 | 2,141 | 18,480 |
| NET CASH INCREASE (DECREASE) | 16,508 | (510) | (37) | (5,671) | (5,085) | (6,388) | 2,491 | (5,754) | (5,783) | (3,275) | (10,229) |

CASE NAME: The Good Shepherd Humane Society, Inc.
CASE NUMBER: 3:07-bk-71212-B

SCHEDULE OF ACCOUNTS RECEIVABLE AGING

SCHEDULE A

3:07-bk-71212 Doc#: 91 Filed: 03/25/08 Entered: 03/25/08 09:46:32 Page 7 of 32

| | TOTAL ACCOUNTS RECEIVABLE | 0-30 DAYS | 31-60 DAYS | 61-90 DAYS | 91-120 DAYS | OVER 120 DAYS |
|---|---|---|---|---|---|---|
| Date of Filing: 4/24/07 | NONE | NONE | NONE | NONE | NONE | NONE |
| % of Total | 100% | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! |
| Month: 05/07 | NONE | NONE | NONE | NONE | NONE | NONE |
| % of Total | 100% | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! |
| Month: 06/07 | NONE | NONE | NONE | NONE | NONE | NONE |
| % of Total | 100% | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! |
| Month: 07/07 | NONE | NONE | NONE | NONE | NONE | NONE |
| % of Total | 100% | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! |
| Month: 08/07 | NONE | NONE | NONE | NONE | NONE | NONE |
| % of Total | 100% | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! |
| Month: 09/07 | NONE | NONE | NONE | NONE | NONE | NONE |
| % of Total | 100% | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! |
| Month: 10/07 | NONE | NONE | NONE | NONE | NONE | NONE |
| % of Total | 100% | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! |
| Month: 11/07 | NONE | NONE | NONE | NONE | NONE | NONE |
| % of Total | 100% | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! |
| Month: 12/07 | NONE | NONE | NONE | NONE | NONE | NONE |
| % of Total | 100% | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! |
| Month: 1/08 | NONE | NONE | NONE | NONE | NONE | NONE |
| % of Total | 100% | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! |
| Month: 2/08 | NONE | NONE | NONE | NONE | NONE | NONE |
| % of Total | 100% | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! |
| | NONE | NONE | NONE | NONE | NONE | NONE |
| | 100% | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! |
| | NONE | NONE | NONE | NONE | NONE | NONE |
| | 100% | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! |

CASE NAME: The Good Shepherd Humane Society, I SCHEDULE OF FIXED ASSETS  SCHEDULE B
CASE NUMBER: 3:07-bk-71212-B

| FIXED ASSETS: | MONTH 05/31/07 | MONTH 06/30/07 | MONTH 07/31/07 | MONTH 08/31/07 | MONTH 09/30/07 | MONTH 10/31/07 | MONTH 11/30/07 | MONTH 12/31/07 | MONTH 01/31/08 | MONTH 02/29/08 |
|---|---|---|---|---|---|---|---|---|---|---|
| Buildings | 241,213 | 241,213 | 242,408 | 244,978 | 246,351 | 246,351 | 246,351 | 248,911 | 248,911 | 248,911 |
| Land | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 |
| Improvements | 42,834 | 42,834 | 43,259 | 45,034 | 45,734 | 46,538 | 47,910 | 47,910 | 47,910 | 48,600 |
| Office Furniture | 4,379 | 4,379 | 4,379 | 4,379 | 4,379 | 4,379 | 4,379 | 4,379 | 4,379 | 4,379 |
| Office Equipment | 28,607 | 28,607 | 28,607 | 28,607 | 28,607 | 29,305 | 29,305 | 29,305 | 29,305 | 29,305 |
| Computer Equipment | 3,048 | 3,048 | 3,048 | 3,048 | 3,048 | 3,048 | 3,048 | 3,048 | 3,048 | 3,048 |
| Shop Machinery | 744 | 744 | 744 | 744 | 744 | 744 | 744 | 744 | 744 | 744 |
| Shop Equipment | | | | | | | | | | |
| Automobiles | | | | | | | | | | |
| Vans | 4,475 | 4,475 | 4,475 | 4,475 | 4,475 | 4,475 | 4,475 | 4,475 | 4,475 | 4,475 |
| Trucks | | | | | | | | | | |
| Trailers | | | | | | | | | | |
| Heavy Equipment | | | | | | | | | | |
| Other Vehicles | | | | | | | | | | |
| Major Tools | | | | | | | | | | |
| Boat & Airplane | | | | | | | | | | |
| Warehouse Equipment | | | | | | | | | | |
| Other_____ | | | | | | | | | | |
| | | | | | | | | | | |
| TOTAL FIXED ASSETS | 375,298 | 375,298 | 376,919 | 381,264 | 383,337 | 384,839 | 386,211 | 388,771 | 388,771 | 389,461 |

CASE NAME: The Good Shepherd Humane Society, I SCHEDULE OF POST PETITION DEBT  SCHEDULE C
CASE NUMBER: 3:07-bk-71212-B

| | MONTH 05/31/07 | MONTH 06/30/07 | MONTH 07/31/07 | MONTH 08/31/07 | MONTH 09/30/07 | MONTH 10/31/07 | MONTH 11/30/07 | MONTH 12/31/07 | MONTH 01/31/08 | MONTH 02/29/08 |
|---|---|---|---|---|---|---|---|---|---|---|
| TRADE ACCOUNTS PAYABLE | 1,536 | 2,713 | 4,376 | 4,573 | 5,723 | 5,889 | 4,589 | 4,893 | 4,896 | 5,532 |
| TAXES PAYABLE: | | | | | | | | | | |
| Federal Payroll Taxes | 1,226 | 1,743 | 1,502 | 1,763 | 1,915 | 3,040 | 2,137 | 2,127 | 2,168 | 1,963 |
| State Payroll Taxes | 254 | 378 | 225 | 292 | 343 | 419 | 474 | 376 | 326 | 388 |
| State Sales Taxes | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| Local Payroll Taxes | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| Real Estate & Pers. Prop. Taxes | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| Other_____ | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| TOTAL TAXES PAYABLE | 1,480 | 2,121 | 1,727 | 2,055 | 2,257 | 3,459 | 2,611 | 2,503 | 2,494 | 2,351 |
| OTHER LIABILITIES: | | | | | | | | | | |
| Post Petition Secured Debt | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Accrued Interest Payable | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Other Accrued Liabilities | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | | | | | | | | | |
| TOTAL OTHER LIABILITIES | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| TOTAL POST PETITION DEBT | 3,016 | 4,834 | 6,103 | 6,627 | 7,980 | 9,348 | 7,200 | 7,396 | 7,390 | 7,882 |

CASE NAME: The Good Shepherd Humane Society, Inc.
CASE NUMBER: 3:07-bk-71212-B

Page 1 of 1

### SCHEDULE OF OTHER EXPENSES

| | MONTH ENDING 05/31/07 | MONTH ENDING 06/30/07 | MONTH ENDING 07/31/07 | MONTH ENDING 08/31/07 | MONTH ENDING 09/30/07 | MONTH ENDING 10/31/07 | MONTH ENDING 11/30/07 | MONTH ENDING 12/31/07 | MONTH ENDING 01/31/08 | MONTH ENDING 02/29/08 |
|---|---|---|---|---|---|---|---|---|---|---|
| Payroll Taxes | 486 | 687 | 564 | 631 | 698 | 1,099 | 887 | 627 | 828 | 759 |
| Office Exp's | 1,073 | 1,013 | 481 | 821 | 983 | 910 | 1,408 | 422 | 529 | 477 |
| Telephone | 0 | 176 | 241 | 186 | 0 | 322 | 234 | 372 | 122 | 244 |
| Insurance | 472 | 687 | 472 | 472 | 472 | 472 | 496 | 496 | 496 | 419 |
| Maintenance | 900 | 1,500 | 1,726 | 1,416 | 463 | 427 | 316 | 490 | 56 | 25 |
| | | | | | | | | | | |
| Total Other Expenses | 2,932 | 4,063 | 3,484 | 3,526 | 2,616 | 3,230 | 3,340 | 2,408 | 2,031 | 1,923 |

CASE  NAME: The Good Shepherd Humane Society, Inc.          (revised 3-94)
CASE  NUMBER: 3:07-bk-71212-B                              Schedule D
                                                          Page 1 of 2

## SUMMARY  OF  SIGNIFICANT  ITEMS
Month of   February 2008

### 1.  Insurance Coverage

|  | Carrier/ agent Name | Amount of Coverage | Policy Expiration Date | Premium Paid thru Date |
|---|---|---|---|---|
| Workers' Compensation | FIRST COMP INSURANCE | STATUTORY | 02/01/09 | 02/01/09 |
| General Liability | JACKSON INSR AGENCY | 100,000 | 11/08/08 | 11/08/08 |
| Excess Liability | | | | |
| Fire & Extended Coverage | | | | |
| Vehicle Liability | SHELTER INSUR | 50,000 | 06/30/08 | 06/30/08 |
| Vehicle Collision | | | | |
| Theft | | | | |
| Other(specify) | | | | |

### 2.  Statement of Payments of Secured Creditors
(list all payments made to secured creditors during the month & the purpose
for such payment, i.e. Court ordered adequate protection cash collateral payments)

| Payee | Description | Amount Paid this Month | Total Paid Post petition |
|---|---|---|---|
| NONE | | | |
| | | | |
| | | | |

### 3. Tax Payments Made This Month (Not Accruals) (attach copies of tax receipts or checks)

|  | Date Paid | Amount Paid | Post Petition Taxes Unpaid(agrees to Sch. C) |
|---|---|---|---|
| Federal Payroll W/H Taxes | NONE | | |
| Federal Payroll W/H Taxes | NONE | | |
| Federal Payroll W/H Taxes | 02/15/08 | 2,168 | 1,963 |
| Federal Payroll W/H Taxes | NONE | | |
| Fed. Unemployment Taxes | NONE | | NONE |
| State Payroll W/H Taxes | 02/15/08 | 248 | 238 |
| State Unemployment Taxes | | | 150 |
| State Sales & Use Taxes | NONE | | |
| Property Taxes | NONE | | |
| Other | NONE | | |

CASE NAME: The Good Shepherd Humane Society, Inc.  
CASE NUMBER: 3:07-bk-71212-B

Revised 10-96  
Schedule D  
Page 2 of 2

## SUMMARY OF SIGNIFICANT ITEMS
.  Month of February 2008

### 4. Compensation Payments Made This Month (Not Accruals)
(List all payments made to owners of proprietorships; partners of partnerships; officers, directors and shareholders of corporations)

| Name | Amount | Date of Court Order Authorizing Payment |
|------|--------|------------------------------------------|
| NONE |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

### 5. Payments Made This Month To Professionals (Not Accruals)

| Professional | Amount | Date of Court Order Authorizing Payment |
|--------------|--------|------------------------------------------|
| Attorney(s) |  |  |
| Accountant(s) |  |  |
| Management Co.(s) |  |  |
| Appraiser(s) |  |  |
| Other (specify) |  |  |
|  |  |  |

### 6. Record of Disbursement and Payment of Quarterly Fees

| Period Ending | *Total Disbursements | Quarterly Totals | Quarterly Fee ** | Date Paid | Amount Paid | Check Number |
|---------------|----------------------|------------------|------------------|-----------|-------------|--------------|
| April | $ |  |  |  |  |  |
| May | $13,762.01 |  |  |  |  |  |
| June | $16,758.52 | $30,520.53 | 500.00 | 07/23/07 | $500.00 | 5113 |
| July | $20,115.89 |  |  |  |  |  |
| August | $23,637.13 |  |  |  |  |  |
| September | $21,758.18 | $65,511.20 | 500.00 | 10/15/07 | $500.00 | 5261 |
| October | $28,269.86 |  |  |  |  |  |
| November | $29,205.65 |  |  |  |  |  |
| December | $24,442.96 | $81,918.47 | 750.00 | 01/14/08 | $750.00 | 5419 |
| January | $22,030.55 |  |  |  |  |  |
| February | $21,750.64 |  |  |  |  |  |
| March |  | $43,781.19 |  |  |  |  |

* Each month list the total money spent for all purposes. At the end of the quarter, add the monthly totals. This is the amount used to compute the quarterly fee due the U.S. Trustee, from the table below.

**Effective 10-01-96 [$-0- to $14,999.99 = $250.00]......[$15,000 to $74,999.99 = $500.00]......[$75,000 to $149,999.99 = $750.00]......[$150,000 to $224,999.99 = $1,250.00]......[$225,000 to $299,999.99 = $1,500.00].....[$300,000 to $999,999.99 = $3,750.00]......[$1,000,000 to $1,999,999.99 = $5,000.00]......[$2,000,000 to $2,999,999.99 = $7,500.00]......$3,000,000 to $4,999,999.99 = $8,000.00]......[$5,000,000 or more = $10,000.00]

**Balance Sheet**
**As of 02/29/08**

The Good Shepherd Humane Society, Inc.
3:07bk-71212-B

**GOOD SHEPHERD HUMANE SOCIETY (GSH)**

## ASSETS

### CURRENT ASSETS

| | | |
|---|---|---|
| CASH ON HAND | 50.00 | |
| PETTY CASH SHELTER | 50.00 | |
| CASH ON HAND:THRFT | 50.00 | |
| CASH ON HAND: MO THRIFT | 25.00 | |
| CASH-IN BANK - CHECKING 1179** | 14,713.54 | |
| BANK OF ES, GENERAL ACCT | 17,941.97 | |
| BANK OF ES, TAX ACCOUNT | 246.51 | |
| BES BANK ACCT 212415 ** | 460.89 | |
| BES BANK ACCT 216663 ** | 498.00 | |
| **Total CURRENT ASSETS:** | | 34,035.91 |

### FIXED ASSETS

| | | |
|---|---|---|
| PREPAID EXPENSES | 196.23 | |
| PREPAID INSURANCE | 3,767.15 | |
| **Total FIXED ASSETS:** | | 3,963.38 |

### PROPERTY AND EQUIPMENT

| | | |
|---|---|---|
| BLDG - W. VAN BUREN | 86,672.50 | |
| MINI BARN | 2,060.00 | |
| STORAGE SHEDS- SHELTER | 3,348.00 | |
| STORAGE SHED - ES THRIFT STORE | 2,748.50 | |
| PORTABLE BUILDING- MO STORE | 2,390.00 | |
| EQUIPMENT & MACHINERY | 9,081.15 | |
| EQUIPMENT & MACHINERY-SHELTER | 20,223.59 | |
| COMPUTER EQUIPMENT - SHELTER | 2,052.50 | |
| COMPUTER SOFTWARE - SHELTER | 995.00 | |
| WASHING MACHINE - SHELTER | 743.99 | |
| FURNITURE & FIXTURES-THRIFT | 4,378.77 | |
| SEPTIC SYSTEM - SHELTER | 4,540.68 | |
| VEHICLES | 4,475.00 | |
| CAPITAL IMPROVEMENTS | 31,929.92 | |
| CAPITOL IMPROVEMENTS - SHELTER | 5,765.82 | |
| IMPROVEMENTS - THRIFT SHOP | 6,363.55 | |
| **Total PROPERTY AND EQUIPMENT:** | | 187,768.97 |

### OTHER ASSETS

| | | |
|---|---|---|
| PROPERTY-HWY 62 EAST | 151,692.11 | |
| LAND - W. VAN BUREN | 50,000.00 | |
| **Total OTHER ASSETS:** | | 201,692.11 |
| **Total ASSETS:** | | 427,460.37 |

## LIABILITIES

| | | |
|---|---|---|
| ACCOUNTS PAYABLE-TRADE | 5,531.84 | |
| FICA WITHHELD & PAYABLE | 1,373.96 | |
| FIT WITHHELD | 588.59 | |
| STATE TAX WITHHELD | 237.93 | |
| UNEMPLOYMENT TAXES ACCRUED | 150.16 | |
| **Total LIABILITIES:** | | 7,882.48 |

## EQUITY

| | | |
|---|---|---|
| UNRESTRICTED NET ASSETS | 41,788.75 | |
| Retained Earnings-Current Year | -11,671.94 | |
| RESTRICTED NET ASSETS | 389,461.08 | |
| **Total EQUITY:** | | 419,577.89 |
| **Total LIABILITIES & EQUITY:** | | 427,460.37 |

SEE ACCOUNTANT'S COMPILATION REPORT

---

**Combined Income Statement**
**For Period 10 Ending 02/29/08**

The Good Shepherd Humane Society, Inc.
3:07bk-71212-B

## GOOD SHEPHERD HUMANE SOCIETY (GSH)

| | Period to Date | % of Revenue | Year to Date | % of Revenue |
|---|---|---|---|---|
| **REVENUE** | | | | |
| MISC DONATIONS | 825.00 | 4.49 | 14,533.45 | 7.20 |
| SPAY/NEUTER DONATIONS | 0.00 | 0.00 | 2,500.00 | 1.24 |
| MISC DONATIONS - DOGGIE SHOP | 0.00 | 0.00 | 169.03 | 0.08 |
| THRIFT SHOP REVENUE - ES | 9,260.60 | 50.36 | 71,373.66 | 35.38 |
| THRIFT SHOP REVENUE - MO | 2,630.15 | 14.30 | 34,790.07 | 17.25 |
| MISCELLANEOUS DONATIONS JARS | 501.80 | 2.73 | 3,237.10 | 1.60 |
| ADOPTIONS REVENUE | 2,664.75 | 14.49 | 22,221.25 | 11.02 |
| ANIMAL SPONSOR - SHELTER | 0.00 | 0.00 | 748.00 | 0.37 |
| COLLECTION CANS REVENUE | 0.00 | 0.00 | 739.13 | 0.37 |
| COLLECTION CANS REVENUE | 0.00 | 0.00 | 193.45 | 0.10 |
| E-BAY SALES - THIRFT SHOP | 0.00 | 0.00 | 363.38 | 0.18 |
| L. WINTERS FOSTERING PROGRAM | 1,000.00 | 5.44 | 2,800.00 | 1.39 |
| GRANT REVENUE-MANAGEMENT | 0.00 | 0.00 | 2,290.00 | 1.14 |
| SPECIAL FUND RAISING REVENUE | 0.00 | 0.00 | 2,467.00 | 1.22 |
| ADMISSIONS REVENUE SHELTER | 905.00 | 4.92 | 6,438.00 | 3.19 |
| STYLE SHOW REVENUE | 0.00 | 0.00 | 622.31 | 0.31 |
| STYLESHOW REV - THIRFT SHOP | 0.00 | 0.00 | 14,570.47 | 7.22 |
| SPAY ASSISTANCE | 0.00 | 0.00 | 8,750.00 | 4.34 |
| NEUTER ASSISTANCE | 0.00 | 0.00 | 400.00 | 0.20 |
| NEUTER VOUCHER:SHLTR | 550.00 | 2.99 | 2,050.00 | 1.02 |
| CLAIMED BY OWNER REVENUE | 0.00 | 0.00 | 200.00 | 0.10 |
| MEMBERSHIPS REVENUE | 8.00 | 0.04 | 2,078.00 | 1.03 |
| USE OF CREMATORY REVENUE | 0.00 | 0.00 | 2,920.53 | 1.45 |
| MICRO CHIP REVENUE SHELTER | 72.00 | 0.39 | 437.25 | 0.22 |
| T-SHIRT SALES - SHELTER | 0.00 | 0.00 | 10.00 | 0.00 |
| MISCELLANEOUS REVENUE SHELTER | 0.00 | 0.00 | 54.00 | 0.03 |
| PEN SPONSOR DONATION - SHELTER | 0.00 | 0.00 | 4,482.45 | 2.22 |
| ANIMAL SPONSOR - SHELTER | 0.00 | 0.00 | 685.00 | 0.34 |
| RETURNED CHECKS | 0.00 | 0.00 | -1.75 | 0.00 |
| CREDIT CARD FEES- MANAGEMENT | -26.72 | -0.15 | -395.17 | -0.20 |
| **Total REVENUE:** | **18,390.58** | **100.00** | **201,726.61** | **100.00** |
| **COST OF SALES** | | | | |
| L. WINTERS FOSTERING EXP | 1,000.00 | 5.44 | 2,800.00 | 1.39 |
| STYLE SHOW EXP | 0.00 | 0.00 | 1,692.35 | 0.84 |
| LEGAL DEFENSE EXP - MANAGEMENT | 0.00 | 0.00 | 1,750.00 | 0.87 |
| **Total COST OF SALES:** | **1,000.00** | **5.44** | **6,242.35** | **3.09** |
| **GROSS PROFIT:** | **17,390.58** | **94.56** | **195,484.26** | **96.91** |
| **EXPENSES** | | | | |
| ACCOUNTING & LEGAL - MGT | 763.19 | 4.15 | 9,005.08 | 4.46 |
| ADVERTISING - SHELTER | 0.00 | 0.00 | 518.24 | 0.26 |
| ADVERTISING - THRIFT SHOP | 0.00 | 0.00 | 66.67 | 0.03 |
| EMPLOYEE TRANSPORTATION-SHELTR | 149.76 | 0.81 | 1,945.31 | 0.96 |
| TRANSPORTATION - DOGGIE SHOP | 0.00 | 0.00 | 71.10 | 0.04 |
| BANK CHARGES - MANAGEMENT | 0.00 | 0.00 | 131.90 | 0.07 |
| CONTRACTED SERVICES-SHELTER | 35.00 | 0.19 | 577.45 | 0.29 |
| DUMPSTER - SHELTER | 80.55 | 0.44 | 833.44 | 0.41 |
| DUMPSTER - THRIFT SHOP MO | 190.39 | 1.04 | 1,877.55 | 0.93 |
| FOOD EXPENSE - SHELTER | 444.45 | 2.42 | 8,711.59 | 4.32 |
| INSURANCE - MANAGEMENT | 279.15 | 1.52 | 2,648.02 | 1.31 |
| INSURANCE-SHELTER | 139.46 | 0.76 | 2,308.99 | 1.14 |
| LICENSES & PERMITS -MANAGEMENT | 0.00 | 0.00 | 68.00 | 0.03 |

SEE ACCOUNTANT'S COMPILATION REPORT

**Combined Income Statement**
**For Period 10 Ending 02/29/08**

The Good Shepherd Humane Society, Inc.
3:07bk-71212-B

## GOOD SHEPHERD HUMANE SOCIETY (GSH)

| | Period to Date | % of Revenue | Year to Date | % of Revenue |
|---|---|---|---|---|
| LICENSES & PERMITS - SHELTER | 0.00 | 0.00 | 50.00 | 0.02 |
| LICENSES & PERMITS-THRIFT SHOP | 0.00 | 0.00 | 10.00 | 0.00 |
| MAINTENANCE & REPAIRS-SHELTER | 0.00 | 0.00 | 5,584.17 | 2.77 |
| MAINTENANCE & REPAIRS-THRIFT | 24.71 | 0.13 | 1,534.61 | 0.76 |
| MAINTENANCE & REPAIRS - MO | 0.00 | 0.00 | 200.00 | 0.10 |
| MICRO CHIP EXP-SHELTER | 0.00 | 0.00 | 539.29 | 0.27 |
| MISCELLANEOUS - SHELTER | 0.00 | 0.00 | 1,419.59 | 0.70 |
| MISCELLANEOUS - THRIFT SHOP | 0.00 | 0.00 | 75.00 | 0.04 |
| OFFICE EXPENSE - MANAGEMENT | 177.77 | 0.97 | 727.50 | 0.36 |
| OFFICE EXPENSE - SHELTER | 13.70 | 0.07 | 1,966.76 | 0.97 |
| OFFICE EXPENSE - THRIFT SHOP | 285.42 | 1.55 | 883.53 | 0.44 |
| POSTAGE & FREIGHT - MANAGEMENT | 0.00 | 0.00 | 20.80 | 0.01 |
| POSTAGE & FREIGHT-SHELTER | 82.00 | 0.45 | 213.20 | 0.11 |
| RENT/LEASE OF PROPERTY - MANAG | 0.00 | 0.00 | 36.00 | 0.02 |
| RENT/LEASE - THRIFT SHOP MO | 700.00 | 3.81 | 7,000.00 | 3.47 |
| SALARIES - SHELTER | 7,700.68 | 41.87 | 77,068.79 | 38.20 |
| SALARIES - THRIFT SHOP EUREKA | 1,280.00 | 6.96 | 11,279.99 | 5.59 |
| SEMINARS & EDUCATION - SHELTER | 0.00 | 0.00 | 360.00 | 0.18 |
| SPECIAL FUND RAISING:THRFT | 0.00 | 0.00 | 67.73 | 0.03 |
| SUPPLIES-OPERATING-SHELTER | 361.94 | 1.97 | 7,060.97 | 3.50 |
| SUPPLIES-THRIFT SHOP | 112.64 | 0.61 | 615.43 | 0.31 |
| SUPPLIES - THRIFT SHOP MO | 100.00 | 0.54 | 184.87 | 0.09 |
| SUPPLIES-VET-SHELTER | 476.64 | 2.59 | 10,615.60 | 5.26 |
| TAXES-PAYROLL-SHELTER | 640.43 | 3.48 | 6,227.32 | 3.09 |
| TAXES-PAYROLL-THRIFT SHOP ES | 118.40 | 0.64 | 1,037.69 | 0.51 |
| TELEPHONE - SHELTER | 93.70 | 0.51 | 779.12 | 0.39 |
| TELEPHONE - THRIFT SHOP | 104.43 | 0.57 | 872.78 | 0.43 |
| TELEPHONE - THRIFT SHOP MO | 45.45 | 0.25 | 422.53 | 0.21 |
| UTILITIES - SHELTER | 965.73 | 5.25 | 6,152.86 | 3.05 |
| UTILITIES - THRIFT SHOP | 350.35 | 1.91 | 3,011.10 | 1.49 |
| UTILITIES - THRIFT SHOP MO | 196.23 | 1.07 | 1,271.67 | 0.63 |
| NEUTER ASSISTANCE PROGRAM | 385.00 | 2.09 | 2,535.00 | 1.26 |
| BATES SPAY ASSISTANCE | 1,130.00 | 6.14 | 4,488.17 | 2.22 |
| SPAY-NEUTER | 70.00 | 0.38 | 852.00 | 0.42 |
| VET SERVICES-S/N CERTIF-SHELTR | 0.00 | 0.00 | 5.00 | 0.00 |
| VET SERVICES-OTHER-SHELTER | 1,520.00 | 8.27 | 23,223.79 | 11.51 |
| **Total EXPENSES:** | 19,017.17 | 103.41 | 207,156.20 | 102.69 |
| **NET INCOME FROM OPERATIONS:** | -1,626.59 | -8.84 | -11,671.94 | -5.79 |
| **EARNINGS BEFORE INCOME TAX:** | -1,626.59 | -8.84 | -11,671.94 | -5.79 |
| **Net Income (Loss):** | -1,626.59 | -8.84 | -11,671.94 | -5.79 |

SEE ACCOUNTANT'S COMPILATION REPORT

**Bank Reconciliation Register**
**As Of 02/29/08**

The Good Shepherd Humane Society, Inc.
3:07bk-71212-B

**GOOD SHEPHERD HUMANE SOCIETY (GSH)**

Bank Code: T    BANK OF ES, TAX ACCOUNT

**Deposits And Adjustments:**

| Date | Document Type | Reference No | Deposit/Adjustment Comment | Debits | Credits | Cleared |
|---|---|---|---|---|---|---|
| 3/08 | Deposit | TRANSFER | TRANSFER | 0.00 | 2,450.00 | Yes |
| 02 15/08 | Adjustment | BS | 941 | 1,497.70 | 0.00 | Yes |
| 02/15/08 | Adjustment | BS | 941 | 670.04 | 0.00 | Yes |
| | | | Total of 3 Postings: | 2,167.74 | 2,450.00 | |

**Checks:**

| Check Number | Check Date | Source Module | Reference No | Check Payee Name | Check Amount | Cleared |
|---|---|---|---|---|---|---|
| 003016 | 01/07/08 | AP | 00AESD | AR EMPLOYMENT SECURITY DIV | 124.86 | Yes |
| 003017 | 02/11/08 | AP | 000002130 | D.F.A. | 247.92 | Yes |
| | | | | Total of 2 Checks: | 372.78 | |

Reconciliation Summary For Bank T As Of 02/29/08:

G/L Cash Account Number:    1044-000

| | |
|---|---|
| Bank Statement Balance: | 246.51 |
| Plus 0 Deposits In Transit Totaling: | 0.00 |
| Less 0 Adjustments Totaling: | 0.00 |
| Less 0 Outstanding Checks Totaling: | 0.00 |
| Adjusted Bank Balance: | 246.51 |
| Calculated Book Balance: | 246.51 |
| Out Of Balance By: | 0.00 |



# The Leader in Financial Services since 1912

P.O. Box 309 • Eureka Springs, AR 72632
(479) 253-Bank(2265) • e-mail hometown@bankeureka.com
BankLink (479) 253-8899 • e-BankLink www.bankeureka.com

The Good Shepherd Humane Society, Inc.
3:07bk-71212-B

T

```
Good Shepherd Humane Society Inc              Account Number:     219477
Tax Account                                   Statement Date:     2/29/08
c/o Worden & Worden                           Page Number:              1
105 W Van Buren                               Items:                    2
Eureka Springs AR 72632
```

Have you looked at mortgage loan rates recently?
They won't be this low forever!
Buying - Building - Refinancing... We can help!

```
      NON PROFIT ORG          #:0021-947-7    CD               $        337.03
Previous Balance on     1/31/08                          CR +        2,450.00
  1 Deposits and Other Additions (Credits)                  -        2,540.52
  3 Checks and Other Charges       (Debits)                      -------------
                                                           $          246.51
Current Balance on      2/29/08
```

------------------------------------------------------------------------------

Checking Account Transactions

```
                                                          1020    2,450.00 +
2/13/08 DIRECT DEPOSIT  PC Banking Acct Txfr DDA to 219477 DDA    2,167.74 -
2/15/08 AUTOMATIC DEBIT IRS USATAXPYMT
```

| Check # | Date Paid | Amount | Check # | Date Paid | Amount |
|---------|-----------|--------|---------|-----------|--------|
| 3016 | 2/06/08 | 124.86 | 3017 | 2/26/08 | 247.92 |

DAILY BALANCE SUMMARY

| -Balance | Date- | -Balance | Date- | -Balance | Date- | -Balance | Date- |
|----------|-------|----------|-------|----------|-------|----------|-------|
| 337.03 | 1/31 | 2,662.17 | 2/13 | 246.51 | 2/26 | | |
| 212.17 | 2/06 | 494.43 | 2/15 | | | | |

MEMBER FDIC   PLEASE EXAMINE AT ONCE. IF NO ERROR IS REPORTED IN THIRTY DAYS THE ACCOUNT WILL BE CONSIDERED CORRECT.



The Good Shepherd Humane Society. Inc.
3:07bk-71212-B

Date: 2/29/2008 Page 2 of 2
Primary Account: 219477



Check 3016 Amount $124.86 Date 2/6/2008

Check 3017 Amount $247.92 Date 2/26/2008

Bank Reconciliation Register  The Good Shepherd Humane Society, Inc.
As Of 02/29/08                        3:07bk-71212-B

**GOOD SHEPHERD HUMANE SOCIETY (GSH)**

Bank Code: G    BANK OF ES, GENERAL ACCT

Deposits And Adjustments:

| Date | Document Type | Reference No | Deposit/Adjustment Comment | Debits | Credits | Cleared |
|------|---------------|--------------|----------------------------|--------|---------|---------|
| 31/08 | Deposit | DEP'S | SURRENDER O/S | 0.00 | 145.00 | Yes |
| .31/08 | Deposit | DEP'S | ADOPT O/S | 0.00 | 50.00 | Yes |
| 01/31/08 | Deposit | DEP'S | DONATE 0/S | 0.00 | 10.00 | Yes |
| 02/04/08 | Adjustment | BS | CC FEES | 26.72 | 0.00 | Yes |
| 02/05/08 | Adjustment | BS | PREPAID CECC MO | 196.23 | 0.00 | Yes |
| 02/05/08 | Adjustment | BS | WALMART | 110.88 | 0.00 | Yes |
| 02/05/08 | Adjustment | BS | WALMART | 5.86 | 0.00 | Yes |
| 02/05/08 | Adjustment | BS | WALMART | 13.20 | 0.00 | Yes |
| 02/05/08 | Adjustment | BS | ULINE | 165.87 | 0.00 | Yes |
| 02/05/08 | Adjustment | BS | ULINE | 82.66 | 0.00 | Yes |
| 02/06/08 | Adjustment | BS | DELUXE CHECKS | 177.77 | 0.00 | Yes |
| 02/06/08 | Adjustment | BS | RAPID ROBERTS | 46.00 | 0.00 | Yes |
| 02/12/08 | Adjustment | BS | WALMART | 5.13 | 0.00 | Yes |
| 02/12/08 | Adjustment | BS | WALMART | 7.84 | 0.00 | Yes |
| 02/13/08 | Adjustment | BS | TRANSFER TO TAX ACCOUNT | 2,450.00 | 0.00 | Yes |
| 02/15/08 | Adjustment | BS | RAPID ROBERTS | 30.01 | 0.00 | Yes |
| 02/15/08 | Adjustment | BS | MEDICAL SUPPLY | 30.33 | 0.00 | Yes |
| 02/19/08 | Adjustment | BS | SWEPCO | 206.15 | 0.00 | Yes |
| 02/19/08 | Adjustment | BS | SAM'S | 119.56 | 0.00 | Yes |
| 02/20/08 | Adjustment | BS | LAMBRIAR | 415.62 | 0.00 | Yes |
| 02/26/08 | Adjustment | BS | CECC | 356.21 | 0.00 | Yes |
| 02/26/08 | Adjustment | BS | JPS SHORT STOP | 46.00 | 0.00 | Yes |
| 02/28/08 | Adjustment | BS | MEDICAL PARK | 19.81 | 0.00 | Yes |
| 02/29/08 | Adjustment | BS | HARTS | 220.50 | 0.00 | Yes |
| 02/29/08 | Deposit | DEP'S | DEP CC O/S | 0.00 | 40.00 | No |
| 02/29/08 | Deposit | DEP'S | DEP'S ADOPTIONS | 0.00 | 2,654.75 | Yes |
| 02/29/08 | Deposit | DEP'S | DEP'S DOGGIE SHOP | 0.00 | 9,263.60 | Yes |
| 02/29/08 | Deposit | DEP'S | DEP'S MO STORE | 0.00 | 2,630.15 | Yes |
| 29/08 | Deposit | DEP'S | DEP'S NEUTER VOUCHER | 0.00 | 550.00 | Yes |
| 02/29/08 | Deposit | DEP'S | DEP'S SURRENDERS | 0.00 | 905.00 | Yes |
| 02/29/08 | Deposit | DEP'S | DEP'S DONATIONS | 0.00 | 825.00 | Yes |
| 02/29/08 | Deposit | DEP'S | DEP'S MICROCHIP | 0.00 | 72.00 | Yes |
| 02/29/08 | Deposit | DEP'S | MEMBERSHIP | 0.00 | 8.00 | Yes |
| 02/29/08 | Deposit | DEP'S | DEP'S JAR $ | 0.00 | 501.80 | Yes |
| 02/29/08 | Deposit | DEP'S | DEP LINDA WINTERS | 0.00 | 1,000.00 | Yes |
| 02/29/08 | Adjustment | BS | DEP CORRECTION | 3.00 | 0.00 | Yes |
| | | | **Total of 36 Postings:** | **4,735.35** | **18,655.30** | |

Checks:

| Check Number | Check Date | Source Module | Reference No | Check Payee Name | Check Amount | Cleared |
|--------------|------------|---------------|--------------|------------------|--------------|---------|
| 005255 | 10/15/07 | AP | 00DAVIS | KANDRA DAVIS | 20.00 | No |
| 005433 | 01/21/08 | AP | 00HILLS | HILLS PET NUTRITION SALES INC | 125.00 | Yes |
| 005436 | 01/25/08 | AP | 00EDIG | EUREKA DIGITAL PRINTING | 52.29 | Yes |
| 005437 | 01/25/08 | AP | 00THEFAM | THE FAMILY PET VET HOSPITAL | 31.00 | Yes |
| 005438 | 01/24/08 | AP | 00JPCREA | PAM & JOHN STILWELL | 700.00 | Yes |
| 005439 | 02/01/08 | AP | 00A T & T | A T & T | 104.43 | Yes |
| 005440 | 02/01/08 | AP | 00AT&T | A T & T | 83.75 | Yes |
| 005441 | 02/01/08 | AP | 00CECC | CARROLL ELECTRIC COOP CORP | 196.23 | Yes |
| 005442 | 02/01/08 | AP | 00CENTURY | CENTURYTEL | 45.45 | Yes |
| 005443 | 02/01/08 | AP | 00FIRST | FIRSTCOMP INS | 1,673.41 | Yes |
| 005444 | 02/01/08 | AP | 00HILLS | HILLS PET NUTRITION SALES INC | 218.75 | Yes |
| 005445 | 02/01/08 | AP | 00JPCREA | PAM & JOHN STILWELL | 700.00 | Yes |
| 005446 | 02/04/08 | AP | 00AR WEST | AR WESTERN GAS COMPANY | 609.52 | Yes |
| 005447 | 02/04/08 | AP | 00EMMONS | LAUREN EMMONS | 4.10 | Yes |
| 005448 | 02/04/08 | AP | 00GEOGRAP | GEOGRAPHICS | 120.00 | Yes |
| 005449 | 02/04/08 | AP | 00HANBY | HANBY LUMBER | 21.06 | Yes |
| 5450 | 02/04/08 | AP | 00MULLER | DR. JOHN MULLER, DVM | 3,040.00 | Yes |

Run Date: 03/06/08  5:10:02PM

B/R Date: 02/29/08

Page: 1

Bank Reconciliation Register
As Of 02/29/08

The Good Shepherd Humane Society. Inc.
3:07bk-71212-B

GOOD SHEPHERD HUMANE SOCIETY (GSH)

| 005451 | 02/04/08 | AP | 00SKEELS | CRYSTAL SKEELS | 50.00 | Yes |
|---|---|---|---|---|---|---|
| 005452 | 02/04/08 | AP | 00ST FRAN | ST FRANCIS VETERINARY CLINIC | 102.00 | Yes |
| 005453 | 02/04/08 | AP | 00TOAST | TOAST.NET | 9.95 | Yes |
| ``5454 | 02/04/08 | AP | 00WRIGHT | PAULA WRIGHT | 20.00 | No |
| .455 | 02/04/08 | PR | 02EM | EMMONS, L. | 751.36 | Yes |
| 005456 | 02/04/08 | PR | 02FINK | FINK, R. | 441.55 | Yes |
| 005457 | 02/04/08 | PR | 02POPE | POPE, J. | 190.71 | Yes |
| 005458 | 02/04/08 | PR | 02RENOE | RENOE, L. | 517.43 | Yes |
| 005459 | 02/04/08 | PR | 02SCHCHR | SCHNEIDER, C. | 206.36 | Yes |
| 005460 | 02/04/08 | PR | 02SCHN | SCHNEIDER, K. | 573.82 | Yes |
| 005461 | 02/04/08 | PR | 02WILL | WILLIAMS, C. | 453.03 | Yes |
| 005462 | 02/04/08 | PR | 03TRAC | TEMPLIN-KELLY, T. | 540.74 | Yes |
| 005463 | 02/11/08 | AP | 00ALLIED | ALLIED WASTE SERVICES #394 | 190.39 | Yes |
| 005464 | 02/11/08 | AP | 00CCSOLID | CARROLL COUNTY SOLID WASTE | 80.55 | Yes |
| 005465 | 02/11/08 | AP | 00ES WATE | ES WATER & SEWER | 144.20 | Yes |
| 005466 | 02/11/08 | AP | 00HILLS | HILLS PET NUTRITION SALES INC | 437.50 | Yes |
| 005467 | 02/11/08 | AP | 00KELLP | PAUL KELLY | 690.00 | Yes |
| 005468 | 02/18/08 | AP | 00EMMONS | LAUREN EMMONS | 11.16 | Yes |
| 005469 | 02/18/08 | AP | 00WINTERS | LINDA WINTERS | 1,000.00 | Yes |
| 005470 | 02/18/08 | PR | 02EM | EMMONS, L. | 752.51 | Yes |
| 005471 | 02/18/08 | PR | 02FINK | FINK, R. | 630.76 | Yes |
| 005472 | 02/18/08 | PR | 02POPE | POPE, J. | 303.48 | Yes |
| 005473 | 02/18/08 | PR | 02RENOE | RENOE, L. | 513.75 | Yes |
| 005474 | 02/18/08 | PR | 02SCHCHR | SCHNEIDER, C. | 212.88 | Yes |
| 005475 | 02/18/08 | PR | 02SCHN | SCHNEIDER, K. | 598.33 | Yes |
| 005476 | 02/18/08 | PR | 02WILL | WILLIAMS, C. | 239.73 | Yes |
| 005477 | 02/18/08 | PR | 03TRAC | TEMPLIN-KELLY, T. | 540.74 | Yes |
| 005478 | 02/18/08 | AP | 00REED | ROBERT REED | 30.00 | Yes |

Total of 45 Checks: 17,977.92

Reconciliation Summary For Bank G As Of 02/29/08:

G/L Cash Account Number: 1043-000

| | |
|---|---|
| Bank Statement Balance: | 17,941.97 |
| Plus 1 Deposit In Transit Totaling: | 40.00 |
| Less 0 Adjustments Totaling: | 0.00 |
| Less 2 Outstanding Checks Totaling: | 40.00 |
| Adjusted Bank Balance: | 17,941.97 |
| Calculated Book Balance: | 17,941.97 |
| Out Of Balance By: | 0.00 |

Run Date: 03/06/08 5:10:02PM
B/R Date: 02/29/08

Page: 2



# The Leader in Financial Services since 1912

P.O. Box 309 • Eureka Springs, AR  72632
(479) 253-Bank(2265) • e-mail hometown@bankeureka.com
BankLink (479) 253-8899 • e-BankLink www.bankeureka.com

The Good Shepherd Humane Society, Inc.
3:07bk-71212-B

Good Shepherd Humane Society, Inc
General Account
c/o Worden & Worden
105 W Van Buren
Eureka Springs AR 72632

| | |
|---|---|
| Account Number: | 219485 |
| Statement Date: | 2/29/08 |
| Page Number: | 1 |
| Items: | 118 |

Have you looked at mortgage loan rates recently?
They won't be this low forever!
Buying - Building - Refinancing...  We can help!

#:0021-948-5

| | | | |
|---|---|---|---|
| /31/08 | | $ | 21,999.94 |
| Additions (Credits) | | + | 18,615.30 |
| Charges (Debits) | | - | 22,673.27 |
| 2/29/08 | | $ | 17,941.97 |

## Checking Account Transactions

| Date | Description | | | Amount |
|---|---|---|---|---|
| | | | | 322.00 + |
| 2/01/08 | REGULAR D. | | | 350.00 + |
| 2/01/08 | REGULAR DEPOS | | | 237.00 + |
| 2/01/08 | REGULAR DEPOSIT | | | 55.86 + |
| 2/01/08 | REGULAR DEPOSIT | | | 37.80 + |
| 2/01/08 | REGULAR DEPOSIT | | | 256.50 + |
| 2/01/08 | REGULAR DEPOSIT | | | 166.25 + |
| 2/01/08 | REGULAR DEPOSIT | | | 222.25 + |
| 2/01/08 | REGULAR DEPOSIT | | | 160.75 + |
| 2/04/08 | REGULAR DEPOSIT | | | 145.00 + |
| 2/04/08 | REGULAR DEPOSIT | | | 155.00 + |
| 2/04/08 | AUTOMATIC DEBIT PAI SETTLEMENT | | | 26.72 - |
| 2/04/08 | REGULAR DEPOSIT | | | 403.00 + |
| 2/04/08 | REGULAR DEPOSIT | | | 40.00 + |
| 2/05/08 | POINT OF SALE D ULINE  SHIP SUPPLIES  O | 800-295-5510 | IL | 165.87 - |
| 2/05/08 | AUTOMATIC DEBIT CARROLL ELEC-CEC CASH TRANS | | | 196.23 - |
| 2/05/08 | DIRECT DEPOSIT  PAI DEP | | | 60.00 + |
| 2/05/08 | POINT OF SALE D ULINE  SHIP SUPPLIES | 800-295-5510 | IL | 82.66 - |
| 2/05/08 | POINT OF SALE D WAL-MART #0076 | BERRYVILLE | AR | 129.94 - |
| 2/06/08 | AUTOMATIC DEBIT DELUXE BUS SYS. BUS PRODS | | | 177.77 - |
| 2/06/08 | POINT OF SALE D RAPID ROBER20100829929 | EUREKA SPGS | AR | 46.00 - |
| 2/07/08 | REGULAR DEPOSIT | | | 85.00 + |
| 2/07/08 | REGULAR DEPOSIT | | | 44.00 + |
| 2/07/08 | DIRECT DEPOSIT  PAI DEP | | | 136.00 + |
| 2/07/08 | REGULAR DEPOSIT | | | 99.57 + |
| 2/07/08 | REGULAR DEPOSIT | | | 37.50 + |
| 2/07/08 | REGULAR DEPOSIT | | | 153.30 + |

Continued On Next Page...

PLEASE EXAMINE AT ONCE. IF NO ERROR IS REPORTED IN THIRTY DAYS THE ACCOUNT WILL BE CONSIDERED CORRECT.

MEMBER FDIC

**BANK of EUREKA SPRINGS**

The Good Shepherd Humane Society, Inc.
3:07-bk-71212-B

Date: 2/29/2008  Page 5 of 14
Primary Account: 219485

Amount $322.00 Date 2/1/2008

Amount $350.00 Date 2/1/2008

Amount $550.00 Date 2/12/2008

Amount $100.00 Date 2/12/2008

Amount $1,000.00 Date 2/13/2008

Amount $20.00 Date 2/15/2008

Amount $251.45 Date 2/15/2008

Amount $249.25 Date 2/15/2008

Amount $241.25 Date 2/15/2008

Amount $523.75 Date 2/15/2008

Amount $214.40 Date 2/15/2008

Amount $134.70 Date 2/15/2008



The Good Shepherd Humane Society, Inc.
3:07bk-71212-B

Date: 2/29/2008  Page 6 of 14
Primary Account: 219485

Amount $317.25 Date 2/15/2008

Amount $240.00 Date 2/19/2008

Amount $172.50 Date 2/19/2008

Amount $25.00 Date 2/19/2008

Amount $8.00 Date 2/19/2008

Amount $42.25 Date 2/19/2008

Amount $327.60 Date 2/20/2008

Amount $33.67 Date 2/20/2008

Amount $270.00 Date 2/20/2008

Amount $642.25 Date 2/20/2008

Amount $381.75 Date 2/20/2008

Amount $546.25 Date 2/20/2008





The Good Shepherd Humane Society, Inc.
3:07bk-71212-B

Date: 2/29/2008 Page 8 of 14
Primary Account: 219485

Amount $20.00 Date 2/29/2008

Amount $139.25 Date 2/29/2008

Amount $34.10 Date 2/29/2008

Amount $483.90 Date 2/29/2008

Amount $25.00 Date 2/29/2008

Amount $235.00 Date 2/29/2008

Amount $377.25 Date 2/29/2008

Amount $200.50 Date 2/29/2008

Amount $263.00 Date 2/29/2008

Amount $98.55 Date 2/29/2008

Amount $355.40 Date 2/29/2008

Amount $40.00 Date 2/29/2008



The Good Shepherd Humane Society, Inc.
3:07bk-71212-B

Date: 2/29/2008  Page 9 of 14
Primary Account: 219485

Amount $401.50 Date 2/29/2008

Amount $115.00 Date 2/29/2008

**customer deposit correction**

Date 2/29/2008

Account Number: 219485

Prepared By: donna
Approved By:

Good Shepherd Humane Society, Inc
c/o Worden & Worden
General Account
185 W Van Buren
Eureka Springs AR 72632

Sequence 10 - 3 - 729 - 1

The Checking deposit presented in the amount of $263.00 was adjusted.
$3.00 was subtracted from your account. The new total is $260.00

Reason: Addition/Subtraction Error

Check 0 Amount $3.00 Date 2/29/2008

Amount $237.00 Date 2/1/2008

Amount $55.86 Date 2/1/2008

Amount $37.80 Date 2/1/2008

Amount $256.50 Date 2/1/2008

Amount $166.25 Date 2/1/2008

Amount $222.25 Date 2/1/2008

Amount $160.75 Date 2/1/2008

Amount $145.00 Date 2/4/2008

Amount $155.00 Date 2/4/2008

The Good Shepherd Humane Society, Inc.
3:07bk-71212-B

Date: 2/29/2008  Page 10 of 14
Primary Account: 219485



Amount $403.00 Date 2/4/2008

Amount $40.00 Date 2/4/2008

Amount $85.00 Date 2/7/2008

Amount $44.00 Date 2/7/2008

Amount $99.57 Date 2/7/2008

Amount $37.50 Date 2/7/2008

Amount $153.30 Date 2/7/2008

Amount $665.00 Date 2/7/2008

Amount $407.25 Date 2/7/2008

Amount $318.50 Date 2/7/2008

Amount $217.05 Date 2/11/2008

Amount $967.05 Date 2/11/2008



The Good Shepherd Humane Society, Inc.
3:07bk-71212-B

Date: 2/29/2008 Page 11 of 14
Primary Account: 219485

Amount $8.00 Date 2/12/2008

Amount $125.00 Date 2/12/2008

Amount $228.00 Date 2/12/2008

Check 5433 Amount $125.00 Date 2/8/2008

Check 5436 Amount $52.29 Date 2/1/2008

Check 5437 Amount $31.00 Date 2/11/2008

Check 5438 Amount $700.00 Date 2/6/2008

Check 5439 Amount $104.43 Date 2/6/2008

Check 5440 Amount $83.75 Date 2/6/2008

Check 5441 Amount $196.23 Date 2/6/2008

Check 5442 Amount $45.45 Date 2/14/2008

Check 5443 Amount $1,673.41 Date 2/5/2008



The Good Shepherd Humane Society, Inc.
3:07-bk-71212-B

Date: 2/29/2008  Page 12 of 14
Primary Account: 219485

Check 5444 Amount $218.75 Date 2/25/2008

Check 5445 Amount $700.00 Date 2/6/2008

Check 5446 Amount $609.52 Date 2/15/2008

Check 5447 Amount $4.10 Date 2/4/2008

Check 5448 Amount $120.00 Date 2/19/2008

Check 5449 Amount $21.06 Date 2/12/2008

Check 5450 Amount $3,040.00 Date 2/8/2008

Check 5451 Amount $50.00 Date 2/12/2008

Check 5452 Amount $102.00 Date 2/8/2008

Check 5453 Amount $9.95 Date 2/25/2008

Check 5455 Amount $751.36 Date 2/4/2008

Check 5456 Amount $441.55 Date 2/4/2008



The Good Shepherd Humane Society, Inc.
3:07bk-71212-B

Date: 2/29/2008  Page 13 of 14
Primary Account: 219485

Check 5457 Amount $190.71 Date 2/6/2008

Check 5458 Amount $517.43 Date 2/7/2008

Check 5459 Amount $206.36 Date 2/5/2008

Check 5460 Amount $573.82 Date 2/6/2008

Check 5461 Amount $453.03 Date 2/5/2008

Check 5462 Amount $540.74 Date 2/6/2008

Check 5463 Amount $190.39 Date 2/19/2008

Check 5464 Amount $80.55 Date 2/26/2008

Check 5465 Amount $144.20 Date 2/20/2008

Check 5466 Amount $437.50 Date 2/27/2008

Check 5467 Amount $690.00 Date 2/12/2008

Check 5468 Amount $11.16 Date 2/19/2008



The Good Shepherd Humane Society, Inc.
3:07bk-71212-B

Date: 2/29/2008  Page 14 of 14
Primary Account: 219485

Check 5469 Amount $1,000.00 Date 2/21/2008

Check 5470 Amount $752.51 Date 2/19/2008

Check 5471 Amount $630.76 Date 2/19/2008

Check 5472 Amount $303.48 Date 2/27/2008

Check 5473 Amount $513.75 Date 2/25/2008

Check 5474 Amount $212.88 Date 2/20/2008

Check 5475 Amount $598.33 Date 2/27/2008

Check 5476 Amount $239.73 Date 2/20/2008

Check 5477 Amount $540.74 Date 2/20/2008

Check 5478 Amount $30.00 Date 2/29/2008

Welcome To EFTPS - Payments                                                Page 1 of 1



| HOME | ENROLLMENT | MY PROFILE | PAYMENTS | HELP & INFORMATION | CONTACT US | LOGOUT |
|------|-----------|-----------|----------|-------------------|-----------|--------|

TAXPAYER NAME: GOOD SHEPHERD HUMANE SOCIETY            TIN: xxxxx8910

## Deposit Confirmation

**Your payment has been accepted.**            The Good Shepherd Humane Society. Inc.
                                                        3:07bk-71212-B

## Payment Successful

An EFT Acknowledgement Number has been provided for this payment. Please keep this number for your records.

## REMINDER: REMEMBER TO FILE ALL RETURNS WHEN DUE!

**EFT ACKNOWLEDGEMENT NUMBER:**            270844600563100

| Payment Information | Entered Data |
|---------------------|--------------|
| **Taxpayer EIN** | 71-0458910 |
| **Tax Form** | 941 Employers Federal Tax |
| **Tax Type** | Federal Tax Deposit |
| **Tax Period** | March/2008 |
| **Payment Amount** | $2,167.74 |
| **Settlement Date** | 02/15/2008 |

**State of Arkansas**
**Monthly Wage Withholding Report**
**AR941M**
**2007**
**1811**

I declare under penalties of perjury that I have examined this return and to the best of my knowledge and belief, it is a true, correct and complete return.

Signature _____, CPA   Date 2-8-08   Phone _____

| Federal Employer Identification Number | Period Covered | Due Date | FOR OFFICE USE ONLY | | REF ID |
|---|---|---|---|---|---|
| | | | A | B | |
| 71-0458910 | JAN 2008 | Feb 15, 2008 | | | |

Tax Withheld $ 247.92
Include Cents (ex. 1,234,567.89)

Tax Paid $ 247.92
Include Cents (ex. 1,234,567.89)

Name of Corporation: Good Shepherd Humane Society
Attn: _____
Address: PO Box 527
City, State, Zip: Berryville, AR 72616

1811000000000000000000000000000000

3017

**Good Shepherd Humane Society, Inc.**
Debtor-In-Possession, Case No. 3:07-Bk-71212
Tax Account
P.O. Box 527
Berryville, AR 72616

**BANK OF EUREKA SPRINGS**
EUREKA SPRINGS, AR 72632
81-472-829

\*TWO HUNDRED FORTY-SEVEN AND 92 / 100

| DATE | AMOUNT |
|---|---|
| 02/11/08 | ************247.92* |

PAY TO THE ORDER OF

D.F.A.

0002130

Security Features Included. Details on back.

�"003017" ⚐:082904726⚐: 0021"947"7⚐