## IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF ARKANSAS
## HARRISON DIVISION

IN RE:    THE GOOD SHEPHERD HUMANE        CASE NO. 07-71212
        SOCIETY, INC.                            CHAPTER 11

**Debtor**

### ORDER OF DISMISSAL

Upon the motion of the United States Trustee filed on February 21, 2008, the agreement of the Debtor, and the Court being well and sufficiently advised, the Court finds as follows:

1.    Debtor's Chapter 11 case shall be dismissed without prejudice.

2.    The Debtor shall pay to the United States Trustee the appropriate sum required pursuant to 28 U.S.C. §1930(a)(6) within 10 days from the entry of this order, and simultaneously provide to the United States Trustee an appropriate Affidavit indicating the cash disbursements for the relevant period. If the fee is not paid as set forth, the United States Trustee will have judgment against the Debtor for the full amount of the quarterly fee, effective ten (10) days from the entry of this Order. The Court shall retain jurisdiction of this case for enforcement purposes.

IT IS, THEREFORE, ORDERED that the Debtor's Chapter 11 bankruptcy case is dismissed without prejudice.

IT IS SO ORDERED.

_____
THE HONORABLE BEN BARRY
UNITED STATES BANKRUPTCY JUDGE
DATED: May 19, 2008

EOD 5/20/2008
by R Johnson

760082-v1

APPROVED:

Rick Sforzini
Asst. U.S. Trustee
200 West Capitol Ave., Ste 1200
Little Rock, AR 72201

APPROVED:

Kimberly Wood Tucker (83175)
C. Tad Bohannon (92089)
Eric Berger (2004210)
WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, AR 72201


cc:

United States Trustee
200 West Capitol, Ste 1200
Little Rock, AR 72201

Kimberly Wood Tucker
C. Tad Bohannon
WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol, Ste 2300
Little Rock, AR 72201

760082-v1