# Intended Notice Recipients – Method of Notice

District/Off: 0861–3          User: rob                Date Created: 5/20/2008

Case: 3:07–bk–71212          Form ID: pdfwotrm          Total: 14

**CM/ECF Notice of Electronic Filing Recipients:** *(Refer to Notice of Electronic Filing[NEF] for notice transmission details.)*

| | | |
|---|---|---|
| ust | U.S. Trustee (ust) | USTPRegion13.LR.ECF@usdoj.gov, Shari.Sherman@usdoj.gov |
| aty | Charles Eric Vester | cev@mcrmt.com |
| aty | David B Kaufman | david.kaufman@rev.state.ar.us, joyce.morency@rev.state.ar.us |
| aty | Kimberly Wood Tucker | ktucker@wlj.com, dsebring@wlj.com, cdavis@wlj.com |
| aty | Rachel A. Runnels | rar@runnelslaw.com |
| aty | Stanley V. Bond | attybond.cmecf@sbcglobal.net, attybond.maindesk@sbcglobal.net, attybond@yahoo.com, svbond@sbcglobal.net |

TOTAL: 6

**Notice Recipients submitted to the BNC:** *(Refer to BNC Certificate of Service for notice transmission details.)*

| | | | | |
|---|---|---|---|---|
| db | The Good Shepherd Humane Society, Inc. | c/o Owen Kendrick | 768 Kinetico Rd | Eureka Springs, AR 72631 |
| cr | Arkansas Dept. of Finance &Admin. (1272) | P.O. Box 1272, Rm 2380 | Little Rock, AR 72203 | |
| cr | Mary Rein | PO Box 3068 | Eureka Springs, AR 72631 | |
| cr | Boyd Bush | 192 Cooper Hollow Rd | Eureka Springs, AR 72632 | |
| acc | Worden &Worden, CPAs | 105 W. Van Buren | Eureka Springs, AR 72632 | |
| aty | C. Tad Bohannon | WRIGHT, LINDSEY &JENNINGS, LLP | 200 W. Capitol Ave., Ste. 2300 | Little Rock, AR 72201–3699 |
| 3267485 | Boyd Bush | 192 Cooper Hollow Road | Eureka Springs, AR 72632 | |
| 3267486 | JP Creations | HCR1, Box 1113 | Eagle Rock, MO 65641 | |

TOTAL: 8